**SANFORD P. LEVINE**
STATE MARSHAL
P.O. Box 4020
Woodbridge, CT 06525-4020

Office phone (203) 397-1200
Pager (203) 784-3600

## MARSHAL'S COURT RETURN

STATE OF CONNECTICUT )
                        ) SS: NEW HAVEN               JULY 18, 2017
COUNTY OF NEW HAVEN )

Then and there by virtue hereof and by the direction of the Plaintiff's attorney, I left with and in the hands of the within named Defendant(s):

    JULY 18, 2017, YALE UNIVERSITY, 105 WALL STREET, NEW HAVEN, CT 0611, ACCEPTED BY
    HAROLD ROSE, ASSOCIATE GENERAL COUNSEL

With a true and attested copy of the original SUMMONS IN A CIVIL ACTION (UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT), COMPLAINT, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE REGARDING ELECTRONIC FILING, STANDING PROTECTIVE ORDER, EXHIBIT A, CHAMBER PRACTICES, NOTICE TO PARTIES RE INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTIONS, NOTICE TO COUNSEL AND PRO SE PARTIES, NOTICE TO PARTIES REGARDING DISCOVERY DISPUTES, JOINT TRIAL MEMORANDUM ORDER, INSTRUCTIONS RE DISCLOSURE STATEMENT, AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with my doings thereon endorsed.

The within and foregoing is the original SUMMONS IN A CIVIL ACTION (UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT), COMPLAINT, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE REGARDING ELECTRONIC FILING, STANDING PROTECTIVE ORDER, EXHIBIT A, CHAMBER PRACTICES, NOTICE TO PARTIES RE INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTIONS, NOTICE TO COUNSEL AND PRO SE PARTIES, NOTICE TO PARTIES REGARDING DISCOVERY DISPUTES, JOINT TRIAL MEMORANDUM ORDER, INSTRUCTIONS RE DISCLOSURE STATEMENT, AND TIPS FOR SUCCESSFUL CM/ECF EFILING with my doings thereon endorsed.

ATTEST:

_____
SANFORD P. LEVINE
STATE MARSHAL
AN INDIFFERENT PERSON

FEES:
Service         $ 70.00
Travel           22.54
Copies          60.00
Endorsements   .80
**TOTAL**       $ 153.34
UPS            3.40
               156.74