UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SUSAN BYRNE,** : | **CIVIL ACTION NO.** |
| **Plaintiff,** : | |
| : | **3:17-cv-01104-VLB** |
| v. : | |
| : | |
| : | |
| **YALE UNIVERSITY, INC.** : | **AUGUST 8, 2017** |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Claire M. Howard, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff, Susan Byrne. This appearance is in addition to all appearances currently on file.

Respectfully submitted, Susan Byrne

By: /s/ Claire M. Howard
Claire M. Howard (ct29654)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103
Tel. (860) 246-2466
Fax. (860) 246-1794
E-mail: choward@mppjustice.com
Attorneys for the Plaintiff

1

## CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of August, 2017, a copy of the foregoing Appearance, was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].   Parties may access this filing through the Court's system.

                                          /s/ Claire M. Howard
                                          Claire M. Howard