UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BYRNE, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | |
| | : | 3:17-cv-01104-VLB |
| v. | : | |
| | : | |
| | : | |
| YALE UNIVERSITY, INC. | : | SEPTEMBER 20, 2017 |
|     Defendant. | : | |

**PLAINTIFF'S MOTION EXTENSION OF TIME
TO FILE RULE 26(f) REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, Plaintiff requests an extension of time of two (2) days, up to and including September 22, 2017, to file the Rule 26(f) Report of Parties' Planning Meeting.

This request is supported by good cause, due to awaiting final approval on the Rule 26(f) Report by Defendant. Counsel for both parties have conferred as required under Rule 26(f) and reached a tentative agreement as to the 26(f) Report. While the parties have reached a tentative agreement as to the 26(f) report, Defense counsel informed the undersigned that they needed to confer with Defendant to get final approval on the 26(f) report.

The current deadline for filing the Rule 26(f) Report is Wednesday, September 20, 2017. As of the filing of this motion, Defense counsel has not informed the undersigned as to whether Defendant approves of the tentatively

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED

agreed Rule 26(f) report.

This is the first request for an extension of this deadline.  Defense counsel, could not be reached to ascertain whether Defendant consents to this extension.

WHEREFORE, Plaintiff requests a two (2) day extension of time, up to and including Friday, September 22, 2017, in which to file the 26(f) Report of Parties' Planning Meeting.


By:      /s/ *Claire M. Howard*
**Claire M. Howard (ct29654)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103
Tel. (860) 246-2466
Fax. (860) 246-1794
E-mail: choward@mppjustice.com
Attorneys for the Plaintiff**

**CERTIFICATION OF SERVICE**

I hereby certify that on this 20th day of September, 2017, a copy of the foregoing Appearance, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                          **/s/ Claire M. Howard**
                                            Claire M. Howard