UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>    Plaintiff | :<br>:<br>: |
| vs. | :     C.A. NO. 3:17-CV-01104 (VLB) |
| | : |
| YALE UNIVERSITY, INC.<br>    Defendant | :<br>:     SEPTEMBER 15, 2017<br>: |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the plaintiff, Susan Byrne, hereby moves the Court for an extension of time of thirty (30) days, up to and including November 10, 2017, in which to answer, object or otherwise respond to defendant Yale University's First Set of Interrogatories and Requests for Production dated September 11, 2017. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Victoria Woodin Chavey, counsel for the defendant, and has been advised that the defendant has no objection to the granting of this motion. The plaintiff has not sought any prior extensions of time to respond to these discovery requests.

WHEREFORE, the plaintiff respectfully requests that her Motion for Extension of Time up to and including November 10, 2017 be granted.

                                            PLAINTIFF
                                            SUSAN BYRNE

By: s/_____
     Claire M. Howard (ct29654)
     Madsen, Prestley & Parenteau, LLC
     402 Asylum Street
     Hartford, CT 06103
     Tel. (860) 246-2466
     Fax. (860) 246-1794
     E-mail: choward@mppjustice.com
     Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, a copy of the foregoing Motion for Extension of Time, filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     s/_____
     Claire M. Howard