UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BYRNE, | | |
|     Plaintiff | : | Civil Action NO. |
| vs. | : | 3:17-cv-01104-VLB |
| YALE UNIVERSITY, INC. | : | |
|     Defendant | : | OCTOBER 31, 2017 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the Plaintiff, Susan Byrne, hereby moves the Court for an extension of time of seven (7) days up to and including November 8, 2017 to file her response to Defendant's Motion to Dismiss that was filed on October 11, 2017.

The plaintiff requests this extension of time to accommodate for Counsels' busy litigation calendar – Plaintiff's counsel is currently on trial in <u>Matthews v. Dept. of Public Safety</u>, Docket No. HHD-CV11-6091195S.

Defendant's counsel has indicated that he consents to the relief requested in this motion.

The plaintiff has not sought any prior extensions of this deadline.

WHEREFORE, the plaintiff respectfully request that her Motion for Extension of Time up to and including November 8, 2017 be granted.

        **PLAINTIFF**
        **SUSAN BYRNE**

**By:** __s/_____
        **Claire M. Howard (ct29654)**
        **Madsen, Prestley & Parenteau, LLC**
        **402 Asylum Street**
        **Hartford, CT 06103**
        **Tel. (860) 246-2466**
        **Fax. (860) 246-1794**
        **E-mail: choward@mppjustice.com**
        **Attorneys for the Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, a copy of the foregoing Motion for Extension of Time, filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                             **s/**_____
                                                   Claire M. Howard