UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>    Plaintiff | :<br>:   Civil Action NO.<br>: |
| vs. | :   3:17-cv-01104-VLB<br>: |
| YALE UNIVERSITY, INC.<br>    Defendant | :<br>:   NOVEMBER 8, 2017<br>: |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15 and 20(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves for permission to file her Second Amended Complaint to remove Count Two, which alleges retaliation in violation of General Statutes § 31-51q, and to add facts to clarify the cause of action in Count One for all of the reasons set forth in the Memorandum of Law filed herewith.

			PLAINTIFF
			SUSAN BYRNE


		By:   s/ Claire M. Howard
			Claire M. Howard (ct29654)
			Madsen, Prestley & Parenteau, LLC
			402 Asylum Street
			Hartford, CT 06103
			Tel. (860) 246-2466
			Fax. (860) 246-1794
			E-mail: choward@mppjustice.com
			Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2017, a copy of the foregoing Motion for Extension of Time, filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                              *s/*   *Claire M. Howard*
                                                               Claire M. Howard