UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>    Plaintiff<br><br>v.<br><br>YALE UNIVERSITY,<br>    Defendant | CIVIL CASE NO.: 3:17-cv-01104-VLB<br><br><br><br><br>NOVEMBER 10, 2017 |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant, Yale University, hereby respectfully moves for an extension of time to respond to Plaintiff's discovery. Defendant requests a one week extension of time to respond to Plaintiff's September 11, 2017 First Set of Discovery Requests and Plaintiff's September 15, 2017 Second Set of Discovery Requests. Additionally, Defendant requests a 7-day extension of time to provide responses to the Initial Discovery Protocols.

In support of this motion, Defendant states as follows:

1. Additional time is needed to review Plaintiff's discovery requests and prepare responses. The requests were voluminous and, despite diligent efforts to date, it will take additional time to determine what responsive documents exist, and how promptly they can be produced. The additional time is also necessitated, in part, by Plaintiff's recent amendment of the Complaint, which changes the factual allegations in the case and thus the scope of discovery.

2.  Additional time is necessary to prepare responses to the Protocols in connection with responding to Plaintiff's discovery requests. Given the scope of Plaintiff's two sets of discovery, it would be wasteful to duplicate effort, or provide incomplete responses to the Initial Discovery Protocols.

3.  This is the second request for an extension of time to respond to discovery.

4.  Counsel for Plaintiff, Claire M. Howard, indicated that she consents to the filing of this motion.

WHEREFORE, Defendant respectfully moves for a seven (7) day extension of time, up to and including November 18, 2017 to respond to Plaintiff's First Set of Discovery Requests and November 23, 2017 to respond to Plaintiff's Second Set of Discovery Requests. Additionally, Defendant respectfully moves for a seven (7) day extension of time, up to and including November 18, 2017 to respond to the Initial Discovery Protocols.

DEFENDANT,
YALE UNIVERSITY

By: /s/ *Victoria Woodin Chavey*
Victoria Woodin Chavey (ct 14242)
David C. Salazar-Austin (ct 25564)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
David.Salazar-Austin@jacksonlewis.com
Victoria.Chavey@jacksonlewis.com
Tel.: (860) 522-0404
Fax: (860) 247-1330

2

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 10th day of November, 2017, a copy of the foregoing <u>MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS</u> was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ Victoria Woodin Chavey*
**Victoria Woodin Chavey**
