UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BYRNE, | : | CIVIL CASE NO.: 3:17-cv-01104-VLB |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
|     Defendant | : | JANUARY 2, 2018 |

**FIRST MOTION, ON CONSENT, FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant, Yale University, hereby respectfully moves for a thirty (30) day enlargement of time, up to and including February 2, 2018, to respond to the Second Amended Complaint filed December 20, 2017 (Dkt. 33).

In support of this motion, Defendant states as follows:

1. Defendant requires additional time to prepare its response to the Second Amended Complaint, especially because the Defendant observes an extended winter recess.

2. This motion is the first request for enlargement of time to respond to the Second Amended Complaint.

3. Counsel for Plaintiff, Claire M. Howard, consents to the granting of this motion.

WHEREFORE, Defendant respectfully moves for a thirty (30) day enlargement of time, up to and including February 2, 2018, to respond to Plaintiff's Second Amended Complaint.

                                  DEFENDANT,
                                  YALE UNIVERSITY

By:   */s/ Victoria Woodin Chavey*
       Victoria Woodin Chavey (ct 14242)
       David C. Salazar-Austin (ct 25564)
       Jackson Lewis P.C.
       90 State House Square, 8th Floor
       Hartford, CT 06103
       David.Salazar-Austin@jacksonlewis.com
       Victoria.Chavey@jacksonlewis.com
       Tel.: (860) 522-0404
       Fax: (860) 247-1330

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on this 2nd day of January, 2018, a copy of the foregoing Motion, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ Victoria Woodin Chavey*
**Victoria Woodin Chavey**