UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BYRNE, | : | |
|    Plaintiff | : | Civil Action NO. |
| | : | |
| vs. | : | 3:17-cv-01104-VLB |
| | : | |
| YALE UNIVERSITY, INC. | : | |
|    Defendant | : | AUGUST 15, 2018 |
| | : | |

## MOTION FOR PERMISSION TO DISCLOSE EXPERT OUT OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the plaintiff, Susan Byrne, by and through her attorneys, hereby moves for permission to disclose an economist as an expert witness, out of time.

In accordance with the Parties Rule 26(f) Report (Doc. No. 19), approved by the Court on September 25, 2017 (Doc. No. 20), the deadline for Plaintiff to disclose expert witnesses was April 1, 2018 and the deadline for the completion of discovery was August 1, 2018. Defendant moved for an extension of the discovery deadline from August 1, 2018 to November 1, 2018, which was granted by the Court. (Doc. Nos. 47, 49 and 50).

Plaintiff requests permission to disclose an expert witness out of time as the expert disclosure deadline has passed. Plaintiff requires this additional time to disclose experts regarding her financial damages. Plaintiff seeks to disclose her expert witness within thirty (30) days after the granting of this Motion.

Defendants will not be prejudiced by the granting of this motion as no depositions have been taken or scheduled in this case as of the date of this motion.  Under the Court's current Scheduling Order Defendants have until

November 1, 2018 to conduct depositions, including of expert witnesses. According to Defendant's Motion for an Extension to Disclose ESI, Defendant will not even be able to complete disclosure of all ESI until September 15, 2018. (Doc. 53)

The undersigned contacted counsel for Defendant on August 9, 2018. After receiving no response the undersigned again contacted Defense counsel on August 14, 2018, when counsel for Defendant stated that due to vacation schedules they did not have the position of their client, Yale University. The plaintiff has not sought any prior extensions of time to disclose experts.

WHEREFORE, the plaintiff respectfully requests that her Motion for Permission to Disclose Expert Out of Time, and disclose her expert within thirty (30) days of the granting of this motion, be granted.

PLAINTIFF,
SUSAN BYRNE

By: ____/s/ *Claire M. Howard*____
    Claire M. Howard (ct29654)
    Madsen, Prestley & Parenteau, LLC
    402 Asylum Street
    Hartford, CT 06103
    Tel. (860) 246-2466
    Fax. (860) 246-1794
    E-mail: choward@mppjustice.com
    Attorneys for the Plaintiff

**CERTIFICATION OF SERVICE**

I hereby certify that on this 15th day of August, 2018, a copy of the foregoing Motion for Permission to Disclose Expert out of Time, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

          **/s/ Claire M. Howard**
          **Claire M. Howard**