UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SUSAN BYRNE,** : | **CIVIL CASE NO.: 3:17-cv-01104-VLB** |
|     **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **YALE UNIVERSITY,** : | |
|     **Defendant** : | **DECEMBER 6, 2018** |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S
MOTION FOR DISCOVERY ORDER**

Defendant Yale University ("Defendant") respectfully objects to Plaintiff's Motion (Dkt. 63), filed this date, seeking a discovery order. The requested order is unnecessary because Defendant yesterday advised Plaintiff, as reflected in Plaintiff's Exhibit 1, that we "have every reason to think we will be able to produce all responsive materials by next Wednesday, December 12." Accordingly, there is no dispute that requires the Court's intervention.

Defendant also notes that, just a few days following this Court's November 9, 2018 Order, the lawyer who was primarily handling the issues that were the subject of the order was admitted to the hospital on an emergency basis on November 14, of which the undersigned advised Plaintiff's counsel on November 16. After a one-week hospitalization, the lawyer remains on a medical leave of absence with no scheduled return at this time. Accordingly, it has taken defense counsel more time to meet its obligations under the Court's Order, but defense counsel nonetheless has been working diligently to do so and has so informed Plaintiff's counsel.

**The requested order is further unnecessary because last week Defendant produced the Title IX reports – nearly 150 pages – and is now continuing to discern whether any other documents are responsive to the Court's order, so that it can produce them promptly. Accordingly, Plaintiff's representation that Defendant "has not produced any Title IX documents responsive to this Court's … order" is highly misleading, because the "Title IX reports," which Plaintiff does acknowledge have been produced, are the primary documents that are the subject of the Court's order. Having said that, Defendant intends to produce any other responsive documents by December 12.**

**Finally, it is noteworthy that discovery is otherwise proceeding apace. In recent weeks, Plaintiff has taken two depositions of Yale witnesses (on November 19 and December 3), and the parties have continued to plan and schedule depositions for 2019 and to discuss other discovery-related issues cooperatively.**

**For all these reasons, Defendant requests that this Court deny Plaintiff's Motion (Dkt. 63).**

**DEFENDANT,
YALE UNIVERSITY**

By: */s/ Victoria Woodin Chavey*
**Victoria Woodin Chavey (ct 14242)
Victoria.Chavey@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT  06103
T: (860) 522-0404
F: (860) 247-1330**

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via email and by first class mail, postage prepaid, on this 6th day of December 2018, to the following counsel of record:

        Claire M. Howard
        Jacques J. Parenteau
        Madsen, Prestley, Parenteau, LLC
        105 Huntington Street
        New London, CT 06320

        */s/ Victoria Woodin Chavey*
        **Victoria Woodin Chavey**