UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BYRNE,<br>    Plaintiff | : | Civil Action NO. |
| vs. | : | 3:17-cv-01104-VLB |
| YALE UNIVERSITY<br>    Defendant | : | APRIL 1, 2019 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Yale University ("Yale") respectfully moves for summary judgment on each count of Plaintiff Susan Byrne's Second Amended Complaint. Yale is one of the preeminent universities in the world. As befits such an institution, the standard for obtaining tenure is extremely high; only those among the "foremost leaders in their fields throughout the world" qualify. Plaintiff sought tenure within the Department of Spanish and Portuguese ("the Department"), but after a robust evaluation of Plaintiff's scholarship, five of the seven professors who reviewed her tenure case concluded her scholarship did not meet Yale's high standard. Three external referees also had strong criticisms that echoed that majority view, with one stating succinctly: "her unchanging adherence to a well-established but seriously limiting scholarly paradigm will not place her among the leading scholars in the general field of Spanish literary studies." As a result, the Department denied Plaintiff's application for tenure, and she never reached the subsequent levels of tenure review, including consideration by Yale's Humanities Tenure and Appointments Committee.

Plaintiff's claims of retaliation, breach of contract and negligent misrepresentation in this lawsuit fail as a matter of law. This is so, fundamentally, because Yale fully and fairly reviewed her tenure case, and determined that her scholarship did not satisfy the very high standard that Yale sets for tenure candidates.

For the reasons set forth more fully in the attached memorandum of law, the Court should grant summary judgment in Yale's favor on each count of the Complaint.

        DEFENDANT,
        YALE UNIVERSITY

By:   */s/David C. Salazar-Austin*
      Victoria Woodin Chavey (ct 14242)
      David C. Salazar-Austin (ct 25564)
      Jackson Lewis P.C.
      90 Statehouse Square, 8th Floor
      Hartford, CT  06103
      Tel: (860) 522-0404
      Fax: (860) 247-1330
      chaveyv@jacksonlewis.com
      salazard@jacksonlewis.com

**CERTIFICATION OF SERVICE**

I hereby certify that on April 1, 2019, a copy of foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                        */s/David C. Salazar-Austin*
                                        David C. Salazar-Austin