# EXHIBIT 1

## Table of Contents: Exhibits

**Exhibit:**

1. Table of Contents for Exhibits to Defendant's Memorandum in Support of its Motion for Summary Judgment
2. Byrne Offer Letter, at Byrne000010 – 11
3. Excerpts from the Deposition Transcript of Noel Valis
4. Excerpts from the Deposition Transcript of Plaintiff Susan Byrne
5. Department Case Summary, at Byrne003397 – 99
6. Faculty Handbook, July 1, 2014, p. 31, at Byrne000012 – 184
7. 9/30/13 Adorno E-mail, at BYRNE004813
8. 10/17/14 Gonzalez Echevarria Letter, at BYRNE008973-74
9. Excerpts from the Deposition Transcript of Roberto Gonzalez Echevarria
10. 10/18/14 Byrne Letter, at BYRNE008975 – 77
11. Byrne APL Proposal, at BYRNE008978 – 87
12. Byrne Recusal Letter, at BYRNE000464-465
13. Excerpts from the Deposition Transcript of Jack Dovidio
14. 4/13/15 Adorno Letter, at P1416
15. Excerpts from the Deposition Transcript of Rolena Adorno
16. FASTAP Steps for Promotion, at BYRNE012566-574
17. 3/30/15 Adorno Letter, at BYRNE006632 – 35
18. Excerpts from the Deposition Transcript of Amy Hungerford
19. Excerpts from the Deposition Transcript of Howard Bloch
20. RF External Referee Letter, at Byrne003634-39

21. AC External Referee Letter, at Byrne003618-20

22. AW External Referee Letter, at Byrne003650-53

23. Valis Summary of 2/3/16 Tenure Review Committee Meeting

24. Excerpts from the Deposition Transcript of Giuseppe Mazzotta

25. Valis Summary of 2/9/16 Departmental Vote Meeting, at BYRNE9051-57

26. Byrne 3/2/16 Appeal Letter, at P755 – P770

27. Byrne 3/8/16 Appeal Letter, at BYRNE009152 – 9165

28. Excerpts from the Deposition Transcript of Benjamin Polak

29. Faculty Review Committee Report, dated 7/25/16

30. 8/23/16 Polak Letter, at P652, attached as Ex. 30

31. 11/9/2015 E-mail from Ileana Jara Yupanqui, at BYRNE018980

32. 3/7/16 Offer Letter from UNLV, at BYRNE018999 – 19001

33. 3/24/15 E-mail from Polak, Cooley and Gendler, at P1374

34. 3/27/15 E-mail from Office of the Provost, at BYRNE003138

35. 3/25/15 Yale Daily News Article, at BYRNE003123-3127

36. 4/13/15 Adorno Letter, at BYRNE006209

37. RGE Notes dated 2/9/16, at Byrne000377-379

38. Adorno Notes from 2/9/16 Meeting, at BYRNE009059 – 61

39. Valis Notes on Ficino Book, at BYRNE009037 – 49

40. Bloch Notes

41. FAS Ladder Faculty Promotion Handbook, 017171 – 17205

42. Excerpts from the Deposition Transcript of Jamaal Thomas