**FACULTY OF ARTS AND SCIENCES (FAS)**
**Departmental Case Summary**

Case Type:

Non-Tenure Promotion [X]    Tenure Promotion [ ]    Tenure Appointment [ ]

1. Candidate's name:    **Susan Byrne**
2. Rank (title), Department, Term of Appointment, Effective Date(s)

**Associate Professor of Spanish and Portuguese, on term for four years, effective July 1, 2013 to June 30, 2017**

3. School

Yale College, Graduate School

4. Purpose of Appointment
   This section is *not about the individual*. Rather, it should contain a statement of approximately 100 words that describes the importance of the broad area of research to the discipline, to interdisciplinary investigation, and to undergraduate and graduate curriculum that could be accomplished or furthered by an appointment or promotion in this area.

4. Purpose of Appointment

Sixteenth- and seventeenth-century Spanish Renaissance/Golden Age literature is the core of all fields of literature in Spanish, looking back in time to the foundation of Castilian medieval literature, laterally to writings on the newly settled Americas, and forward to the neo-Baroque literature of modern Latin America. It is the "hub of the wheel" of Spanish-language literature. It is necessarily studied interdisciplinarily inasmuch as its poets', playwrights', and prose-writers' interests and competences ranged from astronomy and cosmology to jurisprudence, history, philosophy, and theology. It is central to our graduate curriculum and, as the home of *Don Quijote de la Mancha* (the one literary work in our tradition that Yale undergraduates are most likely to read), it is a mainstay of the undergraduate curriculum, too, even if read in English.

5. Statement regarding teaching
   A 250-500 word prose assessment of the quality of the candidate's teaching based as explicitly as possible on student evaluations, informal assessments, and enrollment patterns. We are particularly interested in the potential and demonstrated importance of this teaching within the department or program as well as its significance to the broader Yale College and Graduate School curricula. Chairs may access the past three years of course evaluations online at https://faculty.yale.edu/chairevals .

5. Statement regarding teaching

The colleagues agree that Byrne has been an effective classroom teacher at both the undergraduate and graduate levels and she is also a program builder, working collaboratively with others and also taking initiatives to enhance and improve the quality of our undergraduate programs.

In courses taught from Fall, 2008, through Fall, 2012, and excepting her Morse Fellowship year (2010-11) and our standard one-course release per year of the three years she has served as Director of Undergraduate Studies, she has taught twelve courses, nine at the undergraduate level, three in our doctoral program.

The nine courses constituting Byrne's undergraduate teaching record represent the full range of our

undergraduate offerings. In addition to a course in our language program (SPAN 151 Advanced Conversation), in the literature program she has taught the Freshman Colloquium (SPAN 060), the survey course in Spanish literature of the medieval through Renaissance periods (SPAN 261, 3 iterations), the survey in Spanish American literature of the colonial period (SPAN 266), and two courses on the Golden Age canon: SPAN 331, the Picaresque Novel and SPAN 329, Golden Age Theater, the latter of which was her creation. Importantly, Byrne saw the need to "beef up" our Spanish major with a serious course in advanced grammar and composition. She created such a course, SPAN 250 Composition and Analysis, and enrolled ten students in its initial iteration (Fall, 2012).

Byrne's graduate courses, SPAN 527 Love in the Literature of Medieval Spain, SPAN 528 Novels in Renaissance Spain, and SPAN 523 The Comedia: Theory and Practice, were all her unique creations and thus new additions to our doctoral program's course roster. Based on the canonical works we consider central to our Renaissance and Golden Age curriculum, the students rated the three courses as "very helpful" with respect to their preparation for satisfying departmental requirements, that is, the qualifying examination.

Having scrutinized her teaching evaluations for all twelve courses, we have seen them trending upward, particularly in the thrice-iterated SPAN 261. In the narrative responses about the effectiveness of Byrne as a professor in her undergraduate courses there were, in total, only three students out of all nine courses who responded negatively. These came from the lowest-level courses she taught, and the complaint of two of them was that she was a "harsh grader".

