Resending report on BYRNE APL proposal

*Sue Byrne*

**Subject:** Resending report on BYRNE APL proposal
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**Date:** 9/30/2013 10:13 AM
**To:** "Miller, Mary" <mary.miller@yale.edu>

Mary, I'm resending this to you, for your consideration. I can only imagine the flurry of activities that you have had these past days, which is why I take this liberty.

Many thanks,

Rolena


-------- Original Message --------
**Subject:** BYRNE APL proposal
  **Date:** Thu, 26 Sep 2013 06:44:31 -0400
  **From:** Rolena Adorno <rolena.adorno@yale.edu>
    **To:** Miller, Mary <mary.miller@yale.edu>


Dear Mary,

Regarding Sue Byrne's APL proposal, she produced it, the pertinent senior faculty (Roberto, Noel, and I) reviewed it independently, and independently we found it quite poor. The three of us met, and we concurred that it was quite inadequate. Late yesterday I communicated this news to Sue, who had received and reflected on our independent written comments early in the day. She recognized that the proposal was inadequate and agrees with us that now is not yet the time that she is able to propose a well grounded, well thought out, well informed proposal for her <u>fourth</u> book.

In fact, if Sue worked at a "normal" human pace, she might, right now, only be proposing (for the APL leave) her <u>third</u> book, on Ficino in Spain, which is actually already done and will go out for review to the University of Toronto Press next month, and which has been written since her <u>second</u> book, on *Law and History in Cervantes' Don Quijote*, which had appeared last October, just one year ago. (That was the book which was considered for her promotion to Associate on Term, conducted this past Spring 2013 semester.)

So I return to my query to you of September 12: May she take her APL in year three after her promotion? That would be for academic year 2015-16.

For your information, I paste here my original query to you (and Emily) of September 12, which refreshes us all on the reasons for my request. With many thanks,

BYRNE004813