# Yale University

Roberto González Echevarría
Sterling Professor of Hispanic
and Comparative Literature
P.O. Box 208204
New Haven, Connecticut 06520-8204

Campus address:
82–90 Wall Street
Telephone: 203 432-1153, 1151
Fax: 203 432-1178

October 17, 2014

Dear Rolena:

I had my meeting with Susan Byrne this morning at 10.45, in my office, to convey to her our criticism to her book project, which we formulated in our committee meeting yesterday afternoon

I began by telling Sue that I was speaking for our entire committee, as our views were in complete agreement both on general issues and on specific details of content and style. Here is a list of the criticisms that I communicated to her:

1. That we were dissatisfied with the conceptual bases of the project as formulated. That to talk about going from law to literature was too vague and lacking focus, and begged the question of what literature meant. I explained to her that "literature" is a concept dating to the eighteenth and nineteenth centuries, not relevant to the Spanish Golden Age, and that she should read Abrams' *The Mirror and the Lamp* to get an idea. I also mentioned that, if as she said literature and the law had common sources it was illogical to have one move to the other. She answered that that was the gist of her project, to which I replied that it was precisely for that reason that we objected to it. I was hard to tell where the whole thing was going, if anywhere.

2. I objected that my *Love and the Law* was not thematic, that both love and the law were genetic and structural categories, not just a matter of content. I believe that she has not understood my book or represses it.

3. I told her that the corpus of texts that she wanted to include was very uneven, with major canonical works mixed in with others that were very minor and even obscure. I said that I found the inclusion of El Pinciano an error, that he was a theoretician, and his book hardly literature. I found that combining him with Fray Luis was an odd pairing. I said that I was disappointed that she had not included something on the *Siete partidas*, but she said she had in her earlier book. I told her that she ought to read Ciriaco Morón Arroyo on dialogues, as well as an article by Philip Lewis whose whereabouts I could not remember. I suggested that she include Tirso's *El burlador de Sevilla*, which seemed ripe for a study from a legal point of view. She countered that that was the sort of thing that I would do, but that she did not work like me. I agreed.

4. I told her that, on the whole, the project was badly written, something that I had told her earlier was also true of her book on Cervantes. I told her that it was not a question of a few

Confidential - Attorneys' Eyes Only

BYRNE008973

## Yale University

Roberto González Echevarría
Sterling Professor of Hispanic
and Comparative Literature
P.O. Box 208204
New Haven, Connecticut 06520-8204

Campus address:
82–90 Wall Street
Telephone: 203 432-1153, 1151
Fax: 203 432-1178

González Echevarría 2

4. I told her that, on the whole, the project was badly written, something that I had told her earlier was also true of her book on Cervantes. I told her that it was not a question of a few edits, but basic issues that went back to Freshman English courses. I pointed out two or three particularly awkward sentences, one in which the word "detail" appears three times. Fixing these would not take care of the problem.

5. I told her that, though we had not taken a vote, if we had the project would have not been endorsed.

Roberto Gonzalez Echevarria

Confidential - Attorneys' Eyes Only

BYRNE008974