**Yale** *Department of Spanish & Portuguese*

PO Box 208204
New Haven, CT 06520-8204
T 203 432-1151
F 203 432-1178

18 October 2014

Courier
82-90 Wall Street
New Haven CT 06511

Dear Colleagues,
I write to respond to Rolena's recent message with attached memo, and I follow the memo's order of numbered points.

1) It is disingenuous, at best, for the committee to state that it does not understand the concept of 'literature.' Between you, you have close to 100 years of teaching 'literature.' I do understand that my perspective and scholarly questions are, perhaps, different than your own. As a matter of fact, Roberto and I discussed that yesterday in his office. We agreed that for the academy as a whole, for a university, and for every department, it is most healthy that each individual scholar pursue their research as they see fit.

In order to be perfectly clear as to how I read the word 'literature' in late sixteenth-century Spain, I refer you to the conclusion of my book *Law and History in Cervantes*:

> Today we study medieval and Renaissance texts as literature but for those who wrote them, they were 'good letters' with a specific agenda: draw more converts to the church, tell the stories of a battle, offer examples on moral behaviour, celebrate heroes, etc. In sixteenth-century Spain, the word 'literature' was any and all writing down of letters: that is how one Latin-Spanish dictionary defines it in the late fifteenth century (Palencia). Another, compiled in 1611, does not even include the word (Covarrubias). In tractates written in the sixteenth century, there are references to 'Christian literature' meaning the Bible, or to 'Mosaic literature' meaning the Koran; in both of these cases, the religious word (and law) is literature because it is written down. Up to and throughout the sixteenth century, writing was 'good letters' with a meaning of 'moral learning' or 'literacy' in phrases such as 'good letters and learning'; 'good letters and disciplines'; 'good letters and philosophy'; 'the doctrine and erudition of good letters, whose practice and use ...' (CORDE). In the year 1600, Spaniard Gaspar Gutiérrez de los Rios wrote a work titled *General notice of estimation of the arts* (*Noticia general para la estimación de las artes*) in which, after writing a little about the history of letters and learning as he saw it, he offers this description of the art of writing:
>
>> the art and exercise undertaken by writers of good letters and teachers of reading and writing, who are also called grammarians, primary school teachers, antiquarians, scribes, stenographers, and men of letters or chroniclers; they practise a profession also called literature, which jurisconsult Ulpian excluded from the liberal arts. Maybe because it is

Confidential - Attorneys' Eyes Only

BYRNE008975

the fundamental base of grammar, or maybe because it imitates the liberal arts in its use of letters, Ulpian also conceded that custom has it that salaries of school teachers are, extraordinarily, the same as those of professors of liberal arts. With time, this art became so esteemed that it entered into the number of the liberal arts by an imperial decree which specified that the art of reading and writing well is one of the greatest virtues to be had among all studies and liberal arts, etc. Today, this art has so increased in importance that one can more easily and more assuredly by the pen than by the sword make oneself a noble man. (1600, 92–3)

This is 1600, and Gutiérrez de los Ríos accepts second-century Roman jurisconsult Ulpian's definition and description of 'literature' as the teaching of reading and writing, while noting the importance and respect to be garnered by those skills in his own day and time. (Byrne 2012, 144-45)

That long quotation, which I am sure all the committee members have already read in the book itself, should make clear what I mean by 'literature.' Of course the modern concept postdates the Spanish Golden Age! That is the subject of another project of mine, one that I have discussed with all three committee members at one time or another: my planned book on changes in perception of 'literature' as art, both before and after the coining of the phrase *belles-lettres* in the middle of the seventeenth century. This timing, of course, moves the discussion back a bit further than the committee suggests in its memo: the concept of 'literature' did not originate in the eighteenth and nineteenth centuries as you put forward in your memo, rather it codified and nationalized during that time. The quote above, from Gutiérrez de los Rios in the year 1600, should settle that question.

Golden Age writers, those same persons who penned the texts we so love to study, also considered and discussed their craft and, as the quote makes clear, they had begun to identify that art with the term 'literature.' Surely we can all agree that this a topic worthy of study. We have all dedicated our lives to 'literature' and while each of us has, in all likelihood, our own specific understanding of the art, we are also fully cognizant of, and hopefully open to, the diversity of approaches evidenced in our field. No one committee member studies a text exactly as do the others: that would be a horrible waste of talent, training and intuition, as well as consummately boring. Academia itself would surely perish were we all to simply repeat what someone else had already done, or to continue to do the same thing over and over again. At the least, our own work would stagnate. Openness to new ideas should be the hallmark of a responsible academic. Please do not close your minds to a fresh, modern perspective.

