Susan Byrne, Associate Professor
Department of Spanish & Portuguese
Associate Professor Leave Proposal for 2015-2016
3 November 2014

<center>From Law to Literature in Spain</center>

The three keywords of my title should be read in conformance with contemporary standard dictionary definitions, that is, law as "a rule of conduct imposed by authority"; literature as "Familiarity with letters or books; knowledge acquired from reading or studying books, esp. the principal classical texts associated with humane learning" (The Oxford English Dictionary); and Spain as the country it is today, according to the United Nations recognition of it as a distinct political entity comprising certain geographical space. The stark difference in readings of the first two terms today versus their meaning and practice during Medieval and Renaissance Spain is the conceptual focus of this proposal: how words and theories particular to the discourse of law are used in creative texts now categorized as 'literature.'

Over the past thirty-five years, there has been much scholarly interest in the relationship between the disciplines of law and literature, and the critical mass of those studies now constitutes its own recognized subfield.[1] Research into that disciplinary mix in English literature has for the most part concentrated on the eighteenth century forward, to study the coincidence in two written intellectual products that evidence similarities such as ambiguities of interpretation (Hanafin et al.1-2).[2] With a similarly modern focus, legal scholars have detailed the "stories, explanations, performances, linguistic exchanges" (Brooks and Gewirtz 2, 14-22) of their own field's discourse in relation to the inherent rhetorical properties of language.[3] In Spanish letters, by the late nineteenth century, jurists in Spain had begun to comment on legal details found in canonical Medieval and Renaissance literary texts. This trend

---

[1] For the status of the *Law and Literature* subfield in 1996, see Mercedes Carreras Jiménez, "Derecho y literatura," *Revista de fundamentación de las Instituciones Jurídicas y de Derechos Humanos* 34 (1996) 33-62. An updated look at the field can be found in Anna Schur, "Flourishing or Perishing? Law and Literature Airbrushed," *Law and Literature* 26.1 (2014) 105-16.

[2] Patrick Hanafin, et al., eds., *Law and Literature*, special issue of *Journal of Law and Society* 31.1 (Oxford: Blackwell Press, 2004).

[3] Peter Brooks and Paul Gewirtz, eds., *Law's Stories: Narrative and Rhetoric in the Law* (New Haven: Yale University Press, 1996).

Confidential - Attorneys' Eyes Only

BYRNE008978

progressed throughout the twentieth century, with titles such as *Derecho y literatura* by Juan Ossorio Morales in 1949 and, during the last three decades of that century, a number of authors published studies of specific legal references in creative literary works. The first full-length study of one Spanish author's work for its incorporation of matters related to the combined disciplines was Roberto González Echevarría's 2005 *Love and the Law in Cervantes*.

In my own second book, titled *Law and History in Cervantes'* Don Quixote and published in 2012, I argued that Cervantes not only incorporated legal topics, but that he turned the polemical history of law, along with contemporary historiographical and juridical disputes, into creative literature by appropriating the discourses of the two disciplines into a fictional realm. While the law-literature field is not new, my approach to it is: "This remarkable work is the first to systematically consider the relationship between law, literature and history in Cervantes' novel, and to provide the documentation backing this endeavour" (Laurent de Sutter (JD), University of Brussels, *Law and Literature*, May 2014).[4] The crucial piece is "provide the documentation," as that is how my method differs from those of earlier scholars. For early modern Spain, it is particularly important to combine close philological study of the

---

[4] Other reviews are also positive: "This is a dense and well-researched book, one that is constantly moving us from insight to curious anecdote to startling archival revelation... It holds learned and thoughtful intimations of how history and the law served to give rise to Cervantes's novel" (Frederick de Armas. University of Chicago, *Revista de Estudios Hispánicos*, June 2013); "This is a substantive work of investigation, analysis, and metacriticism" (Edward Friedman, Vanderbilt University, *Choice*, April 2013); "The central thesis of this book, that Cervantes's fiction serves as a 'fulcrum for the fields... of history and jurisprudence, highlighting their inconsistencies and anticipating the resolution of their paradoxes' is convincing and, more important, interesting" (Barbara Simerka, CUNY, *Renaissance Quarterly*, Winter 2013); "Susan Byrne's scholarship is dispassionate and informative... she strikes an enviable balance between sophisticated analysis and warm exposition, allowing students, teachers, and academics alike to catch the ways in which sixteenth-century juridical and historiographical debates slid into the ironic postures and structural disruptions of the first modern novel. Having studied *Don Quixote* for twenty-five years, I cannot recall a more efficient delivery of its meaning" (Eric Graf, Universidad Francisco Marroquín, *Modern Philology*, August 2014); "La labor de Byrne y sus conclusiones constituyen una aportación esencial para el entendimiento de la concepción del *Quijote* como una obra plenamente moderna. Se trata, en definitiva, de otro estudio de lectura obligada para todo cervantista y para todo estudioso de la historia de la novela española" (J.A.G. Ardila, University of Edinburgh, *Bulletin of Spanish Studies* 90.7, 2013); Byrne's "erudite analysis of the text provides a fresh perspective of the *Quixote*, one that all Cervantes scholars should consider reading" (Shannon Polchow, University of south Carolina, *Hispania* 97.3 (2014).

