# Yale *Department of Spanish & Portuguese*

PO Box 208204
New Haven CT 06520-8204
T 203 432-1151
F 203 432-1178
span-port.yale.edu

*courier*
82–90 Wall Street
New Haven CT 06511

March 30, 2015

Professor Susan Byrne
Department of Spanish and Portuguese Yale University
Campus

Dear Sue,

Because on July 1, 2015, you will be entering the penultimate year (2015-16) of your appointment as Associate Professor on Term, university procedures require that the department undertake a thorough review of your research, teaching, and service to the department and university. This review will be carried out for the purpose of arriving at an informed recommendation concerning your promotion to the rank of Associate Professor with Tenure. The process will include our solicitation of formal evaluations of your scholarship from outside experts in your field, which will help us make the departmental recommendation.

To proceed with this process, I ask you to provide as preliminary materials, by April 15, 2015, (1) your curriculum vitae, (2) A list of no more than three or four leading scholars in your field to whom we might consider writing, and (3) brief descriptions of: (a) your forthcoming Ficino book and (b) the publications you have produced since your promotion to Associate Professor on Term.

Beyond that, I ask you please to provide, by August 18, 2015:

An updated, detailed academic CV

A chronological list of all the courses you have taught at Yale and their enrollments. Administrative staff members in departments and programs have access in FIS (which will be replaced by Workday) to obtain summary reports with this information, and they can provide it to you.

A comprehensive list of your additional teaching, advising and other contributions at Yale (e.g., advising/evaluation of dissertations, qualifying exams, senior essays; direction of student productions; formal and informal mentoring; organizing of academic reading groups; advising of student academic organizations; service on departmental and university committees).

A list of any awards, prizes, and other types of special recognition you have received.

A comprehensive list of your other professional service activities (editorial boards, conference organizing, leadership in professional organizations, etc.

The FAS dean and the chair of the Humanities Area Committee work with the chair of the appointing department and the departmental review committee to choose experts in the candidate's field to serve as external reviewers.

The candidate submits final materials for review. (These are the materials we are soliciting with this letter.)

External reviewers receive copies of these materials, and are instructed to assess whether the candidate *"stands in competition with the foremost leaders in their fields in the world."* They are asked to make explicit comparisons between the candidate and a list of three or more leading tenured professors in their discipline.

The requirement is a minimum of seven letters from external referees who have an "arms-length" relationship to the candidate (that is, those who have not served as the candidate's teachers, mentors, or research collaborators, or have a conflict of interest). At least three of the letters must come from referees who have not previously evaluated the candidate for an appointment or promotion at Yale.

Department faculty members review the file (including written work by the candidate and outside letters) and vote on the promotion.

If the departmental vote is positive, the chair presents the case to the Humanities Tenure and Appointments Committee (TAC), which also undertakes the review of the written work and outside letters. The committee consists of the Dean of the FAS, six to ten faculty members from your academic area (the Humanities) and one faculty representative from one of the other academic areas (Social Sciences, Biological Sciences, or Physical Sciences and Engineering).

If the Humanities Tenure and Appointments Committee approves the case, the promotion moves on to votes by the Joint Board of Permanent Officers of the Faculty of Arts and Sciences (which consists of all FAS members holding the rank of full professor) and the Fellows of the Yale Corporation.

Criteria:

*"A candidate for appointment or promotion to a tenure position, whether at the rank of professor or associate professor, must have attained scholarly or creative distinction of high quality as demonstrated by both research and teaching. Consideration for tenure emphasizes the impact and continuing promise, at the very highest levels, of the candidate's research and scholarship, as well as excellent teaching and engaged University citizenship within and beyond a department or program ....Tenured faculty at Yale are expected to stand among the foremost leaders in their fields in the world."*

BYRNE006633

A list of colloquia or seminars you have presented

A statement of 500-750 words describing your approach to teaching, advising, and mentoring

A statement of 750-1000 words describing your research program and future scholarly plans

Copies of (or links to) those pieces of published research that will be included in the review file as specified in the guidelines for the Humanities: SEE Humanities_scholarship_guidelines_tenure_2015

Copies of all major materials (e.g., books, book manuscripts, and chapters) that are not available electronically through Yale's libraries. As specified in the guidelines of the Humanities Area Committee, these materials will be made available to referees and members of the Humanities Area Committee on a secure website. They may be used for review by a designated reader from the Humanities Area Committee or as supplementary material for all of the members of the Area Committee.

Any additional materials you would like the department to consider as it proceeds with the review

As you prepare your materials, please keep in mind the overall timing, process, and criteria for promotion to Associate Professor with Tenure, as specified below.

Timing:

This review must be conducted no later than the penultimate year of the candidate's appointment to the non-tenured ranks.

Process:

The candidate submits preliminary materials for review (See above).

The department determines whether the review will be for the rank of associate professor without term (tenured associate) or full professor. The practice in the Department of Spanish and Portuguese is to promote to the rank of Associate Professor with Tenure.

Please note that *"Criteria for promotion to associate professor with tenure or promotion to full professor differ in degree, rather than in kind. Tenured associate professors are expected to have shown evidence of exceptional accomplishments and future promise that makes the sponsoring department confident that within five years they will merit promotion at Yale to the rank of full professor."*

If you have questions about any of these matters, please consult with the FAS Dean's Office.

Sincerely,

Rolena Adorno
Sterling Professor of Spanish
Chair, Department of Spanish and Portuguese

cc:

Professor Tamar Gendler, Dean of the Faculty of Arts and Sciences

Professor Amy Hungerford, Chair of the Humanities Advisory Committee and Divisional Director for the Humanities

BYRNE006635