```
 1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4    SUSAN BYRNE,                    )
              Plaintiff,              )   Civil Action No.
 5                                    )   3:17-CV-01104(VLB)
      VS                              )
 6                                    )
      YALE UNIVERSITY, INC.,          )
 7            Defendant.              )

 8

 9

10    DEPOSITION OF:   Amy Hungerford
      DATE:            January 4, 2019
11    HELD AT:         Madsen, Prestley & Parenteau, LLC
                       105 Huntington Street
12                     New London, Connecticut

13

14

15

16

17

18

19

20

21       Reporter:  Robin Balletto, RMR, CSR #230

22
                   Cassian Reporting, LLC
23                    21 Oak Street
              Hartford, Connecticut   06106
24                   860-595-7462

25
```

1     A    Assistant professor of English.

2     Q    And at some point you were promoted to

3  associate?

4     A    I was never -- let's see, what was I

5  appointed to first.  I was appointed to associate

6  without tenure, I believe, in 2005 -- promoted -- and

7  then I was promoted to tenure in 2007 at the rank of

8  full professor.

9     Q    And how long have you held the position of

10 dean of humanities?

11    A    Since July of 2014.  At that time my title

12 was different, and it was a half-time job, so I'm the

13 inaugural dean.  We didn't have this position before.

14 At the start of the role it was called divisional

15 director of humanities, and so that's what you'll see

16 in the emails from 2015.  That position became full

17 time in January of 2016, and my title was changed to

18 dean in July of 2016.

19    Q    Okay.  And so during the period of time that

20 it was a half-time position, were you also teaching in

21 the English department?

22    A    Yes.  I was teaching in the English

23 department.  I was the master of Morris College.

24 Sorry, in 2015, let's see, was I still master of

25 Morris?  Yes, I was, in the spring.  I left that

1  Q  Did you name Sue Byrne at any point in that
2  conversation?  Did you reference her?
3  A  I cannot remember.
4  Q  Did you think it was odd that there was
5  nothing about -- nothing that might have anything to
6  do with Sue Byrne or her tenure case?
7        MS. CHAVEY:  Objection.
8        THE WITNESS:  No, I did not think it was
9     odd.
10 BY MS. WIKTOR:
11 Q  So despite the fact that the climate in the
12 Spanish and Portuguese department was bad enough in
13 2015 to require a climate review, and bad enough in
14 2017 to put the department into receivership, that
15 nonetheless Sue Byrne's tenure application is sort of
16 an oasis of fairness that wasn't tainted by that
17 climate?
18        MS. CHAVEY:  Objection.
19        THE WITNESS:  I superintended a process
20    that was meant to deliver a scholarly assessment
21    of her work that could be discussed.  After the
22    case concluded I asked Howard about the letters.
23    I said, "How were the letters?"  Howard has read
24    hundreds of these.  I have read hundreds of these.
25    Howard served on the divisional committee for

1    years, as have I.  He said, "There were two and a
2    half negative letters."  In that context that is a
3    lot of negative letters.
4         Howard is there because I trust his
5    judgment because he has expertise in the area, in
6    the intellectual area.  When he said that, I felt
7    that the process had had its integrity, and I
8    understood the vote.  Two and a half negative
9    letters is noticeable.  People don't write
10   negative letters but very rarely, and to see them
11   and be able to call them that for someone as
12   experienced as Howard speaks volumes to me in
13   comparison to all the other cases that I've ever
14   seen, and so my worry about the outcome was much
15   tenuated when I heard that testimony from him.  It
16   was not that I didn't ask about that or check.
17   BY MS. WIKTOR:
18        Q    So then you did do some analysis about
19   whether Sue --
20        A    After.
21        Q    I'm not done.
22        A    Sorry.
23        Q    So you did do some analysis at some point
24   about whether Sue Byrne's tenure application merited a
25   granting of tenure or, I guess in this case, not?

CERTIFICATE OF REPORTER

I, Robin Balletto, a Registered Professional Reporter/Notary Public within and for the State of Connecticut, do hereby certify there came before me, on the 4th day of January, 2019, the following named person, to wit: AMY HUNGERFORD, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

WITNESS my hand and affixed my seal this 18th day of January, 2019.

*Robin L. Balletto*

Robin Balletto, RMR

My commission expires: October 31, 2023