ROMANISCHES SEMINAR



UNIVERSITÄT
HEIDELBERG
ZUKUNFT
SEIT 1386

Universität Heidelberg, Seminarstraße 3, 69117 Heidelberg

Prof. Dr. Robert Folger, Ph.D.
Email: robert.folger@rose.uni-heidelberg.de

Prof. Nöel Valis
Chair, Tenure Review Committee
Yale Department of Spanish and Portuguese
PO Box 208204
New Haven CT 06511
USA

Heidelberg, 26.12.2015

### Tenure Review for Professor Susan Byrne

I have met Professor Susan Byrne only once, roughly six years ago, at the *Congreso Internacional de la Asociación de Cervantistas* in Münster (Germany). We had only a brief conversation, which is not a sufficient basis to judge her qualities as a colleague and teacher.

Since her dissertation in 2004, Susan Byrne has published three monographs, which is a remarkable achievement.

Her first book, *El Corpus Hermeticum y tres poetas españoles: Francisco de Aldana, fray Luis de León y San Juan de la Cruz*, is based on her 2004 doctoral thesis. The subtitle, "Conexiones léxicas y semánticas entre la filosofía hermética y la poesía española del siglo XVI", is an appropriate summary. The author traces the reception of the so-called *Corpus Hermeticum*, a 4th-century collection of esoteric treatises attributed to the mythical sage Hermes Trismegistos (hence hermeticism), in three important neoplatonically inspired and mystic Spanish poets of the second half of the 16th century. The research design shows the study's origin as a thesis: The poetic work is screened according to a set of central motifs (the *conditio humana*, the transcendence of human life, the vision of eternal truth) and topoi extracted from the *Corpus Hermeticum*, demonstrating the presence of hermetic thinking in post-Tridentine Spain and providing interpretive details for individual poems. Byrne contextualizes her texts, yet does not reflect on method and theory. The underlying assumption, shared by many Golden Age scholars, is that literary

Confidential-- Attorneys' Eyes Only
BYRNE003634

theory can be written in terms of influence, that is, an authorial subject making physical contact, as it were, with a given work or tradition.

Byrne's 2012 *Law and History in Cervantes' Don Quijote* tackles an issue whose importance has been laid open by Roberto González Echevarría's ground-breaking *Love and the Law in Cervantes* (2005). Byrne's own contribution is the linking of jurisprudence and historiography. Given the intrinsic relation between the law and the (writing of) history in Cervantes's time, and the pervasive reflection on historiography in the *Quijote*, this premise is immediately plausible. The author situates Spanish law in the late Medieval and Early Modern debate among jurists about the *mos italicus* (the traditional interpretation of the *Corpus Iuris Civile*) and the *mos gallicus* (the humanist, philological approach to the body of law). Byrne takes great pains to establish a biographical connection between Cervantes and Gaspar de Baeza, a humanist and jurist who translated Paolo Giovio's *Historiarum sui temporis libri XLV* and his *Elogia virorum bellica virtute illustrium*. Baeza's work on jurisprudence and its relation to historiography, and Giovio's, filtered through Baeza's work, become master texts for Byrne's re-reading of the *Don Quijote*. According to Byrne, the main protagonists are incarnations of two medieval Spanish legal traditions, the Alfonsine *Siete Partidas* (Don Quijote) and the *Fuero Juzgo* (Sancho Panza), setting up a dramatization of a legal debate.

Byrne holds that the polemics spawned by Giovio's work not only has numerous echoes in Cervantes's work, but was also instrumental in the ekphrastic techniques and the imbrication of prose and poetry in Cervantes's novel. The main body of the study is a catalogue of legal echoes in the *Don Quijote*, establishing some useful insights (for instance, the meaning of the "breaking" of the windmills, the reason for Cervantes's self-denomination as the stepfather of the Don Quijote, the source for the variations of the name of the *hidalgo*, the legal status of the *loco*).

In the final section (chapter 6), the study turns again, rather abruptly, to historiography and the debate on the nature of history. Byrne's main contention is that different modes of historiography, "testimonial account, and archival as well as eyewitness history converge to become the novel" (110). This novel is read as an active engagement with contemporary legal and historiographical debates, which enables Cervantes to formulate a *mos hispanicus* (Byrne's neologism), a relativist view of history and law, grounded in the author's conviction that pragmatism and idealism are key to the individual's self-fulfillment.

