## UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO  SANTA BARBARA • SANTA CRUZ

DEAN OF ARTS AND HUMANITIES
101 DURANT HALL
UC BERKELEY
BERKELEY, CA 94720-2920
(510) 642-5396

CONFIDENTIAL

December 15, 2015

Prof. Noël Valis
Chair, Tenure Review Committee
Department of Spanish and Portuguese
Yale University
New Haven, CT 06520

Dear Professor Valis:

Thank you for asking me to comment on the dossier of Susan Byrne regarding her candidacy for promotion at Yale. I apologize for sending this evaluation at the very moment of your deadline for response, but the semester has turned out to be a very busy one and I simply did not have the time to give the materials the attention they deserved until much later than I had expected. I do nonetheless hope that these comments will still be of use to you and your colleagues.

Susan Byrne has produced a very substantial body of work, largely concentrating on the Spanish Golden Age, though with forays into comparative subjects where appropriate (e.g. in her book on Ficino in Spain and in her study of history and the law in Cervantes, as well as in a number of her articles that deal with related subjects). The work is consistent and coherent, which is to say that it pursues a set of subjects through lenses that are conceptually well-defined and that lend to the writing the sense that it represents a set of scholarly commitments and is not simply driven by ad hoc interests. There is also significant continuity between the first and third books, insofar as the Renaissance neo-Platonist Marsilio Ficino plays a significant role in both. Byrne clearly knows a great deal about the subjects she treats, something which I find evidenced in everything of herds that I have read. (I will return to the question of scholarship below.)

In judging this work as a body, and as a body that is one of the most important elements in a promotion case, one of the first things to be said is that it is quite ample. Byrne is a very productive scholar. She has produced three books, two of which have been published by Toronto, which has a very good reputation in the field, together one, in Spanish, that was published by a specialist press. Her other published work is also considerable, and while it sometimes dovetails with the material presented in the books (as is only to be expected) it also has a certain independence; none of the essays seems fragmentary, and while their range and arguments are necessarily more limited than the books, they are intact pieces.

Confidential-- Attorneys' Eyes Only

The trajectory of the work is most notably marked by the difference between the first book (El *Corpus Hermeticum* en tres poetas españoles, 2007) and the second (Law and History in Cervantes' *Don Quixote*, 2012). The first had its origins in her doctoral dissertation, as first books often do. However, some first books demonstrate more of a leap beyond dissertation work than this one does. One of its strengths lies in the fact that it situates its material historically while also appreciating the importance of these three poets (Aldana, Fray Luis de León, and San Juan de la Cruz) for the history of Spanish poetry well into the 20th century. Yet, the interpretive power and insights demonstrated in this book are somewhat limited. The work strikes me as the effort of someone who was still discovering her own critical voice. This is not surprising in a work that originated in a dissertation.

I find the second book—on law and history in Cervantes—to be quite different, and remarkably more successful. While there are reasons to quibble with some of Byrne's arguments, these points are the basis of productive scholarly debate. I find the fundamental argument of the book persuasive and well presented. Byrne successfully demonstrates the convergence between law and history in the century preceding the publication of Cervantes' *Don Quixote*, and successfully demonstrates how that convergence had a bearing on some of the most important questions Cervantes was raising (e.g. the nature of justice, or the relationship between truth and fiction). At the same time, I think there are some false assumptions at work in the book that cloud an otherwise successful project. One is the notion that law developed out of usage and custom and derived (in her words) from "the history of similar acts and decisions rendered on them." This makes the law seem far more like history than is the case. Specifically, it leaves out the normative and political functions of the law, and misses the fact that the accumulation of incidents, practices, and decisions is not in itself able to produce the kind of authority that the law has. The second is the notion that the intersection of law and history leads in Cervantes the origins of the realist novel. This misses the fact that Cervantes' novel stands at the origin of two traditions, one realist and the other self-conscious (some might say modernist). Questions of the law and of history in Cervantes are invariably presented through a multifaceted lens, and one of those facets lets us see things in an ironic, and sometimes self-conscious, way. These and similar issues notwithstanding, think this is a very worthwhile book and one that will provoke healthy scholarly engagement.

The third book, Ficino in Spain, represents a different kind of evolution beyond the dissertation-based work. It is a far deeper and more expert scholarly effort, demonstrating some very broad and detailed archival investigations of the role of *the* most important Renaissance neo-Platonist in Spain. As such it also gives us a picture of the sometimes controversial role that Plato and a number of post-Platonic thinkers played in early modern Spain. It contains quite a bit of valuable information that other scholars will undoubtedly incorporate into their work. And yet, for a number of reasons, the book falls short of what it might have been. It is in one sense an example of "reception study," but it never fully tracks the shifting ideas and importance of Ficino's neo-Platonism or its role in mediating between Plato's dialogues and the most pressing concerns at work in early modern Spain. A good bit of the research presented is only partially digested, so that while it is cogently laid out we are often left wondering about the importance and impact of Ficino's ideas. I suspect that this is because, as kind of reception study, there is inevitably some level of indirectness in the contact with the original materials; yet too often the author misses the change to mitigate that particular liability. While the book clearly surpasses the scholarship of the dissertation-based book, in my view it lacks the interpretive insight that the Cervantes book demonstrates.

Byrne has also sent a very cogent statement on teaching and has established herself as an active and productive contributor to the profession, going beyond activities relevant to the Spanish Golden Age to include valuable contributions to the field of Renaissance Studies more broadly. Her Yale colleagues

Confidential-- Attorneys' Eyes Only

BYRNE003619

are of course in the best position to evaluate the teaching; I can certainly say that the service to the profession is quite commendable.

With apologies again for sending you this so close to your deadline, I do hope that these comments will be of use in your decision-making process.

Sincerely,

*A.J. Cascardi*

Anthony J. Cascardi
Dean of Arts and Humanities
Ancker Professor of Spanish, Comparative Literature, and Rhetoric

Confidential-- Attorneys' Eyes Only

BYRNE003620