

UNIVERSITY
of VIRGINIA
DEPARTMENT of SPANISH, ITALIAN and
PORTUGUESE LANGUAGES and LITERATURES

December 15, 2015

    I have been asked to evaluate the scholarship of Susan Byrne, who is being considered for promotion to Full Professor at Yale University. I do not know Professor Byrne well personally. I heard her speak at a Meeting of the Renaissance Society of America several years ago and we coincided at the Biblioteca Nacional in Madrid last summer. On both occasions, I had pleasant and fruitful conversations with her. But beyond those brief encounters I know her primarily through her publications.

    Susan Byrne is a productive and eminently erudite scholar of early modern Spanish literature. In the eleven years since she was awarded a Ph.D., she has published three monographs, eleven refereed articles or essays, six contributions to conference proceedings, and six book reviews. In terms of quantity alone, this is an impressive accomplishment. *Law and History in Cervantes' Don Quixote* has been widely reviewed and praised. The esteem she enjoys in the profession is reflected in the numerous invited lectures and papers she has given in the U.S. and abroad and in the elected positions she has held in organizations such as the Renaissance Society of America and the Asociación Internacional Siglo de Oro. Her *curriculum vitae* gives evidence of a scholar who has made generous contributions to the profession. I note also that she has held what is in most departments a very time-consuming administrative position: Director of Undergraduate Studies. (In my department, it is known as the "career-staller" assignment.) The list of courses she has taught and her publications attest to the breadth of her interests and expertise: literature and law, Neo-Platonism and mysticism, Neo-Stoicism, and historiography. She has given graduate level courses on medieval literature, the picaresque, the *comedia*, and the novel. Clearly, she is willing and able to teach outside a narrowly defined area of expertise. The three "urns" of scholarship, teaching, and service are very full indeed.

    In what follows I offer my assessment of the significance of Professor Byrne's scholarship. Her first book argues for the profound influence of the third-century *Corpus Hermeticum* on three canonical poems—Juan de la Cruz, Luis de León, and Francisco de Aldana. With painstaking detail, she shows how these poets imitate, but also personalize, phrases and *sententiae* from Hermes Trismegistro. One of the most interesting insights from this book is that our contemporary distinctions between the metaphysical and the physical, or metaphorical and literal, do not correspond to the way these poet-philosophers thought about their contact with the divine. Perhaps because Teresa of Ávila has come to represent Spanish mysticism for many, the classical as opposed to the late medieval roots of mysticism sometimes get short shrift. Byrne, in emphasizing the philosophical engagement of these poets provides an important corrective to a view of sixteenth-century mysticism as a spontaneous outpouring of affectivity. Unfortunately,

Confidential-- Attorneys' Eyes Only

BYRNE003650

the book reads very much like a minimally revised dissertation. It is often difficult to see the forest for the trees.

Byrne's most important contribution to date is *Law and History in Cervantes' Don Quixote*. This monograph makes a compelling case that Cervantes' novel was created in dialogue with legal and historical writing. The first thread of this argument is that Spain's byzantine legal system not only served as the target for extended verbal parody but also offered material for the recurrent motif of legal malfeasance. Simplifying an extremely complex argument, Byrne proposes that Don Quijote's mission to "right wrongs" is the springboard for Cervantes' reflection on the failure of the legal system in his contemporary world. She is not simply recycling the romantic approach to the novel as a poignant tribute to a defeated idealist; she painstaking grounds the legal language and episodes in the novel in Spain's legal history and contemporary practice. The second thread of *Law and History* centers on the way Cervantes engages with contemporary historiographic debates. Byrne proposes that the novel is not simply a parodic imitation of falsified history but "a celebratory creation that acknowledges its debt to the earlier forms (and forgeries) while synthesizing them into a new model" (p. 111).

Although this is a solid contribution to Cervantes scholarship, I do have some reservations. I am persuaded by her argument that Cervantes was deeply familiar with the *Histories* of Paolo Giovio, translated into Spanish by the jurist Gaspar de Baeza, and that debates over what constitutes valid history are woven into the fabric of *Don Quijote*. But I am not persuaded that Cervantes came to equate imaginative fiction with "artful historical writing." Byrne underestimates the improvisational and experimental nature of Cervantes' play with the genres and theories, and in particular she pays insufficient attention to his engagement with the Italian literary theorists. "Artful historical writing" was undoubtedly one of the models Cervantes experimented with, but it was one of several. I am not alone in proposing that Cervantes was interested in creating a new kind of "literatura de entretenimiento" that was plausible and exciting but definitely different from history. As commendable as her meticulous attention to previous scholarship is, the catalogues of attributions occasionally are tedious; the plethora of detail at times obscures her argument.

Byrne's most recent book, *Ficino in Spain*, is also admirable in its erudition but somewhat disappointing in its execution. She demonstrates that Ficino's influence in Renaissance Spain was much more pervasive than previous scholarship has allowed. She documents how his translations of Plato and his original works were read, glossed, adapted, and debated by major authors such as Miguel de Cervantes, Lope de Vega, and Bartolomé de las Casas. She has traced the location of Ficino's extant works across the breadth of Spain, examining *ex libri* and marginal notes; she has identified unnoticed quotations and borrowings from Ficino in well-known texts. But as in her previous book, the significance of her findings sometimes gets lost in a thicket of citations to earlier scholars and philological minutiae. In no way do I wish to disparage the importance of philological rigor or bibliographic thoroughness. But Byrne's scholarship would win a wider audience if she provided more signposts along the way and reflected more often on the wider significance of the filiations she so meticulously documents. Intellectual history, like any subgenre of history, needs a compelling narrative, and Byrne make her reader work very hard indeed to gasp this narrative.

