```
 1              UNITED STATES DISTRICT COURT
                         for the
 2               DISTRICT OF CONNECTICUT

 3      _____
        SUSAN BYRNE,                    )
 4                                      )
                     Plaintiff,         )CIVIL CASE NO.:
 5                                      )3:17-cv-01104-VLB
        v.                              )
 6                                      )
        YALE UNIVERSITY,                )
 7                                      )
                     Defendant,         )
 8      _____)

 9

10

11       VIDEOTAPED DEPOSITION OF GIUSEPPE MAZZOTTA

12

13   DATE:          February 28, 2019

14   TIME:          2:31 p.m.

15   HELD AT:       Yale University Office
                    of General Counsel
16                  2 Whitney Avenue
                    6th Floor
17                  New Haven, Connecticut

18      By:         Sarah J. Miner, RPR, LSR #238
                    Huseby Global Litigation
19                  249 Pearl Street
                    Hartford, Connecticut
20

21

22

23

24

25
```

1    Q. And what about her first book, El Corpus
2    Hermeticum?  It is in Spanish.
3        A. This is about the Hermes, the El Corpus
4    Hermeticum.  I looked at this.  There are some
5    authors, Luis de Leon and Juan de la Cruz whom I am
6    really interested in.  He is a poet, and a famous
7    poet, mystical resonances and I was interested in him.
8    Yeah, I -- I did -- I did look at this a little bit
9    more closely than some parts of Ficino.
10       Q. Okay.  And did you review any external
11   letters that had been submitted to Yale in
12   connection --
13       A. I did --
14       Q. -- with Sue Byrne's tenure case?
15       A. I read them -- I remember reading them at
16   that meeting.  It was a question of her status, of
17   Professor Byrne's status within the field.  So how do
18   you get that?  I cannot establish on my own status she
19   is an angel.  And even if I had said she is an angel,
20   it is a hierarchy of angels.  If she said, you know,
21   they go from angels to archangels, et cetera.  So I
22   had no idea where she stood in the opinion of scholars
23   in the world.  And I tried to get myself familiar by
24   reading the letters where they usually give -- usually
25   give an account of where Byrnes or me or whatever,

SUSAN BYRNE vs YALE UNIVERSITY
Giuseppe Mazzotta on 02/28/2019

```
 1   whoever is at stake, that is where these people stand.
 2        Q. And was it your understanding that Yale's
 3   tenure standard incorporates some requirement of a
 4   certain status?
 5        A. Of course.
 6        Q. What -- what do you mean by that?
 7        A. The fundamental idea of Yale's existence
 8   actually has to do with the premise that whoever comes
 9   here, which is one reason people like me in the past
10   would run to Yale, is you are either a -- the leading
11   scholar -- one of the leading scholars or you are the
12   most promising figure that is around.  There are
13   usually ways of getting along with people when they
14   start telling you that.  And that is the premise in
15   all appointments, that we are dealing with
16   extraordinary figures.  Is this always true?  People
17   think it is true.  That is a little different story,
18   you know, that they don't.
19        Q. Did you think that Sue Byrne met the tenure
20   standard at Yale?
21        A. I had to go -- I had to go by what some of
22   the letters -- the assessments that came from the
23   letters.  In my reading, they were always -- they were
24   full of very delicate ups and downs.  This is very
25   good, however, this isn't there and so on and so on.
```

SUSAN BYRNE vs YALE UNIVERSITY
Giuseppe Mazzotta on 02/28/2019

```
 1    I certainly followed them.  I tried to see, to listen
 2    to the colleagues who were with me in that session.
 3    And we would say that maybe, you know, what does it
 4    mean?  I mean, there are people who are really, very,
 5    very good that we -- that I think of, is she part of
 6    some kind of world of stars?  I don't think so.  I
 7    didn't think so.  But maybe it is my, you know,
 8    short-sightedness.  I don't know.  I don't think so.
 9    But whatever it is, I really didn't think that I was
10    dealing with an exceptional figure.
11         Q. Now, if you look at Exhibit 78, which are the
12    notes --
13         A. Yes.
14         Q. -- of the February 3rd meeting.
15         A. Yes.
16         Q. On the last page, the first full paragraph.
17         A. Page 3.
18         Q. Yes.  It states, "Valis, Mazzotta, and Bloch
19    did not find her tenurable."
20            Is that a true statement?
21         A. Yes.
22         Q. And the next part of that paragraph where it
23    goes on to say that Professor Jackson agreed with the
24    assessment of you three, but nonetheless supported
25    Sue Byrne's promotion to tenure.
```

```
 1                    C E R T I F I C A T E
 2          I hereby certify that I am a Notary Public, in
 3     and for the State of Connecticut, duly commissioned
 4     and qualified to administer oaths.
 5          I further certify that the deponent named in the
 6     foregoing deposition was by me duly sworn and
 7     thereupon testified as appears in the foregoing
 8     deposition; that said deposition was taken by me
 9     stenographically in the presence of counsel and
10     reduced to typewriting under my direction, and the
11     foregoing is a true and accurate transcript of the
12     testimony.
13          I further certify that I am neither of counsel
14     nor related to either of the parties to said suit, nor
15     of either counsel in said suit, nor am I interested in
16     the outcome of said cause.
17          Witness my hand and seal as Notary Public the 5th
18     day of March, 2019.
19
20     [Signature: Sarah J Mince]
21     _____
22     Notary Public
23     My Commission Expires:
24     November 30, 2022
25
```