```
 1                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2


 3


 4   SUSAN BYRNE,                       )
              Plaintiff,                )   Civil Action No.
 5                                      )   3:17-CV-01104(VLB)
     VS                                 )
 6                                      )
     YALE UNIVERSITY, INC.,             )
 7            Defendant.                )


 8


 9


10   DEPOSITION OF:    Benjamin Polak
     DATE:             December 3, 2018
11   HELD AT:          Madsen, Prestley & Parenteau, LLC
                       105 Huntington Street
12                     New London, Connecticut


13


14


15


16


17


18


19


20


21        Reporter:  Robin Balletto, RMR, CSR #230


22
                       Cassian Reporting, LLC
23                        21 Oak Street
                    Hartford, Connecticut   06106
24                        860-595-7462


25
```

1   A   I don't recall having done so.  I don't
2   recall.
3   Q   So we'll come back to Exhibit 11, if you want
4   to just leave it to the side, but for the moment I'm
5   going to ask you some questions about Exhibit 12.
6   A   Can I state they basically came in very rapid
7   succession, these two letters.
8   Q   Now, after receiving this letter, did you
9   take any action in light of it?  Now, the "this"
10  letter is the March 8th letter, Exhibit 12.
11  A   Yes.  So this letter is a formal letter,
12  referring to the parts of the faculty handbook to do
13  with appeal processes around tenure decisions, and I
14  have processes that are triggered by such letters.  I
15  want to be careful here, because I don't remember in
16  exact details of this particular one, but I can tell
17  you what I would have done in general, which would be
18  suggestive of this.
19      The procedure, when somebody has appealed,
20  there are essentially two paths one can take, I can
21  take at that point.  One is to deny the appeal if it
22  does not fit into one of the possible categories for
23  appeal, and the other is to impanel a -- form a panel
24  of the review -- of the FAS review committee, and on
25  this occasion I did the latter; that is to say, a

1   panel was formed to review this case with the members
2   of the panel drawn from the FAS review committee, a
3   panel of five people, I believe.
4       Q   Okay.  And so that panel, the term that's
5   used for it, is it faculty review committee?
6       A   I don't recall the exact term for it.  It
7   probably has an official name in the handbook.  I
8   would have to look up its formal name, but it is a
9   committee who -- it is a committee we form every year,
10  and that committee's purpose is to review appeals on
11  tenure and promotion cases.  It's not just tenure
12  cases, but also promotion cases, prior and post
13  tenure.
14      Q   So that committee -- is it the same committee
15  for any appeal that might come up that year?
16      A   It's a standing committee that has a
17  substantial number of people on it, and from it, from
18  its members, we draw the specific panels, typically
19  five people, for particular cases.  I believe that
20  within the handbook we can also draw people from
21  outside of that committee, if necessary, and I don't
22  recall in this case whether we did or didn't.  But
23  there's a standing committee of FAS senior faculty,
24  and from that a panel is formed for a particular case.
25      Q   Now, does the standing committee change --

```
 1                      CERTIFICATE OF REPORTER
 2          I, Robin Balletto, a Registered Professional
 3    Reporter/Notary Public within and for the State of
 4    Connecticut, do hereby certify there came before me,
 5    on the 3rd day of December, 2018, the following named
 6    person, to wit:  BENJAMIN POLAK, who was by me duly
 7    sworn to testify to the truth and nothing but the
 8    truth; that he was thereupon carefully examined upon
 9    his oath and his examination reduced to writing under
10    my supervision; that this deposition is a true record
11    of the testimony given by the witness.
12          I further certify that I am neither counsel for,
13    related to, nor employed by any of the parties to the
14    action in which this deposition is taken; and further,
15    that I am not a relative or employee of any attorney
16    or counsel employed by the parties hereto, nor
17    financially or otherwise interested in the outcome of
18    the action.
19          WITNESS my hand and affixed my seal this 19th day
20    of December, 2018.
21
                              *Robin L. Balletto* (signature)
22
23
24                                    Robin Balletto, RMR
25          My commission expires:  October 31, 2018
```