| | |
|---|---|
| **From:** | Ileana Jara Yupanqui [margarita.jara@unlv.edu] |
| **Sent:** | Monday, November 9, 2015 10:43 PM |
| **To:** | susan.byrne@yale.edu |
| **Subject:** | Full Professor Position/Chair |

Dear Dr. Susan Byrne,

This letter is to acknowledge receipt of your application to the Full Professor/Chair position posted by the Department of World Languages and Cultures at the University of Nevada, Las Vegas. After fulfilling the required administrative procedures for a implementing a search, the whole committee will review the material you submitted online. Then, we will carefully discuss all of the applications and will contact you to arrange a video conference interview. Our following step will be to decide on a possible campus visit.

Thank you for expressing interest in working with us as a chair of our department. We will carefully consider your record. I look forward to speaking with you soon.

Sincerely,

Dr. Margarita Jara
Associate Professor of Spanish
University of Nevada, Las Vegas
Department of World Languages and Cultures
4505 Maryland Parkway Box 5047
Las Vegas, NV 89154-5047
Phone: 702-895-1690
Fax: 702-895-1226
e-mail: margarita.jara@unlv.edu
http://faculty.unlv.edu/ijara/index.html

BYRNE018980