

**UNLV** | College of
**LIBERAL ARTS**

UNIVERSITY OF NEVADA, LAS VEGAS

March 7, 2016

Susan Byrne, Ph.D.
82-90 Wall Street, Room 205
New Haven, CT 06520

SUBJ: Offer of Employment

Dear Dr. Byrne:

I am pleased to advise you that President Len Jessup has authorized my offering you the position of Professor and Department Chair of World Languages and Cultures of the College of Liberal Arts at the University of Nevada, Las Vegas (UNLV). This is a full-time, 12-month, tenured appointment at the rank of IV. Your term of appointment will commence on July 1, 2016, and your employment for this academic year ends on June 30, 2017.

A Chair's appointment is normally a three-year term based upon satisfactory performance as evaluated by the Dean with input from the faculty. Further, three-year terms may be extended upon faculty consensus and the recommendation of the Dean and Executive Vice President & Provost and final approval of the President.

The faculty in the Department of World Languages and Cultures of the College of Liberal Arts have recommended that you be appointed at the rank of IV/Professor with tenure in the College of Liberal Arts, and I concur with this recommendation. Of course, your hire with tenure is subject to the recommendation of the Executive Vice President & Provost and approval by the President.

As Chair of the Department of World Languages and Cultures, you will report directly to me and be assigned an "A" twelve-month contract with a base (full year) salary of $129,120. The salary is based on your documented "B" nine month faculty return salary of $107,600 converted to a 12-month contract. In addition, you will receive a chair stipend in the amount of $8,500 which will be added to your professional contract. Please note that the chair stipend is subject to an annual adjustment based on the previous fall semester instruction and student FTE; not less than $4,500. You will be eligible for all the University fringe benefits which are available to all academic faculty.

All the provisions of the Nevada System of Higher Education Code ("NSHE Code") are incorporated into your contract of employment, which will be separately executed by you and UNLV ("Employment Agreement"). In the event any provisions of this offer letter are inconsistent with or contradictory to the NSHE Code, the provisions of the NSHE Code govern. It is your responsibility to familiarize yourself with the provisions of the NSHE Code and the UNLV Bylaws. Reappointment,

*[signature]* 3/16/16
Initial/Date

Box 455001 • 4505 S. Maryland Parkway • Las Vegas, NV 89154-5001 • Main: 702-895-3401 • Fax: 702-895-4097

BYRNE018999

Susan Byrne
March 7, 2016
Page 2 of 3

tenure, and promotion considerations are governed by the <u>NSHE Code</u> and the <u>UNLV Bylaws</u>. Links to these documents for your review can be located at http://hr.unlv.edu/policies/organization.html.

The university's expectation is that as Chair, you will carry out the administrative responsibilities normally associated with administering an academic department e.g., prepare faculty evaluations, recommend merit, tenure and promotion for your faculty, oversee all personnel actions affecting both the professional and classified staff, guide and direct the development of curriculum and degree programs, assign advisees to faculty and oversee student advising, oversee student evaluations of faculty members, prepare budgets, oversee the teaching of all part-time employees and graduate assistants, prepare the class schedule, oversee the preparation of department catalog copy, and handle student problems. You will also be expected to teach three credits per semester while serving as chair and will receive reassigned time in the amount of six credits each semester.

In order to ensure that your health insurance begins July 1, 2016, it is imperative that we have a completed I-9 (Employment Eligibility Verification form) on file. This form will provide us with proof of U.S. citizenship or verification that you are eligible to work in the United States. To complete the I-9 form, please go to http://hr.unlv.edu/forms/I-9/. Please complete the online form no later than July 1, 2016. Please note that the I-9 form you submit is unofficial until you present the "original" documents indicated on your I-9 for our review. Under Federal law, failure to complete an I-9 form and present original documentation within three days of your arrival on campus would result in your employment contract with UNLV becoming invalid.

If you request accommodation (you are unable to perform the essential functions of this position), please indicate such request as you complete the enclosed Essential Functions form and return it with the signed letter of offer.

During your first week on campus, you will be expected to attend a new employee orientation with the UNLV Human Resources Department in order to complete all required benefits documentation; please be sure to bring appropriate identification. You will also be required to provide me with the following documents in order to complete your UNLV employment packet <u>before</u> the start date of your contract: (1) a completed Pre-employment Certification form; (2) three recent letters of recommendation; (3) official transcripts from each collegiate institution attended within 30 days of your arrival; (4) a Personal Data Sheet; (5) completion of the online Sexual Harassment Prevention Training within first six months of employment; (6) a W-4; and (7) an oath. **Failure to provide these supporting documents in a timely manner may delay the processing of your first payroll check**

You will receive an additional one-time payment of $9,000. You will not be eligible for reimbursement for moving, relocation or other expenses in connection with beginning your employment pursuant to this agreement. Should you leave employment voluntarily within the first twelve months, this initial employment allowance shall be repaid in full.

*SB 3/14/16*
Initial/Date

BYRNE019000

Susan Byrne
March 7, 2016
Page 3 of 3

In accordance with our understanding of start-up/equipment needs as the Chair in the Department of World Languages and Cultures, you will be provided with computer equipment valued at approximately $2,500.

You will be expected to attend a New Faculty Orientation on August 11-12, 2016. Your attendance at all University graduation ceremonies, and the College of Liberal Arts annual Honors Recognition Ceremony is also expected. You are also expected to attend the general faculty meetings when scheduled.

You acknowledge that the University has relied upon any and all application materials, resumes, and answers you have provided at interviews in extending this offer of employment to you. Any representations, promises or offers made to you verbally or in writing by any agent of this University, other than those outlined above, are void and have no binding effect whatsoever. This offer letter is subject to the preparation of a formal employment contract executed by all parties.

If you agree with the terms of this offer, please sign and date this offer letter AND initial and date each page of this offer letter in the lower right hand corner where indicated and return the original to me no later than March 21, 2016. A copy should be retained for your records.

Susan, I welcome you to UNLV and look forward to having you as a member of my leadership team and faculty of the College of Liberal Arts at UNLV.

Sincerely,

*[signature]*

Christopher C. Hudgins
Dean

Enclosures
cc:   Nancy B. Rapoport, Acting Executive Vice President & Provost
      Ralph Buechler, Chair, Department of World Languages and Cultures
      PN 812, SN 16083


I accept the terms of the offer of employment as described in this letter.

_____      16 March 2016
Susan Byrne                                  Date

BYRNE019001