| | |
|---|---|
| **Subject:** | Review of the Climate within the Department |
| **Date:** | Tuesday, March 24, 2015 12:28:15 PM ET |
| **From:** | Ben Polak, Lynn Cooley and Tamar Gendler <provost@yale.edu> |
| **To:** | Recipient list <itscomm2@yale.edu> |

| | |
|---|---|
| To: | Faculty, Staff, and Students of the Department of Spanish and Portuguese |
| From: | Ben Polak, Provost |
| | Lynn Cooley, Dean of the Graduate School of Arts and Sciences |
| | Tamar Gendler, Dean of the Faculty of Arts and Sciences |
| Re: | Review of the Climate within the Department |

Yale is fortunate to have a Department of Spanish and Portuguese with an extraordinary international reputation. The intellectual quality of the Department's faculty is second to none, and, year after year, it attracts outstanding graduate students to its program.  Sustaining the intellectual vitality of a department requires a sense of common purpose and mutual respect at all levels, and, for this reason, we wish to ensure that the educational and employment environment in the Department of Spanish and Portuguese matches its scholarly reputation.

To this end, we are writing now to ask you to participate in a broad review of the climate for working and learning within the Department.  The review will be performed by Barbara Goren, an independent consultant, and Jamaal Thomas from Yale's Office of Equal Opportunity Programs.  They will conduct individual interviews with faculty, staff, and students and report directly to us.  Because candor and trust will be crucial to the success of this review, Ms. Goren and Mr. Thomas will take all measures necessary to preserve the confidentiality of the information that you share, and they will explain those measures when they contact you to schedule an interview.  We have asked Ms. Goren and Mr. Thomas to cast a wide net, but time constraints may prevent them from interviewing all of you.  If they do not contact you, but you wish to schedule an interview, you will have an opportunity to do so.

Although we believe that this review is in the best interests of the Department and will be welcomed by all of its members, we are aware that you may be concerned about how your participation in the review might affect academic and personal relationships.  For this reason, in addition to preserving the confidentiality of the information that you share with us, the University will be reviewing academic and employment decisions to be sure that they have not been influenced by participation in the climate review or by other factors unrelated to academic or employment performance.

We want to assure you that no one will be required to meet with Ms. Goren and Mr. Thomas or otherwise participate in the review, but we strongly urge you to participate because we believe improvement in the Department's working and learning environment will benefit all members of the Department and the University. Thank you very much.