**From:** Office of the Provost <provost@yale.edu>
**Date:** March 27, 2015 at 10:03:13 AM EDT
**To:** Recipient list <itscomm2@yale.edu>
**Subject: Departmental Climate Review**

To:     Graduate Students in the Department of Spanish and Portuguese
From:   Barbara Goren and Jamaal Thomas
Re:     Departmental Climate Review

---

As Provost Polak, Dean Cooley, and Dean Gendler explained in their March 24 memo, we are conducting a review of the environment for learning and working in your department. We are writing to you now to explain in more detail how the review will be conducted.

Over the next few weeks, Ilana Danilowitz from the Office of the Provost will contact you by e-mail to invite you to meet with one or both of us. The interviews will take place at the Hall of Graduate Studies. We expect the interviews to last about half an hour, but, if more time is needed, we will make sure it is available. If you have documents that you wish to share with us, you can bring them to our meeting or deliver them by e-mail or hard copy to Ms. Danilowitz. If you wish to bring a friend or relative to our meeting, you are welcome to do so. We plan to interview as many members of the Department as possible, but time and scheduling limitations may prevent us from extending an invitation to everyone. If you have not been contacted but wish to arrange an interview, please e-mail Ms. Danilowitz at lani.danilowitz@yale.edu.

The information that you provide us will be used in a confidential report that will be made available only to the Provost, the Dean of the Faculty of Arts and Sciences, the Dean of the Graduate School, and their advisers. The report will not be shared with members of the Department, and, to the extent possible, any information that you provide will be aggregated with the information provided by others. If the Provost and the Deans conclude that the report requires any measures to be taken in regard to the Department, they may need to share with members of the Department the basis for that action, but they will not share any information that might identify you without your permission. There is only one exception to this commitment: The University may reveal identifying information that you share with us, if there is reason to believe that it is necessary to protect the health or safety of members of the Yale community.

In addition to preserving confidentiality, the University has asked Senior Associate Dean of the Graduate School Pamela Schirmeister and Professor Anders Winroth to review academic decisions (including teaching assignments) made during and after our review to make sure that they have not been influenced by considerations other than academic performance. If you believe that your participation in our review or any other improper criterion has been applied to an academic decision, please bring your concerns to the attention of Dean Schirmeister, who will enlist the assistance of Professor Winroth as necessary.

I want to emphasize that you are not required to meet with us or otherwise participate in this review. That decision is yours to make, and the University is determined to ensure that you will suffer no repercussions whether you agree or decline to participate. We do urge you, however, to assist the University in ensuring that the environment in the Department is conducive to the education and wellbeing of current and future graduate students.

If you have any questions about the review, please do not hesitate to contact Dean Schirmeister (pamela.schirmeister@yale.edu) or us (jamaal.thomas@yale.edu; barbara.goren@gmail.com).



Confidential--Attorneys' Eyes Only                    BYRNE003139