# Yale *Department of Spanish & Portuguese*

PO Box 208204
New Haven CT 06520-8204
T 203 432-1151
F 203 432-1178
span-port.yale.edu

*courier*
82–90 Wall Street
New Haven CT 06511

April 13, 2015

Associate Professor Susan Byrne
Department of Spanish and Portuguese
Campus

Dear Sue,

I have received your letter of April 1, 2015, which you copied to the Provost of the University, the Dean of the Faculty of Arts and Sciences, the Divisional Director of the Humanities for the FAS, the FAS Dean of Academic Affairs, the FAS Dean of Faculty Affairs and Deputy Provost, and the FAS Associate Dean, as well as my four senior colleagues in the Department of Spanish and Portuguese.

You have requested that Professor Roberto González Echevarría and I recuse ourselves from all matters concerning your tenure consideration.

This is to inform you that we will not do so. I cite, as you did, Yale President Peter Salovey, from his statement of November 3, 2014: "No one at Yale should be mistreated, bullied, harassed or denied opportunities they deserve. It is essential that all of us understand this and act accordingly."

I will expect to receive your preliminary materials, as requested and stipulated in my letter to you of March 30, 2015, on the deadline of April 15, 2015.

Sincerely,

Rolena Adorno
Sterling Professor of Spanish
Chair, Department of Spanish and Portuguese