| PREPARED BY |
|---|
| SB |

| DATE |
|---|
| 2-9-16 |

I don't think that Sue Byrne is tenurable at Yale because of the poor quality of her work, which shows that hers is an ordinary mind lacking critical insight and sophistication.

I have always thought that her Cervantes book was not very good, that it ultimately hinged on a misprove *transmitte* revealing her essentially positivistic approach to scholarship. There is no hermeneutical energy in the book, as there isn't in any of her work. It is also, like the rest of her work, very poorly written. She has a penchant for clichés, malapropisms, and very inelegant turns of phrase.

The Ficino book has as its point of departure a strawman: that Ficino was "exiled" (her word) from early modern Spanish literary history by the judgement of Marcelino Menéndez y Pelayo. But only someone far from the study of Spanish literature could believe that. Since the Generation of '98 Menéndez y Pelayo has been the *bête noire* of Spanish criticism. Rejection of him has been the starting point of much work. He is a [Gustave] joke — not a Jansen. (Menéndez Pelayo was very nationalistic, Catholic and conservative — Spanish criticism has been on the whole liberal.) He has been the object of scorn. [it is] Curious that Menéndez Pelayo would have preferred León Hebreo, a Jew, to *his* Ficino, a Catholic priest, as *the* most influential Neoplatonist. He was right, by the way. *Amicus Plato, sed magis amica veritas.*

[MP (1856-1912)]

SB 2

PREPARED BY

DATE

Sue Byrne leaves completely out of the Ficino book the most significant work on the artistic, literary, and philosophical relations between Italy and Spain: Américo Castro's 1925 *El pensamiento de Cervantes* (She only mentions twice, in footnotes, a much later book by Castro, his 1967 *Hacia Cervantes*). This is a most significant omission [which is not as important] in a book so overburdened by footnotes and bibliography -- 41% of its pages. In *El pensamiento de Cervantes* Castro mentions Ficino as one of several Neoplatonists, explaining that Neoplatonism could have come to Spain through many other Italian authors. As in my Cervantes book, Sue Byrne hangs on to one *trouvaille* it and beats it to death with a plethora of citations and allusions. The weakness of these catalogs -- among others -- is that we have no way of comparing numbers. How do the number of mentions of Ficino compare to those of others, like Leone Hebreo, for instance. But the main weakness is that there is no comparison of systems of insight. *Ficino in Spain* does not contain a single idea.

What *Ficino in Spain* lacks is a literary analysis of, for instance, the artistic cast of Ficino's Commentary on Plato's *Symposium*, in which Plato's interlocutors are replaced by figures who are contemporaries of Ficino. But there is never any literary analysis.

The conclusion, which repeats the introduction using the same sources and references, contains the following statement on page 216:

REDACTED     5B 3    PREPARED BY

DATE

"The persistent idea that Ficino was not a factor in Spanish thought and letters is, frankly, an obsolete anachronism." Then why devote a whole book to refute it?