**Ficino in Spain** Byrne Commentary

Noël Valis, Department of Spanish and Portuguese

Overall, this is a competent and conventional study of Ficino in Spain, often focused on bibliography and source hunting and performing far more glosses than in-depth analyses. There is very little real literary analysis either.

But it is also poorly written, as the many examples of SB's prose offered here make clear. I am reminded of what one of the outside evaluators said of another scholar's writing: "The clear and fluid prose conceals the immense amount of work that it took to write [her book], while giving us the essence of her findings." That is one of the several things that is missing from *Ficino in Spain*. The approach is constipated, as the author drills down repeatedly on minor details, jumps from topic to topic in the effort to accumulate a miscellany of evidence. She doesn't simply miss the forest for the trees. She frequently pokes around in the underbrush and thereby fails to offer a larger vision of Ficino's presence in Spain.

Where is the originality, the exciting new vision of the field, or, failing that, a spirited new polemic? What I see as well are an intellectual narrowness, a lack of depth, and a lack of literary sensibility. SB has been diligent, done a good deal of work in libraries and made good use of a resource like CORDE, but there's no spark. It often feels like one long, extended gloss. It's simply not compelling.

Below, I offer comments on individual chapters as well.

Introduction

p.3 **Poor opening sentence**: "A consistent presence in Spanish letters in the centuries following his death. Marsilio Ficino was decisively written out of that literary history at the end of the nineteenth century as those who began to fashion what would come to be the Spanish literary canon excised his voice in favour of a purist, all-Spanish approach."

An intemperate, unproven statement. "Excised", "decisively written out", and "purist" are all loaded terms, ascribing intentionality to the disappearance of Ficino from Spain's literary history. Did such histories excise other non-Spanish voices? She does not say.

After this maladroit opening, the Introduction just goes downhill and has to be one of the worst introductions I've read. First, the writing is frequently illegible and unclear. Second, instead of laying out in a broad sweeping manner her vision and argument, as one would expect in an introduction, SB gets lost in disparate details. She gets down into the weeds and leaves her reader floundering in them. A turgid, tunnel-vision presentation. What is she doing with all these examples? Where's the depth, the analysis? Where is the larger picture? Indigestible writing.

p. 3 Poor writing: "Similarities in Christian, Neoplatonist, and Hermetic writings evoke the historical context…"

p. 4 Poor writing: "…to assume more distinguishable constraints."

p. 4 Dull writing: "The following quote from …" SB does not elucidate on the quotation from Fox Morcillo to show how it might be connected to what precedes it in her discussion.

So far, nothing new here.

p. 5 In the weeds: "Spanish poet Francisco de Quevedo … referenced exactly twenty-three authorities. The other writer used commas…"

p. 5 Writing: "albeit with various points of debate"

p. 5 "the bibliographer [Boecler] implies that studies at the two named universities were modelled on the Italian philosopher's thought. Unfortunately, the 'as mentioned above' …is nowhere to be found … Confirmation [of what?] is found, however…" None of this is clear to me from the quotation immediately preceding SB's words.

p. 5 Refers to a 1903 work in order to make that confirmation (above), but is it confirmation when you have to use a work that appears 200 years later? Besides, didn't we already know of the "attraction that Renaissance Neoplatonism held for members of various religious orders in Spain"?

p. 6 More poking among the weeds. A whole series of disparate references, which makes the Introduction unreadable.

p. 7 An obvious point about Feijoo's writings as having a "broad impact."

p. 7 Really bad sentence: "Andrés quotes Ficino to describe Plato … (buenas letras)."

p. 7 Poor writing: "To the contrary is Andrés's opinion of Ficino as a Platonist"

p. 8 Unreadable sentence: "In Andrés, we find…in *De vita*."

p. 8 Verbosity: "As the eighteenth century…Inquisition." Six-line sentence (there are many examples in the book of very long, wordy sentences)

p. 9 I am not following the argument here.

p. 9 Unclear writing: "a related, collateral outcome of those determinations would be recognition or rejection of Ficino's legacy in Spain"

p. 9 **Emilio Castelar as "president of the First Spanish Republic." He was one of three and the last.**

Case 3:17-cv-01104-VLB Document 70-40 Filed 04/01/19 Page 2 of 13

Confidential - Attorneys' Eyes Only

BYRNE009038

p. 11 Unfounded generalization: "That wishful revisionist thinking would have an impact on critical literature studies throughout the first half of the twentieth century: the heterodox would be erased from Spanish literary history, and Ficino along with it." Where's the evidence? Was Ficino considered heterodox? You've got to show this.

