Case 3:17-cv-01104-VLB Document 70-41 Filed 04/01/19 Page 1 of 1

HUMANITIES PROGRAM ∾ YALE UNIVERSITY

DQ Law

method = "philological and historical close reading followed by full contextually ..." - not ..., but thematic

- mos italicus, gallicus, hispanicus
  - big connections C. to law
  - convergence legal / historical (eloquium)
  - usage custom vs. state imposed Roman statute
  - justice
- no procedure, proof; a little testimony teaching of jurisdiction - ... relation of dueling to procedure ?
- Giovio's Histories → Baeza

"DQ shows keen historical consciousness."

Visigothic custom Fuero Juzgo ; Siete Partidas - Castilian statutory code (2.52-54)

see p. 50-51*. galley slaves. legal ... , "..." corruption

- Breaking or keeping of laws, e.g., mills, transport of prisoners,
- C's ironic intent

and counts ... inventories * DQ = legal red herring; "cover for an incisive legal gloss." ???

- primary quality, re. history, p. 108, 109, 145
- gems which beg elaboration, p. 123 ; DQ = new genre, p. 142
- over cites 2 day sources
- what is relation of DQ to legal unity? p. 143, makes "fictional... very real, juridical and historical texts."
- p. 146 - DQ = "personification of laws of mos gallicus, an ahistorical misapplication of Roman statues [sic] in a contemporary setting and S.P. = personification of usage and custom based on Fuero Juggo, w/ its judgments based on past leads ... contemporary circumstances (mos italicus) ...."

Letter: ✓Bruce Berrington, U. Illinois; ✓Tony Cascardi, UCB; ✓Frederick de Armas, Chicago; ✓Robert Folger, Heidelberg; ✓Mary Gaylord, Harvard; Pat Grieve, Columbia; Enrique Garcia Santo-Tomas, U. Michigan; Weber

53 Wall Street • PO Box 208298 • New Haven, Connecticut 06520-8298 • Phone 203 432-0670 • Fax 203 432-1087