

# FAS LADDER FACULTY PROMOTION HANDBOOK

For department chairs, business office staff, and faculty

Yale University
Faculty of Arts and Sciences
FAS Dean's Office

December 2015

BYRNE017171

## TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................................1

Chapter 1. Introduction ........................................................................................................3

    1A. Background .................................................................................................................3

    1B.Overview of FASTAP ......................................................................................................3

        Types of Reappointments and Promotions .................................................................3

        Leaves of Absence.........................................................................................................4

    1C. Calendar for the promotion and tenure process .........................................................4

    1D. Mentoring .................................................................................................................7

    1E. FAS faculty appointment and promotion approval bodies ...........................................7

        Area Tenure Appointments and Promotions Committees (TAC):.................................7

        **The Yale Corporation** .................................................................................................9

        FAS Dean ......................................................................................................................9

        Advisory Committee and Divisional Leadership ..........................................................9

        Additional Deans involved in the FAS Tenure and Appointments Process ...................9

    1F. Voting policies ...........................................................................................................10

    1G. Confidentiality..........................................................................................................12

    1H. Glossary of key terms................................................................................................13

        Types of Appointments..............................................................**Error! Bookmark not defined.**

        Ranks..........................................................................................**Error! Bookmark not defined.**

Chapter 2. Assistant Professor Reappointment ....................................................................15

    2A. Criteria and timetable for reappointment to the rank of Assistant Professor (from AP1 to AP2)....................15

    2B. Steps for Reappointment in the rank of Assistant Professor .......................................16

Chapter 3. Promotion to Associate Professor on term...........................................................17

    3A. **Criteria** and timetable for Promotion to the Rank of Associate Professor on term (Nontenured associate) ..17

    3B. **Steps for Promotion to Associate Professor on Term (Nontenured associate, AOPN)** ................18

    3C. Chair's checklist of materials for TAC review for promotion to Associate Professor on Term .......................19

BYRNE017172

Chapter 4. Promotion to Tenure: Associate Professor with Tenure (AOPT) or Professor (PROF).............................20

    4A. **Criteria** and timetable for Promotion to the Rank of Associate Professor or Professor with Tenure .............20

    4B. **Steps for Promotion to Tenure** .........................................................................................................21

    4C. Chair's checklist of materials for TAC review – Initial Appointment to Tenure ...................................22

Chapter 5. Promotion from Associate Professor with Tenure.......................................................................24

    5A. **Criteria** and timetable for Promotion from Associate Professor with Tenure to Professor ............................24

    5B. Steps for Promotion from Associate Professor with Tenure to Professor .........................................25

    5C. Chair's checklist of materials for TAC review for promotion from Associate Professor with Tenure to Professor ...........................................................................................................................................26

Chapter 6. Special Cases and Related Policies ...........................................................................................28

    6A. Calendar Year vs. Academic Year Appointments ...........................................................................28

    6B. Fully Joint Appointments .............................................................................................................28

    6C. TAC Members Presenting at TAC or JBPO Meetings .......................................................................28

    6D. Grievance Procedures .................................................................................................................28

BYRNE017173

# CHAPTER 1. INTRODUCTION

## 1A. BACKGROUND

This document provides guidance to department chairs, business office staff, and faculty on the operational procedures for each of the four reappointments and promotions for ladder faculty within the Faculty of Arts and Sciences (FAS):

- Assistant Professor 1 (AP1) → Assistant Professor 2 (AP2) (reappointment in rank)
- Assistant Professor (AP) → Associate Professor on term (Nontenured associate) (AOPN)
- Associate Professor on term (Nontenured associate) (AOPN) → Tenure as Associate Professor without term (Tenured associate) (AOPT) or Full Professor (PROF)
- Associate Professor without term (Tenured associate) (AOPT) → Full Professor (PROF)

Each section provides an overview of the timeline, required documentation, and process for each of these reappointments or promotions. Section V provides additional information regarding special cases, such as joint appointments.

A glossary of key terms is in section H.

## 1B. OVERVIEW OF FASTAP

The current FAS tenure and promotions system at Yale ("FASTAP"), was implemented in 2007 after an extensive review of the tenure system at Yale and a comparison with those of the University's peers. The report of the committee outlines the new system, but the major components of ladder appointments and promotions can be summarized as follows. (A glossary of key terms is in section H.)

### TYPES OF REAPPOINTMENTS AND PROMOTIONS

#### (1) INITIAL APPOINTMENT AS ASSISTANT PROFESSOR (AP1)

The initial appointment as Assistant Professor is made for four years, with a term beginning July 1 or (in some cases) January 1.

#### (2) REVIEW FOR REAPPOINTMENT AS ASSISTANT PROFESSOR (AP2)

This review is conducted in the penultimate year of the initial appointment – that is, in year three of the initial appointment as Assistant Professor.

BYRNE017174

### (3) REVIEW FOR PROMOTION TO ASSOCIATE PROFESSOR ON TERM (NONTENURED ASSOCIATE) (AOPN)

This review must be conducted no later than, and preferably before, the penultimate year of the second Assistant Professor appointment (year 6).

### (4) REVIEW FOR PROMOTION TO THE TENURED RANKS: ASSOCIATE PROFESSOR WITHOUT TERM (TENURED ASSOCIATE) (AOPT) OR FULL PROFESSOR (PROF)

This review must be conducted no later than the penultimate year of the candidate's appointment to the non-tenured ranks, that is, no later than year 8.

### (5) (AS APPLICABLE) REVIEW FOR PROMOTION FROM ASSOCIATE PROFESSOR WITHOUT TERM (TENURED ASSOCIATE) (AOPT) TO FULL PROFESSOR (PROF)

The initial review for this promotion must be conducted within 5 years of the initial promotion to tenure at the rank of Associate Professor without term (AOPT).

## LEAVES OF ABSENCE

In addition, nontenured faculty are eligible for two full-year leaves of absence during their time in the nontenured ranks – one in years 2, 3 or 4 of their initial appointment, and one in the first or second year after promotion to Associate Professor on Term.  In the sciences and engineering and in some social science departments, one semester of the leave may be taken, upon request, during year 1 of the initial appointment, to set up a research laboratory. After promotion to tenure, faculty are eligible for a paid one semester leave after every five semesters of teaching (triennial leave, TLA).

## 1C. CALENDAR FOR THE PROMOTION AND TENURE PROCESS

### TIMELINE FOR THE REAPPOINTMENT AND PROMOTION PROCESS

*Figure 1 shows the standard appointment, review and leave timeline for nontenured FAS faculty under the FASTAP system:*



BYRNE017175

## TIMING OF THE REAPPOINTMENT AND PROMOTION PROCEDURE WITHIN THE ACADEMIC YEAR

(A glossary of key terms can be found in section H.)

