```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2

 3   * * * * * * * * * * * * * * *
     SUSAN BYRNE,                   )
 4                                  )
              Plaintiff,            )
 5                                  ) Civil Action No.
         vs.                        ) 3:17-CV-01104 (VLB)
 6                                  )
     YALE UNIVERSITY, INC.,         )
 7                                  )
              Defendant.            )
 8   * * * * * * * * * * * * * * *

 9

10

11      **CONFIDENTIAL PORTIONS INCLUDED ON INDEX PAGE**

12

13            DEPOSITION OF:  JAMAAL AHMED THOMAS

14            DATE:  FEBRUARY 19, 2019

15            HELD AT:  MADSEN, PRESTLEY & PARENTEAU, LLC

16                      402 Asylum Street

17                      Hartford, Connecticut   06103

18

19   Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

20

21

22

23                  CASSIAN REPORTING, LLC
                    21 Oak Street - Suite 307
24                 Hartford, Connecticut   06106
                         (860) 595-7462
25            scheduling@cassianreporting.com
```

| | | |
|---|---|---|
| 1 | Q. | How many interviews did you have with |
| 2 | Professor Valis? | |
| 3 | A. | One. |
| 4 | Q. | And did you talk about Sue Byrne with RGE at |
| 5 | all? | |
| 6 | A. | Yes. |
| 7 | Q. | How so? |
| 8 | A. | During our interview, RGE mentioned -- he had |
| 9 | comments about all the members of the department and | |
| 10 | that included Professor Byrne. | |
| 11 | Q. | Did you talk about Sue Byrne's concerns about |
| 12 | sexual harassment with RGE at all? | |
| 13 | A. | No. |
| 14 | Q. | Did you talk about Sue Byrne's concerns about |
| 15 | sexual harassment with respect to RGE with Professor | |
| 16 | Adorno at all? | |
| 17 | A. | No. |
| 18 | Q. | Did you talk about Sue Byrne's concerns about |
| 19 | sexual harassment with Professor Valis? | |
| 20 | A. | No. |
| 21 | Q. | Did you talk about any faculty or -- strike |
| 22 | that. | |
| 23 | | Did you talk about anyone's concerns about |
| 24 | sexual harassment with respect to RGE with Professor | |
| 25 | Adorno? | |

```
 1                    C E R T I F I C A T E

 2    STATE OF CONNECTICUT

 3            I, SANDRA SEMEVOLOS, a Registered Merit
      Reporter and Notary Public within and for the State of
 4    Connecticut, do hereby certify that I reported the
      deposition of JAMAAL AHMED THOMAS on FEBRUARY 19, 2019,
 5    at the offices of MADSEN, PRESTLEY & PARENTEAU, LLC, 402
      Asylum Street, Hartford, Connecticut  06103.
 6
              I further certify that the above-named
 7    deponent was by me first duly sworn to testify to the
      truth, the whole truth and nothing but the truth
 8    concerning his knowledge in the matter of the case of
      SUSAN BYRNE, vs. YALE UNIVERSITY, INC., now pending in
 9    the UNITED STATES DISTRICT COURT, for the DISTRICT OF
      CONNECTICUT.
10
              I further certify that the within testimony
11    was taken by me stenographically and reduced to
      typewritten form under my direction by means of COMPUTER
12    ASSISTED TRANSCRIPTION; and I further certify that said
      deposition is a true record of the testimony given by
13    said witness.

14            I further certify that I am neither counsel
      for, related to, nor employed by any of the parties to
15    the action in which this deposition was taken; and
      further, that I am not a relative or employee of any
16    attorney or counsel employed by the parties hereto, nor
      financially or otherwise interested in the outcome of
17    the action.

18
              WITNESS my hand this 1st day of March, 2019.
19

20          [signature: Sandra Semevolos]
21

22    _____
      Sandra Semevolos, RMR, CRR, CRC, CSR #74
23    Notary Public
      My Commission Expires:  September 30, 2020
24

25
```