## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SUSAN BYRNE,** | : **CIVIL CASE NO.:** |
| **Plaintiff** | : |
| | : **3:17-cv-01104-VLB** |
| **v.** | : |
| | : |
| **YALE UNIVERSITY,** | : |
| **Defendant** | : **MAY 1, 2019** |
| | : |

### MOTION FOR LEAVE TO FILE EXCESS PAGES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(a)(5) of the District of Connecticut, Plaintiff, Susan Byrne, respectfully requests permission to file a memorandum of law in opposition to Defendant's Motion for Summary Judgment (Doc. No. 70) in excess of the forty –six (46) page limitation.

Plaintiff requests to exceed the page limitation by up to nine (9) pages because this case is factually complex and the Complaint here includes multiple causes of action and Defendant's Motion requires Plaintiff to thoroughly review, analyze, and respond to numerous factual issues, deposition testimony, affidavits, exhibits and legal theories.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her request that the memorandum of law in opposition to Defendant's Motion for Summary Judgment exceed the page limitation set forth in Local Rule 7.

PLAINTIFF
SUSAN BYRNE

By:   s/
    Claire M. Howard (ct29654)
    Madsen, Prestley & Parenteau, LLC
    402 Asylum Street
    Hartford, CT 06103
    (860) 246-2466 – Telephone
    (860) 246-1794 – Facsimile
    Attorneys for the Plaintiff
    choward@mppjustice.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2019, a copy of the foregoing Motion for Leave to File Excess Pages, filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_s/_____
**Claire M. Howard**