# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SUSAN BYRNE,** | : | **CIVIL CASE NO.: 3:17-cv-01104-VLB** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **YALE UNIVERSITY,** | : | |
| **Defendant** | : | **MAY 9, 2019** |
| | : | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER REGARDING
## THE MOTION FOR SUMMARY JUDGMENT (DOC. 70)

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Plaintiff, Susan Byrne, and Defendant, Yale University, respectfully move for an enlargement of time for the outstanding deadlines related to the Motion for Summary Judgment (Doc. 70) as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| **Plaintiff's Opposition to Motion for Summary Judgment** | **May 10, 2019** | **May 15, 2019** |
| **Defendant's Reply to Opposition to Motion for Summary Judgment** | **May 24, 2019** | **May 31, 2019** |

In support of this motion, the parties state as follows:

1. On April 1, 2019, Defendant filed its Motion for Summary Judgment (Doc. 70). On April 4, 2019, Plaintiff filed a motion for extension of time to respond to the Motion for Summary Judgment (Doc. 71). This motion was granted, in part, by the Court (Doc. 72) and the deadline for responding to the

Motion for Summary Judgment was reset to May 6, 2019; this deadline was extended once more to May 10, 2019 per order of the Court (Doc. 74).

2.      With regard to her request for an extension of the deadline to file her opposition to the Motion for Summary Judgment, Plaintiff states as follows: on Monday, May 6, 2019, Plaintiff's counsel's firm began experiencing technical difficulties with regard to its Adobe program.  While Uptime Legal Solutions, Plaintiff's counsel's technical support provider, was attempting to resolve the issues with Adobe, several other issues arose, resulting in a full day of downtime on Tuesday, May 7, 2019. See Exhibit 1, attached hereto, for details.  While Plaintiff's counsel's other programs are back on line, there still exists an irreparable break in the Adobe program, which can only be fixed by upgrading the server.  Plaintiff's counsel had originally planned the server upgrade for the end of this month; however, due to the ongoing issues, the migration has now been scheduled for Monday, May 13, 2019.  The migration will result in an extended outage of technological systems on May 13, 2019.  Under the circumstances, including the irreparable break in the Adobe program of which Plaintiff's counsel was only apprised this morning, Plaintiff's counsel anticipates that it will not be able to meet the federal court requirements for electronic filing of the opposition to the Motion for Summary Judgment on May 10, 2019, as ordered by this Court. With regard to the extension of the deadline to file its reply to the opposition to the Motion for Summary Judgment, Defendant states that, with the granting of this motion, Plaintiff will have had an additional three weeks from the original

deadline in which to file her opposition.   Defendant seeks a corresponding extension of one week in which to file its reply.

3.     This is the third requested extension of the deadline for filing Plaintiff's opposition to the Motion for Summary Judgment, and the first requested extension regarding Defendant's reply to the opposition.

4.     Counsel for Plaintiff, Claire M. Howard, and counsel for Defendant, David C. Salazar-Austin, consent to the filing of this joint motion.


WHEREFORE, for the reasons set out in the paragraphs above, the parties move for a modification of the deadlines regarding the Motion for Summary Judgment as listed in the table above.

PLAINTIFF,
SUSAN BYRNE

By:     */s/ Claire M. Howard*
        Claire M. Howard (ct29654)
        Madsen, Prestley & Parenteau, LLC
        402 Asylum Street
        Hartford, CT  06103
        Tel:   (860) 246-2466
        Fax:   (860) 246-1794
        choward@mppjustice.com



DEFENDANT,
YALE UNIVERSITY

By:     */s/ David C. Salazar-Austin*
        Victoria Woodin Chavey (ct 14242)
        David C. Salazar-Austin (ct 25564)
        Jackson Lewis P.C.
        90 State House Square, 8th Floor
        Hartford, CT 06103

3

**David.Salazar-Austin@jacksonlewis.com**
**Victoria.Chavey@jacksonlewis.com**
**Tel.: (860) 522-0404**
**Fax: (860) 247-1330**

<u>**CERTIFICATION OF SERVICE**</u>

        **I hereby certify that on this 9th day of May, 2019, a copy of the foregoing
Joint Motion to Modify Scheduling Order, was filed electronically [and served by
mail on anyone unable to accept electronic filing].  Notice of this filing will be sent
by e-mail to all parties by operation of the Court's electronic filing system [or by
mail to anyone unable to accept electronic filing].   Parties may access this filing
through the Court's system.**

                        **_/s/ Claire M. Howard_**
                        **Claire M. Howard**