UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BYRNE, | : | C.A. NO. 3:17-CV-01104(VLB) |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
|     Defendant | : | MAY 15, 2019 |
| | : | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Local Rule of Civil Procedure 5(e) and this Court's Standing Protective Order [Doc. No. 4], Plaintiff seeks the Court's permission to file the following documents under seal: Exhibits 4, 6, 7, 9, 43, 44, 45, 46, 49, 53, 70, 71, 77, 81, 84, 85, 86, 104, 113, 114, 115, 116, 117, 118, 119, 126, 127, 128, 129, 130, 132, 141, 146, 162 and 163.

Defendant has designated these documents "Confidential" pursuant to this Court's Protective Order.  Since the attached exhibits are designated "Confidential," Plaintiff is filing them under seal in accordance with Defendant's Confidential designations.

As to Exhibits 162 and 163, during the depositions of Jamaal Thomas and Ralph Howard Bloch, Plaintiff and/or Defendant marked the deposition transcripts "Confidential" pursuant to the Court's Standing Protective Order.  Good cause exists to justify the filing of the transcript under seal to maintain the confidentiality of the documents and discussions during the depositions of Jamaal Thomas and Ralph Howard Bloch.

Exhibits 4, 6, 7, 9, 43, 44, 45, 46, 49, 53, 70, 71, 77, 81, 84, 85, 86, 104, 113, 114, 115, 116, 117, 118, 119, 126, 127, 128, 129, 130, 132, 141, and 146 were produced by Defendant during discovery and marked as "Confidential" pursuant to the Court's Standing Protective Order.

Accordingly, pursuant to Local Rule 5(e), Plaintiff moves to file the aforementioned documents under seal.

Respectfully submitted,

THE PLAINTIFF,
Susan Byrne

By: _____*/s/ Claire M. Howard*_____
      Claire M. Howard (ct29654)
      Madsen, Prestley & Parenteau, LLC
      402 Asylum Street
      Hartford, CT 06105
      Tel. (860) 246-2466
      Fax (860) 246-1794
      Email: choward@mppjustice.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 15th day of May, 2019, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ Claire M. Howard*
Claire M. Howard