# Exhibit 4

1

## Memo on Spanish Department

May 7, 2015

Roberto González Echevarría
Sterling Professor of Hispanic and Comparative Literature
Yale University

Concerning the environment of learning in the Department of Spanish and Portuguese and the general collegial climate in it, I must begin by emphasizing that it is excellent, and has been so for the past ten years under the leadership of Professor Rolena Adorno --with one exception that will be discussed below. I have just finished my two courses for the spring, one a graduate seminar and the other an undergraduate survey. In the seminar I had every one of the current graduate students in Spanish (first and second year), a few from Comparative Literature, my other Department, and some undergraduates; a total of twenty, an unheard of number for a graduate seminar in literature. When I finished the last session I was given an ovation. In the undergraduate course, taught in Spanish, I also had twenty and they too gave me an ovation at the end. So I feel pretty good about my relationship with students, both graduates and undergraduates. We have had several well-attended events in the last few weeks that have gone very well, in spite of the disruption caused by the anonymous letter and the review. Edie Grossman, the well-known translator visited and we had a marvelous session with her and others. Later we held a gathering to hear Noel Valis read from her recent novella, in which I also spoke. The occasion was a great success. A fine example of the good feeling in the Department is the surprise party that I organized last November to celebrate Professor Adorno's receiving of the highest award offered by the Modern Language Association (Lifetime of Scholarship Prize). The event, held at the Whitney Humanities Center was funded by donations by members of the

Confidential--Attorneys' Eyes Only                                     BYRNE003147

Department, from senior professors to graduate students, and was attended by nearly all, with the predictable absences. It was an occasion for joyful merriment, with food and music, at which several of us spoke offering Professor Adorno our testimonials. It was attended by members of the Yale Administration like Emily Bakemeyer and, if memory serves me well, Mary Miller.

Of course, there have been unpleasant acts of vandalism that seem the be the work of the one or perhaps two individuals who authored the anonymous letter, who were not, in my view, graduate students. A poster of a lecture of mine in Sweden was defaced in early September, and when it was replaced with another ripped off. Professor Adorno's nameplate has been taken off her door several times, and both her and mine name tags removed from our mailboxes. More serious criminal aggression has taken place at Professor Adorno's home. Because we have not publicized these deeds they have not affected the general mood of the Department.

I came to this Department, as a graduate student, in 1966 (it was then Romance Languages), was hired upon obtaining my Ph.D. in 1970, and thereafter accepted a very tempting offer from Cornell in 1971, where I stayed until 1977, when I was brought back to Yale upon the retirement of Professor José J. Arrom. I have been here since, a total of 38 continuous years, which adding the five before Cornell, makes it 42 years at Yale. I have been a graduate student, an instructor, an assistant professor, a tenured associate professor, a professor, and the first endowed professor (R. Selden Rose Chair) and first Sterling Professor in our Department. I chaired the Department for sixteen years, off and on, mostly on, and have been acting chair three times in the recent past when Professor Adorno has been on leave. I have accepted these appointments by the administration with resignation, understanding the needs of the Department, and, as the French say, *faute de mieux*.

Confidential--Attorneys' Eyes Only

BYRNE003148

I am proud to say that, as chair, I radically changed the direction of the Department, and take some credit for the number one nationwide ranking that it received in 2010: I, as chair, had the leading role in the hiring of every one of its members. This was not the Department where I was a graduate student, nor the one I left when I went to Cornell in 1971. I am proud that I drastically transformed the gender composition of the Department. When I came back from Cornell we were six male senior professors, and the Department had never had a woman senior professor. Upon the death of Emir Rodríguez Monegal I sponsored the hiring of Sylvia Molloy, the first tenured woman ever in the Department. In subsequent years, under my leadership, we brought in María Rosa Menocal, Noel Valis, Josefina Ludmer, and Rolena Adorno. As a result, when I completed my service as chair, the Department consisted of four senior women and two senior men, Professor David Jackson and me.

Sylvia Molloy left for NYU with an Albert Schweitzer Chair and she was replaced with Josefina Ludmer, who in turn retired and was replaced by Aníbal González. Sadly, María Rosa Menocal died in 2012 and has yet to be replaced. I might add that she and Professor Adorno rose to the rank of Sterling Professor. Molloy, Ludmer and Menocal chaired the Department at various points and Adorno is the current chair.

