# Exhibit 71

| | |
|---|---|
| **From:** | Polak, Benjamin |
| **Sent:** | Saturday, July 16, 2016 11:01 AM |
| **To:** | michael.della@yale.edu |
| **Cc:** | Sawyer, Susan; Menon, Alice |
| **Subject:** | Confidential uwc case |

Dear Michael.

As requested, the following is an "official" request for you to consult with the panel on a couple of points. I have spelt out the first point a bit.

Ben

> Dear Michael,
> I write to you in connection with the UWC case regarding Professor Roberto Gonzalez Echevarria. The UWC procedures allow for me to consult with you as chair of the panel regarding the panel's conclusions and recommendations, and then possibly to consult directly with a majority of the panel. I have one suggestion and one question about the panel's recommendations on which I seek the guidance of the panel.
> First the suggestion. The panel did not make any recommendations concerning graduate or post-doctoral students, students that would seem to be particularly vulnerable in light of the findings and conclusions made by the panel. I would like to add a provision preventing Professor Gonzalez Echevarria from participating on any _additional_ graduate student PhD committees or qualifying exams or chapter committees, or from advising new graduate or post-doctoral students for a defined period, possibly five years. This would apply only to students for whom he is not already an advisor. I would like to avoid any harm to the progress of his existing students. But, for those students whom he already advises, I would also like to require that the DGS participate in all formal decisions concerning those students, as well as provide such students with information encouraging them to communicate with the DGS if they encounter any difficulties in the advising process. I would welcome the panels' views on this.
> Second the question. I would like to better understand the panels' recommendation that Professor Gonzalez Echevarria be precluded from participating in hiring, promotion, or reappointment decisions at Yale for a period of five years.
> It might be necessary for me to meet with the panel to discuss these points.
> Yours,
> Ben

Sent from my iPhone

1

CONFIDENTIAL                                                                                                   BYRNE018150