# Exhibit 114

I am strongly in favor of granting Susan Byrne tenure in this department.

Of her 8 letters by distinguished scholars, 6 are positive or strongly positive.  {Read from letters]

Reviews of her second book, *Law and History in Cervantes* have been numerous and overwhelmingly positive, and the two reviews of *Ficino in Spain* indicate that it is being very well-received, with recognition of the high quality of her research and the depth of her erudition.  [Read from reviews]

The statements from Prof. Byrne's letters and reviews I have just read are not just pro-forma compliments or throwaway phrases.  They are the considered academic judgment of outstanding scholars in the field, and they need to be taken seriousy, since they correctly highlight the tremendous strength of Prof. Byrne's record.  It is indeed a record that would guarantee her tenure in the major research universities of this country, and this should also be the case at Yale.

As the **Yale University Standards for Appointment to Tenure** read with regard to the rank of Associate Professor with Tenure:
"Candidates for this rank are expected to have shown evidence of exceptional accomplishments and future promise that makes the sponsoring department confident that within five years they will merit promotion at Yale to the rank of professor."

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY					BYRNE019287

As two of the reviewers point out (and I fully agree), publishing three important books in the course of 8 years is most certainly a demonstration of exceptional achievement that cannot be diminished or ignored.  All the more, since this was done while fulfilling essential and time consuming departmental tasks such as DUS for six of those years, as well as achieving national and international visibility, attested by Prof. Byrne's election to positions of responsibility in the major learned societies in her field.  Prof. Byrne's extraordinary productivity is furthermore a clear demonstration of "future promise," and absolutely ensures that her work will continue to grow in quantity and quality in future years.

The Dept. of S& P is in the unenviable position of not having promoted any assistant professors to tenured rank in over 20 years (Shumway, 1992), even as Yale has modernized its promotion and tenure process, bringing it into line with that of our country's major universities.  As I have observed too many times in the past decade, the standard *modus operandi* in our Department any time a promising candidate comes up for tenure review (and, until recently, for the third-year review) has been to  raise the bar to unreachable heights, to disrespect the reviewers' letters, and to dismiss the candidates' articles and books by an abuse of academic judgment, as happened with the recent case of Prof. Paulo Moreira, another exceptionally talented scholar.  In such cases, the outcome is already predetermined; three senior faculty members enter the room with grave expressions on their faces and proceed to minimize the accomplishments of the candidate, without

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY                                                                                             BYRNE019288

pausing to notice that such a strategy also puts into question their entire process of evaluation of the candidate, not to mention the mentorship (a dirty word in this department) the candidate was owed, but never received, over the course of his years at Yale.

I hope that this time, before voting, my colleagues will take a minute to reflect on the moment and the circumstances in which this tenure review is taking place.  Our department is in crisis and under observation, not just by our colleagues in the faculty and administration of Yale, but also by  colleagues in our fields in other universities, as well as by prospective graduate students. The clearest, most definitive signal our department can send that it is making a positive choice for its future is to grant tenure to a candidate who has clearly shown "exceptional accomplishment and future promise," as is the case with Prof. Susan Byrne.

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY                                            BYRNE019289

Burningham: **Positive**

Professor Byrne is widely considered to be an important scholar of medieval and early modern Spanishliterature, particularly in the areas of intellectual and legal history.

In summation, Professor Byrne's three published monographs (two with the prestigious University ofToronto Press); her numerous article-length publications in well-respected journals and volumes; hermany presentations at important international and national symposia and conferences; and her eleven years of teaching experience at Fordham University, SUNY Oneonta, and Yale University all demonstrate that she has become a very respected scholar and teacher whose work has already moved the field of Spanish Renaissance literature in new and significant directions.  I have no doubt that the current breadth, depth, and quality of her work to date represent just the beginning of what I expect will be a highly productive and internationally impactful career.

Cascardi: **Lukewarm**

Byrne clearly knows a great deal about the subjects she treats, something which I find evidenced in everything of hers that I have read.

These and similar issues notwithstanding, I think this is a very worthwhile book and one that will provoke healthy scholarly engagement.  [About *Law and History in Cervantes'* Don Quijote]

It is a far deeper and more expert scholarly effort, demonstrating some very broad and detailed archival investigations of the role of the most important Renaissance neo-Platonist in Spain.  As such italso gives us a picture of the sometimes controversial role that Plato and a number of post-Platonicthinkers played in early modern Spain.  It contains quite a bit of valuable information that other scholarswill undoubtedly incorporate into their work.  [On *Ficino n Spain*]

De Armas:  **Positive**

I believe that Professor Byrne's works clearly shows her as a most
important and distinguished member of the profession and one of the very best individuals in her field not only in this country but internationally. Her colleagues fully understand her important contributions to Spanish literature of the Renaissance and early modern periods as viewed through the lenses of Italy… She is equally at home commenting on the poetry of Garcilaso as she is on Cervantes' Don Quijote; and she is always making new connections between different fields: literature, law, history, philosophy,astronomy/astrology etc. In assessing her work I believe that she indeed deserves tenure at Yale University.

