# Exhibit 116

# ILLINOIS STATE
## UNIVERSITY

COLLEGE OF ARTS AND SCIENCES
*Languages, Literatures, and Cultures*



114 Stevenson Hall
Campus Box 4300
Normal, IL 61790-4300
Telephone: (309) 438-3604
Facsimile: (309) 438-8038

December 15, 2015

Professor Noël Valis
Chair, Tenure Review Committee
Department of Spanish and Portuguese
Yale University
PO Box 208204
New Haven CT 06520-8204

Dear Professor Valis,

I write in response to your letter of August 18, 2015 requesting my evaluation of the scholarship of Professor **Susan Byrne**.

As you acknowledged in a previous email, I also provided a similar evaluation in 2013 when Professor Byrne was promoted to Term Associate Professor. This current letter is a revised version of my previous letter incorporating my evaluation of her most recent publications and responding to the particular set of questions you have now asked me to address.

I do not recall the first time I personally met Professor Byrne, but I have been aware of her work for several years now, and our paths have crossed a number of times at various professional meetings like the annual MLA Convention, etc. Additionally, she was elected to the Executive Committee of the Cervantes Society of America in 2014, and so recently I have gotten to know her better at several CSA business meetings and other events. In this regard, given that her publications include two articles published in *Cervantes* (the journal of the Cervantes Society of America, of which I am the current Editor), I should perhaps mention that I played no role in the process of submission, acceptance, and publication of either of these two articles, since Tom Lathrop was still serving as Editor at that time.

Professor Byrne is widely considered to be an important scholar of medieval and early modern Spanish literature, particularly in the areas of intellectual and legal history. Her published work can be divided into two main areas, each of which corresponds to a number of interrelated articles as well as to three significant scholarly monographs. These two areas are: 1) the profound influence of early modern humanists, particularly Marsilio Ficino, on the intellectual culture of early modern Spain and beyond; and 2) resonances of medieval Iberian legal discourse in medieval and early modern Spanish literature, principally *Don Quixote*.

Byrne's first book, *El Corpus Hermeticum y tres poetas españoles: Francisco de Aldana, fray Luis de León y San Juan de la Cruz* (Juan de la Cuesta, 2007) —which she began as a CUNY doctoral dissertation written under the direction of Isaías Lerner— examines the ways in which the *Corpus Hermeticum* —through Ficino's 1471 Latin translation (for Cosimo de' Medici), as well as a 1485 Spanish translation by Diego Guillén de Ávila— informs the rhetoric, theology, and philosophy of the book's three titular poets. In this highly nuanced and densely footnoted study, Byrne examines how the work of these three distinct poets resonates with specific ideas and syntax drawn from the *Corpus Hermeticum*. In the work of Francisco de Aldana (a writer who, like Garcilaso de la Vega, represented

Confidential-- Attorneys' Eyes Only

BYRNE003629

the epitome of the Renaissance soldier-poet) Byrne finds evidence of a "cosmic" divinity that reveals itself through nature (31); in the work of Fray Luis de León (the best-known of Spain's Renaissance scholar-poets) Byrne detects evidence of a frustrated mystic who deeply wants to communicate with the Divine but cannot manage to do so (31); and in the work of San Juan de la Cruz (the most influential of the Spain's mystic-poets) Byrne reveals a writer who has successfully communicated with the Divine and who wants nothing more than to share the experience (31). Divided into three large sections, Byrne first examines the way in which these poets transform the *Corpus Hermeticum*'s notion of man as a "microcosm" into what she calls a "stoic materialist fatalism" melded with a "spiritual idealism" (51). She then examines the question of "transcendence" ––which is important for all three poets, but which is especially important for a mystic like San Juan de la Cruz— in order to trace the way in which these poetic texts seek to merge the individual "spark of interior divinity" (102) with the "clear pure light" (191) of a Christian Divine that is nonetheless closely related to the *Corpus Hermiticum*'s notion of the flaming Sun as Demiurge (172). This leads Byrne to move in to an examination of the limits of language (theological, philosophical, and poetic) in a concluding section that focuses on expressions of the "ineffable" in the work of these three poets. Here, Byrne demonstrates that attempts to reconcile the "infinite" with the finite nature of human experience ultimately results in poetic notions of an "abyss" (223) that has swallowed up time and space (and even free will), leaving behind nothing more (or less) than the divine Word (203) ––although, again, this overtly Christian divinity remains rhetorically connected to the *Corpus Hermiticum*'s demiurgically charged Sun (244-47). In the end, what Byrne accomplishes in this book is to not only uncover one of the major literary influences on Spanish Renaissance poetry, but also (to a large extent) expose the deep gnostic foundations of both Renaissance Christian humanism and Spanish mysticism.

