# Exhibit 119



THE UNIVERSITY OF
CHICAGO
HUMANITIES

DEPARTMENT OF ROMANCE LANGUAGES AND LITERATURES
WIEBOLDT 205
1115 EAST 58TH STREET
CHICAGO, ILLINOIS 60637
TELEPHONE: 773-702-8481
FAX: 773-834-1095
WEB: humanities.uchicago.edu/romance
E-MAIL: romance-languages@uchicago.edu

August 28, 2015

Professor Noel Valis
Chair, Tenure Review Committee
Department of Spanish and Portuguese
Yale University
PO Box 208204
New Haven CT 06520-8204

Dear Professor Valis:

I am writing in response to your request for an assessment of Professor Susan Byrne's scholarly accomplishment and her standing in the field to be used in deliberations concerning her possible promotion to Associate Professor with tenure in the Department of Spanish and Portuguese at Yale University.

I first met Professor Byrne at a professional conference some ten years ago and was fascinated by her presentation. Since that time I have always made an effort to attend her talks and peruse her publications. Her work is smart, learned, thoughtful and often ground-breaking. It most definitely shows disciplinary leadership. Since receiving her PhD in 2004, Susan Byrne has had a remarkable record of publications. She is the author of three books, eleven essays in refereed journals or collected volumes, six more in conference proceeding, plus reviews and translations. They are all of the highest quality opening new paths in the study of Renaissance and early modern Spanish literature, often from a comparative and even interdisciplinary perspective (literature and history; literature and the law; literature and philosophy).

The eleven refereed articles, all published in prestigious journals and volumes, show the range of her knowledge, moving from medieval poetry to early modern prose; from Italian notions of history to Florentine Neo-Platonism; from Jesuit thought to reason of state; and from the hermetic tradition to juridical tracts. Her earliest work centers on the *Cantar de mio Cid* and already evinces her interest in the juridical system. In order to decipher why a nine year old girl is the one person who talks to the Cid as he goes into exile and thus risks punishment, Byrne turns to the laws of the time. Her research is sound, and her conclusions bring out an unexpected perspective on this episode. Her 2005 essay on Neostoicism (and hermeticism) in two sixteenth-century Spanish poets evince a range of knowledge and concern with the history of ideas so as to clarify the thought of Aldana and San Juan. For Byrne, their enlightenment moments (contact with

Confidential-- Attorneys' Eyes Only

the *pyr technikón* or primordial creative fire) foreground stoic physics as echoed by Justus Lipsius and mirrored in Hermes Trismegistus (in Marsilio Ficino's translation). This essay may have been the starting point for her later book on the Hermetic Tradition. Two articles in the important journal *Cervantes* (2007 and 2009) serve as springboard for her later book on *Law and History in Cervantes*. They are both of the highest quality, opening new pathways to Cervantes' fiction. The first one deals with the episode of the knighting of Don Quixote, using as frame Alfonso X's *Siete Partidas* as well as a number of other legal treatises such as *pragmática* or *ordenanza*. This learned essay clearly brings to light new and important aspects of this episode in terms of older and newer laws. The second essay in *Cervantes* turns to Giovio's *Histories* as model for interrupted history and the layering of narrative voices in *Don Quixote*. It is a completely new perspective on the Spanish novel. The interruption of the publication of Giovio's *Histories* caused by the Sack of Rome, and the recovery of some of his texts, for example, serve as model for the interrupted tale of the *vizcaíno* in Cervantes. Turning to Baeza's translation and to the tales of Preste Juan and the Emperor of Trapisonda, Byrne finds further points of contact between Giovio and Cervantes.

