# Exhibit 163
# Filed Under Seal

# Exhibit 163

```
 1                   UNITED STATES DISTRICT COURT
                             for the
 2                    DISTRICT OF CONNECTICUT

 3     _____
       SUSAN BYRNE,                         )
 4                                          )
                       Plaintiff,    )CIVIL CASE NO.:
 5                                          )3:17-cv-01104-VLB
       v.                                   )
 6                                          )
       YALE UNIVERSITY,                     )
 7                                          )
                       Defendant,    )
 8     _____    )

 9

10

11        VIDEOTAPED DEPOSITION OF RALPH HOWARD BLOCH

12                       (Confidential)

13   DATE:            February 28, 2019

14   TIME:            10:13 a.m.

15   HELD AT:         Yale University Office
                      of General Counsel
16                    2 Whitney Avenue
                      6th Floor
17                    New Haven, Connecticut

18      By:           Sarah J. Miner, RPR, LSR #238
                      Huseby Global Litigation
19                    249 Pearl Street
                      Hartford, Connecticut
20

21

22

23

24

25
```

```
 1   you some questions today.

 2          And you understand that you are under oath?

 3       A. I do.

 4       Q. If you could just begin by telling us what

 5   your current position is at Yale.

 6       A. Yes.  Well, I am Sterling Professor of

 7   French, and also a member of the faculty of the

 8   humanities program.  And I am currently serving as a

 9   chair for the department of Spanish and Portuguese.

10       Q. When you say that you are a Sterling

11   Professor, could you just explain briefly what that

12   designation means?

13       A. Well, there are something like 27 professors

14   at Yale who have what is considered to be the highest

15   status of achievement.  You can look on Wikipedia.

16   They are there.  And it would embarrass me to say much

17   more, but it traditionally has been the highest level

18   of distinction in the faculty.

19       Q. And it would embarrass you because it is such

20   a high honor?

21       A. Yes.

22       Q. And do you --

23       A. I don't want to praise my own modesty.

24       Q. What year did you achieve that honor of

25   Sterling Professor?
```

SUSAN BYRNE vs YALE UNIVERSITY
Confidential                    Ralph Howard Bloch on 02/28/2019

```
 1        Q. And did you find at Yale what you were

 2   looking for?

 3        A. Yes.

 4        Q. And having been now at Yale for over 20

 5   years, have you served in any administrative roles?

 6        A. Well, I was for many years a member of the

 7   Appointments and Tenure Committee.  It is called the

 8   Humanities Appointments and Tenure Committee.  And I

 9   was chair of that committee for at least five years,

10   which is the committee above the departmental level

11   which passes on all promotions in the humanities, not

12   just in the languages, but in all the departments,

13   which there's 17 departments that are part of

14   humanities.

15        Q. Okay.  And you mentioned right at the

16   beginning that you are currently serving as department

17   chair of Spanish and Portuguese?

18        A. Yes.

19        Q. For how long have you served in that role?

20        A. This would be starting my third year.

21        Q. So were you the department chair when Sue

22   Byrne's tenure case was considered?

23        A. No.

24        Q. Were you a member of the department at that

25   time?
```

```
 1        A. No.

 2        Q. So you said that you served on the

 3   Appointments and Tenure Committee for the Humanities?

 4        A. (Witness nods head, yes.)  Uh-huh.

 5        Q. So we just want to make sure we got --

 6           MS. CHAVEY:  Did you get the answer?

 7           THE COURT REPORTER:  I got the nod yes.

 8   BY MS. CHAVEY:

 9        Q. Okay.  Was your answer yes?

10        A. To what?

11        Q. You said that you were a member of the

12   Appointments and Tenure --

13        A. Oh, yes.  Yes.

14        Q. -- Committee for the Humanities?

15        A. Yes.

16        Q. And can you just briefly describe what the

17   function of that committee is?

18        A. Well, that committee, which consists of a

19   number of people, usually I think seven or eight, from

20   different departments, receives the materials of a

21   candidate for promotion.  I should say that the

22   function has changed slightly now.  But at the time,

23   receives all the materials of a person who comes up

24   for tenure or for initial tenured employment.

25           Since there are two ways to go to tenure,
```

```
 1          A. That is right.

 2          Q. And do you recall at that time being invited

 3   to sit on a tenure departmental review committee?

 4          A. Yes, Sue Byrne's committee, yes.

 5          Q. At that time, did you know Sue Byrne?

 6          A. Yes, but not -- you know, not -- in passing.

 7   I mean, in these small departments and small groupings

 8   in fields like romance languages, you know everybody

 9   and we are in the same building.  You pass people.  I

10   knew her, but I -- not any more than, you know, in a

11   passing professional way.

12          Q. And did you agree to sit on that committee?

13          A. Yes.  Yes.

14          Q. Why did you agree?

15          A. Well, I agreed because I -- I care deeply

16   about the quality of the faculty at Yale.  I knew

17   something about her -- her field in the sense that I

18   had written a book on literature and law.  And I --

19   you know, I have also chaired Medieval studies.  I

20   forgot to mention that before.  And this -- this falls

21   broadly under the tent of Medieval, you know, late

22   Medieval, early Renaissance studies.  So I cared about

23   that field as well.

24          Q. So let me just take a step back and ask you

25   to give us a brief description of your field or fields
```