Thanks to her efforts as DUS, Byrne created the mechanism that made possible pre-registration for our multitudinous Spanish language program. This was a major step forward for the department, avoiding the chaos at the beginning of every semester (particularly the Fall term) created by over- and under-enrollments in language courses, which in turn has necessitated moving instructors around (and in some cases, offering them overload compensation) as we had to open new sections and close others. Linking our online Spanish placement exam and its results with the online "course preference selections" mechanism, whereby students select sections of their preference based on their placement exam results, followed by minor reshuffling executed by Byrne as DUS, has brought administrative order and student satisfaction.

6. Evaluation of Scholarly Contributions
    A 250-500 word statement written by the department – not the candidate – assessing the significance and impact of the candidate's program of research and scholarship.  This is the single statement on research written by the department that will be provided to the divisional committee and the JBPO to support the appointment.  It should be understandable by colleagues not in the candidate's department or discipline.

6. Evaluation of Scholarly Contributions

In our departmental consideration of Byrne's scholarship, the colleagues agreed that Bryne's research and scholarship are extremely well focused, that her archival work is solid and made meaningful by her ability to connect it to literary texts. We note that she writes in competent, clear Spanish as well as her native English, and that her competence in Latin is noteworthy. Her penchant for scholarship at times seems to compete with the task of interpretation, but there is no question of the significance of the authors and topics she has chosen to study, nor of the enthusiasm with which the external referees have commented in detail upon her work. Her focus is significantly interdisciplinary. We see a clear trajectory in her work that opens out onto ever larger vistas.

The Italian humanist Marsilio Ficino (1433-1499) and the Spanish literary master Miguel de

Cervantes (1547-1616) constitute the pillars of Byrne's scholarship to date. Her interest in these canonical figures of the Italian Renaissance and the Spanish Golden Age, respectively, has yielded two published monographs, the first on the intersection of literature with religion and philosophy (hermeticism), the second, on the intersection between literature and the law.

Based on her doctoral dissertation, her first book, *El Corpus Hermeticus y tres poetas españoles* (2007), examined the appropriation of Ficino's hermetic ideas about the divine and human transcendence in three major poets of sixteenth-century Spain: Francisco de Aldana, for whom she makes the clearest and most convincing case, also Fray Luis de León, and, with greater difficulty, given the range of his sources, the Spanish mystic poet San Juan de la Cruz. But the groundwork is laid: Byrne demonstrated the resonance of Ficino's 1471 Latin translation of the ancient Egyptian priest Hermes Trisgmegistus's writings in the Spanish Renaissance, suggesting the possibility of gnostic foundations of Renaissance humanism. We agree with the referee who wrote that the book "forces us to consider the Hermetic as an integral part of Spanish sixteenth-century thought with its impact on poetic images and notions."

One of her five articles published in prestigious refereed journals (2005), and one of her conference-proceedings publications (2006) (one in English, the other in Spanish) fed directly into the *Corpus Hermeticus* project.

Byrne's other abiding interest, the reflections of legal traditions in Spanish literature, was first manifested in a 2002 article, in which she showed how principles of jurisprudence could shed light on the interpretation of literary texts, in this case in an episode from the twelfth-century Castilian epic *Poema de Mío Cid*. The remaining two of her refereed articles (2007, 2009), one on Cervantes's work and law, the other on his writing and the genre of history, led into her second book, *Law and History in Cervantes'* Don Quixote (2012). In this monograph she brings to the fore two sixteenth-century figures not previously considered in the Cervantine pantheon of sources and interlocutors. Their ultimate significance will be determined by future scholarly readers.

Byrne's discrete, filigree-like investigations in the *Corpus* monograph have led to her current and much broader project on Ficino in Spanish literary and intellectual life of the early modern period. This new monograph, "Ficino in Spain," now nearing completion, has been anticipated by Byrne's most recent (2012) article. Given the number of canonical authors she is considering in relation to Ficino's work, this forthcoming project suggests, once again, her systematic work pattern, moving from a small scale to ever broader categories of reflection.

7. Attach a copy of the candidate's current CV