2) Roberto's *Love and the Law in Cervantes* is not directly germane to my proposal. I will not be dealing with Cervantes, as the proposal makes clear. The "repressed" comment is puzzling and is contradicted by my original proposal, which praised his book.

3) The *Burlador de Sevilla* did not come up during my conversation with Roberto, but the committee is right that Tirso's dramatic work could be fruitful for a law-lit study. It postdates by quite a bit, however, the time frame I will be working on, and I do not believe it alone would be worthy of a full year's sabbatical leave. What Roberto did suggest to me in name of the committee, although it is not referenced in your memo, was that I do a "literary study of the Siete Partidas." Surprising as it might be that all three committee members had, independently of each other, come up with that same idea, I had to reject it as unappealing to me. I am just not attracted to the idea of combing through that enormous work looking for metaphors and rhetorical flourish. Further, I have to ask, to what end? Rhetoric was a basic part of early education, and all jurists could string together metaphors and tell stories, they learned that skill as children.

Confidential - Attorneys' Eyes Only

BYRNE008976

The texts I have chosen for my own study were selected for specific purposes. Those reasons are clearly stated in my proposal, and I repeated them to Roberto yesterday. That selection is key to my plans for my study and, as you are all aware, individual intellectual choice is crucial to a good project. In name of the committee, Roberto conceded to my choices yesterday. It is trivial for the committee to now question one of the eight texts I have included for this study, and to pretend that lone detail is sufficient to derail the project itself. Further, the text in question, Alonso López Pinciano's *Filosofía antigua poética*, is itself a masterpiece worthy of serious study. Pinciano's book is a standard reference for scholars like Rolena Adorno, who used it in her last full scholarly study, published in 2007.

4) I heartily disagree with the summary critique of my writing style. So do many who have read my publications, including our own department's Professor Emeritus Manuel Durán, who wrote a very nice letter to me that included specific praise for my writing in that book: "bien escrito, bien fundado en el texto cervantino, y muy revelador. Cervantes no se agota nunca. Y estoy feliz al ver que el Departamento se renueva con personas como usted" (Durán, 25 Sep. 2014). Here is a sampling of other reviewers' comments on my writing in that same book:
"Se trata de otro estudio de fausta trascendencia que todo especialista en el Siglo de Oro debiera leer atentamente... fascinante análisis... esclarece con carácter definitivo algunas frases y pasajes del *Quijote*... El excelente estudio de Byrne clarifica asimismo dos cuestiones léxicas en las que los editores del *Quijote* habían errado" (Ardila in *BHS* 90 (2013));
"Byrne's study is compelling, insightful, and a bit more, for it may make readers reshape Cervantes's story, and Cervantes's history, in their minds" (Friedman in *Cervantes* 33.2 (2013));
"Byrne's thoughtful and discerning study... clear and precise analysis (de Armas in *Revista de Estudios Hispánicos* (June 2013));
"Susan Byrne's scholarship is dispassionate and informative... She strikes an enviable balance between sophisticated analysis and warm exposition... Having studied *Don Quixote* for twenty-five years, I cannot recall a more efficient delivery of its meaning" (Graf in *Modern Philology* (August 2014));
"Byrne is able to explain passages in the *Quixote* that are often dismissed as errors by modern editors. Her erudite analysis of the text provides a fresh perspective of the *Quixote*, one that all Cervantes scholars should consider reading" (Polchow in *Hispania* 97.3 (2014)).

I do not write, nor do I analyze texts, with a goal to celebrate my own writing over that of the text I study. Nonetheless, I seem to be doing something right: "fascinating analysis"; "clear and precise analysis," etc. There have been many more such comments made to me, and I have every confidence in my writing, and in my work.
In closing, I wish to state that, as the committee must be aware, I am not a novice. I have produced three solid books, two of which have been very positively received, and a third that will be published this coming year. Just about one and one-half years ago, this same committee recommended me for promotion on the basis of my body of work, including the book on Cervantes. The committee has raised no sound concerns about my proposal, and to classify bombastic trivialities like "what do you mean by literature?" and "we are not sure about your writing style" as substantial is an affront. It also demeans the committee itself, and makes light of its purported mission.
I expect that my revised proposal, as submitted to the committee yesterday, just one day after the notice to me that it had been reviewed for the first time, will be approved and submitted to the appropriate administration authorities prior to November 1. I have complied with all procedural steps in a most timely fashion, and the committee has offered no good reason for it to now drag its heels.

Yours truly,

Susan Byrne

18 Oct 2014

Confidential - Attorneys' Eyes Only

BYRNE008977