Confidential - Attorneys' Eyes Only

BYRNE008979

creative literary texts with an identical approach to the legal codes, so as to appreciate how what we call literature developed out of law, historical developments in jurisprudence, and legal practice.

In From Law to Literature in Spain, I will go back chronologically and investigate earlier instances of the clear mixture of law and creative literature, with the goal of tracing the development of the latter through its dependence on and subsequent independence from the prior. In my first published scholarly article, in 2002,[5] I demonstrated the relevance of a specific legal detail regarding the age of reason in the early thirteenth-century Spanish epic poem *Cantar de mío Cid*. Through use of a pointed reference regarding the age of a child, the poem's author informed his audience while protecting the young girl from the harsh legal remedies threatened by the king in the very same documents she explained to the hero and, so, to the public. We know that Medieval and Renaissance Spanish jurists were also, frequently, the authors of texts we today consider canonical creative works. When their legal studies metamorphosed into comercially-viable (*Celestina*) or socially-disruptive (*Lazarillo*) creative product, as they did at the turn of the fifteenth to sixteenth centuries, they laid the groundwork for what would become, over time, stories classified as works of literature instead of law. It is noteworthy that the 1523 Constitutions of the Colegio mayor de Santiago el Zebedeo of the University of Salamanca urge students in all disciplines to study the humanities: "si velint, humanis litteris se immisceant, sic tamen quod ab eis non absorbeantur," and an especially strong case is made for students of Law to do so: "audiant aliquas lectiones humanitatis" (Beltrán de Heredia 1945, 153).[6] The interdisciplinarity so prized today was the norm in the "law-literature" field of sixteenth-century Spain.

My approach and method of study is always close reading of the texts. In this book I will combine research into historical legal sources with study of literary texts, that is, the same model that was fruitful in my 2012 book but applied to earlier source texts. A third component will be the addition of preceptive juridical and poetic treatises. I combine canonical and non-canonical texts because, in order to

---

[5] Susan Byrne, "¿Por qué una niña de nuef años?: la edad de razón y la razón del poeta del *CMC*." *La corónica* 31.1 (Fall 2002): 5-17.
[6] Beltrán de Heredia cites the University of Salamanca Constitutions, respectively as presented here: Section 1, chapter1 and Section 4, chapter 17.

Confidential - Attorneys' Eyes Only
BYRNE008980

truly appreciate the former, it is necessary to understand the environment in which they were written. As a specialist in the Spanish Golden Age, my goal is to elucidate all texts from that time frame, rather than celebrate only those already recognized as important. In so doing, the canonical texts gain depth and richness, and the period as a whole is better understood.

The list of literary works to be studied in connection with documented legal sources comprises four general stages: 1) *Cantar de mio Cid* and *Libro de buen amor* (13th-14th centuries); 2) *Celestina* and *Grisel y Mirabella* (turn of 15th to 16th centuries); 3) *Diálogo de las cosas acaecidas en Roma* and *Coloquios de Palatino y Pinciano* (first half of 16th century); and 4) *Tratado sobre la ley* and *Philosophia antigua poética* (last third of 16th century). Legal discourse is realized in two specific manners: written codes and debate on their application to certain circumstances. Both realizations of those speech acts figure in the first three groups of texts, with legal matters referenced in poetic form in the first, in prose with dialogue/ debate in the second, and in dialogue alone in the third.[7] Of the pair of texts in group three, the first is specifically syllogistic in nature while the second includes argumentation and debate with witty colloquoy; this demonstrates coetaneous perception of the dialogue form as appropriate for rhetorical suasion in a juridical sense but also as entertainment. Arce de Otálora's characters in the *Coloquios de Palatino y Pinciano* are two law students from the University of Salamanca on a vacation trip through Spain who, tellingly, reference "nuestra madre Celestina" as one of their authorities on a legal matter.