Confidential-- Attorneys' Eyes Only

BYRNE003635

Seite 2 von 6

Due to its wealth of material and references and its solid grounding in the actual legal texts and compilations, and, consequently, the many details on *Don Quijote*'s relation to "The Law" revealed by her study, the initial reception of Byrne's book has been generally positive. Having myself studied the intersection of the legal discourses, institutions and literary texts, and Spanish historiography, I have some reservations. *Law and History* presents "The Law" as a discourse (the concept is not used), that is, a body of abstract, codified rules which are, ideally, coherent and consistent. However, for an appropriate understanding of early modern law, one that avoids anachronistic distortion, we must see it as a Foucaultian dispositive, that is, a combination of discourses and material institutions. The actual legal practices (the world of the *Santa Hermandad*, the *escribanos*, *alcaldes* etc.), rather than lofty debates on legal *mores*, were relevant to the lives of Golden Age Spaniards – and literary practice. The passing reference to the legal quarrels at the origin of the *Lazarillo de Tormes* is a case in point: There is no simple explanation for Lázaro's "case", because the many conflicting legal norms and para-legal practices designed to circumvent the law make the little *relación* an intriguing masterpiece. Byrne labels the plurality of the law a "chaos" that Cervantes supposedly wanted to clean up. This is, in my opinion, an anachronistic view of premodern law, which was, fundamentally, case law (see Víctor Tau Anzoátegui's monumental *Casuismo y Sistema*) that not only allows for contradiction, but is based on the negotiation of conflicting norms, not the proto-Cartesian desire for clarity that Byrne posits for Cervantes.

Partly due to the marginal status of legal practice in Byrne's study, one of the most important legal issues in the *Quijote* is conspicuously absent: the complex legal apparatus related to book publication in Cervantes's time. Arguably the most important legal act in the *Quijote* is the notarial declaration, given by Álvaro Tarfe (Avellaneda's puppeteer in his *Segundo Tomo*), that he has never seen Cervantes's Don Quijote. A close look at the legal provisions for the publication of books would have indicated that Byrne all too easily dismisses Cervantes's claim that he writes to debunk the *novela de caballerías*. The legal texts clearly show that the authorities were greatly concerned with protecting Spaniards from noxious readings. The dangers of reading were no laughing matter (although Cervantes presents them as such), but a serious threat to the spiritual, mental and moral well-being of Cervantes's contemporaries.

Although Byrne provides evidence that Cervantes was familiar with the work of Paolo Giovio, I doubt that it was actually the main or even a significant historiographic reference point for Golden Age Spaniards. Spanish historiography in the Golden Age was considerably more sophisticated and multifaceted than presented by Byrne. She mentions Antonio de Herrera y

Confidential—Attorneys' Eyes Only

BYRNE003636

Tordesillas as one of Cervantes's censors, but fails to acknowledge that his *Décadas* were the most ambitious and historically most influential historiographic project of the time. This project aimed at no less than "the end of history": The debate, waged primarily in the so-called *Historiografía Indiana*, between eyewitness accounts and humanist bookish erudition and textual criticism, was superseded by Herrera's astonishingly modern notion of archival historiography. In this process, epistemological issues were at stake, and the "archive" as a ubiquitous reference point in the *Don Quijote* must be seen in this perspective. Byrne does not address epistemological issues, nor is there a notion of ideology or subjectivity that would explain the relation between a historical individual, culture and society. Her main trope is "influence", albeit without any theoretical or methodological grounding, that is supposed to "recover more of the original meaning of the author's creation" (140). Ultimately, *The Law and History* is a historicist study which tries to situate Cervantes's work in the context of its time, ironically "exempting" the genius Cervantes, essentially a modern man. This is the undead "romantic approach" to *Don Quijote*.