Confidential-- Attorneys' Eyes Only

BYRNE003651

In what follows I offer some comments on Byrne's recent articles and essays and her forthcoming work. In "La razón de estado cervantina" (forthcoming), Byrne studies the different meanings of "razón de estado" in sixteenth- and seventeenth-century Spain and in Cervantes' lexicon. More specifically, she identifies the kind of judicial expediency and cynicism found in Bobadilla's *Política para corregidores* (1597) as a target of Cervantes' satire. Here, I believe she misses an opportunity to explain Cervantes' play with two contrasting uses of *equidad*: on the one hand, the equal distribution of wealth, and on the other hand, legal clemency.

The forthcoming essay, "On the Question of Ficinio in Spain," traces the reception of Ficino from the fifteenth century to the present, and explores in depth why the influential late-nineteenth-century historian Marcelino Menéndez Pelayo excised Ficino from Spanish intellectual history: Ficino was not a Spaniard, he rejected scholasticism, and he advocated the distribution of wealth—all factors that made him inimical to a conservative Catholic eager to establish Spain's autochthonous Renaissance. This is a solid essay with insights into the ideology of Spanish literary history.

In "Las leyes en el Quijote, de 1605-1615 (forthcoming), Byrne calls attention to the hitherto unnoticed meaning of the legal term "alzar fuerza," which refers to the accused's right to appeal, a right that the king was enjoined to protect. This prompts a new reading of the famous episode of the galley slaves in Part One of the novel: by granting the prisoners the opportunity to appeal their sentences, Don Quijote is indeed enforcing the law. Byrne also observes that in the second part of the novel, Don Quijote is a faithful upholder of commutative justice: he scrupulously pays all his debts. Despite these useful and important insights, Byrne fails to weave the two threads of the argument together.

"Coloquio, murmurar, *canes muti*: Cervantes y los jesuitas" (2015) is a good example of what Byrne does very well: identify overlooked or unknown sources to canonical works. I admit that I was initially dubious about her thesis, but by the time I reached the end of the essay I was thoroughly persuaded that that Jesuits' practice of spiritual dialogue was a significant model for Cervantes' novella. However, I wish Byrne had been willing to explore, if only tentatively, the wider significance of this connection. The association of malicious gossip (as she shows, a vice deplored by the Jesuits) with inquisitorial denunciations has intriguing implications for Cervantes' general attitude toward satire, social reform, and the treatment of religious minorities. In general, scholarship for the last thirty decades or so has emphasized Cervantes as a master of parody, whose principal targets are different kinds of discourse. Byrne's impressive erudition and familiarity with these parodied discourses means that she is ideally positioned make connections between Cervantes the parodist and Cervantes the *satirist*— as an intellectual committed to exposing the institutional, spiritual, and social failures of his society. My hope is that in her future research she will be more willing to articulate the big picture.

I have been asked to compare the impact of Professor Byrne's scholarship with that of Barbara Fuchs, Elisabeth Wright, and Laura Bass. I am sure the committee recognizes the difficulty of comparing a 2004 PhD with scholars who have been established in the profession somewhat longer. Barbara Fuchs is a major scholar who has transformed early modern Spanish studies by placing Spanish literature within a much broader geographic and cultural context. With five influential monographs and an edited

Confidential-- Attorneys' Eyes Only

BYRNE003652

translation, one is tempted to say she is in a league of her own. Elizabeth Wright has a similarly broad range and multi-disciplinary expertise. She is one of the best Lope scholars in the country, and her collaborative work on Spanish drama translated into Nahuatl is groundbreaking. Her forthcoming book on Juan Ladino, a one-time black slave, poet, and scholar, is eagerly awaited. Byrne has out-published Laura Bass, who has authored one monograph—the prize-winning *Drama of a Portrait*—and co-edited the MLA volume *Approaches to Teaching Early Modern Spanish Drama*. Although Bass's output is slim in comparison to Byrne's, she has been a pioneering figure the relatively new field of literature and visual culture. I note that Byrne has a significant number of publications in Spanish and her work may be better known in Spain than in the United States. But in the American academy, I believe she would be ranked behind the three others in terms of originality, breadth (if not depth), and influence. As I suggested earlier, I think her work would have greater impact if she were a more engaging writer. She can come across as an old-fashioned source hunter, which is unfair: she has given us a much better picture of Cervantes as a consummate autodidact fully conversant with the legal and historiographic debates of his day and demonstrated the unquestionable importance of Neo-Platonism during the Renaissance in Spain. But I would not say that her work has resulted in a paradigm shift, opened up a new field, or attracted the attention of scholars beyond specialists in early modern Spanish literature.

    Byrne has made substantive contributions to the study of early modern Spanish literature and cultural history. At most universities, she would be a very strong candidate for promotion to full professor. Your committee will have to decide whether, with mentoring and support from her colleagues, she has the potential to be a leader in her field.

    Please do not hesitate to contact me if I can be of further assistance.

Sincerely,

*Alison Weber*

Alison Weber
Professor of Spanish
Joint Appointment, Corcoran Department of History

Confidential-- Attorneys' Eyes Only

BYRNE003653