p. 12: Long-winded sentence: "The historian attempts…who debated just those points."

p. 12: Unclear: "despite certain attenuated responses"

p. 13: **A whopping bad error. SB talks about Francisco Franco's "forty-five year [spelled out by SB] dictatorship." He governed as a dictator from 1939 to 1975, a span of 36 years. Even if one started from 1936, the first year of the civil war, that still isn't 45 years. And he only had control of a part of the country during the war. These are dates that any Hispanist should have engraved in her head.**

**This page also indicates that SB doesn't know very much about modern Spain. She says that "a considerable part of that political battle [the ideological struggles of modern Spain] concerned movements like socialism, communism, industrialism, workers' rights, and modernization in any form, however defined." "Modernization in any form"?? This is poor, vague writing, showing little knowledge of Spanish history, the kind of thing you might expect in an unprepared undergraduate's paper.**

**She also claims, in broad, unfounded strokes, that Spain in this period did not rewrite its literary history, giving the impression that the country was sunk in an unilluminated state. But the pre-civil war period, the 1920s especially, was a golden era for Spain culturally and artistically. One thinks of the rediscovery of Góngora by the brilliant Generation of 1927. And what about Américo Castro's 1925 magnificent work on Cervantes, just to give one example (as well as several other books of his, all from the 1920s)?**

**p. 13 SB talks about the use of "Platonic" as a "frightening epithet" in this period, but gives no examples. (In the Conclusion, she returns to the same topic, again without much proof of any kind.) As a specialist in this period, I've never heard of this pejorative use of the term. It may very well be true, but you have to give concrete examples. I simply do not know what she is talking about. And even if true, this usage must have been a minor phenomenon, because it doesn't show up in discussions of the period.**

p. 13 Again, continues poking in the weeds. Misses the larger picture.

p. 13 Unclear writing: "began to vary albeit with continued debate and doubts"

p. 13 Incomprehensible: "a syllogism that fails on basic chronological criteria"

p. 13 "Both opinions [Otis Green's] clearly demonstrate the impact of sociological and anthropological studies of the late nineteenth and early twentieth centuries…" SB needed to explain this.

Confidential - Attorneys' Eyes Only                                          BYRNE009039

p. 13 "need to be rewrites". Jargon

p. 14 Poor sentence: "For example, in an exhaustive study… on Spanish authors". Another six-line sentence

p.14 "I will expand that evidentiary range to show that the fifteenth and sixteenth centuries are also replete with mentions of and debate on the Italian philosopher's thought and writings." But where's the depth of analysis?

p. 15 "Glosses written in those volumes…demonstrate their wide acceptance at all levels of society." But how can you prove that? There was much illiteracy, much poverty. People from these levels of society surely did not read glosses and books.

### Chapter 1 Ficino in Spanish Libraries

**This chapter is largely unreadable. Shows good archival work, but this is uninspiring, intellectually dull. Tunnel-visioned. Basically just bibliography. Stultifying in detail. This is bibliography, but not brilliant or original work. Thirty-three pages of dense bibliographical material. Descriptive, little analysis.**

p. 18 "Given these extant copies… it is indisputable that Renaissance Spaniards studied these dialogues in Ficino's translations and with his commentaries." Based on what evidence?

p. 18 Writing: "The Spanish library holdings … hint at another possible detail on the overwhelmingly negative perception of Ficino by the late nineteenth century…"

p. 19 in early 18th century "his writing were studied with impunity in Spain." Based on what evidence?

p. 24 A long digression in the paragraph "One specific volume…Ferdinand and Isabel"

**p. 26 "These volumes, not yet represented in the Patrimonio collective catalogue, provide solid evidence that Ficino's texts and translations circulated in the highest court circles." How can you draw this conclusion just from library contents?**

p. 31 "Per the Index" Jargon

p. 36-37 Long, unclear sentence: "Here, the combination…pagan deities."

p. 38 Bad writing: "intention may be read into it, given that…"

**p. 38 these volumes "do attest to an active and eclectic Hermetic Neoplatonist group". What group? And: "Those volumes of Ficino's writings and translations on theological**

and philosophical matters were an integral part of Renaissance university life at Salamanca." How can you conclude this just from the contents of a library?

p. 49 Awkward sentence: "Even after the 1767 expulsion of the Order from Spain, these volumes continued to circulate having been, by the same order of expulsion, confiscated from the members of the Jesuit order as they went into exile, to be distributed for use in other libraries in Spain."