The reappointment, promotion, and tenure process in the FAS is conducted on a regular schedule throughout the academic year, with the timetables for the different types of promotions staggered across the year, in order to address the time constraints of the review process and to ensure that all appointments, reappointments and promotions are completed by the end of each academic year.

Appointments at the level of Assistant Professor (AP1) and reappointments at the level of Assistant Professor (AP2) require the following steps (each subsequent step assumes that the previous step is affirmative):

- Departmental vote
- Approval by the Office of the FAS Dean
- Consent approval by the Joint Board of Permanent Officers (JBPO)
- Consent approval by the Yale Corporation

Appointments at and promotions to the levels of Associate Professor on term (Nontenured associate) (AOPN); Associate Professor without term (Tenured associate) (AOPT); and Professor (PROF) require the following steps (each subsequent step assumes that the previous step is affirmative):

- Departmental vote
- Tenure Appointments and Promotions Committee (TAC or, alternatively, TAPC) vote
- Joint Board of Permanent Officers (JBPO) vote
- Consent approval by the Yale Corporation

The various steps of these processes are summarized in the calendar presented in Figure 2. Additional details regarding this timeline for each appointment and promotion are provided in the following sections of this document.

BYRNE017176

*Figure 2 shows the previous due dates and new due dates for the promotion and tenure process:*

| . Calendar for the Promotion and Tenure Process | | | | |
|---|---|---|---|---|
| **Step in Process** | **Previous Dates** | **Target Dates – effective 2016-17 academic year** | | |
| | | **Associate on Term** | **Promotion to Tenure** | **Tenured Associate to Full** |
| Identify & inform candidates | 1-Apr | March of the year before the candidate's anticipated TAC review | March 1 of the year before the candidate's anticipated TAC review | 15-Sep of the year before the candidate's anticipated TAC review |
| Receive candidate's initial materials | 15-Apr | End of March break | End of March break | 15-Oct of the year before the candidate's anticipated TAC review |
| Select department review committee | 22-Apr | 15-Apr | 15-Apr | Begin 22-Oct; Complete by 7-Nov |
| Identify referees (and, for tenure, comparison candidates) | Complete by 8-Jun | 1-May (referee names only) | 1-May | As soon as possible after review committee established |
| Secure the bulk of the referees | By 30-Jun | By 1-Jun | By 1-Jun | By the end of the fall term |
| Schedule TAC review date | By 15-Jun | By 15-Jun | By 15-Jun | By the end of the fall term |
| Candidate's materials due | 18-Aug | 8-Jul | 18-Aug | 10-Jan |
| Materials to referees & dept. committee | 1-Sep | 15-Jul | 25-Aug | 22-Jan |
| Dept. review committee recommendation | By 1-Nov | By 25-Sep | By 1-Nov | 15-Apr |
| Departmental vote | Early to mid-Nov. | Before 30-Oct | By 15-Nov | 1-May to 1-Jul |
| Present successful cases to TAC | December-March | Nov-Jan | Nov-Jan | Jul, Sep, Oct |

(All successful cases go to the next JBPO after the TAC vote)

BYRNE017177

## 1D. MENTORING

Mentoring is an important part of the reappointment and promotion process for nontenured ladder faculty. It is the expectation within the FAS that department mentoring policies should be working in consort with the review and promotion process as each junior faculty member moves through the ladder ranks toward their tenure review. All departments are expected to have a formal mentoring process on file in the department and in the FAS Dean's office, and proactively follow their mentoring plan as a component of the review and promotion process, as well as during the years between each review.

## 1E. FAS FACULTY APPOINTMENT AND PROMOTION APPROVAL BODIES

This section describes the governance bodies primarily involved in appointments and promotions.

(A glossary of key terms is in section H, below.)

### AREA TENURE APPOINTMENTS AND PROMOTIONS COMMITTEES (TAC):

- Review all appointments and promotions to the ranks of Associate Professor on term (Nontenured associate, AOPN); Associate Professor without term (Tenured associate, AOPT); and Professor (PROF).

- Each TAC includes, in addition to the members of the area committee, a representative from a department or program outside the area.

- In cases involving faculty from one of the SEAS departments, the Dean of the SEAS also sits on the committee as a voting member.

- The Dean of the Faculty of Arts and Sciences is the chair of all committees in the Humanities, Social Sciences, and Physical Sciences and Engineering

- The Biological Sciences Committees is chaired in alternate years by the Dean of the FAS and the Dean of the School of Medicine, both of whom sit as voting members of the committee

- Quorum on all TACs consists of 6 members eligible to vote

- Majority affirmative vote required for case to advance

- Meet regularly and on an as-needed basis throughout the academic year

BYRNE017178

## 2015-16 Biological Sciences Area Committee

- Dan DiMaio (Genetics), Committee Chair
- John Carlson (MCDB)
- Barbara Ehrlich (Cellular & Molecular Physiology)
- Antonio Giraldez (Genetics)
- Joe Howard (MB&B)
- Christine Jacobs-Wager (MCDB)
- Daeyeol Lee (Neurobiology)
- Craig Roy (Microbial Pathogenesis)
- Martin Schwartz (Int Med [Cardiology])
- Joan Steitz (MB&B) (fall only)
- Gunter Wagner (EEB) (spring only)

- Claudia Valeggia (Anthropology)*
- Robert Alpern (Dean, School of Medicine)
- Tamar Gendler (Dean, FAS)

## 2015-16 Humanities Area Committee

- Amy Hungerford (English), Committee Chair
- Howard Bloch (French)
- Eckart Frahm (NELC)
- Aaron Gerow (East Asian Languages & Literatures/Film Studies)
- Emily Greenwood (Classics)
- Inderpal Grewal (Women's, Gender & Sexuality Studies)
- Carol Jacobs (German/Comparative Literature)
- Caleb Smith (English)
- David Sorkin (History)
- Nicola Suthor (History of Art)
- Anders Winroth (History) (spring only)

- Tyrone Cannon (Psychology)*
- Tamar Gendler (Dean, FAS)

## 2015-16 Physical Sciences and Engineering Area Committee

- Scott Miller (Chemistry), Committee chair
- Sarbani Basu (Astronomy)
- David DeMille (Physics)
- Mark Johnson (Chemistry)
- Brian Scassellati (Computer Science)
- Robert Schoelkopf (Applied Physics)
- Leandros Tassiulas (Electrical Engineering)
- Van Vu (Mathematics)
- John Wettlaufer (G & G)

- Susan Baserga (MCDB)*
- Kyle Vanderlick (Dean, School of Engineering)**
- Tamar Gendler (Dean, FAS)

## 2015-16 Social Sciences Area Committee

- Alan Gerber (Political Science), Committee Chair
- Julia Adams (Sociology)
- Joseph Chang (Statistics)
- Marvin Chun (Psychology)
- Eduardo Fernandez-Duque (Anthropology)
- Johannes Horner (Economics)
- Marcia Inhorn (Anthropology)
- Gregory McCarthy (Psychology)
- Frances Rosenbluth (Political Science)
- Stephen Skowronek (Political Science) (fall only)
- Ebonya Washington (Economics)
- Frederick Wherry (Sociology) (fall only)
- Raffaella Zanuttini (Linguistics)

- Peter Perdue (History)*
- Tamar Gendler (Dean, FAS)

* Members of the Area Committee are listed above the line; the additional members, forming the TAC, are listed below the line.