I have a fine, collegial relationship with every one of the senior (save one), junior, and non-ladder members of the Department, some of whom I also value as friends. I have treasured my friendship with Professor Adorno since she took classes with me at Cornell and have worked closely with her because we share a field (colonial Latin American literature and Golden Age Spanish literature) and many common interests. Noel Valis and I have a strong friendship based not just on similar approaches to criticism, but our love of Spain, Madrid in particular. I had an

Confidential--Attorneys' Eyes Only

BYRNE003149

abiding friendship with the late María Rosa Menocal, a Cuban like me, and a free spirit as well as a deeply loyal individual. I still mourn her. I supported and facilitated the hiring of Professor Jackson from Texas, where he had risen to the top of the Portuguese field. His book on Machado de Assis has just been published in the series that I direct at the Yale University Press; he is also a contributor to my three-volume *Cambridge History of Latin American Literature*. I had offered him a contract for the series, which I believe will be the definitive work on Machado and a source of pride and prestige for the Department.

Allow me a digression on Portuguese because the anonymous letter claims that my vote decided the issue when Paolo Moreira was denied tenure by the Department and I have no expertise in Brazilian literature. [By the way, those votes are secret, so how does anybody know how I voted? It is also against the rules to make public details of tenure votes, so either the letter is lying or somebody at the meeting was indiscrete] I am the co-editor of a history of Brazilian literature, the third volume of the *Cambridge History of Latin American Literature*; my *Oxford Book of Latin American Short Stories* contains both Hispanic and Brazilian texts; my award-winning *Myth and Archive: A Theory of Latin American Narrative* has a chapter on Euclides da Cunha, a major Brazilian writer; a book of my essays, including that chapter, was published last year in Brazil. I cannot claim to know Portuguese literature the way that I know those of Spanish, French, and Italian, which are languages that I know well, but I am not lacking some expertise in Brazilian literature, as my record shows. This is one of many instances in which the anonymous letter, out of ignorance and malice, gets it wrong.

I also enjoy a good relationship with the juniors, in whose hiring I was involved under the leadership of Professor Adorno. Kevin Poole came as our philologist, to teach the graduate

course on history of the Spanish language, the only required course in the program, and medieval literature. He is a very learned young man with whom I consult on obscure points of Spanish etymologies and grammar. I had admired his decision not to be put up for tenure, as an honest and dignified self-assessment about his chances, since he had no publications to speak of, but now I am disappointed because he seems to be saying, to save face, that he is leaving because of the situation in the Department. Susan Byrne, with whom I share Golden Age literature, is a lively individual who has been committed to important administrative tasks in the Department, which she performs cheerfully and thoroughly. I wrote her a letter of recommendation last fall when he was applying for a job (at Duke, I think), something she denied doing in the article in the *Yale Daily News*. I have the letter, and, by the way, she did not get the offer. Leslie Harkema I do not know as well because she is a relatively recent arrival and has often been on leave. But she seems to be a sophisticated student of modern Spanish literature. Paulo Moreira I have not known as well personally, but we have had a cordial relationship. It is unfortunate that he did not get tenure in our Department, but I am sure that he will find a good position elsewhere.

    With the secretaries I have a very good working relationship and, in the case of Ginny Gutiérrez, a friendship based on her many years in the Department, not a few of which were during periods when I was chair. Susan Wheeler is efficient, positive, and friendly, the best that we have had in that position in quite some time.

    Then we come to Aníbal González, who is a source of a negative attitude and behavior in the Department. The origins of this are complex, and I have prepared Attachment A to explain in further detail. Here let me say that, though he has been somewhat disruptive with his

comportment, the Department has managed to work well under the skillful leadership of Professor Adorno and Professor Valis and the forbearance of the rest of us. The proof of this was the surprise party for Professor Adorno attended by all, save, of course Aníbal and Susan Byrne. (I refer to Aníbal by his first name, as he was my student, and for years my associate). More substantially, the graduate and undergraduate programs continue to thrive until recent events, including this review, denied any for next year. At present we have, in my opinion, the best group of graduate students in recent memory. My graduate seminars are of an intellectual level that surpasses that of many a professional symposium that I have attended.