Folger:  **Negative**

…philology, the love of literature, is not considered a sufficient rationale for Hiapanism, of the humanities in general, in the 21st century.  This is also true for US-American elite research institutions…. [About Fuchs, Bass, and Wright]  Their work on visual culture and the transatlantic dimension of "Spanish" literature are not only of interest for students of  Spanish literature but also for cultural historians from other fields.

Gaylord:  **Positive**

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY                                                                                              BYRNE019290

These observations do not cancel myadmiration for Byrne's book or my sense that it will be much cited by other scholars. On that score, I can report that it proved very stimulating to the members of my Folger seminar (from graduate students to associate professors), not only for its findings, but as a model of scrupulous literary-historical scholarship.

Susan Byrne is a first-class scholar who has made invaluable contributions to our understandingof the legal, historiographical and intellectual history of 16th- and 17th-century Spain, bringing tolight crucial sources often overlooked by modern readers and thus expanding the contextual fieldin which we situate works like Cervantes's masterpiece, while significantly broadening our understanding of the presence of Italian writers (historians and philosophers) in early modern Spanish literary culture.  These contributions make her an important voice in the expanding field (both old and new) of Mediterranean studies.  It is clear from what I have read that you have in Susan Byrne an accomplished and ambitious scholar who will continue to grow.

Grieve:  **Positive**

Susan Byrne compares favorably with these professors, both in terms of having created a unique profile in her own research (jurisprudence, history, philosophy) and in scholarly productivity. Indeed, I would place her on a par with Barbara Fuchs, a full professor for quite some time now, in productivity and ahead of the other two, though I definitely am not disparaging any of these critics…. That Byrne has already published three books, all deeply researched and presented with highly nuanced evidence, is remarkable for someone at her stage of career. It is also the case that her three books, all dealing in different ways with philosophy and
intellectual history, represent an arc of thinking that shows Byrne's increasing maturity, and all three books make contributions that fundamentally change how we understand the intellectual climate of early modern Spain.  That is a great achievement.

Susan Byrne has already carved out a significant space for herself in Early Modern Studies, and… she will be an even more important figure in the future.

García Santo-Tomás:  **Positive**

Professor Byrne is today one of the leading scholars of early modern Spanish literature and culture in the US, and one whose research enjoys a broad interdisciplinary readership in North America. If there is anything that has defined her body of work from the start it has been her desire to pave a critical path beyond the narrow specialization on a topic or an author….  When tackling questions of trans-national nature, as she does in her latest book *Ficino in Spain*, Professor Byrne is one of the leading scholars of her generation, and one of the best nationwide. Reading her dossier confirms that she is an accomplished academic, a creative teacher, and a generous colleague. Her CV displays the qualities of a scholar truly devoted to her work, as proven by the quality and variety of activities she has participated in during her years in the profession.

In the last three years a number of world-class universities have promoted junior scholars to the rank of Associate Professor with tenure:  Lisa Surwillo (Stanford University) had her second book in press with Stanford UP when her promotion took place; Nicolás Way-Gómez had just published his with MIT Press when he was hired with tenure at Cal Tech; Germán Labrador had just released his second book in Spain when he was tenured at Princeton; and Ryan Giles was promoted to Associate Professor with tenure at the University of Chicago a year after his first book came out with Toronto UP.  Within this context, a dossier including three important books like this one should be granted a positive outcome. I would support her tenure and promotion if she was a colleague in my institution, and I am sure she would receive it.

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY                                                                              BYRNE019291

Weber: **Positive**

Susan Byrne is a productive and eminently erudite scholar of early modern Spanish literature. In the eleven years since she was awarded a Ph.D., she has published three monographs, eleven refereed articles or essays, six contributions to conference proceedings, and six book reviews. In terms of quantity alone, this is an impressive accomplishment. *Law and History in Cervantes' Don Quixote* has been widely reviewed and praised. The esteem she enjoys in the profession is reflected in the numerous invited lectures and papers she has given in the U.S. and abroad and in the elected positions she has held in organizations such as the Renaissance Society of America and the Asociación Internacional Siglo de Oro. Her curriculum vitae gives evidence of a scholar who has made generous contributions to the profession. I note also that she has held what is imost departments a very time-consuming administrative position: Director ofUndergraduate Studies. (In my department, it is known as the "career-staller"assignment.) The list of courses she has taught and her publications attest to the breadth of her interests and expertise: literature and law, Neo-Platonism and mysticism, Neo-Stoicism, and historiography. She has given graduate level courses on medieval literature,the picaresque, the comedia, and the novel. Clearly, she is willing and able to teach outside a narrowly defined area of expertise. The three "urns" of scholarship, teaching,and service are very full indeed.