Building on the ideas explored in this first monograph, Byrne's third book *Ficino in Spain* (University of Toronto Press, 2015) deepens her analysis of the impact of humanism in Spain by focusing principally on Ficino, whose importance for Spain, she believes, has been deliberately obscured by later intellectual historians. Indeed, Byrne's overarching project in this book is to dismantle the enduring cultural chauvinisms left behind in the wake of Jacob Burckhardt's insistence that Spain was "the villain who killed the Italian Renaissance" (Byrne 10) and Marcelino Menéndez Pelayo's deliberate substitution of León Hebreo for Ficino in Spanish thought as a way of attributing Iberian Neoplatonism to a presumably more autochthonous source than an Italian import. As Byrne herself sums up her project: "A consistent presence in Spanish letters in the centuries following his death, Marsilio Ficino was decisively written out of that literary history at the end of the nineteenth century as those who began to fashion what would come to be the Spanish literary canon excised his voice in favour of a purist, all-Spanish approach. In what follows, I restore that voice and demonstrate the pervasiveness of the Italian philosopher's thought and writings in early modern Spain" (3).

Such a restorative project is divided into six chapters. In order to establish the extent of Ficino's presence and prominence in the intellectual history of the Iberian Peninsula, chapter one ("Ficino in Spanish Libraries") provides an exhaustive inventory, supported by a great deal of archival research, of Iberian holdings of Ficino's works from the late 15th through the early 17th centuries. Having established the vast presence of Ficino's writings across the intellectual landscape of early modern Spain, chapter two ("Ficino as Authority in Sixteenth-Century Spanish Letters") examines the ways in which Ficino's omnipresent Renaissance reworking of Plato (re-contextualized for an early modern Christian audience) insinuated its way into numerous Spanish texts. In what is the most extended chapter in Byrne's book, her discussion here ranges both far and wide, tracing the sources of Ficinian ideas on theology, medicine, astrology, mathematics, demons, free will, beauty, law, and love (among several others) in such early modern Spanish literary texts as *Guzmán de Alfarache*, *La pícara Justina*, *El viaje del Parnaso*, "El coloquio de los perros," and *Don Quixote* (again, among many, many others).

Confidential-- Attorneys' Eyes Only

BYRNE003630

Chapter three ("Ficino as Hermes Trismegistus") pivots back to the topic of Byrne's first book. One can see in this chapter, perhaps, the conceptual seed that eventually grew into *Ficino in Spain*. Here, Byrne revisits many of the ideas explored in *El* Corpus Hermeticum *y tres poetas españoles* in order to both contextualize these ideas within her larger argument regarding the place of Ficino in the intellectual history of Spain and to provide an English-language overview of her early monographic topic for a wider readership. Byrne's essential point in this chapter —which she again makes while exhaustively tracing the connections between Ficino and several early modern Spanish writers— is that "Ficino's *Pimander* translation came in at the highest levels of Spanish court (and Church) society" (118), such that "the Ficinian version of Hermes as *magus* and spiritual guide to the secrets of the cosmos remains pervasive even today in Spanish letters" (141).

Like chapter two, chapter four ("Persistence and Adaptation of Hermetic-Neoplatonic Imagery") builds on its immediate predecessor in order to further map Spain's early modern Ficinian literary geography. Focusing on three hermetic tropes from *Pimander* (i.e., Sun, Fire, and Resurrection), this chapter finds vestiges of these tropes in Fray Luis de León's poetry, in Lope de Vega's *La dama boba*, in Cervantes's *Don Quixote*, and in Francisco de Aldana's "Octavas sobre el jucio final."