A third article on Cervantes published in *eHumanista/Cervantes* (2015) is most persuasive. She notes that several critics have pointed to the discussion on reason of state in the first chapter of Part Two of *Don Quijote*, noting its importance, but failing to discuss it. For her, these three friends are using reason of state to return to an ideal of justice. She points to Ficinos's commentary on the Laws where he propounds three lawgivers. Two of these, Solon and Lycurgus, are mentioned in this passage. The first pretended insanity to carry out his reforms, something that clearly links him to Don Quijote. In yet another essay on Cervantes, published in *Cuadernos AISPI* (2015), Byrne deals with one of the most complex of the twelve Exemplary Novels, published by Cervantes. She shows that the term *coloquio* was very common in Jesuit documents: it was uses as a way of conversing intimately with God and as a way of preaching. Using Jesuit notions of the "examen de conciencia, she claims that *El coloquio de los perros* is precisely such an examination which often ends with a *coloquio*. I could continue commenting on each and every one of her lucid and intelligent articles, but suffice it to say that all of them are true intellectual colloquies, and that we are invited to engage in her conversation with early modern texts.

In addition to her eleven essays, Susan Byrne is the author of three books. The first, *El Corpus Hermeticus y tres poetas españoles* (2007), fills an important gap in the study of sixteenth-century Spanish thought. In 1471 Marsilio Ficino, the most important of the Renaissance Platonists, stopped his work on Plato, and at the request of his patron Cosimo de' Medici, turned to translate the *Corpus Hermeticum*, the works of Hermes Trismegistus, an Egyptian priest whose insights into the cosmos were said to be older than Plato's. This text became immensely popular and was reprinted time and again for more than a century. Its decline began with Casaubon's doubts as to the existence of such a Hermes. I have often remarked on the absence of work on this topic and have only dedicated one small article to Lope de Vega and a second to Tirso de Molina and the Hermetic Tradition. Thus, I was delighted to see that a book on the subject has finally appeared. In this volume Susan Byrne analyzes the impact of the Hermetic in three poets

Confidential-- Attorneys' Eyes Only                                                                          BYRNE003622

of sixteenth-century Spain: Francisco de Aldana, Fray Luis de León and San Juan de la Cruz. These are three very different poets, the first a poet-warrior, raised in Italy and closest to Florentine influence, the second a theologian and academic and the third a mystic who sought to separate himself from the world. And yet, they all shared, according to Byrne, a penchant for the Hermetic, the desire to explore religious-philosophical notions (30). Professor Byrne points to two known manuscripts in Spanish of the *Corpus Hermeticum* as early as 1491, and collects a few references (some quite lengthy) to Hermes Trismegistus in authors such as Jiménez Patón, Malón de Chaide and Juan de Pineda. After a weighty introduction, Byrne turns to her analysis, dividing the book into three basic elements of the Hermetic tradition: (1) man and his circumstances; (2) transcendence; and (3) divinity. For each entry, the author details what is said in the Hermetic texts and relates it to the authors in question.

In the first entry, for example she discusses the compound nature of the human being (a Renaissance commonplace clearly found in Hermes), the terrible darkness out of which a voice of fire emerges, the chaos of the body and its passions, the human search for answers, the inner guide (found in darkness), the constant flow of the divinity's nourishing love, the hunt for the divinity and so forth. Through all these notions, Susan Byrne exhibits passages from the three Spanish poets that seem to echo the Hermetic. In some cases, Hermes appears with a clear voice in the poets; while in others it is more difficult to truly listen. She is on clear footing when it comes to Aldana – his Florentine upbringing, his clear statements on the Hermetic, his letter to Arias Montano and so much more are clear evidence. She must struggle more with San Juan since his mysticism derives from so many sources. It is through a torrent of references and parallels that the author seeks to convince the reader that Hermes is a key to many readings. I will briefly single out three sections from the third part of this dense and rewarding book. First, her discussion of how the primordial human breaks the borders between the celestial and the terrestrial as he sees himself reflected in the waters, and falls in love with himself, clearly brings out the relations with biblical stories and the myth of Narcissus. Byrne shows a very similar use of the Narcissus myth in Aldana, while an inversion of the process, she argues, occurs in San Juan. Byrne might have found it interesting to read Aida Beaupied's book *Narciso hermético*, where she discusses the works of Sor Juana and Lezama Lima and centers on this myth in particular. There is no question that Byrne's discussion of solar imagery will lead us to read this commonplace in Golden Age poetry in a very different light. I also found particularly fascinating the section on how the rays that inspire the human being to create come down from the cosmos. A magnificent passage from Aldana describes the arrival of the rays, the thunder and lightning of transformation and the final resplendence. For Hermes, the human being needs to recognize that nothing is impossible and that he possesses immortality, before the rays of the divine can shine. Although the arts and sciences are a divine gift, one that is mental but can be used through the body, knowledge is the end of science as one is left speechless. The view of San Juan as nourished by the Hermetic writings is bound to be debated, but it is brought forth through strong and convincing arguments. This book is a tour de force, one that forces us to consider the Hermetic as an integral part of Spanish sixteenth-century thought with its impact on poetic images and notions.