SUSAN BYRNE vs YALE UNIVERSITY
Confidential            Ralph Howard Bloch on 02/28/2019

```
 1   Tenure and Appointments Committee for the humanities

 2   division that has any negative letters?

 3        A. Yes.

 4        Q. And in your experience, does the existence of

 5   some negative external letters tend to doom the tenure

 6   case?

 7        A. No.  The --

 8        Q. Can you explain that, please?

 9        A. Yes.  There can be someone who writes a work

10   that is very controversial and that will for some

11   reason elicit a negative response.  And that can be a

12   positive thing because it shows that the person has

13   done something important and, as the phrase goes "has

14   moved some furniture in the room."

15        And the chair in such cases has always asked,

16   "How do you explain that negative letter?"  And there

17   are explanations, which -- and, you know, such and

18   such a person does a kind of work which makes him or

19   her allergic to the candidate's work.  And we knew

20   that when we sent the letters out.

21        Because these letters are -- one wants to try

22   to get a fair and representative assessment.  And one

23   doesn't necessarily want them all to be -- all to be

24   positive.  And it can be a case that -- that -- that

25   one sentence in a letter -- the presence of negative
```

```
 1    is 11:48.

 2            (Off-the-record discussion.)

 3            THE VIDEOGRAPHER:  We are back on the record.

 4    The time is 11:48.

 5    BY MS. HOWARD:

 6        Q. And what is your understanding of Professor

 7    Byrne's lawsuit?

 8        A. I understand that she is suing the university

 9    for denial of tenure.

10        Q. The appointments for a chair, those are

11    three-year appointments.  Correct?

12        A. There are some that are for five.  But since

13    I'm -- I was outside of the department and wasn't an

14    official member of the department, I was asked to come

15    in for three years and try and restore some stability

16    to the department and supervise the -- perhaps the

17    appointment of someone to lead the department to the

18    future.

19        Q. How did you understand the task that you just

20    described?

21        A. That is an interesting question.  I conceived

22    of it as restoring a kind of stability and trust among

23    colleagues and trying to find someone who might play

24    in a more permanent way that role.

25        Q. Have you found someone?
```

 1    then:  Will someone else other than Professor Velasco

 2    take on the chair duties when your term has lapsed?

 3         A. Well, my term lapses officially in January

 4    2020.  There is a question of who is going to do it

 5    that next spring, but he would be able to -- the

 6    assumption, I think, is that he would chair the

 7    department when I leave.

 8         Q. And who notified you that you would be

 9    chairing the Spanish and Portuguese department?