The last group of texts includes a philosophical-pedagogical treatise on law written by the superb Golden Age poet Fray Luis de León, an intellectual whose poetic expression is unmatched for clarity and beauty but who also served in a number of venues as legal representative for his religious order, the

---

[7] For the importance of dialogue in genre developments of the Renaissance, an as-of-yet understudied topic, the following studies are important: Jacqueline Ferreras, *Los diálogos humanísticos del siglo XVI en lengua castellana* (Murcia: Universidad de Murcia, 2003), and "Del diálogo humanístico a la narratividad moderna," in *La interconexión genérica en la tradición narrativa*. Coord. Ana Luisa Baquero Escudero, et al. (Murcia: Universidad de Murcia, 2011) 79-105; Antonio Sánchez Jiménez, "El diálogo en el Renacimiento español," *Ínsula* 792 (2012) 16-19; C.J.R. Armstrong, "The Dialectical Road to Truth: The Dialogue," in *French Renaissance Studies 1540-70: Humanism and the Encyclopedia*. Ed. Peter Sharratt (Edinburgh: Edinburgh University Press, 1976) 36-51; Luis A. Murillo, "Diálogo y dialéctica en el siglo XVI español," *Revista de la Universidad de Buenos Aires*, 5th ser. 4 (1959) 56-66; Ciriaco Morón Arroyo, "Sobre el diálogo y sus funciones literarias," *Hispanic Review* 41 (1973) 275-84.

Confidential - Attorneys' Eyes Only

Augustinians. Fray Luis offers Saint Isidore's perspective on the connection between law [*lex*] and reading [*legendo*]: "beginning with the act of reading itself, laws have the power to coerce given that they are written down and read" (81).[8] I will study Fray Luis' text on law and Alonso López Pinciano's poetic preceptive work side by side, so as to gauge late sixteenth-century perceptions of the two disciplines as developing and distinct, yet intimately related, entities. As a whole, in the first chapters of the book, my focus will be on the literary results of the disciplinary mix, that is, I will analyze each author's specific use of legal points to identify their incorporation and to analyze their importance to the literary product. In the last chapter, I will study the teachings of the two named Golden Age theorists on, respectively, law and poetics, against the backdrop of my earlier findings.

This book project will include two trips to Spain for research on relevant legal documentation and volumes. While the legal proscriptions as published and promulgated allow for certain conjecture as to reception of the written text, underlying Cortes' documents offer information on questions raised during Spanish Parliamentary sessions, as well as debates on specific issues. This, in turn, elucidates the cultural and societal concerns underlying the legal remedies as published, and allows for a clearer perspective on the creation of, and the reception accorded the literary texts. Both the MacMillan Center and the Whitney Humanities Center have looked favorably on an earlier version of this proposal and have provided grant monies that will cover the costs of those trips. The first will be to the Biblioteca Nacional in Madrid to study relevant documentation from Cortes sessions in 1499 and 1523, including one specific dialogue actually listed and classified by the library as a legal case (Wilkinson 2010, IB 8317).

The second trip will be for research in the historical collection of the university library at Salamanca. As the principal Spanish university for legal study during the relevant time frame (13th through 16th centuries), this collection contains significant catalogue listings in the field of Law, in both manuscript and print. Specifically, the holdings from Cortes held in Segovia in the year 1532 and in Toledo in 1525, 1550, 1559, 1560; laws given in Madrid in 1499, and printed at Salamanca in 1511; laws

---

[8] "las leyes tienen poder de coacción partiendo de leer, puesto que las leyes se ponen por escrito y se leen" (81).

Confidential - Attorneys' Eyes Only

BYRNE008982

and discussion on ecclesiastical matters dated 1513; instructions regarding legal findings and penalties dated 1552; a 1556 notebook on penal procedures; a 1574 volume by the "attorney for the encarcerated" that details cases, punishments and conditions; and 1531 Roman law case studies.