Byrne's recent (2015) *Ficino in Spain* is also a study of influence and reception. It is an antiquarian reconstruction of the reception of the Italian philosopher's thinking and his mediating role in the divulgation of neo-platonic and hermetic doctrines in the Spanish Golden Age. In an initial step, the author reconstructs the presence of Ficino in important Spanish libraries, analyzing readers' reaction and censorial practices. I was missing references to important scholars who provide sophisticated tools for the analysis of these traces. On this basis, she examines a wealth of Spanish texts by principal authors (from Garcilaso to Cervantes), demonstrating the influence of the Italian philosopher in various guises, and documenting the creative adaptations of his imagery in Golden Age letters. Curiously, the introduction and the conclusion evoke the afterlife of Ficino in Spain, but the study focuses exclusively on Ficino's impact in the 16th and 17th centuries rather than the *longue durée*. This book, too, would have greatly benefitted from a reflection on the premises and ramifications of this transcultural process. It can be used as a repository for scholars interested in Spanish intellectual and literary history.

In addition to her three books, Byrne has published 17 articles in refereed journals, volumes and conference proceedings. With the exception of a co-authored article (with Lía Schwartz) on the intellectual life in the Spanish Renaissance, a study on a legal aspect in the *Cantar de Mio Cid*, and a piece on the Jesuit *conspectus* (examination of conscience) and the Cervantine "Coloquio de los perros", all of these articles are related to the three book publications, as preliminary studies or spin-offs.

Byrne's publications show a clear profile: She is an expert in the Spanish Renaissance and a *cervantista* (it is not too far-fetched to see in Cervantes a Renaissance humanist); the Spanish baroque, from Mateo Alemán and Lope's *comedia* onward, appears only occasionally in her work. This focus is partly responsible for a, in my opinion, limited vision of the Spanish Golden Age as the result of a bookish process of *imitatio* and *aemulatio* instead of a poetics of culture. In her research statement, Byrne describes her "method of study" as "philological and historical, with close reading followed by full textualization". This is an apt reflection of her work. In her studies I have found no theoretical or methodological grounding; she appears to be working with the assumption that philology and historicist contextualization are a method of study that needs no justification.

To a certain extent, this is true. Spanish Golden Age studies is a conservative discipline, in which philological and antiquarian approaches to literature are considered the default, with few denying the importance of groundwork such as critical editions, biographical studies, studies of influences and literary traditions. I have the impression that in the current intellectual climate, with its anti-theoretical regression, scholars who are interested in broader issues bear the burden of justification. On an international scale, philology is the predominant school of thought in Spanish Academia, while in the UK, The Netherlands and Germany (I chose these points of reference because I have worked in these systems), philology, the love of literature, is not considered a sufficient rationale for Hispanism, or the humanities in general, in the 21st century. This certainly also true for US-American elite research institutions.

The question of whether Professor Byrne can be placed among the leaders in her field should be seen in this light. Given her productivity and scholarly zeal, she has established herself as a recognized scholar of the Spanish Renaissance among those who adhere to a positivist attitude to literature. I think, however, that leading scholars are characterized by original approaches, and a reach beyond their area of specialization, in terms of time period and disciplines. This is what distinguishes the work of scholars like Barbara Fuchs, Laura Bass and Elizabeth Wright. Barbara Fuchs's work on Spanish literature is not only innovative, but escapes the paradigm of national literature, focusing on pressing issues like imperial, Mediterranean and transatlantic dynamics, race and religion. By and large, this is also true for Laura Bass's and Elizabeth Wright's work. Their studies on visual culture and the transatlantic dimension of "Spanish" literature are not only of interest for students of Spanish literature, but certainly also for cultural historians from other fields.

Confidential—Attorneys' Eyes Only

BYRNE003638

All three colleagues acknowledge and explore the "fact of Empire"; I expect from leading Golden Age Scholars a broad perspective on Spanish literature and culture that takes into account Spain's role as hegemonic European power and colonial metropolis, and work that inspires scholars outside their specialization. The requirement for this reach is a sound theoretical basis and a transdisciplinary scope. Professor Byrne certainly is a productive scholar. I can see a growing level of sophistication and erudition, but her unchanging adherence to a well-established but seriously limited scholarly paradigm will not place her among the leading scholars in the general field of Spanish literary studies.



(Prof. Dr. Robert Folger, PhD)

Confidential - Attorneys' Eyes Only