**Chapter 2 Ficino as Authority in Sixteenth-Century Spanish Letters**

**This chapter is like a silva de varia lección, a miscellany of topics. Jumps from one topic to the next. Topics and tópicos, commonplaces that could and do have sources other than Ficino (such as the evil eye, p.54). One quotation after another. On page 56, SB refers to a series of annotations, but her own approach in this chapter is also annotative, not analytical. Tiny details—not illuminating. What is the bigger picture here? Lots and lots of quoting from one topic to another, from cures for gout to the body-soul question to prudence. An indigestible hodge-podge. Deadly dull approach. A lot of quotations from other scholars. I don't see a strong SB presence here. A lot of quoting, not nearly enough analysis. Indeed, there is almost no textual analysis, except for two pages on the extraordinary Cervantes text, "Coloquio de los perros", which deserves much more than that. Later, SB does devote more space to La Galatea. She shows the Ficino influence, but she doesn't open the Cervantes text up. You could devise two columns (Ficino and Cervantes) to prove her point. This is workmanlike analysis at best. In the section, "On Beauty and Love," SB hangs her claim to offering something new by flogging one phrase, "love is a desire for beauty," but in truth, we are talking about a source study in these pages (and elsewhere). This chapter, like preceding ones, is not very readable.**

p. 51 Long, awkward sentence: "Patrimonio lists six…than his own"

p. 51 Another badly written sentence: "Book 3 of the *De vita*…a life free from care"

p. 52 Wordy: "Were one to accept the…the expectation would be wholesale censorship …power of the stars". Followed by a sentence almost 6 ½ lines in length.

p. 54 Awkward: "adds Ficino in regard to the same power from one body to another"

p. 55 Bad writing: "all used in his novel for witty analogy to the bleak situation of his down at the heels protagonist"

p. 55 "Ficino's translations made these writings… by the early seventeenth, they had become a part of daily discourse and erudite entertainment for the Spanish reading public." Draws this conclusion based on one example.

p. 55 More jumping around

Confidential - Attorneys' Eyes Only

BYRNE009041

p. 56  Awful writing: "Ficino's *De vita*… powers of the heavens, at 3.18". An eight-line sentence!

p. 58  "Álvarez Miraval does not question… often persists." A sentence of six lines.

p. 59  Garbled sentence: "Alvarez Miraval had apparently read…ancient wise men."

p. 59  Another verbose, awkward sentence: "Huerta's volume contains…were healthy". Seven-line sentence

p. 61  Another monster sentence: "One hundred years later…and well-planned". Seven-line sentence

p. 61  Lack of transition between paragraph ending "Ficino is incorporated, but also adapted" and the next one.

p. 62  Bad writing: "Sigüenza y Góngora's opening…will be futile"

**p. 63 Error: Feijoo did not write "late seventeenth to early eighteenth century." Except for one hoja from 1698, all his writings are clearly 18th c. He died in 1764, and his *Cartas eruditas* are dated 1742-1760.**

p. 64  Long sentence: "Michael Allen has related…etc."

p. 67  Awkward: "Ribadeneira's book…and below…etc." And: "most of those other writers". Which writers?

p. 68  Awkward phrasing: "unambiguously names Ficino as an authority on avoiding heretics…etc."

p. 69  Poor phrasing: "as he lists authorities and opinions on the subject…from birth"

Overuse of passive voice throughout the book.

p. 70  Dangling qualifier: "With the greater attention to…Plato…"

p. 71  Awful sentence: "Plato, once philosopher and poet, will still be recognized as an 'ingenious intellect' by the discipline that reads him for philosophical meaning, which is itself beginning to secularize, but he will be adopted as the 'genie, inspiring voice' for Spanish writers, who at the end of the sixteenth century were experimenting with the possibility and forms of a new genre, creative imaginative writing in prose."

p. 72 Bad writing: "Herrera discusses Aristotle's opinion …etc."

p. 81 Wordy: "Nonetheless, on the basis of a sly jest…etc."