** TAC member for cases in Engineering and Applied Science

BYRNE017179

## THE YALE CORPORATION

- Approves through vote or consent all ladder faculty appointments, all appointments of department chairs, and all appointments of deans and directors
- Is Governing board of Yale University comprised of 19 members
- Is presided over by the President
- Has regular meetings at least six times each year

## FAS DEAN

Tamar Szabó Gendler, Dean of the Faculty of Arts and Sciences; Vincent J. Scully Professor of Philosophy; Professor of Psychology and Cognitive Science

## ADVISORY COMMITTEE AND DIVISIONAL LEADERSHIP

**Daniel DiMaio**, Chair, Biological Sciences Advisory Committee (2014-17); Waldemar Von Zedtwitz Professor of Genetics; Professor of Molecular Biophysics and Biochemistry and of Therapeutic Radiology

**Alan Gerber**, Chair, Social Sciences Advisory Committee (2014-17); Divisional Director, Social Sciences (2014-17); Charles C. & Dorathea S. Dilley Professor of Political Science; Professor of Economics

**Amy Hungerford**, Chair, Humanities Advisory Committee (2014-17); Divisional Director, Humanities (2014-17); Professor of English and American Studies

**Scott Miller**, Chair, Physical Sciences and Engineering Advisory Committee (2015-18); Divisional Director, Sciences (2015-18); Irénée du Pont Professor of Chemistry

## ADDITIONAL DEANS INVOLVED IN THE FAS TENURE AND APPOINTMENTS PROCESS

**Robert Alpern**, Dean, Yale School of Medicine; Ensign Professor of Medicine

**Kyle Vanderlick**, Dean of the School of Engineering and Applied Science; Thomas E. Golden, Jr. Professor of Chemical and Environmental Engineering

## ADDITIONAL DEANS IN THE FAS DEAN'S OFFICE

**Emily Bakemeier**, Dean of Faculty Affairs of the FAS; Deputy Provost

**John Dovidio**, Dean of Academic Affairs of the FAS; Carl Iver Hovland Professor of Psychology

**John Mangan**, Senior Associate Dean of the FAS

**Robert Burger**, Associate Dean of the FAS

BYRNE017180

FAS DEAN'S OFFICE STAFF

**Pamela Bosward,** Faculty Appointments and Promotions Coordinator

**Victoria D'Agostino,** Senior Executive Assistant to the Dean of the FAS

**Mary Magri**, Lead Administrator for the Deans' Administration

**Alexa Schlieker,** Operations Manager

**Julie Sweigard,** Senior Executive Assistant - Faculty of Arts and Sciences

## 1F. VOTING POLICIES

Only ladder faculty members may vote within their home department on reappointments in rank and promotions of nontenured ladder faculty to nontenured associate and to the tenured ranks. Eligibility to vote is dependent on the specific reappointment/promotion under consideration, the faculty member's appointment in the department, and their rank.  Such eligibility is summarized in Figure 3 (reprinted from Section IV.F.1 of the *Faculty Handbook*, August 10, 2015):

BYRNE017181

*Figure 3 explains the eligibility to vote on ladder faculty appointments, reappointments, and promotions:*

| Full Professors | |
|---|---|
| **PRIMARY or FULLY-JOINT APPOINTMENTS** | May vote on all appointments, reappointments, and promotions.  Faculty with fully joint appointments may vote in both programs, including voting on a joint appointment proposed in both programs |
| **SECONDARY APPOINTMENTS** | In the department of their secondary appointment and consistent with department practices, may vote on all appointments and promotions except for those to tenure positions |

| Associate Professors without Term (Tenured) | |
|---|---|
| **PRIMARY or FULLY-JOINT APPOINTMENTS** | May vote on appointments and promotions to ranks below or equivalent to their own; may vote on all reappointments in the ladder and non-ladder ranks |
| **SECONDARY APPOINTMENTS** | In the department of their secondary appointment: may not vote on promotions and appointments to tenure positions; consistent with department practices, however, may vote on reappointments of Assistant Professors and on promotions to Associate Professor on Term; may vote on all appointments, reappointments, and promotions in the non-ladder ranks |

| Associate Professors on Term (Nontenured) | |
|---|---|
| **PRIMARY or FULLY-JOINT APPOINTMENTS** | May vote on appointments and promotions to ranks below or equivalent to their own; may vote on all reappointments to ranks below their own |
| **SECONDARY APPOINTMENTS** | In the department of their secondary appointment and consistent with department practices, may vote on appointments and promotions to ranks below or equivalent to their own; may vote on all reappointments to ranks below their own |

| Assistant Professors | |
|---|---|
| **PRIMARY or FULLY-JOINT APPOINTMENTS** | May vote on appointments to ranks below or equivalent to their own; may vote on all  reappointments and promotions to ranks below their own (i.e., all non-ladder ranks) |
| **SECONDARY APPOINTMENTS** | In the department of their secondary appointment and consistent with department practices, may vote on appointments to ranks below or equivalent to their own;  may vote on reappointments and promotions to ranks below their own (i.e., all non-ladder ranks) |

BYRNE017182

For an appointment to be carried to the appropriate appointment and promotions committee, the candidate must receive affirmative votes from a majority of those present and eligible to vote within the department. Abstentions are therefore included in the total number of votes cast for purposes of determining whether the candidate receives a majority. A tie vote is *not* majority support.  There is *no* FAS-wide standard for a quorum for the departmental vote.

FAS Department Faculty Vote Form

## 1G. CONFIDENTIALITY

Yale's tenure and promotion deliberations are confidential.  This confidentiality enables faculty members to have open and honest exchanges that help ensure deliberations of the highest quality, which is in the best interest of the faculty member under consideration, the department, and the University. A critical component of the faculty appointment and promotion system is confidentiality of the materials that are made available to the faculty who will review the case, both at the department level and those serving on the Tenure Appointments and Promotions Committee for their division. Several points regarding confidentiality in particular are important for faculty participating in such reviews to follow at all times:

### CONFIDENTIALITY AND DELIBERATIONS

Faculty participating in tenure and promotion cases also must maintain the confidentiality of the content of department deliberations. Letters of evaluation are confidential, and their contents may not be shared with the person being evaluated. Communication about the content of formal deliberations, the "gist" of discussions (even without attributions of specific comments to particular sources), the identity of letter writers, the content of referees' letters, or information about the vote (other than whether it was affirmative or negative) represents a breach in confidentiality.  There is no time limit for this confidentiality.