Regarding Anibal, the basic facts are these: for the past six years Aníbal has not spoken save in official departmental meetings, to any of the other senior professors, except perhaps David Jackson, whom he knew from Texas. He walks around looking ahead without addressing anyone, with a stern look on his face. He did not talk to María Rosa Menocal to express concern when she was dying of cancer and courageously continuing with her activities. With Professor Adorno and me he has a hostile attitude. He burst uninvited into Professor Adorno's office, with a graduate student in tow, speaking loudly and in a menacing tone to protest in-place rules governing graduate student teaching. In my case he has behaved most antagonistically. All of this stems from our not having rehired his wife, Priscilla Meléndez, whose appointment had expired in accordance with the agreements reached when Aníbal was hired. See Attachment A.

There is another element at play here that should not be dismissed. Yale's Department of Spanish and Portuguese is very distinguished, with some of its member receiving recognitions and prizes unheard of among Hispanists in the past. A case in point is Professor Adorno's award from the Modern Language Association of America, the highest that institution offers, never won

Confidential--Attorneys' Eyes Only                                      BYRNE003152

by someone in the field of Spanish. She has also won four book awards. I received the National Humanities Medal from President Barak Obama in 2011 and in 2013 the National Literary Criticism Award from the Cuban *Instituto del Libro* in Havana. I also have four book awards and three honorary doctorates, including one from Columbia. Both Professor Adorno and I are in the American Academy of Arts and Sciences. In 2002 the University of Puerto Rico, Arecibo, held a three-day symposium in my honor and about my work. Professor Noel Valis has also received a book award from the Modern Language Association of America and the NECLAS Best Book Translation Prize. These awards and recognitions are the only significant ones received by faculty members of the Department. It would be naïve ---immature-- not to think that such glittering recognitions are not a cause for envy and resentment and the ultimate source of the anonymous letter, which I do not believe was written by graduate students.

Confidential--Attorneys' Eyes Only

BYRNE003153

**Attachment A**

First some background to the hiring of Aníbal. He came to Yale as a graduate student to work with me, shortly after I had come back from Cornell. He was an excellent student, who showed discipline, diligence, and a willingness to read beyond what was required in courses. I believe that I hired him as an assistant when I was awarded a National Endowment Seminar for College Teachers. Aníbal was then, and continues to be, a reliable plodder more than a brilliant scholar, who worked on broad, significant topics, but did not offer original readings of literary works. His English is near-native, but has no French or any other romance language. His dissertation on the "crónica modernista," or journalistic chronicle of the Modernista period was solid and well-researched (Modernismo was the first literary movement to have started in Spanish America). It is still his best book. I helped him publish it and also helped him face the academic market, where his assets were offset by an often ordinary mind and a dullness of demeanor. But eventually he landed a job at the University of Texas, which had a substantial Spanish Department. As is common in these situations, Aníbal had me, his mentor, invited to lecture at Texas, which I did, staying at his bachelor apartment. From then on I continued to support him in a variety of ways, as one does with a good student carving out a career. I helped him publish his book on journalism and the origins of modern Latin American literature in the Cambridge University Press series run by my friend and mentor Enrique Pupo-Walker, and I included his work in any collective publications of mine, such as the *Cambridge History of Latin American Literature*, and a book on modern Cuban literature that grew out of a symposium I organized at Yale, to which he was invited. He published other books in good presses, never again at the level of Cambridge, but seemed established in a good career, which landed him, with

his wife Priscilla Meléndez, at Pennsylvania State University; she, who is a Ph.D. in Latin American literature from Cornell, was an associate professor there.

During those years, Aníbal tried to move up from Pennsylvania State and applied for a job a Columbia University. He managed to make it nearly to the offer stage, which included a job for Priscilla at Barnard College. Everything seemed to be ready for them to move when a dean, after interviewing Aníbal, rescinded the offer. This caused him great pain and I was called upon to write a letter on his behalf. I even talked to my friend, Judge José Cabranes, who was a trustee of Columbia University, asking him to intervene on behalf of Aníbal, but to no avail. I now wonder what that dean saw in Aníbal that I did not, when we did hire him.