Byrne has made substantive contributions to the study of early modern Spanish literature and cultural history. At most universities, she would be a very strong candidate for promotion to full professor.

**Book Reviews:**

*Law and History…*

"Excelente estudio…  aportación esencial…estudio de lectura obligada para todo cervantista"

Ardilla *BHS* U of Edinburgh

This remarkable work is the first to consider systematically the relationship between law, literature, and history in Cervantes' novel, and to provide the documentation backing this endeavor. The present paper should then be considered as a mere gloss on this work.

De Sutter, *Law and Literature*

Byrne's imagined Cervantes is not unlike the study itself: learned,subtle, fascinating, and projecting broadly based angles ofvision. Cervantes had been exposed to the legal system, andnot just theoretically. Byrne makes a strong case for herproposed reading of history and law in Don Quixote and,significantly, for Cervantes's acquisition of the knowledgethat she sees reflected in the narrative. Fortunately, DonQuixote and Sancho Panza do not get lost in the mix. This isa substantive work of investigation, analysis, andmetacriticism. Summing Up: Highly recommended. Lower-division undergraduates through faculty. -- E. H. Friedman,

Friedman, *Choice*

But such problems are minor given Byrne's masterful demonstration that Cervantes's novel is "the verisimilar adventure storyof a protagonist whose history is all about justice" (7).

Erin C. Graf, *Modern Philology*

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY                                                                                    BYRNE019292

Byrne's erudite and thoroughly researched book is an indisputable contribution to Cervantes studies and, more broadly, to the studies of early modern Spain. Byrne not only offers a persuasive new reading of Don Quixote, she also tacitly invites the reader to think more carefully about the historical and legal debates of the time and other ways that these could be applied to the cultural production of Cervantes' day.

Quinn, *BHS*

Through the use of history and jurisprudence, Byrne is able to explain passages in the Quixote that are often dismissed as errors by modern editors. To fully appreciate the cohesive-ness of her text, one must truly read it. Her erudite analysis of the text provides a fresh perspective of the Quixote, one that all Cervantes scholars should consider reading.

Polchow, *Hispania*

Si Don Quijote es el mos hispanicus que trenzó la novela moderna, queda abierta la discusión entre el pertinente análisis filológico y de archivo de Byrne, la teorización de la novela moderna del siglo XX y los tratados de autores como Lodovico Castelvetro, Anto-nio Sebastiani Minturno, Giambattista Giraldi Cinthio o Torquato Tasso, entre otros, que, abriendo puntos de contacto y divergencias entre la épica y el "romanzo", emplearon referencias cruzadas entre poética y discurso legal y se alejaron así significativamente de la oposición de Aristóteles entre poesía e historia

Rabell, *Hispanic Review*

The central thesis of this book, that Cervantes's fiction serves as a "fulcrum for the fields . . . of history and jurisprudence, highlighting their inconsistencies and anticipating the resolution of their paradoxes" is convincing and, more important, interesting. Susan Byrne succeeds in the ever-more-challenging task of shedding new light on Don Quixote through her careful tracing of the ways in which his dialogue with Giovio and Baeza helped Cervantes to forge the modern novel.

Simerka, *Renaissance Quarterly*

### *Ficino in Spain*

This is an interesting example of the kind of book that can result when someone takes a commonly received scholarly opinion and tests it against the actual data. All of us view the world through our vari-ous heuristic filters, some of which we construct ourselves and some of which we inherit from our teachers, but as this book shows, these filters can keep us from seeing important facts that are literally right in front of us. Once we set aside the idea that Ficino could not have had much of an impact in Renaissance Spain because our ideas about the Renaissance in Spain do not have a place for him, then we can see what there is to see. And if that forces us to revise one of our heuristic filters, then so be it

Kallendorf  *Neo-Latin News*

"...a book that was waiting to be written...To the charge that he {Ficino] was really not that well known in Spain, Susan Byrne, through impressive archival research, points to the many volumes of his works that were present in Spain during the period."

De Armas, *Renaissance Quarterly*

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY                                                           BYRNE019293