At chapter five ("Ficino as Plato"), Byrne's book once again pivots to a wider discussion of Neoplatonism in early modern Spain. Here Byrne examines Ficino's impact ("This radical change in perception must be attributed in large part to Ficino's writings and translations, which had made Plato available, orthodox, and a frequent topic of discussion" [167]) on the theological debates of the period (including within the mystic poetry of San Juan de la Cruz). Chapter six ("Persistence of Political-Economic Platonism") — which is for me, perhaps, the most interesting chapter of the entire book— continues the discussion of chapter five but turns its focus to Ficino's impact on the political debates that surrounded Spain's establishment of the world's first truly global empire, and which increasingly revolved around discussions of Plato's *Republic*. Driving home her point about the ubiquity of Ficino's ideas on the intellectual history of Spain (even as she demonstrates why they were driven underground), Byrne traces the ways in which early modern Ficinian arguments about government continued to evolve throughout the ensuing centuries: "At the turn of the nineteenth and twentieth centuries, 'Platonic' had also become the all-embracing accepted term for political discontents. The phrase 'Platonic republic' was use to decry contemporary movements like communism and socialism. [...] In Spanish letters, the adjective 'Platonic' had evolved from simply onomastic descriptor of a philosophical school to founding principle of a religious order, fictional preceptive ideals, positive agrarian policy, and finally, negative destructive collectivism to be understood as predictor of the end of human dignity and liberty" (212).

Byrne's two monographic studies of the *Corpus Hermeticum* and of Ficino's influence in Spain are related to and intertwined with a number of separately published articles. Her 2005 *Calíope* essay on "Neostoic Pyrotechnics in Francisco de Aldana and San Juan de la Cruz" covers a terrain similar to that explored in her book on the *Corpus Hermeticum*, but with a special attention on the *pyr technikón* (the "creative fire" [88]) of the Hermetic text and its relationship to Aldana's and San Juan's representations of God. Byrne's 2012 *Bulletin of Spanish Studies* article, entitled "Cuestionamiento del hermetismo ficiniano en dos manuscritos del siglo XV: El Escorial y El Burgo de Osma," starts out as a philological study focusing on how Diego Guillén de Ávila's Spanish translation of the *Corpus Hermeticum* made its way into the El Escorial library, but then moves to an examination of how the chapter entitled "Pimander" ("Poimandres") brought into the discourse of Spanish letters a number of hermetic concepts including pantheism, transmigration, and metempsychosis. Likewise, the four new peer-reviewed articles published (or accepted for publication) since I last review her dossier represent even more nuanced explorations of topics that she has spun off from one or another chapter of *Ficino in Spain*. "Las repúblicas platónica, aristotélica y cervantina a la luz del Corregidor Castillo de Bobadilla" expands on her arguments regarding Ficino, Plato's Republic, and debates over "razón de estado" in Hapsburg Spain. So too her *eHumanista/Cervantes* essay on "La razón de estado cervantina: *Don Quijote* II, I." "Coloquio,

Confidential-- Attorneys' Eyes Only

BYRNE003631

murmurar, *canes muti*: Cervantes y los jesuitas" expands and develops an argument also articulated in *Ficino in Spain* on the relationship between Ficino and the establishment of the Jesuit order as seen through the lens of "El coloquio de los perros." Her forthcoming article "On the Question of Ficino in Spain: From Platonic Theology to Philography" functions in many was as a succinct overview of Byrne's entire project in *Ficino in Spain*, while her "Intellectual Life" (co-written with Lía Schwartz) is a pointed exploration of Ficino's influence on the evolution of university-level pedagogy as well as general reading practices in the transition from the pre-modern to the early modern period.

Byrne's second major area of study relates to her research into the history of Iberian jurisprudence and its rhetorical impact of early modern Spanish literature.