3

Confidential-- Attorneys' Eyes Only                                                                                                   BYRNE003623

Learned and insightful, Susan Byrne's second book, *Law and History in Cervantes' Don Quixote* (University of Toronto Press, 2012) provides a new look at Cervantes' masterpiece through the lenses of law and history in order to highlight and clarify how the novel engages in specific arguments that foreground these topics. In many ways, it follows the lead of Roberto González Echevarría's ground-breaking *Love and the Law in Cervantes*, but is more attuned to very specific models and issues. Each of the seven chapters of *Law and History in Cervantes' Don Quixote* highlights specific concerns and genres, while together they form a collage that fully engages the reader. Professor Byrne's thoughtful and discerning study uses for its foundations the perceptions of Paulo Giovio along with the insights of his translator and jurist, Gaspar de Baeza in order to better understand the questions that are being raised in Cervantes' novel. Thus, the book originates in the two essays she published in *Cervantes* in 2007 and 2009. Here we have a clear and precise analysis of both of these thinkers and how their works would have been known to the Spanish novelist. Giovio's *Histories* were quite controversial in the sixteenth-century – and much of the debate had to do with how a historian tells the truth. His work is multi-layered including first-hand knowledge as well as interviews with soldiers and emissaries. The result was at times less than flattering to Spain, as in the atrocities committed by Spanish soldiers in the Italian wars. In spite of this, Baeza translates his work from Latin and dedicates it to Philip II. It should come as no surprise that many objected, minimizing the violence of the Spanish soldiers -- and this included a former soldier, Gonzálo Jiménez de Quesada in his polemic entitled *AntiGiovio*. Even Bernal Díaz del Castillo includes Giovio in his catalogue of those who exaggerate the violence that takes place in conquest. Giovio was also the author of the *Elogia*, which were character sketches of some of the 484 portraits that hung in his personal museum. The many portraits gave rise to a number of volumes of *Elogia* divided according to the types of persons depicted: warriors, men of letters, etc. Baeza translated a volume dedicated to the first group, and published it in Granada in 1568. Byrne points to a number of figures in this volume that are also praised in Cervantes' novel (Alexander, Charlemagne, Hernán Cortés, Preste Juan) – her hints at similarities call for an extensive analysis of painting, ekphrasis, and Cervantine allusion.

Gaspar Baeza was a lawyer who "rewrote the laws on debt and debtors" (p. 35) and published texts relevant to Cervantes. Indeed, Byrne shows that Baeza and his family had explicit ties to Miguel de Cervantes and to his father Rodrigo, and his uncle Andrés. Cervantes and Baeza also had many friends in common. Byrne goes on to show how questions of dowry in Baeza impinge upon Cervantes' work; and how his comments on the insane impinge on Don Quixote. Furthermore, Baeza gave his opinion on the laws of the land, arguing that the *Leyes de Toro* should be favored over Alfonso X's *Siete Partidas*. After that the *fueros* might be invoked and failing any determination, Roman common law played a part. Baeza tried to stem the confusion of the legal system. But, as Byrne asserts: "This confusion would continue throughout the sixteenth century by the end of which the Spanish legal system is in such a chaotic state that, much like Don Quixote, no one even bothers to abide by the laws" (p. 48). Byrne's volume illustrates how a number of episodes in Cervantes' novel can be read according to the confusing codes. Some laws prohibit the "breaking" of mills and the knight's assault on a windmill can recall "meanings ranging from to break, to persuade, to violate by force, and to rob