10         A. No one notified me.  They asked me if I would

11    be willing to do it.

12         Q. Who asked you?

13         A. Dean Amy Hungerford.

14            THE COURT REPORTER:  I'm sorry.  What was the

15    name?

16            THE WITNESS:  Dean Amy, A-M-Y, Hungerford,

17    H-U-N-G-E-R-F-O-R-D.

18    BY MS. HOWARD:

19         Q. And was this in a face-to-face conversation

20    with Dean Hungerford?

21         A. Yes.

22         Q. Tell me what you recall about this

23    conversation.

24         A. Well, she -- first of all, this is not an

25    unusual conversation when departments are in trouble.

```
 1   of the department better with the Spanish side of the

 2   program.

 3           There were certain ideas which involved

 4   opening the undergraduate major to a broader swath to

 5   -- of the university.  Let's see what else I can

 6   remember.  And, you know, so those are the things --

 7   the programmatic things that -- that come to mind,

 8   although I am sure there were others.

 9        Q. Were there nonprogrammatic ideas that you

10   adopted?

11        A. I think only -- only connected to the

12   questions of hiring.  I must also point out that I was

13   not brought in alone to chair the department.  The

14   dean also appointed a -- what she referred to as an

15   executive committee, which consisted of people outside

16   of the department who came from departments as diverse

17   as music, classics, art history and German.

18        Q. And what was the purpose of this executive

19   committee?

20        A. The purpose of the executive committee was to

21   bring some air into the room, that is to say to try

22   and get off-center debates between people that had

23   been going on for years and to -- to -- when -- to

24   make sure that when -- in questions where there were

25   votes, that one would have other perspectives than the
```

```
 1   five tenured members of the -- of the old department.

 2        Q. So what matters did the executive committee

 3   have the power to vote on?

 4        A. Appointments.  We formulated the, you know,

 5   job descriptions.  We -- I provided -- you asked what

 6   other things I did.  Now I recall that I -- I tried

 7   to do an assessment of the field at the time by

 8   providing reading material to -- reading material to

 9   the old and the new members of the department.  We had

10   for one session a consultant from Harvard.  Diana

11   Sorenson was her name.  She is a professor of Spanish

12   and had been dean at Harvard for a number of years.

13   To sort of explore where the new and exciting areas of

14   the field lay and where we might go in terms of the

15   department thinking about its future.

16        Q. So you -- the presentation that you just

17   had -- strike that.

18           The presentation that you just described,

19   were you concerned that the department had not -- was

20   not forward focused on new and exciting areas?

21           MS. CHAVEY:  Objection.

22           THE WITNESS:  Okay.

23   BY MS. HOWARD:

24        Q. So you described a presentation from an

25   individual from Harvard.  Correct?
```

```
 1   Spanish department or executive committee?

 2        A. Yes, I think there were when we discussed how

 3   to formulate our next -- the job slot post -- posting

 4   that Jesus Velasco ended up being the -- the prime

 5   candidate for.  And in doing that, we agreed that we

 6   would not -- we would not try and recruit from any

 7   particular field, but rather try and find the best

 8   mind to lead the department forward.  And went through

 9   the whole process of writing for outside letters, and

10   examining the dossier and then reading the scholarship

11   of maybe -- I think it was 21 or 23 people and

12   choosing six of those to come to campus.

13        Q. And this series of meetings you just

14   described, the people -- the individuals who were

15   present for that were the five members of the

16   department plus the executive committee members?

17        A. Yes.  I am not sure there were meetings, but

18   there was at least one to discuss these big questions.

19        Q. And other than being able to vote about

20   matters of appointment, were there any other areas

21   that the executive committee members could vote on?

22        A. Well, they -- they were fully able to vote on

23   any questions requiring a -- a vote.

24        Q. In terms of actual votes, perhaps that is a

25   better question.  Actual thing -- matters that the
```