Study of the listed juridical volumes, including marginalia as well as specific holdings and provenance information, will add a critical dimension to our knowledge of the pertinent legal issues that surface in the early creative texts. The socio-juridical polemics are the underlying debate that inspires the creative expression. I expect the combination of archival cases, documentation and legal commentaries to result in my fourth book manuscript, tentatively titled *From Law to Literature in Spain*.

Primary Sources[9]

Araujo, Francisco de. *Las leyes (1638)*. Trad., intro. y notas. Juan Cruz Crua. Madrid: EUNSA, 2010.
Arce de Otálora, Juan de. *Coloquios de Palatino y Pinciano*. 2 vols. Ed. José Luis Ocasar Ariza. Madrid: Turner, 1995.
Bermúdez de Pedraza, Francisco. *Arte legal para estudiar la jurisprudencia*. Salamanca: Emprenta de Antonia Ramírez, viuda, 1612. Facsimile, Navarra: Editorial Civitas, 1992.
*Cantar de mio Cid*. Ed. Alberto Montaner. Barcelona: Crítica, 1993.
*Los códigos españoles concordados y anotados*. 12 vols. Madrid: Rivadeneyra.
Flores, Juan de. "Historia de Grisel y Mirabella." *The Novels of Juan de Flores and Their European Diffusion*. Ed. Barbara Matulka. NY, 1931. 332-70.
*Fuero de Bejar*. Ed. Juan Gutierrez Cuadrado. Salamanca: Universidad de Salamanca, 1974.
*Fuero de Jaca*. Ed. Mauricio Molho. Zaragoza: Escuela de Estudios Medievales, 1964.
*Fueros leoneses de Zamora, Salamanca, Ledesma y Alba de Torres*. Eds. Américo Castro y Federico de Onís. Madrid: Sucesores de Hernando, 1916.
*Fuero de Madrid*. Prólogo. Conde de Mayalde. Madrid: Raycar, 1962.
*Fuero de Plasencia. Estudio histórico y edición crítica del texto*. Eds. Eloísa Ramírez Vaquero y María del Tránsito Vaquero Rodríguez. 2 vols. Merida: Editoria Regional de Extremadura, 1987.
*Fuero general de Navarra*. Ed. Biblioteca del derecho foral. Pamplona: Aranzadi, 1964.
*El Fuero Real de España, diligentemente hecho por el noble rey Don Alonso IX*. Ed. Alonso Díaz de Montalvo. 2 vols. Madrid: Real Compañía de Impresores, y Libreros del Reyno, 1781.
León, Fray Luis de. *Tratado sobre la ley*. Ed., intro. y notas. José Barrientos García. Trad. Emiliano Fernández Vallina. Madrid: Ediciones Escurialenses, 2005.
*Liber iudicorum. Fuero Juzgo en latín y castellano, cotejado con los más antiguos y preciosos códices*. Ed. Real Academia de la Historia. Madrid: Ibarra, 1815.
López Pinciano, Alonso. *Philosophia antigua poética*. 3 vols. Ed. Alfredo Carballo Picazo. Madrid: CSIC, 1953.
Pramáticas. *Las pramáticas del Reyno. Recopilación de algunas bulas del summo pontífice: concedidas en favor de la jurisdicción Real: con todas las pramáticas: y algunas Leyes del reyno: hechas para la buena governación y guarda de la justicia: y muchas Pramáticas y Leyes añadidas que*

---

[9] The sources listed in my proposal that I have not yet consulted (Cortes' documents, etc.) will be added as they are consulted.

Confidential - Attorneys' Eyes Only                                                                                       BYRNE008983

*hasta aquí no fueron Impressas: en especial están añadidas las leyes de Madrid y de los Aranzeles y de los paños y lanas y capítulos de corregidores y leyes de toro y leyes de la hermandad: y tabla de todo lo contenido en este libro nuevamente Impressa vista y corregida y por orden de Leyes puesta.* En Alcalá de Henares en casa de Miguel de Eguya, 1528.

*Quaderno de las leyes y pregmáticas que su Magestad mandó hazer en las cortes que tuvo y celebró en la villa de Madrid el año de d.Lxiii. con las decisiones de los capítulos de las cortes passadas desde el año de. d.xxiii. a que no estaba respondido. E con la pregmática nuevamente hecha sobre los trajes.* En Alcalá, en casa de Andrés de Angulo. Béndense en casa de Francisco López librero de corte, 1563.