Confidential - Attorneys' Eyes Only

BYRNE009042

p. 81 Awkward: "given by, as seen above, both Ficino and Cervantes." And: "Over the past thirty years…etc." Redundant: "postdate and follow Ficino"

p. 81 Clumsy: "and noted a question in…etc."

p. 87 Unclear writing: "Speaking of *La Galatea*…etc."

p. 89 Wordy: "Tirsi describes the human soul…etc."

p. 89 Clumsy: "In verse, Tirsi describes…etc."

p. 91 Clumsy: "who died due to his…" And: "Don Quijote agrees with Marcela…etc."

Inelegant prose, with quote after quote. This chapter reads most like a conventional influence study.

p. 94 Clumsy: "the unrequited love possibility"

p. 96 Clumsy: "In comparison with the quotations…etc."

And: "'Platonic' is not only chaste in thought but also a lack of written communiques…etc."

p. 97 Clumsy: "who, even more ironically, given the statement…etc."

p. 97 Wordy and clumsy: "In the same debate studied above…etc."

p. 98 Clumsy: "Bartolomé Leonardo de Argensola, writing from…etc."

p. 98 Unnecessary, repetitive: "Whereas this woman named Gala…etc."

p. 99 Awkward: "the lascivious and those who write of love"

p. 99 Awkward: "The discussion by and evolution of this concept in the works of Spanish authors, in response to Ficino's coining of the phrase in the *Phaedrus,* apparently began with Miguel de Cervantes' early challenge to the idea in *La Galatea*." Can SB really prove this?

p. 100 Clumsy: "Celso's disclaimer…etc."

p. 100 Clumsy: "Palatino the canonist…etc."

p. 101 Unclear: "Arce de Otálora's characters…etc."

This same paragraph jumps without transition from one topic to another.

SB cannot see the forest for the trees.

Confidential - Attorneys' Eyes Only

BYRNE009043

**Many, many instances of necessary commas that are missing.**

**Overuse of future tense, of passive voice.**

p. 101 Hodge podge: paragraph "Arce de Otálora's dialogue is chock-full…etc."

p. 103 Unclear, horrible writing: "Other particular points of interest…etc."

p. 103 Clumsy: "additionally, if mistakenly, also credit the Italian philosopher for details from Plutarch"

p. 105-06 Poor writing: "In that dialogue, Prometheus…etc."

p. 106 Awkward: "With literary resonance of the medieval 'dances of Death'"

**p. 107 "This praise panegyric confirms the high regard in which Ficino was held by Spanish intellectuals of the sixteenth century."**

**Up to this point, this is apparently SB's "thesis," which is less a thesis than the preliminary statement prior to formulating a thesis. A descriptor.**

Chapter 3 Ficino as Hermes Trismegistus: The Corpus Hermeticum or Pimander

**I see little development of a larger argument and vision in these pages. On pp. 128-29, is SB saying that León Hebreo should be discounted as the source of mystical love imagery (contra Menéndez y Pelayo's position)? Isn't it possible there's more than one source for such imagery? There's a tendency in this chapter, too, toward hodge-podge, a flavorless olla podrida.**

Section, The BNE Manuscript    More hodge podge

p. 110 Awkward: "Contrastive to the general tendency…etc."

p. 112 Unclear wording: "this key distinction in the act of the Christian versus Neoplatonic God: the latter creates due to its essence…etc."

p. 113-14 Unclear and clumsy: "This composite volume raises…etc."

p. 114 Clumsy: "Neither is found on the lists…etc."

p. 117 Long sentence: "Pilate lists the various miracles…etc."

p. 117 SB notes "the similarity of the rabbi's epistle to chapter 27 of Ficino's own *De christiana religione*," but the letter is not bound with this particular text, so it seems a bit of a stretch to include this comment here.

Confidential - Attorneys' Eyes Only

BYRNE009044

p. 120, 122  SB has consulted the Latin, Spanish and English versions of the *Pimander,* but it appears she has not consulted the Greek original.

p. 124  Clumsy: "However, if we think about…etc."

p. 124  It is not clear to me how being touched by divine grace can also be dangerous.

p. 128  Clumsy: "in his consensus to portions we might expect him to dispute…"

p. 131  Use of "**as per**" (here and elsewhere): Horrendous bureaucratese

p. 136  Has SB shown that Hermes Trismegistus is indeed "an alter-ego to Ficino," as claimed here?

p. 136  Long sentence: "Alejo de Venegas…condemns any men…etc."

p. 136  run-on sentence: "In 1621, Jiménez Patón…etc."

p. 137  Clumsy: "raised as to his title and his reliance on"

p. 138  It feels like we are losing sight of Ficino here.