### CONFIDENTIALITY AND LETTER WRITERS

Confidential letters of recommendation serve as the only communication between external reviewers and committees. Faculty members conducting reviews or making appointments must refrain from communicating personally with reviewers writing on behalf of candidates at all levels of appointment, even when those referees end their letters with a perfunctory invitation to write or call for additional information. Private, "off-the-record" communications from faculty members seeking additional information from letters writers breach confidentiality and are inappropriate.

Also inappropriate are informal conversations, even those that take place long after a department or committee has completed its work, in which a faculty member shares confidential information about a candidate, a letter writer or the promotion process. Conversations that arise spontaneously at conferences or other gatherings, for example, understood to be discreet or off the record, violate confidentiality. When we ask referees for their informed opinions, we tell them that the department and promotion committee will "keep these letters in close confidence." We must adhere to what we say.

### CONFIDENTIALITY AND CANDIDATES, THIRD PARTIES

Chairs serve as the only spokespeople for their departments. They or their official designees are the sole means to convey to candidates decisions (either positive or negative, but under no conditions should chairs convey the

BYRNE017183

specific vote) made by the department or the promotions committee. They alone may share the reasons behind these decisions, including, if appropriate, suggestions or questions that arise from confidential letters. Department members should direct any questions about the deliberations or materials for a case to the Department Chair.

## COMMUNICATIONS AND THE LAW

Preserving confidentiality not only allows the university to carry out its work; it is the law. Connecticut law protects employee records, including those that relate to hiring, promotion, discipline, or discharge. But this law, extremely important in itself, only reinforces our larger commitment to the protections that confidentiality provides to referees, candidates, department faculty, and members of appointments committees. Together with the law, our policy on confidentiality affirms the fairness that defines us as a university.

## 1H. GLOSSARY OF KEY TERMS

- **Appointments (Types of)**
  **Primary**, refers to the department in which faculty members have an appointment, vote, teach, and undertake committee service. See voting policies for a summary of their eligibility.
  **Fully-Joint,** refers to faculty members who hold simultaneous primary appointments in two departments (or a department and a professional school) between which they divide their teaching, committee service, and are co-eligible to vote. See voting policies for a summary of their eligibility.
  **Secondary,** after a primary appointment is made, faculty members can be considered for secondary appointments in other departments by vote of that department's faculty for a duration not to exceed that of the primary appointment. See voting policies for a summary of their eligibility.
- **Arms-Length Referees,** refers to scholars asked to evaluate a candidate for promotion or tenure who have not served as the candidate's teacher, mentor, or research collaborator, or have a conflict of interest.  For promotion to Associate Professor on Term (AOPT), at least *six* letters must come from referees who hold an arms-length relation to the candidate; for promotion with tenure (at the rank of Associate or Full Professor) or promotion from Associate Professor with Tenure (AOPT) to Full Professor, at least *seven* letters must come from referees who hold an arms-length relation to the candidate, and at least four of these arms-length letters must come from referees who have not previously written for the candidate for an appointment or promotion at Yale. Normally, co-authoring a paper, sharing a grant, or having an on-going collaboration constitutes a non-arms-length relationship.  However, in some cases in which a paper is a large collaborative project involving a substantial number of authors, a letter from one of the co-authors might be considered arms-length.  Also, although the candidate's teachers are normally considered non-arms-length, in some cases the relationship between the teacher and the candidate may be sufficiently distant to be acceptable as an arms-length relationship – again with the approval of the appropriate area committee chair.
- **Clock (or Tenure Clock)**, refers to the total time in combined non-tenure ranks for ladder faculty, which is normally nine years.
- **Divisional Directors and Area Committees**, Each division (Humanities, Social Sciences, and Sciences) has a director who takes a leadership role in identifying and articulating its intellectual and academic priorities. The directors are also charged with fostering collaborations among faculty within and across the divisions. In the case of the Humanities and Social Sciences, the director serves as chair of its associated area advisory committee. In the Sciences, the division comprises two distinct area committees: one for the

BYRNE017184

Biological Sciences and one for the Physical Sciences and Engineering. The divisional director for the Sciences typically chairs one of these area committees; the other is chaired by a tenured faculty member in that area.

- **FASTAP**, Faculty of Arts and Sciences Tenure and Appointments Policy. This report was released on February 5, 2007 from a committee co-chaired by then-dean of the Graduate School, Jon Butler, and then-dean of Yale College, Peter Salovey. It provided review and revision of the preceding tenure and appointments policy in the FAS. Among the most significant changes implemented were (1) the decoupling of resource issues and the consideration of promotion to tenure, and (2) the shortening of the tenure "clock" from ten to nine years.
- **Ladder Faculty**, faculty who are in positions that are tenure eligible or who occupy a tenured position.
- **Office of Faculty Administrative Services**, also referred to as "OFAS." This office receives and processes all paperwork related to the faculty life cycle, including appointments, reappointments, promotions, and leaves.
- **Ranks**

  - **Assistant Professor 1 (AP1)**, the initial term of a ladder faculty appointment at the rank of Assistant Professor spanning years one through four in the non-tenure ranks.

  - **Assistant Professor 2 (AP2)**, the second term of a ladder faculty appointment at the rank of Assistant Professor spanning years five through seven in the non-tenure ranks.

  - **Associate Professor on term (Nontenured associate) (AOPN)** an AP1 can be promoted to this rank after the third-year review but more commonly an AP2 is promoted to it after the fifth- or sixth-year review.

  - **Associate Professor without term (Tenured associate) (AOPT)** non-tenured ladder faculty are eligible for promotion to this rank at any time, though typically promotion is considered at the time of the penultimate-year review for Associate Professors on term (Nontenured associate).

  - **Professor,** Non-tenured ladder faculty are eligible for promotion to this rank at any time, though typically promotion is considered at the time of the penultimate-year review for Associate Professors on term (Nontenured associate) or three to five years after promotion to Associate Professor without term (Tenured associate)

- **Tenure Appointments and Promotions Committee (TAC),** composed of full professors, these committees (one for each area) review all appointments and promotions to the ranks of professor and associate professor on term or without term.

BYRNE017185

## CHAPTER 2. ASSISTANT PROFESSOR REAPPOINTMENT

(ASSISTANT PROFESSOR 1 TO ASSISTANT PROFESSOR 2)

### 2A. CRITERIA AND TIMETABLE FOR REAPPOINTMENT TO THE RANK OF ASSISTANT PROFESSOR (FROM AP1 TO AP2)

During the third and penultimate year of an Assistant Professor's initial appointment (i.e., Assistant Professor 1), they are reviewed for reappointment to a second term as Assistant Professor (i.e., Assistant Professor 2). Because the maximum time that may be spent in the Assistant Professor rank is 7 years, the reappointment term consists of an additional three years.