In the course of this personal and professional association, Aníbal and I exchanged again lecturing invitations. I went to State College, Pennsylvania, and stayed at Aníbal and Priscilla's house. At a party they threw for me, I remember telling Priscilla that we at Yale might be interested in hiring Aníbal, and that if he came he might have to serve as chairman. Her reply was immediate: "Para eso no sirve" ("He is no good for that"). [She was right: Aníbal has never been named chair of anything in the three or four universities where he has taught, including Yale] When he came for his lecture at Yale he, in turn, stayed at our house. Because of flight complications he was with us for about five days. During one meal, I broached with him the topic of his coming to Yale to replace Josefina Ludmer, who had just retired. I told him that there was no position for Priscilla, however. He answered, and my wife Isabel remembers it clearly: "That's no problem; Priscilla would be willing to retire or leave the profession." So I proceeded with the required search and we finally settled on Aníbal. He had come back to give a

Confidential--Attorneys' Eyes Only                                                                                            BYRNE003155

job talk, in which, I remember well, he obsequiously quoted María Rosa Menocal, who was in the audience, though her field was far from his. He wanted the job.

In any case, we did tender the offer to Aníbal. It was not easy for me to navigate hiring him through the Department. Everyone knew that he had been my student, and, moreover, that he had continued to be associated with me personally and professionally. I prevailed, insisting on the breadth of his work and that, because he was a graduate of our Department, he could hit the ground running, with little or no initiation. But once I tendered the offer, Aníbal came back asking that we offer a two-year position to Priscilla. I answered that I would have to run it by my colleagues and the Administration because this was not part of our agreement. I received a positive response from both the Department and the Administration, whereupon Aníbal replied that the position had to be for three years. I told him that I might be wearing out the patience of my colleagues. But they, and the Administration, again gave me the go ahead. He finally accepted on those terms.

A digression is in order here to explain the Department's reluctance to hire Priscilla. There were three reasons.

First: Spanish is divided into two broad fields, which cohabit in departments not without contentiousness: Spanish Peninsular literature and Latin American literature. A close tally is kept by both sides of how many professors there are from each field in any given Department. (I am in both, fortunately.) The Department had available only one position in modern Latin American literature as a result of Josefina Ludmer's retirement, not two.

Second: Priscilla's field is modern Latin American literature and within that field, the most uninteresting, theater, a genre of little consequence in the region.

Confidential--Attorneys' Eyes Only

BYRNE003156

Third: those of us who knew her work considered it mediocre at best, not Yale material.

So Aníbal and Priscilla came and at first things went quite well. He was named Director of Graduate Studies right off because, having been a student here, he would understand the demands of the job. Problems arose when Priscilla asked Professor Adorno, who by now had been named chair, to run a symposium on her field of Latin American theater. Professor Adorno, who consulted with me on the matter, said no and held firm on the face of Priscilla's inappropriate insistence. In the fall of 2009, Aníbal and I held a symposium on modern Latin American literature that we had been planning since the spring of that year, even though by this time he was barely speaking to me. In the spring of 2009, Priscilla's three-year appointment expired and she was not rehired. Aníbal wanted us to appoint her in a professorial position, which, for reasons I have stated, would have been impossible. Once he realized this, Aníbal wrote me an e-mail (which I have) expressing his anger and breaking with me except for strictly necessary contacts concerning the Department. I pleaded with him to reconsider given our long and productive friendship (I have that e-mail, too). Aníbal also stopped talking to other members of the Department, but without explaining his reasons. The symposium went well, in spite of our rift, but there was an ugly surprise is store for me. In March of 2012 the *Revista de Estudios Hispánicos* published the proceedings of the symposium with an introduction by Aníbal. Not only was my paper not included, but Aníbal does not even mention my name as co-organizer of the event (I have all these documents). When I mentioned this to then dean Mary Miller she said that the deed was "actionable." I did not even mention it to Aníbal.

Confidential--Attorneys' Eyes Only