Her second book, *Law and History in Cervantes' "Don Quixote"* (University of Toronto Press, 2012), along with her two related *Cervantes* journal articles on the same topic, is the centerpiece of this endeavor. Following in the footsteps of Roberto González Echevarría's own *Love and the Law in Cervantes*, this monograph is part of the once-emerging, now-well-established field of law and literature studies. Noting that scholars of jurisprudence recognize two established legal traditions, the *mos italicus* (Italian practice) and the *mos gallicus* (French practice), Byrne's second book seeks to articulate a *mos hispanicus* that she says represented the unrealized dream of Renaissance jurists at the University of Salamanca, but which nevertheless can be found within the pages of Cervantes's *Don Quixote*. Divided into seven chapters, Byrne's book provides an overview of the medieval and early modern debates on the *mos italicus* and *mos gallicus*; traces the development of Iberian legal codes such as the Visigothic *Liber Iudicorum* of 645 CE, the related *Fuero juzgo* of 1241 CE, and the eventual *Siete partidas* of circa 1265 CE; and then examines how many of the laws articulated in these medieval and early modern legal codes inform various segments of *Don Quixote*, including the famous windmills episode, the galley slaves episode, the legal definition of Don Quixote's insanity, the laws promulgated by Sancho Panza during his governorship of Barataria, and even the invention of Cide Hamete Benengeli as the primary historian upon with the text is supposedly based. As Byrne says at the end, "My hope in the preceding has been to explore the sixteenth-century historical roots of the combined questioning on the philosophical nexus between history and law, and to highlight its treatment by Cervantes" (144). Cervantes, she argues, combined law and history into a "multifaceted gloss" within his new genre, the novel: "His quixotic *mos hispanicus* does not dismiss out of hand the old laws, as did the *mos gallicus*. Nor does it follow the *mos italicus* with an automatic assumption of the viability of those earlier codes in a contemporary context" (147).

Anticipating by at least a decade (in methodology if not topic) her work on the intersection of law and history in *Don Quixote*, Byrne's 2002 *La corónica* article, "¿Por qué una 'niña de nuef años'?: La edad de razón y la razón del poeta del CMC," also forms part of her second major research area. Noting the oddity of the *Poema de Mío Cid*'s specific mention of the age of the nine-year-old girl who addresses the Cid in an early episode, Byrne examines the various definitions of both "age of reason" and "age of adulthood" in several pre-modern Iberian legal codes, and argues that the specific age of this girl is not a superfluous detail; rather, it is deliberately invoked in order to place her clearly within a legal "age of reason" when facing a royal edict that prohibited communication with the banished Cid. In this way, she argues, the specific age of the girl is intended to be understood within a legal framework that the *Poema*'s intended audience would have easily understood.

Regarding Professor Byrne's overall scholarly accomplishments and her standing within the scholarly community, she has clearly emerged as leading expert in her field. Indeed, in response to your request that I compare the quality and impact of her work with that of other leading scholars such as Barbara Fuchs, Laura Bass, and Elizabeth Wright, I would say the Byrne compares very favorably to these other established scholars. Moreover, as I looked back over her previous work, and as I read through the more recent materials you sent me, I was also struck by how much her work (at least with regard to her detailed

Confidential-- Attorneys' Eyes Only

BYRNE003632

excavation of the intellectual history of the early modern Iberian world) reminds me of the work of historian David Nirenberg (currently at the University of Chicago). Like Nirenberg's work on the history of Jewish thought and social relations in Spain during the medieval and early modern eras, Byrne's work is deeply historical and profoundly philosophical in its uncovering of that which remains deliberately hidden after so many centuries. Her latest monographic assault on Burckhardtian notions of Spain's supposed Renaissance inadequacy reveals that Byrne has emerged as a significant voice in the academy. As a Hispanist who is still occasionally shocked to discover how little my colleagues in other fields actually know about Spanish intellectual history and its foundational place in the modern world, I am very pleased to see a book like *Ficino in Spain* confront head-on the still-lingering cultural assumptions fomented by the Black Legend.

In summation, Professor Byrne's three published monographs (two with the prestigious University of Toronto Press); her numerous article-length publications in well-respected journals and volumes; her many presentations at important international and national symposia and conferences; and her eleven years of teaching experience at Fordham University, SUNY Oneonta, and Yale University all demonstrate that she has become a very respected scholar and teacher whose work has already moved the field of Spanish Renaissance literature in new and significant directions. I have no doubt that the current breadth, depth, and quality of her work to date represent just the beginning of what I expect will be a highly productive and internationally impactful career.

Thank you for giving me this opportunity to evaluate Professor Byrne's scholarship. Please do not hesitate to contact me should you have any questions or concerns about this evaluation.

Best wishes,

Bruce R. Burningham
Chair of Languages, Literatures, and Cultures
Professor of Hispanic Studies and Theatre
(309) 438-3908
burningham@ilstu.edu

Confidential-- Attorneys' Eyes Only                                         BYRNE003633