4

Confidential-- Attorneys' Eyes Only

on the road" (p. 53). Of course, Don Quixote is the one "broken" in this episode. In terms of the making of a knight, Susan Byrne singles out the *Siete Partidas* as the one that provides the structure of knighting which is followed and mocked in the novel. Invoking Baeza, there is a very informative and important section on laws on the insane. The characters' many opinions on Don Quixote's madness and their wavering on the matter reflect the shifting laws and shifting interpretations.

Our vision of Sancho and the adventures that surround him are also affected. Sancho does indeed represent the populace and his "frequent references to laws and their penalties" (p. 83) are very much part of daily life in early modern Spain, as newly published pragmatics were read in the towns most market days. Sancho knows what to say to shield himself from the law and he is careful to remove himself from witness lists. He also is aware of technical terms, utilizing the word *omecillo* in a legal manner. Of course, we remember his wisdom in the Isle of Barataria. In a particularly impressive section, Susan Byrne argues that the imagined geography really derives from *Baratarius* and the verb *baratar* which entail bribe-taking. While Sancho can shield himself from justice when necessary, he becomes an ideal figure when ordered to judge, standing in sharp contrast to many of the dealers in justice of his times. In a more comic tone, the governor of the isle is most upset when his *protomédico* places him on a diet. Byrne has uncovered that one such doctor under Philip II, Cristóbal Pérez de Herrera requested "dietary restrictions for the entire populace" which "would seem to be the model for Sancho's nemesis" (p. 90).

By the time readers begin to wonder if Byrne has forgotten the tantalizing descriptions of Paulo Giovio's works at the beginning of her book, they will be delighted to rediscover him in a fascinating discussion. Byrne compares the history of Cide Hamete with the description of Muley Hamet (whose father is named Zidhamet, an apocryphal figure) in Giovio's *Histories*. Recalling that Quesada had objected to Giovio's account as expressing a hatred for the Spanish empire Byrne explains: "Taking the complaints of his contemporaries about the unjust perspective of Italian historians, Cervantes proposes an original author / chronicler / historian who is an enemy and a liar, only to wryly insist on the truth of his story, just as Jiménez de Quesada insists on the truth of his version of events, versus that of Giovio" (p. 121). Byrne also shows how Cervantes uses of Giovio include: "painting with historical verisimilitude both the praise of the *elogium* and the vituperation of the criminal records of his fictitious characters" (p. 124). Of course, my own interest in ekphrasis would have made much more of this section – but this is not the main subject of her book, and her many insights on Giovio's *Elogia* should open up a new line of study.

*Etc.* is the title of the last entry before the conclusion. And there is indeed much more to be said about Cervantes and Giovio, Cervantes and Baeza, Cervantes and the law, Cervantes and the meanings of history; and much that can be pondered on the ekphrastic *elogia*, on new ways of writing histories, on Don Quixote as embodiment of the anxieties that bring about the *mos gallicus*. This is a dense and learned book, one that is constantly moving us from insight to curious anecdote to startling archival revelation. Susan Byrne's writing imitates *Don Quixote* in that an active reader must stretch his imagination, draw some of her own conclusions and always be alert to a challenge right around the next

5

Confidential-- Attorneys' Eyes Only                                                    BYRNE003625

bend. It holds learned and thoughtful intimations of how history and the law served to give rise to Cervantes' novel.