Confidential

```
 1   executive committee voted on?

 2        A. Yes.  Graduate student admissions.  The --

 3   that is an important part of the departmental

 4   activity.  And -- and the structure and substance of

 5   the graduate program.  We made a number of changes to

 6   the graduate program.

 7        Q. And this executive committee, how many

 8   individuals are on this committee?

 9        A. Gosh, there -- the total is 13, so there must

10   be eight.  Eight executive members of the executive

11   committee.  No.  Six.  It must be six and seven

12   because there is one untenured member of the

13   department who is also a voting member of the

14   department on programmatic issues.  So there must be

15   seven members of the executive committee, yeah.

16        Q. And is there a time limit to the Executive

17   Committee existing?

18        A. Very vague.  I would have to discuss that

19   with the dean.  And it would really be up to the new

20   chair coming in on whether he wants that support or

21   not.

22        Q. So the executive committee will exist until

23   the new chair decides?

24        A. That is not my call, but my assumption would

25   be that it would.  You know, one of the mandates that
```

Confidential

```
 1   department in receivership when I went to Berkeley.

 2   Yeah, I would say mainly Berkeley.

 3        Q. And earlier you had testified that the sort

 4   of transition of bringing an outside person -- strike

 5   that.

 6        Earlier you testified that bringing someone

 7   from outside the department is not unusual when a

 8   department is in trouble.  Is that a fair description

 9   of --

10        A. Yes.

11        Q. And so in what ways were -- did you

12   understand the Spanish and Portuguese department to be

13   in trouble?

14        A. Well, I -- you know, there was tension

15   between faculty members.

16        Q. Were there any other ways?

17        A. They had a history of hiring people and not

18   promoting them.

19        Q. And any other ways?

20        A. Other ways were on the level of rumor.

21        Q. If you prefer, we can mark this portion

22   confidential -- portion of the transcript confidential

23   if you feel more comfortable testifying.

24        A. Okay.

25        Q. Sometimes people feel uncomfortable
```

Confidential

```
 1         A. Okay.  I am just saying that the fact I am

 2    not an expert in Spanish literature does not mean I

 3    can't appreciate and judge work in that field.

 4         Q. And other than the presentation from the

 5    professor at Harvard and you discussed sessions with

 6    the individual from MLA.

 7         A. Yes.

 8         Q. Prior to that time period, did you do

 9    anything to keep up with trends specifically in the

10    Spanish literature field?

11         A. Not specifically, although in my work on the

12    Humanities Advisory Committee, I -- I was aware of

13    things that touch Spanish topics.  I also was an

14    editor for a number of years -- one of the editors of

15    a journal called Representations, which was an

16    interdisciplinary journal and I saw the work that came

17    in there.

18            I sat on the board of the -- what was known

19    as the PMLA, the Publications of the Modern Language

20    Association, and I saw the articles that came to that

21    journal.  So, you know, over the years, tangentially,

22    I saw what -- work being done in the field of Spanish

23    literature.

24         Q. The Humanities Advisory Committee, when were

25    you on that committee?
```

```
 1                  C E R T I F I C A T E

 2          I hereby certify that I am a Notary Public, in

 3     and for the State of Connecticut, duly commissioned

 4     and qualified to administer oaths.

 5          I further certify that the deponent named in the

 6     foregoing deposition was by me duly sworn and

 7     thereupon testified as appears in the foregoing

 8     deposition; that said deposition was taken by me

 9     stenographically in the presence of counsel and

10     reduced to typewriting under my direction, and the

11     foregoing is a true and accurate transcript of the

12     testimony.

13          I further certify that I am neither of counsel

14     nor related to either of the parties to said suit, nor

15     of either counsel in said suit, nor am I interested in

16     the outcome of said cause.

17          Witness my hand and seal as Notary Public the 5th

18     day of March, 2019.

19

20

21     _____

22     Notary Public

23     My Commission Expires:

24     November 30, 2022

25
```