Recopilación. *Recopilación de las leyes destos reynos, hecha por mandado de la Magestad Católica del Rey don Felipe Segundo nuestro señor; que se ha mandado imprimir, con las leyes que después de la vltima impressión se han publicado, por la Magestad Católica del Rey don Felipe Quarto el Grande nuestro señor.* 5 vols. Ed. facsimil. Valladolid: Lex Nova, 1982 [1640].

Rojas, Fernando de. *Celestina*. Ed. Bienvenido Morros. Barcelona: Vicens Vives, 1996.

Rojas, Fernando de. *Celestina*. Ed. Soledad Puértolas. Madrid: Castalia, 2012.

Rojas, Fernando de. *Celestina comentada [ms. siglo XVI]*. Eds. Louise Fotherfill-Payne, et al. Salamanca: Ediciones Universidad de Salamanca, 2002.

Rojas, Fernando de. *Comedia de Calixto y Melibea: hacia la "Celestina" anterior a Fernando de Rojas*. Ed. José Antonio Bernaldo de Quirós Mateo. Madrid: Editorial Manuscritos, 2010.

Rojas, Fernando de. *Tragicomendia de Calisto y Melibea: libro también llamado La Celestina*. Ed. M. Criado de Val y G.D. Trotter. *Madrid: CSIC, 1965.*

Ruiz, Juan, Arcipreste de Hita. *Libro de buen amor*. Ed. Alberto Blecua. Rev. Margarita Freixas. Barcelona: Crítica, 2001.

Ruiz, Juan, Arcipreste de Hita. *Libro de buen amor*. 2 vols. Eds. Manuel Criado de Val y Eric W. Naylor. Madrid: CSIC, 1965.

*Las Siete partidas de Alfonso X*. 3 vols. Madrid: Real Academia de la Historia, 1807.

*Las siete partidas del Rey D.Alfonso el Sabio, glosadas por el licenciado Gregorio López. Los Códigos españoles concordados y anotados*. Madrid: Rivadeneyra, 1847-1850.

Valdés, Alfonso de. *Diálogo de las cosas acaecidas en Roma*. Ed. Rosa Navarro Durán. Madrid: Cátedra, 2001.

## Secondary Sources – Preliminary List

Abrams, Meyer Howard. *The Mirror and the Lamp: Romantic Theory and the Critical Tradition*. NY: Oxford University Press, 1953.

Arrellano, Ignacio y Jesús M. Usunáriz, eds. *El mundo social y cultural de La Celestina: Actas del Congreso Internacional, Universidad de Navarra, junio 2001*. Madrid: Iberoamericana, 2003.

Asso y del Río, I.J. de. *Instituciones del derecho civil de Castilla*. 2 vols. Madrid: Don Tomás Albán, 1806.

Baranda, Consolación. *"Celestina" y el mundo como conflicto*. Salamanca: Ediciones Universidad de Salamanca, 2004.

Barbadillo Delgado, Pedro. *Historia del ilustre colegio de abogados de Madrid: Primera parte, siglos XVI y XVII*. Madrid: Aldus, 1956.

Baudouin, Françoise. *De institutione historiae vniuersae, et eivs cvm ivrisprvdentia coniunctione*. Paris: Andream Wechelum, 1561.

Bermejo Cabrero, José Luis. *Derecho y pensamiento político en la literatura española*. Madrid: G. Feijoo, 1980.

Bloch, Howard. *Medieval French Literature and Law*. Berkeley: University of California Press, 1977.

Brundage, James. *The Medieval Origins of the Legal Profession: Canonists, Civilians, and Courts*. Chicago, University of Chicago Press, 2008.

Byrne, Susan. "¿Por qué una 'niña de nuef años'?: la edad de razón y la razón del poeta del CMC." *La corónica* 31.1 (1992): 5-17.

---. *Law and History in Cervantes' Don Quixote*. Toronto: University of Toronto Press, 2012.

Cárdenas Bunsen, José A. *El derecho canónico en los escritos mayores de Bartolomé de las Casas*. Madrid: Vervuert-Iberoamericana, 2010.

Carrión, María M. *Subject Stages: Marriage, Theatre, and the Law in Early Modern Spain*. Toronto: University of Toronto Press, 2010.

Catalán, Diego. *La épica española: nueva documentación y nueva evaluación*. Madrid: Fundación Ramón Menéndez Pidal, 2010.