p. 139  Awkward: last two lines

## Chapter 4 Persistence and Adaptation of Hermetic Neoplatonic Imagery

**Unreadable: quote after quote after quote. Offers various examples of imagery—sun, fire, etc.—as Ficinian. But is this imagery only found in Ficino? Doesn't Dante, for example, use the image of the sun as God? One thinks of the related idea of the Good as the Sun, in Augustine (and before that Plato of course). And did I miss something on the four elements here, imagery that is ubiquitous in the Renaissance? As in previous chapters, this one is so narrowly focused—she appears to be speaking to her academic navel. Too much of this appears like a gloss, not like analysis, and in a number of instances, a gloss of a gloss (see, for example, p. 156, 164). Completely unengaging. At this point, I am finding this book a real slog, hard to follow, because it is like a silva de varia lección, a miscellany, heavy on glossing.**

p. 142  Unclear: "with a simple explanation of semantic distinctions but substantive compatibility"

p. 143, 144 More bureaucratese: "**As regards**"

p. 145  Unclear: "Ficino relates the same story…with its means: contemplation of the visible sun, and its goal: to thus transcend to the invisible…etc." If you're a brilliant stylist like T.E.

Confidential - Attorneys' Eyes Only

BYRNE009045

Lawrence, in *The Seven Pillars of Wisdom*, you can get away with more than one set of colons, but not here.

p. 149 Clumsy: "broadens thematic *marianismo* advocacy"

p. 150 Is Heraclitus in the Index?

p. 151 Apollo's chariot, etc.: aren't there other sources as well? Not just Ficino?

p. 152 Long sentence: "Writing in the second part…etc." Six-line sentence.

p. 153 Clumsy: "is followed with the taunting riddle about he who comes out but never sets"

p. 153 Dreadful sentence: "The abstract and glorifying tones…etc."

p. 153 Clumsy: "resultant ridicule". And: "Further, Sancho Panza's transcendence…etc."

Glosses a lot of texts.

p. 154 Clumsy and unclear: "As Cervantes gave them…etc."

p. 158 Awkward: "The sonnet's gloss-letter…to clear."

### Chapter 5 Ficino as Plato

**SB includes—again—too much detail and thereby drowns out the larger picture. More miscellaneous material. Spends too much time on the (banal) use of the epithet, "divine." A lot of heavy quoting. Jumps from metempsychosis to astrology on p. 175. Drills down on small points. Very little is developed. And the question of sources other than Ficino is germane in this chapter, too (see, for example, p. 184).**

p. 165 Clumsy: "has been studied and we know that"

p. 169 Horrid sentence: "Despite that, as we saw above,…etc."

p. 169-70 Awkward use of prepositions

p. 171 The argument for a Ficinian influence on Fox Morcillo is made, despite the fact that "the Spaniard uses Ficino's translation of the dialogue as his base text without so stating…"

**p. 171 "While I cannot pretend to address in analytical terms the type of philosophical question Fox poses in his commentary, as it is not within my range of expertise, there are a few points on which the Spanish writer engages with Ficino's opinions, and those are outlined below." Then why this book? Shouldn't the substance of Fox Morcillo's work be of great interest in relation to Ficino?**

Confidential - Attorneys' Eyes Only

BYRNE009046

p. 171 Clumsy: "Writing after the 1513 papal bull…etc."

A lot of heavy quoting

p. 173 "The question under discussion is the relationship of heat and cold to growth, a point discussed at length by Ficino in the *Platonic Theology*, with details that Fox also incorporates, but with attribution only to ancient sources." Then, how much of an influence is Ficino here?

p. 174 Long sentence: "Fox notes that Plato…etc."

p. 176 "Like Ficino, Fox found the similarities in beliefs to be telling, and indicative of Platonic thought as a precursor to Christian belief." But didn't others as well, in the Renaissance?

p. 176 Awful sentence: "On the final doctrinal point…etc." seven lines long

Lack of transition between this paragraph and the next one

p. 176 Long sentence: "Apparently, Ficino had made…etc."

p. 177 Unclear: "Against Menéndez Pelayo, this might be read…etc."

p. 177 Clumsy: "Unable to assure his reader of a specific university…etc."