As this is a reappointment in rank and not a promotion, the review is conducted entirely within the faculty member's home department, and does not require subsequent votes by the TAC or JBPO (though it is included on the JBPO agenda as a consent item.) It is intended to assess the progress of the faculty member's research/scholarship, teaching, and service to the University as an independent faculty member, and also to serve as a mentoring opportunity for the candidate. According to FASTAP, the expectation is that the faculty member would be reappointed unless "evident and substantial problems warrant terminating the appointment in the fourth year."

Department practices differ somewhat, but in general the faculty member meets with their mentoring committee one or more times early in their third year, to discuss his or her progress to date and to allow the committee to provide constructive feedback. The committee may subsequently meet on its own to assess the candidate's portfolio and to formulate the presentation to the full eligible voting faculty. Before the end of the candidate's third year, a representative of the mentoring committee presents the recommendation for reappointment at a departmental faculty meeting, and a confidential vote is held.

An affirmative vote of the majority of eligible faculty present at the meeting is the only formal requirement for the reappointment in rank as Assistant Professor (i.e., Assistant Professor 2).

BYRNE017186

## 2B. STEPS FOR REAPPOINTMENT IN THE RANK OF ASSISTANT PROFESSOR

As noted, the main steps in deliberations about a case for reappointment as Assistant Professor (from AP1 to AP2) occur within the department.

*Figure 4 shows the timeline for reappointment in the rank of Assistant Professor:*

Steps for Reappointment in the Rank of Assistant Professor (AP1 to AP2)

Department Chair sends a letter to candidate advising of the review and requesting necessary materials
Step 1: Receive materials from candidate no later than the end of September

Department Chair reviews the materials submitted by the candidate and forwards them to assistant
Step 2: Complete in September/October

Department Chair appoints a faculty committee to review the case for appointment
Step 3: Complete in September/October

Chair's Assistant uploads candidate's materials into Interfolio and provides committee members with access
Step 4: Complete in September/October

Faculty committee reviews materials and writes the Department Chair with recommendation
Step 5: By the end of November

Chair's Assistant provides the Associate Professor and Professors eligible to vote with access to the candidate's materials in Interfolio
Step 6: No later than the end of November

Eligible Associate Professor and Professors review materials and meet to vote on the reappointment
Step 7: In December/January

Actions following the vote
Step 8: In December/January
(a) If the vote is affirmative, the Chair's Assistant completes the Faculty Appointment Form and submits it to OFAS.
(b) If the vote is not affirmative, the Department Chair (i) notifies the FAS Dean's Office of the outcome; (ii) schedules a meeting with the candidate to discuss the outcome; (iii) drafts a formal letter informing the candidate of the outcome  The letter to the candidate must be approved by the FAS Dean. This completes the process. The Chair's Assistant completes the Faculty Termination Form and submits it to OFAS.

8/30/15

BYRNE017187

## CHAPTER 3. PROMOTION TO ASSOCIATE PROFESSOR ON TERM

(NONTENURED ASSOCIATE, AOPN)

### 3A. CRITERIA AND TIMETABLE FOR PROMOTION TO THE RANK OF ASSOCIATE PROFESSOR ON TERM (NONTENURED ASSOCIATE)

This chapter describes the procedures and documents involved in promotion to the rank of associate professor on term. According to the FASTAP Report (2007), "The standard for promotion to associate professor on term will be: significant published research and scholarship representing early demonstrations of disciplinary or interdisciplinary leadership; excellent teaching and mentoring of students; and engaged university citizenship."

FASTAP also specifies the timetable: "Preferably in the fifth year and no later than in the sixth year, every non-tenured ladder faculty member will be evaluated for promotion to associate professor on term… Departments are urged to bring strong promotion cases forward in the fifth year or even earlier, but all non-tenured faculty must be reviewed for promotion to associate professor on term by the sixth year."

The procedures for this promotion are similar to those for initial promotion to tenure, that is, to associate or full professor, and both require department, TAC, and JBPO votes.  There are four major differences between the two types of promotions:

- criteria applied
- the fact that no comparison candidates are considered for cases for promotion to associate professor on term, but they are considered in tenure dossiers
- fewer referees are required (at least six rather than at least seven who hold an arms-length relationship to the candidate)
- timetable for preparation of files

With respect to the timetable for this promotion, in the year prior to review, the department chair (with the assistance of the Office of Faculty Administrative Services) should identify departmental candidates who *may* receive consideration, informing by March 1 all those who *will* be reviewed.

The guidelines for preparing a case for promotion to Associate Professor on term (Nontenured associate, AOPN) are available through this link.

BYRNE017188

3B. **STEPS FOR PROMOTION TO ASSOCIATE PROFESSOR ON TERM (NONTENURED ASSOCIATE, AOPN)**

*Figure 5 shows the steps for promotion from Assistant Professor to Associate Professor on term (Nontenured associate)*

Steps for Promotion to Associate Professor on Term (Nontenured Associate)

Department Chair sends letter to candidate advising of the review and requesting preliminary material
Step 1, 2: Send letter no later than March 1 of the academic year prior to the review; receive materials no later than end of March break

↓

Department Chair nominates departmental review committee (to fas.dean@yale.edu);  Area Chair and Dean's Office review and approve
Step 3: Begin early April; complete by end of April

↓

Review committee Identifies referees; Area Chair and Dean's Office reviews and approves; department secures referees and schedules TAC date
Steps 4a-d, 5: Begin as soon as possible after review committee is selected; complete by mid-June

↓

Candidate submits final materials to department;
Department Chair reviews for completeness
Step 6: July 8

↓

Department seeks, manages, and secures referee reports
Steps 7, 8, 9: Begin by July 15

↓

Review committee makes recommendation; department votes (upload vote form to Interfolio); Department Chair conveys result of vote (affirmative or negative) to candidate
Steps 10, 11, 12: Target date: No later than September 25 for review committee recommendation; no later than October 30 for department vote

↓

Department prepares materials for TAC vote and uploads to Interfolio
Step 13: If department vote is affirmative, as soon as possible after department vote

↓

Department presents case to TAC; Department Chair conveys result of vote (affirmative or negative) to the candidate
Steps 14, 15: Late November, December, or January

↓

Department prepares and submits materials for JBPO vote; JBPO votes; Chair conveys result of vote (affirmative or negative) to candidate
Steps 16, 17:  If TAC vote is affirmative, begin as soon as possible after TAC vote

↓

Department completes Faculty Appointment Form
Step 18:  If JBPO vote is affirmative, complete by the end of May