Susan Byrne's *Ficino in Spain* is a book that was waiting to be written. And Byrne is the ideal person to finally write such a book, given her previous work of the Hermetic tradition. Starting with the late nineteenth century there was a concerted effort to erase Ficino's profound impact on Spanish letters of the Renaissance and early modern periods. He was often substituted by León Hebreo, whose impact was much less and who "re-biblicized and de-philosophized" Marsilio Ficino's Platonism (p. 11). Ficino, on the other hand, used major doses of Neoplatonism and Hermeticism in his commentaries on Plato. Even though a few modern critics have begun to re-evaluate Ficino's impact, this enterprise was still weak and fragmented until the appearance of this ground-breaking book. To the charge that he was really not that well known in Spain, Susan Byrne, through impressive archival research, points to the many volumes of his works that were present in Spain during the period. She then goes to show how he was a major authority during the period.

One of Ficino's most controversial books, *De vita*, combines philosophy, theology, magic, medicine and astrology in order to come to terms with Ficino's own problem: the importance of Saturn in his horoscope and how this planet also exacerbates his situation due to the fact that it rules over people like him: students, scholars and philosophers. It is a dry and faraway planet that often brings disaster. But Ficino shows how to temper its malignity and bring out its great gifts. Byrne clearly shows how Pedro Mexía utilizes many of the elements from Ficino's *Vita* for his *Silva de varia lección*, a miscellany that became immensely popular, with over 100 editions in 200 years. Those that did not read Ficino directly, would learn here of the magic properties of stones and the curative powers of stones, substances and even talismans. Treatises by Gómez Miedez, Álvarez Miraval underline Ficino's accomplishments in the field of medicine; while his astrological disquisitions reached across the Atlantic (*De vita* and *Opera omnia* were on a ship bound for New Spain in 1600) and impacted the writings of Sor Juana Inés de la Cruz. Juan de Pineda and Bartolomé de las Casas are also names that come up repeatedly in Byrne's analysis of Ficino's impact, whether dealing with the meaning of ancient sacrifice or on demons and genies. As to the Platonic Idea, seen through Ficino, Byrne points to poets such as Francisco de Aldana and Garcilaso de la Vega. The uses of numerology, the existence of Atlantis and the importance of talismans precede a fascinating section on Ficino's views of love and beauty as echoed by Cervantes and Lope de Vega.

There is much more in Byrne's book that deserves attention and must be mentioned but briefly: Lope de Vega's sonnet on the three fires and its connection to Ficino; Sebastián Fox Morcillo's commentary on three of Plato's dialogues and how they parallel and veer away from Ficino; and Juan Eusebio Niremberg's assertion that the Jesuit order follow the four basic principles of Plato's Republic and the Laws: "Jesuit action has, as Ficino recommended, its beginning and end in contemplation" (p. 210). As ever new interdisciplinary exchanges keep stressing that imperial Spain did not turn away from the innovative currents of the Italian Renaissance, Susan Byrne's book on Ficino will serve

Confidential-- Attorneys' Eyes Only                                                    BYRNE003626

Case 3:17-cv-01104-VLB Document 80-25 Filed 05/15/19 Page 8 of 9

as new evidence of the many intellectual exchanges between Spain, Italy and the rest of Europe during the early modern period.

There is no question that the breadth and depth of Professor Byrne's research and publications have impacted her field of study, early modern Spanish literature and culture. Her work has shown the importance of magical, platonic and hermetic traditions in the thought and culture of the period; as well as the shifting and confusing concepts of the law and the importance of interpretations of history as reflected in treatises and literary texts. I would argue that her main contribution is the clear relation she establishes throughout her work between the major currents of thought in Italy and its uses in Spain. Far from being removed from the rest of Europe during the early modern period, Spanish culture is actively absorbing and reacting to many important strains of thinking that, being foregrounded in Italy, were spreading through Europe. Students of Ficino and Giovio cannot ignore Spain and consequently, cannot ignore Susan Byrne's work. The same can be said of those who study Renaissance Neoplatonism and the Hermetic tradition throughout Europe.