Corominas, Pedro. "Las ideas jurídicas en el poema del Cid." *Obra completa en castellano*. Ed. Joan Corominas. Madrid: Gredos, 1975. 595-621.

Correa Calderón, Evaristo. *Registro de arbitristas, economistas y reformadores españoles, 1500-1936: catálogo de impresos y manuscritos*. Madrid: Fundación Universitaria Española, 1981.

Di Camillo, Ottavio. *El humanismo castellano del siglo XV*. Valencia: Torres, 1976.

---. "Interpretations of the Renaissance in Spanish Historical Thought." *Renaissance Quarterly* 48.2 (1995): 352-365.

---. "Interpretations of Humanism in Recent Spanish Renaissance Studies." *Renaissance Quarterly* 50.2 (1997): 1190-1201.

---. "Fifteenth-Century Spanish Humanism: Thirty Five Years Later." *La corónica: A Journal of Medieval Hispanic Languages, Literatures and Cultures* 39.1 (2010): 19-66.

Duggan, Joseph J. *The Cantar de mio Cid: Poetic Creation in its Economic and Social Contexts*. Cambridge: Cambridge University Press, 1989.

Escriche, Joaquín. *Diccionario razonado de legislación y jurisprudencia*. Nueva ed. Madrid, 1852.

Flórez Miguel, Cirilo, Maximiliano Hernández Marcos, and Roberto Albares Albares, eds. *La primera escuela de Salamanca, 1406-1516*. Salamanca: Universidad de Salamanca, 2012.

Fontes, Manuel da Costa. *Art of Subversion in Inquisitorial Spain: Rojas and Delicado*. West Lafayette, IN: Purdue University Press, 2005.

Fraker, Charles F. *Celestina: genre and rhetoric*. London: Tamesis, 1990.

García-Gallo, Alfonso. *Manual de historia del derecho español*. Madrid: Artes Gráficas y Ediciones, 1967.

García y García, Antonio. "La penetración del Derecho clásico medieval en España." *Anuario del derecho español* XXXVI (1966): 575-592.

Gil Ayuso, Faustino. *Textos y disposiciones legales de los reinos de Castilla impresos en los siglos XVI y XVII*. Madrid: S. Aguirre (Biblioteca Nacional), 1935.

Gil Fernández, Luis. *Formas y tendencias del humanismo valenciano quinientista*. Prólogo. Antonio Mestre Sanchis. Madrid: Alcañiz, 2003.

González Echevarría, Roberto. *Love and the Law in Cervantes*. New Haven & London: Yale University Press, 2005.

---. "Introduction." *Fernando de Rojas. Celestina*. Trad. Margaret Seyers Peden. New Haven: Yale University Press, 2009.

---. *Celestina's Brood: Continuities of the Baroque in Spanish and Latin American Literatures*. Durham: Duke University Press, 1993.

Guzmán Brito, Alejandro. "Mos Italicus y Mos Gallicus." *Revista de Derecho de la Universidad Católica de Valparaiso* 2 (1978): 11-40.

Gybbon-Monypenny, G.B. *Libro de buen amor Studies*. London: Grant & Cutler, 1970.

---. "'Execución prouada': on legal terminology in the *Libro de buen amor*." *Medieval and Renaissance Studies in honour of Robert Brian Tate*. Eds. Ian Michael and Richard A. Cardwell. Oxford: The Dolphin Book Co., 1986.

Hinojoso, Eduardo de. "El derecho en el Poema del Cid". *Homenaje a Menéndez y Pelayo*. Madrid: Librería general de Victoriano Suárez, 1899. I: 541-581.

---. "Las relaciones entre la poesía y el derecho." *Discurso leído ante S.M. El Rey Don Alfonso XIII*. Madrid: RAE, 1904. 7-41.

Confidential - Attorneys' Eyes Only

BYRNE008985

Hook, David. "On Certain Correspondences Between the Poema de Mio Cid and Contemporary Legal Instruments." *Iberromania* XI (1980): 31-53.

Kagan, Richard L. *Lawsuits and Litigants in Castile 1500-1700*. Chapel Hill, NC: University of North Carolina Press, 1981.

Kirby, Steven D. "Legal Doctrine and Procedure as Approaches to Medieval Hispanic Literature." *La corónica* 8.2 (1980): 164-171.

Lacarra, María Eugenia. "Reflexiones sobre economía y linaje en el Poema de mío Cid". *Romance Philology* 46 (Feb. 1993): 302-316.