Jumping from topic to topic.

p. 177 Jargon: As per and per se

p. 177 Clumsy: "although Fox notes to close discussion, without further comment"

p. 177 Poor writing: "That is, the Spaniard…etc."

p. 178 Clumsy: "Regarding the slightly less evil souls'

p;. 178 Clumsy: "Important to the time frame when Ficino was writing is that Renaissance thinkers"

p. 178 Clumsy: "to answer that man"

p. 179 Redundant: "and nothing further." Unnecessary: "throughout his *Phaedo* commentary," line 3; "of his commentary," line 12 up.

I have not noted the pleonasms throughout the book.

At this point, Ficino seems a muted presence here.

Confidential - Attorneys' Eyes Only

BYRNE009047

p. 180  Writing: "a very real, unapologetic transcendence and ecstatic unity"

p. 183  Wordy: "we are told in the *Cántico*", since the work is cited parenthetically.

p. 187  Muddy sentence: "but Fadrique responds with…etc."

A lot of sentences that contain the word "and" linking clauses that seem very loosely connected.

**Chapter 6 Persistence of Political-Economic Platonism**

**At times, the arguing is so tightly wound that it is hard to follow. Can't she use her own words? More miscellany. Gloss of a gloss at times (see p. 189). There is such emphasis on the one source of imagery and thought being Ficino that SB forgets there are common, or other, sources writers could have used, and did. On p. 212 SB says the "phrase 'Platonic republic' was used to decry contemporary movements like communism and socialism," but offers no concrete examples in support of that statement.**

p. 188  Wordy: "From the thirteenth century on…etc."

"Quite" is on more than one occasion redundant.

p. 189  Awkward: "like Villena as to its perfection although not in rulers but rather inhabitants"

p. 190  Unclear: "my quite valid assumption in what follows is that reference to the dialogues, where not indicated, is to those volumes". Here too, "quite" is not needed.

p. 191  Garbled sentence: A good republic is a place…etc."

p. 191  Unclear: "One key facet of Ficino's innovation…etc."

p. 192  Mishmash: last paragraph

p. 193  What is "a reasonable utopia"?

p. 193  Garbled sentence: "As does Ficino, Guevara…etc."

p. 193  Garbled: "Spanish author's model of a seed of Platonic truth mixed with free elaboration"

p. 195  Syntax: "Arce uses Plato…equity"

p. 205  Horribly written sentence: "Cervantes' reason of state, apparently, has everything to do with…etc."

p. 206  Jargon: in regards to

Confidential - Attorneys' Eyes Only

BYRNE009048

p. 206 "Cervantes enacts his political theory in his literary myth, expressing the ideals in pragmatic and active theatrical form rather than in deliberative or contemplative prosaic terms." What does this mean?

p. 210 "Contemplation" isn't just Ficinian.

p. 212 the phrase "communist state" is not a "bogeyman" but a historical reality in the twentieth century.

p. 213 Unclear: "This trajectory in use of the phrase exemplifies Leo Spitzer's concept…"

p. 213 Unclear: "At the end of the nineteenth century…etc."

**Conclusion**

**I don't know where SB is going here. The argument seems confusing, esp. p. 215. If I understand SB correctly here, she refers to an apparently continuing "traditional critical perspective that imagines the Spanish Renaissance solely as a moment of Counter Reformation and Inquisition," but very few critics believe this anymore, or believe that the Renaissance is solely this. Seems like something of a straw man argument. See also p. 216.**

p. 215 Unclear: "Contrary to a traditional…etc."

p. 217 The reference to the stereotypical image of Spaniards held by North Americans (see Richard Kagan) is completely irrelevant here.

**p. 217 "Against this backdrop of historical rewrites, European Renaissance norms that included multifaceted and multidisciplinary exchanges were not only downplayed but denied."**
**How does SB reach this conclusion? I see no real proof either here or elsewhere. Perhaps she is relying on the sole example of Menéndez Pelayo (as appears to be the case in the Introduction and here)? But in that case, this is a gross simplification of his scholarship. Yes, he wrote from a Catholic and nationalistic perspective, but a perusal of the index to his *Historia de las ideas estéticas en España* shows a great deal of attention paid to non-Spanish sources as having an influence on Spanish literature. The third volume has chapters on aesthetics in Germany, England, and France. To make this sort of argument here, SB needed to have developed the idea much more thoroughly, using several examples to make her point.**

p. 218 What is "a broad readership" in the context of annotations to a limited number of Ficino volumes?

There are 218 pages of text—and 91 pages of notes.

Confidential - Attorneys' Eyes Only

BYRNE009049