↓

The Yale Corporation Votes on the Case

8/30/15

BYRNE017189

## 3C. CHAIR'S CHECKLIST OF MATERIALS FOR TAC REVIEW FOR PROMOTION TO ASSOCIATE PROFESSOR ON TERM

### BIOLOGICAL SCIENCES, PHYSICAL SCIENCES, AND ENGINEERING:

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee): Biological Sciences OR Physical Sciences and Engineering
- Guidelines for Scholarship (to be provided by the candidate): Biological Sciences OR Physical Sciences and Engineering
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

### HUMANITIES:

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee
- Guidelines for Scholarship (to be provided by the candidate)
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

### SOCIAL SCIENCES:

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotion Committee):
- Guidelines for Scholarship (to be provided by the candidate)
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

BYRNE017190

## CHAPTER 4. PROMOTION TO TENURE: ASSOCIATE PROFESSOR WITH TENURE (AOPT) OR PROFESSOR (PROF)

### 4A. **CRITERIA** AND TIMETABLE FOR PROMOTION TO THE RANK OF ASSOCIATE PROFESSOR OR PROFESSOR WITH TENURE

"Consideration for promotion to tenure will be detached from resource issues… Individuals appointed to both tenured associate professor and professor will, in the language of the current *Faculty Handbook* 'stand in competition with the foremost leaders in their fields throughout the world.' Because a tenure appointment is without term, irrespective of rank, it is a forward-looking judgment, even as it is based on achievements to date. It expresses the University's commitment to, and faith in, a faculty member's ongoing career of distinguished research and scholarship, disciplinary and interdisciplinary leadership, committed teaching, and engaged university citizenship. Criteria for appointment or promotion to associate professor with tenure and appointment or promotion to full professor differ in degree, rather than in kind. Tenured associate professors are expected to have shown evidence of exceptional accomplishments and future promise that makes the sponsoring department confident that within five years they will merit promotion at Yale to the rank of professor." *(Report of the Faculty of Arts and Sciences Tenure and Appointments Policy Committee, 5 February 2007)*

Also, as stated in the *Faculty Handbook* (Section IV.H.1, August 10, 2015):

"The criteria for appointment or promotion to the rank of *associate professor with tenure* differ from those for *professors* in degree rather than kind. Tenured faculty at Yale are expected to stand among the foremost leaders in their fields throughout the world. Associate professors with tenure are expected to develop the qualities of scholarship that earned them permanent appointments, so that within a reasonable period of time their value to the University and their national or international standing will make them suitable candidates for professor."

## 4B. STEPS FOR PROMOTION TO TENURE

The guidelines for preparing a case for promotion to tenure are available through this link

*Figure 6 shows the steps for initial promotion to Tenure (to AOPT or Professor)*

Steps for Initial Appointment with Tenure:
Associate (AOPT) or Full Professor

Department Chair sends letter to candidate advising of the review and requesting preliminary material
Step 1, 2: Send letter no later than March 1 of the academic year prior to the review; receive materials no later than end of March break

↓

Department Chair nominates departmental review committee (to fas.dean@yale.edu);  Area Chair and Dean's Office review and approve
Step 3: Begin early April; complete by end of April

↓

Review committee Identifies referees and comparison candidates; Area Chair and Dean's Office reviews and approves; department secures referees and  schedules TAC date
Steps 4a-d, 5: Begin as soon as possible after review committee is selected

↓

Candidate submits final materials to department;
Department Chair reviews for completeness
Step 6: August 18

↓

Department seeks, manages, and secures referee reports
Steps 7, 8, 9: Begin by August 25

↓

Review committee makes recommendation; department votes (upload vote form to Interfolio); Department Chair conveys result of vote (affirmative or negative) to candidate
Steps 10, 11, 12: Target date: Early to mid November

↓

Department prepares materials for TAC vote and uploads to Interfolio
Step 13: If department vote is affirmative, as soon as possible after department vote

↓

Department presents case to TAC; Department Chair conveys result of vote (affirmative or negative) to the candidate
Steps 14, 15: Late November, December, or January

↓

Department prepares materials for JBPO vote; Department Chair presents case at JBPO; JBPO votes; Chair conveys result of vote (affirmative or negative) to candidate
Steps 16, 17:  If TAC vote is affirmative, begin as soon as possible after TAC vote

↓

Department completes Faculty Appointment Form
Step 18:  If JBPO vote is affirmative, complete by the end of May

↓

The Yale Corporation Votes on the Case

8/30/15

Chapter 4. Promotion to Tenure: Associate Professor with Tenure (AOPT) or Professor (PROF)

BYRNE017192

## 4C. CHAIR'S CHECKLIST OF MATERIALS FOR TAC REVIEW – INITIAL APPOINTMENT TO TENURE

**BIOLOGICAL SCIENCES, PHYSICAL SCIENCES, AND ENGINEERING:**

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee): Biological Sciences OR Physical Sciences and Engineering
- Guidelines for Scholarship (to be provided by the candidate): Biological Sciences OR Physical Sciences and Engineering
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

**HUMANITIES:**

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee):
- Guidelines for Scholarship (to be provided by the candidate)
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

**SOCIAL SCIENCES:**

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table

BYRNE017193

- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee)
- Guidelines for Scholarship (to be provided by the candidate)
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

BYRNE017194

## CHAPTER 5. PROMOTION FROM ASSOCIATE PROFESSOR WITH TENURE

(TENURED ASSOCIATE, AOPT) TO PROFESSOR (PROF)

### 5A. CRITERIA AND TIMETABLE FOR PROMOTION FROM ASSOCIATE PROFESSOR WITH TENURE TO PROFESSOR

"Individuals appointed to both tenured associate professor and professor will, in the language of the current *Faculty Handbook* 'stand in competition with the foremost leaders in their fields throughout the world.' Because a tenure appointment is without term, irrespective of rank, it is a forward-looking judgment, even as it is based on achievements to date. It expresses the University's commitment to, and faith in, a faculty member's ongoing career of distinguished research and scholarship, disciplinary and interdisciplinary leadership, committed teaching, and engaged university citizenship. Criteria for appointment or promotion to associate professor with tenure and appointment or promotion to full professor differ in degree, rather than in kind. Tenured associate professors are expected to have shown evidence of exceptional accomplishments and future promise that makes the sponsoring department confident that within five years they will merit promotion at Yale to the rank of professor." *(Report of the Faculty of Arts and Sciences Tenure and Appointments Policy Committee, 5 February 2007)*

"Associate professors with tenure are expected to develop the qualities of scholarship that earned them permanent appointments, so that within a reasonable period of time their value to the University and their national or international standing will make them suitable candidates for professor." *(Faculty Handbook*, Section IV.F.1, August 10, 2015)

In terms of timetable, as specified by the *Faculty Handbook* (Section IV.H.2, August 10, 2015),

"Tenured associate professors must be reviewed by their department for promotion within five years. In exceptional cases, when at least seven years have passed from the date of appointment or promotion to associate professor with tenure, the Provost, in consultation with the department chair, may recommend that individual directly to the Corporation for promotion to professor."