Professor Byrne's work can be compared to some of the leading scholars in the field. She favorably compares to Laura Bass at Brown University who is a truly admirable person and scholar. Bass's exciting book *The Drama of the Portrait: Theater and Visual Culture in Early Modern Spain* (2008) is the first to deal with portraiture in drama, thus highlighting the importance of the relations between the verbal and the visual in early modern Spain. It is an exquisitely written volume that is a major contribution to scholarship, but this is the only book that I know that she has written so far. Byrne is the author of three books, and at least the last two of them can be considered as important as Bass's book. Indeed, *Ficino in Spain* is bound to become a must-read by Renaissance scholars in many fields. Turning to Professor Elizabeth Wright, who I hold in great esteem, her first book, *Pilgrimage to Patronage: Lope de Vega and the Court of Philip III, 1598-1621* (2001) is a work that I frequently show to my graduate students as an ideal model of scholarship. It is clearly written and carefully researched. Each page provides new insights and new ways of looking at Lope de Vega and his period; at notions of patronage and at relations between a writer and his sovereign. The clear and fluid prose conceals the immense amount of work that it took to write it, while giving us the essence of her findings. Nor is the book filled with obscure language that would pretend to knowledge. Her straightforward style and her many discoveries make of this one of the best books in the field written in the past fifteen years. And yet, her work after this book, although commendable, has not surpassed this magnificent volume. Although most interesting, her co-edition of Spanish plays written in Nahuatl is no substitute for a book on the subject. And her co-edition of works about the battle of Lepanto is also useful, but it is not a monograph. It is hoped that her next book on Juan Latino will equal or surpass *Pilgrimage and Patronage*. While there is a steady progression in Susan Byrne's scholarship, with her third book being the best so far, no such progression can be found so far in Wright. Finally, I would also contend that Professor Byrne's work can be compared favorably with that of Professor Fuchs. Although a prolific writer, Professor Fuchs sometimes tends to repeat herself (I will admit that I am also guilty of this flaw) – as in the case of two excellent books, *Mimesis and Empire* and (2004) and *Exotic Nation*

7

Confidential-- Attorneys' Eyes Only                                                                    BYRNE003627

(2011). I look forward to reading her latest book *The Poetics of Piracy* (Penn Press 2013). Professor Fuchs has been more influential than Susan Byrne since the topics she chooses are always in sync with the literary trends of the moment. Byrne is more modest, but her work is extremely solid and groundbreaking; and she is admired by all serious scholars in the field. In a much shorter time than the above mentioned three scholars, Susan Byrne (PhD 2004) has been able to accomplish much more: Professor Bass's PhD is from 2000 Professor Wright's PhD is from 1998; and Professor Fuchs' degree is from 1997. Her importance in the field can also be gleaned from the many positions she holds in academic organizations: She is the representative for Spanish literature at the Renaissance Society of America; she is member of the Executive Council of the Cervantes Society of America; and she was elected this last year to the "Junta Directiva" (Executive Council) of Asociación Internacional Siglo de Oro, the main international organization devoted to the field of early modern Spain. This clearly signals that Byrne is recognized not only in this country but also abroad. As President of this organization I can attest to her impact on the group and her ability to work for the advancement of knowledge.

In conclusion, I believe that Professor Byrne's works clearly shows her as a most important and distinguished member of the profession and one of the very best individuals in her field not only in this country but internationally. Her colleagues fully understand her important contributions to Spanish literature of the Renaissance and early modern periods as viewed through the lenses of Italy: Ficino's translation of the *Corpus Hermeticum*, Paulo Giovio's *Histories* and *Elogia* and Ficino's immense impact on Spanish literature and thought. She is equally at home commenting on the poetry of Garcilaso as she is on Cervantes' Don Quijote; and she is always making new connections between different fields: literature, law, history, philosophy, astronomy/astrology etc. In assessing her work I believe that she indeed deserves tenure at Yale University.

Cordially,

Frederick A. de Armas
Andrew W. Mellon Distinguished Service Professor
Romance Languages and Comparative Literature

8

Confidential-- Attorneys' Eyes Only                                                    BYRNE003628