Langer, Ullrich. "The Renaissance Novella as Justice." *Renaissance Quarterly* 52 (1999): 311-41.

Lawrance, Jeremy N.H. "The Audience of the *Libro de buen amor*." *Comparative Literature* 36.3 (Summer 1984): 220-37.

Lewis, Philip E. *La Rochefoucauld: The Art of Abstraction*. Ithaca, NY: Cornell University Press, 1977.

Llamas y Molina, Don Sancho. *Comentario crítico, jurídico, literal, a las ochenta y tres Leyes de Toro*. 2 vols. Madrid: Gaspar y Roig, 1853

Lorca Martín de Villodres, María Isabel. *La nobleza en los comienzos del Estado Moderno: El pensamiento del jurista Juan Arce de Otálora, situado en la encrucijada del Medievo y la Modernidad*. Madrid: Centro de Estudios Políticos y Constitucionales, 2004.

Madden, Marie Regina. *Political Theory and Law in Medieval Spain*. NY: Fordham University Press, 1930.

Maravall, José Antonio. *Estado moderno y mentalidad social (Siglos XV a XVII)*. 2 vols. Madrid: Revista de Occidente, 1972.

Martínez Marina, Francisco. *Ensayo histórico-crítico sobre la antigua legislación y principales cuerpos legales de los reynos de León y Castilla, especialmente sobre el código de D. Alonso el Sabio, conocido con el nombre De las siete partidas*. Madrid: Ibarra, 1808.

Martínez Tapia, Ramón. *Filosofía política y Derecho en el pensamiento español del S. XVI. El canonista Martín de Azpilcueta*. Granada: Ilustre Colegio Notarial de Granada, 1997.

Menéndez y Pelayo, Marcelino. *Orígenes de la novela*. 2 vols. Madrid: Gredos, 2008.

Morón Arroyo, Ciriaco. *Celestina and Castilian humanism at the end of the fifteenth century*. Binghamton, NY: Center for Medieval & Early Renaissance Studies, 1994.

Ossorio Morales, Juan. *Derecho y literatura*. Granada: University of Granada, 1949.

Pacheco, Joaquín Francisco. "Introducción". *Fuero Juzgo. Los códigos españoles concordados y anotados*. Madrid: Rivadeneyra, 1847.

Pavlovic, Milija N. y Roger M. Walker. "Money, Marriage and the Law in the Poema de mío Cid." *Medium Aevum* LI.2 (1982): 197-212.

Pérez-Coca Sánchez-Matas, Carmen. *Derecho, vida y costumbres de Plasencia y su diócesis en los siglos XV y XVI (Documentación sinodal de la segunda mitad del siglo XVI)*. 2 vols. Cáceres: U of Extremadura, 1994.

Pérez y López, Antonio Xavier. *Teatro de la legislación universal de España e Indias, por orden cronológico de sus cuerpos, y decisiones no recopiladas: y alfabético de sus títulos y principales materias*. Tomo I. Madrid: Manual González, 1791.

Rico, Francisco. *El sueño del humanismo*. Madrid: Alianza, 1993.

Salvador Miguel, Nicasio y Cristina Moya García, eds. *La literatura en la época de los Reyes Católicos*. Pamplona: Universidad de Navarra, 2008.

Seres, Guillermo, et al., eds. *Libro de buen amor: texto y contextos*. Barcelona: Universidad Autónoma de Barcelona; Centro de Estudios e Investigación de Humanidades, 2008.

Tomás y Valiente, Francisco. *El Derecho penal de la Monarquía absoluta, siglos XVI-XVII-XVIII*. Madrid: Editorial Tecnos, 1969.

Thompson, I.A.A. *War and Government in Habsburg Spain 1560-1620*. London: U of London, Athlone Press, 1976.

Confidential - Attorneys' Eyes Only

BYRNE008986

Ynduráin, Domingo. "Historia y ficción en el siglo XV." In *Estudios sobre Renacimiento y Barroco*. Eds. Consolación Baranda, et al. Madrid: Cátedra, 2006. 285-335.

Zahareas, Anthony y Oscar Pereira, eds. *Itinerario del Libro del Arcipreste: glosas críticas al Libro de buen amor*. Madison: Hispanic Seminary of Medieval Studies, 1990.

Confidential - Attorneys' Eyes Only

BYRNE008987