BYRNE017195

## 5B. STEPS FOR PROMOTION FROM ASSOCIATE PROFESSOR WITH TENURE TO PROFESSOR

The guidelines for preparing a case for promotion from Associate Professor with tenure (Tenured associate, AOPT) to Professor (PROF) are available through this link

*Figure 7 shows the steps for promotion from Associate Professor with Tenure to Professor*

### Steps for Promotion from
### Associate Professor with Tenure at Yale (AOPT) to Professor

| |
|---|
| Department Chair sends letter to candidate advising of the review and requesting preliminary material<br>Step 1, 2: Send letter no later than September 15 of year prior to review; receive materials no later than October 15 |

↓

| |
|---|
| Department Chair nominates departmental review committee (to fas.dean@yale.edu);  Area Chair and Dean's Office review and approve<br>Step 3: Begin by October 22; complete by November 7 |

↓

| |
|---|
| Review committee identifies referees; Area Chair and Dean's Office reviews and approves; department secures referees and  schedules TAC date<br>Steps 4a-d, 5: Begin as soon as possible after review committee is selected |

↓

| |
|---|
| Candidate submits final materials to department;<br>Department Chair reviews for completeness<br>Step 6: January 10 |

↓

| |
|---|
| Department seeks, manages, and secures referee reports<br>Steps 7, 8, 9: Begin by January 15 |

↓

| |
|---|
| Review committee makes recommendation; department votes (upload vote form to Interfolio); Department Chair conveys result of vote (affirmative or negative) to candidate<br>Steps 10, 11, 12: Target date: No later than July 1 |

↓

| |
|---|
| Department prepares materials for TAC vote and uploads to Interfolio<br>Step 13: If department vote is affirmative, as soon as possible after department vote |

↓

| |
|---|
| Department presents case to TAC; Department Chair conveys result of vote (affirmative or negative) to the candidate<br>Steps 14, 15: July through October |

↓

| |
|---|
| Department prepares materials for JBPO; Department Chair presents case at JBPO; JBPO votes; Chair conveys result of vote (affirmative or negative) to candidate<br>Steps 16, 17:  If TAC vote is affirmative, begin as soon as possible after TAC vote |

↓

| |
|---|
| Department completes Faculty Appointment Form<br>Step 18:  If JBPO vote is affirmative, as soon as possible after the JBPO meeting |

↓

| |
|---|
| The Yale Corporation Votes on the Case |

8/30/15

BYRNE017196

## 5C. CHAIR'S CHECKLIST OF MATERIALS FOR TAC REVIEW FOR PROMOTION FROM ASSOCIATE PROFESSOR WITH TENURE TO PROFESSOR

**BIOLOGICAL SCIENCES, PHYSICAL SCIENCES, AND ENGINEERING:**

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee): Biological Sciences OR Physical Sciences and Engineering
- Guidelines for Scholarship (to be provided by the candidate): Biological Sciences OR Physical Sciences and Engineering
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

**HUMANITIES:**

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees
- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee)
- Guidelines for Scholarship (to be provided by the candidate)
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

**SOCIAL SCIENCES:**

- Letter of Request to Candidate
- Referee Information
- Initial Email to External Referees
- Follow-Up Letter to External Referees

BYRNE017197

- Referee Response Table
- TAC Checklist (used for preparing the case for the review by the Tenure Appointments and Promotions Committee)
- Guidelines for Scholarship (to be provided by candidate)
- Department Case Summary
- Faculty Vote Form
- Faculty Appointment Form

BYRNE017198

# CHAPTER 6. SPECIAL CASES AND RELATED POLICIES

## 6A. CALENDAR YEAR VS. ACADEMIC YEAR APPOINTMENTS

Promotions and salary adjustments for ladder faculty become effective on July 1 following all of the successful votes during the preceding academic year.  The exception is for faculty who are on a calendar year appointment. While all salary adjustments for ladder faculty must occur at the start of the fiscal year on July 1, faculty who were initially on calendar year appointments may assume their new ranks on January 1, should all of the required approvals be completed before the end of the year.

## 6B. FULLY JOINT APPOINTMENTS

Faculty with fully joint appointments in two FAS departments (or a department and a program) will be required to pass the votes of both voting entities for a review/promotion process to move forward. If the candidate is not voted affirmatively in both bodies, the appointment will end with its present term.

## 6C. TAC MEMBERS PRESENTING AT TAC OR JBPO MEETINGS

Faculty members who are currently serving on any of the Tenure, Appointments and Promotions Committees cannot present a case for a faculty promotion or appointment in front of the TAC on which they are serving, or at a meeting of the Joint Boards of Permanent Officers without formal approval of the FAS Steering Committee.

## 6D. GRIEVANCE PROCEDURES

Section III.L. of the *Faculty Handbook* (August 10, 2015) describes review procedures that may be initiated by the Provost (Section III.L.2) or by the faculty member (Section III.L.3) for decisions not reappoint or promote.

BYRNE017199

**Criteria for Promotion to Tenure**

From the Report of the Faculty of Arts and Sciences Tenure and Appointments
Policy Committee, 5 February 2007:

Consideration for promotion to tenure will be detached from resource issues…
Individuals appointed to both tenured associate professor and professor will, in the
language of the current *Faculty Handbook* 'stand in competition with the foremost
leaders in their fields throughout the world.' Because a tenure appointment is without
term, irrespective of rank, it is a forward-looking judgment, even as it is based on
achievements to date. It expresses the University's commitment to, and faith in, a faculty
member's ongoing career of distinguished research and scholarship, disciplinary and
interdisciplinary leadership, committed teaching, and engaged university citizenship.
Criteria for appointment or promotion to associate professor with tenure and appointment
or promotion to full professor differ in degree, rather than in kind. Tenured associate
professors are expected to have shown evidence of exceptional accomplishments and
future promise that makes the sponsoring department confident that within five years they
will merit promotion at Yale to the rank of professor.

From the *Faculty Handbook*:

The criteria for appointment or promotion to the rank of *associate professor with tenure*
differ from those for *professors* in degree rather than kind. Tenured faculty at Yale are
expected to stand among the foremost leaders in their fields throughout the world.
Associate professors with tenure are expected to develop the qualities of scholarship that
earned them permanent appointments, so that within a reasonable period of time their
value to the University and their national or international standing will make them
suitable candidates for professor.

12/18/14

BYRNE017200

**Tenure and Reappointment:**
**Confidentiality Policy for Department Members**

Yale's tenure and promotion deliberations are confidential.  This confidentiality enables faculty members to have open and honest exchanges that help ensure deliberations of the highest quality, which is in the best interest of the faculty member under consideration, the department, and the University. Preserving confidentiality not only allows the university to carry out its work, but also it is the law.  Connecticut law protects employee records, including those that relate to promotion and hiring.

Faculty participating in tenure and promotion cases also must maintain the confidentiality of the content of department deliberations.  Communication about the content of formal deliberations, the "gist" of discussions (even without attributions of specific comments to particular sources), the identity of letter writers, the content of referees' letters, or information about the vote (other than whether it was affirmative or negative) represents a breach in confidentiality. There is no time limit for this confidentiality.

Chairs serve as the only spokespeople for their departments. They or their official designees are the sole means to convey to candidates decisions made by the department or the promotions committee and the reasons for those decisions. Department members should direct any questions about the deliberations or materials for a case to the Department Chair.

12/18/14

BYRNE017201

**Criteria for Promotion to Tenure**

From the Report of the Faculty of Arts and Sciences Tenure and Appointments
Policy Committee, 5 February 2007:

Consideration for promotion to tenure will be detached from resource issues…
Individuals appointed to both tenured associate professor and professor will, in the
language of the current *Faculty Handbook* 'stand in competition with the foremost
leaders in their fields throughout the world.' Because a tenure appointment is without
term, irrespective of rank, it is a forward-looking judgment, even as it is based on
achievements to date. It expresses the University's commitment to, and faith in, a faculty
member's ongoing career of distinguished research and scholarship, disciplinary and
interdisciplinary leadership, committed teaching, and engaged university citizenship.
Criteria for appointment or promotion to associate professor with tenure and appointment
or promotion to full professor differ in degree, rather than in kind. Tenured associate
professors are expected to have shown evidence of exceptional accomplishments and
future promise that makes the sponsoring department confident that within five years they
will merit promotion at Yale to the rank of professor.

From the *Faculty Handbook*:

The criteria for appointment or promotion to the rank of *associate professor with tenure*
differ from those for *professors* in degree rather than kind. Tenured faculty at Yale are
expected to stand among the foremost leaders in their fields throughout the world.
Associate professors with tenure are expected to develop the qualities of scholarship that
earned them permanent appointments, so that within a reasonable period of time their
value to the University and their national or international standing will make them
suitable candidates for professor.

12/18/14

BYRNE017202

**DEPARTMENT FACULTY VOTE**
**Faculty of Arts and Sciences**

**Faculty Voting Policy**

The Voting Policy, as indicated in the *Faculty Handbook*, is: "Tenured and, consistent with department practices, term ladder faculty with primary or fully joint appointments in a department or program may vote on appointments and promotions to ranks below or equivalent to their own, except that faculty with term appointments may not vote on reappointments to ranks equivalent to their own. Also consistent with department practices, faculty with secondary appointments may vote in the same manner, except that regardless of rank, they may not vote on promotions or appointments to tenure positions in the department of their secondary *appointment*. Faculty with fully joint appointments may vote in both departments, including voting on a joint appointment proposed in both departments. All voting on multi-year appointments and promotions must be done with secret ballots…. Consistent with department practices, faculty members in the adjunct, lector, and lecturer ranks may, within their own ranks, vote on appointments and promotions to ranks of the type they hold below or equivalent to their own, but they may not vote on reappointments to ranks equivalent to their own. A member of the faculty who has a personal or professional conflict of interest concerning an individual on whom a vote is to be taken must absent him or herself from all discussions and all votes taken on that individual. In interdisciplinary programs, such as American Studies, and interdisciplinary departments, such as African American Studies, faculty members with primary appointments in another Faculty of Arts and Sciences department and secondary appointments in the interdisciplinary program or department may be given the same voting privileges in the interdisciplinary program or department as those with primary or fully joint appointments."

**Confidentiality Policy for Department Members**

Yale's tenure and promotion deliberations are confidential. This confidentiality enables faculty members to have open and honest exchanges that help ensure deliberations of the highest quality, which is in the best interest of the faculty member under consideration, the department, and the University. Preserving confidentiality not only allows the university to carry out its work, but also it is the law. Connecticut law protects employee records, including those that relate to promotion and hiring.

Faculty participating in tenure and promotion cases also must maintain the confidentiality of department deliberations. Communications about the "gist" of discussions, even without attributions of specific comments to particular sources, represents a breach in confidentiality.

Also inappropriate are informal conversations, even those that take place long after a department or committee has completed its work, in which a faculty member shares confidential information about a candidate, a department member involved in deliberations, the content of formal deliberations in the tenure or promotion process, or letter writers.

Chairs serve as the only spokespeople for their departments. They or their official designees are the sole means to convey to candidates decisions made by the department or the promotions committee.

8/2014

BYRNE017203

**DEPARTMENT FACULTY VOTE**
**Faculty of Arts and Sciences**

Use this form to record the results of a departmental faculty vote for a candidate being considered for an initial appointment, a reappointment, or a promotion.  Only those present may vote. This vote must take place by secret ballot. No polled or absentee ballots may be counted.

Department: _____

Candidate: _____

Vote type:                              Rank:
Initial appointment      _____      _____
Re-appointment          _____      _____
Promotion                 _____      _____

Date of faculty meeting: _____

Voting results:      Yes: _____      No: _____      Abstain: _____

Faculty present:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____


_____          _____
**Chair Signature**                   **Date**

8/2014

BYRNE017204

*From the Faculty Handbook:*

**Voting on Appointments and Promotions**

When meeting to discuss a faculty appointment or promotion, the permanent officers or other authorized governing body of a school may invite to attend, with vote, other members of their faculty who hold a rank equal or superior to that of the position to be filled. However, regardless of rank, faculty with secondary appointments in a department or school may not vote on promotions or appointments to tenure. An exception to this is made for faculty holding secondary appointments in certain interdisciplinary departments and programs (see Section III.H and Section IV.H). Also, faculty on term appointments may not vote on reappointments to ranks equivalent to or above their own.

In the Faculty of Arts and Sciences and most professional schools, voting on all appointments and promotions for terms of more than one year must be conducted with secret ballots. This secret ballot requirement also applies to preliminary votes to decide among candidates. Informal, "straw" voting about an individual candidate is prohibited. For an appointment to be approved the candidate must receive affirmative votes from a majority of those present and eligible to vote.

Absentee ballots may not be accepted, counted, or recorded. Should a discussion of a particular candidate extend beyond a single meeting, ballots may be accepted only from those members of the faculty present and eligible to vote at the final meeting.

For purposes of the foregoing, in exigent circumstances and with prior permission of the FAS Dean, a department, program, or school may treat as present a faculty member who participates in the discussion preceding a vote via two-way audiovisual technology enabling that faculty member to see and hear, and be seen and heard by, all other faculty members participating in the vote. A faculty member deemed present by such technological means may submit his or her ballot in a manner that keeps it secret, and a ballot so transmitted shall not be considered an absentee ballot.

1/21/15

BYRNE017205