# Exhibit 1

# TABLE OF CONTENTS

**Exhibits:**

1. Table of contents
2. Faculty Handbook July 1, 2014 BYRNE 12-184
3. FAS Ladder Faculty Promotion Handbook December 2015 BYRNE17171-17205
4. May 7, 2015 Memo on Spanish Department BYRNE3147-3157 CONFIDENTIAL – Filed Under Seal
5. February 15, 2016 letter to S. Byrne from N. Valis BYRNE17229
6. November 17, 2015 email S. Spangler to BLANK re: Title IX – Spanish Dept BYRNE18817-18818 CONFIDENTIAL – Filed Under Seal
7. Climate Review Report BYRNE3064-3111 CONFIDENTIAL – Filed Under Seal
8. April 28, 2015 email I. Danilowitz to S. Byrne re: Fw: Departmental Climate Review P245-247.
9. April 11, 2016 email M. Berkman to D. Post, A. Menon, S. Sawyer re: Confidential re: current investigation, attach UWC Complaint – summary allegations BYRNE17577-17581 CONFIDENTIAL – Filed Under Seal
10. April 2, 2015 email exchange J. Cabranes to N. Valis cc: K. Stith, R. Gonzalez-Echevarria, R. Adorno re: It occurs to me BYRNE3813-3814
11. July 27, 2015 emails A. Hungerford to T. Gendler, J. Dovidio re: Susan Byrne preliminary materials and deadlines BYRNE11055-11056
12. February 8, 2015 email A. Hungerford to K. Lofton re: FASTAP BYRNE6129-6131
13. April 1, 2016 letter to R. Adorno from S. Byrne P2107-2108
14. August 13, 2015 email N. Valis to S. Byrne cc: A. Hungerford, J. Dovidio re: tenure dossier P142-143
15. July 24, 2015 email exchange N. Valis to T. Gendler, S. Byrne, cc: A. Hungerford, J. Dovidio, R. Adorno re: Byrne Review P149
16. April 16, 2015 email R. Adorno to S. Byrne re: Materials submitted P154

17. April 13, 2015 emails J. Mangan to S. Byrne cc: T. Gendler re: FW: In response to your recent letter P156-157

18. April 2, 2015 emails S. Byrne to J. Mangan cc: T. Gendler re: In response to your recent letter P159

19. March 4, 2015 email exchange R. Adorno, S. Byrne re: dates for tenure review P165

20. February 27, 2015 email exchange J. Dovidio, S. Byrne cc: P. Bosward re: question about tenure review dates P166-168

21. December 15, 2015 email S. Byrne to J. Dovidio re: date check P239

22. December 17, 2015 email exchange J. Dovidio, S. Byrne re: date check P77-78

23. March 8, 2016 Appeal letter S. Byrne to B. Polak BYRNE422-435

24. S. Byrne Curriculum Vitae August 2015 P5110-5123

25. National Search P2046

26. S. Byrne interview schedule P2072

27. S. Byrne list of all research P5132-5140

28. February 19, 2008 offer letter to S. Byrne from R. Gonzalez Echevarria P710-711

29. May 24, 2011 S. Byrne Reappointment notice

30. February 19, 2009 letter to S. Byrne from R. Levin and M. Rose Menocal P3928-3930

31. March 26, 2010 letter to S. Byrne from E. Bakemeier re: Morse Fellowship P3931

32. S. Byrne grants P4643-4645

33. October 17, 2011 appointment letter to S. Byrne from I. Shapiro P4652

34. September 8, 2010 email R. Adorno to S. Byrne re: Byrne activities for 2010 meeting P286-287

35. September 9, 2012 emails S. Byrne, R. Adorno re: byrne activities…2011-12 BYRNE13217-13218

36. October 12, 2012 email R. Adorno to S. Byrne re: Brilliant presentation yesterday! BYRNE2557

37. September 5, 2013 emails R. Adorno S. Byrne re: Our departmental… P284-285
38. October 5, 2014 letter of recommendation for S. Byrne from R. Adorno BYRNE4807-4808
39. October 12, 2014 email R. Gonzalez Echevarria to R. Adorno re: Sue attach Letter of Recommendation for Susan Byrne BYRNE5104-5106
40. May 10, 2013 email R. Adorno to S. Byrne re: Associate Professor Susan Byrne P181-182
41. May 21, 2013 S. Byrne Promotion notice P2105
42. May 24, 2011 S. Byrne Reappointment notice P2100
43. June 20, 2016 Confidential UWC Panel Report to Provost BYRNE17319-17327 CONFIDENTIAL – Filed Under Seal
44. June 15, 2016 Confidential letter to Professor Michael Della Rocca, from R. Gonzalez Echevarria BYRNE18097 CONFIDENTIAL – Filed Under Seal
45. December 3, 2015 handwritten notes BYRNE18786-18789 CONFIDENTIAL – Filed Under Seal
46. June 7, 2016 letter to Members of the Panel from A. Menon enclosing Fact-Finder's Report and Exhibits BYRNE17328-17459 CONFIDENTIAL – Filed Under Seal
47. March 6, 2015 Anonymous letter P1285-1287
48. March 25, 2015 Yale Daily News article *Spanish Department under review following anonymous allegations* P908-911
49. March 7, 2016 email M. Berkman to J. Killheffer, S. Spangler re: UWC investigation BYRNE18821-18822 CONFIDENTIAL – Filed Under Seal
50. March 8, 2015 emails N. Valis, R. Adorno re: Entrega del capitulo BYRNE12539-12540
51. March 22, 2015 email N. Valis to R. Adorno re: A gun that smokes BYRNE3839
52. March 22, 2015 emails R. Adorno, N. Valis re: Fwd: Wednesday's meeting BYRNE3893-3901
53. Yale University Department of Spanish and Portuguese May 12, 2015 Memorandum of pertinent departmental events for the years 2013,

2014 and 2015 BYRNE15801-15820 CONFIDENTIAL – Filed Under Seal

54. April 1, 2015 emails J. Cabranes, K. Stith re: SB demand for RA & RGE recusals on tenure consideration attach Byrne demand for RA RGE recusals BYRNE12413-12415

55. April 19, 2015 email R. Adorno to K. Stith cc: J. Cabranes, N. Valis, R. Gonzalez Echevarria BYRNE12528-12530

56. April 14, 2015 emails J. Cabranes, K. Stith, N. Valis, R. Gonzalez Echevarria, R. Adorno re: Departmental committee for Byrne tenure review BYRNE12710-12713

57. April 26, 2015 email K. Stith to R. Adorno cc: J. Cabranes re: Susan Byrne preliminary materials and recommendations for dept review committee BYRNE5344-5348

58. April 24, 2015 emails R. Adorno, K. Stith re: Divisiveness among many or the malice of a few? BYRNE12549-12551

59. April 19, 2015 email R. Adorno to K. Stith, J. Cabranes, N. Valis, R. Gonzalez Echevarria re: Three topics: No. 3 here: A turn for the worse attach Memorandum of 04 16 15 ladder faculty meet & follow ups BYRNE4619-4622

60. April 16, 2015 emails N. Valis, R. Adorno re: Sue letter BYRNE4468-4469

61. May 6, 2015 emails K. Stith, R. Adorno re: The daffodils bloomed on Monday!* BYRNE12547

62. April 16, 2015 emails N. Valis, R. Adorno re: Sue letter BYRNE7456-7457

63. July 16, 2015 emails K. Stith R. Adorno re: two matters BYRNE4838-4839

64. July 26, 2015 email R. Adorno to K. Stith re: Resending just in case attach On Kevin Poole and my other long-term relationships BYRNE6991-6997

65. April 7, 2015 emails R. Adorno, B. Dragiyski re: En route to Wash DC BYRNE7042

66. April 13, 2015 emails D. Delbanco, R. Adorno re: small world; I just didn't realize it BYRNE7448-7450

67. July 22, 2015 emails R. Gonzalez Echevarria, A. Birkenmaier re: Gracias por los libros! BYRNE7611-7612
68. December 11, 2015 email R. Adorno to N. Valis re: Latest version notes attach Notes for December 13 meeting BYRNE3815-3818
69. December 15, 2015 emails R. Adorno, N. Valis re: Vintage Cocktail Books: A Recipe for Collecting BYRNE6800-6801
70. May 22, 2016 email M. Berkman to D. Post, A. Menon, S. Sawyer re: Confidential Echevarria draft report attach UWC Echevarria report draft 5-22-16 BYRNE17611-17663 CONFIDENTIAL – Filed Under Seal
71. July 16, 2016 email B. Polak to M. Della cc: S. Sawyer, A. Menon re: Confidential UWC case BYRNE18150 CONFIDENTIAL – Filed Under Seal
72. Notes from RA's meeting with Tenure Appeal Review Committee, Thursday June 2, 2016 BYRNE476-479
73. February 2016 emails R. Adorno, K. Stith, N. Valis, J. Cabranes concerning IP addresses BYRNE4403-4410
74. April 28, 2015 email I. Danilowitz to S. Byrne re: FW: Departmental Climate Review P245-256
75. Handwritten notes BYRNE17206-17227
76. April 8, 2015 email K. Stith to R. Adorno cc: J. Cabranes re: Review of academic and employment decisions BYRNE3935-3937
77. July 12, 2015 memo R. Adorno to B. Goren, J. Thomas re: Climate Review – Summary of the facts BYRNE16556-16566 CONFIDENTIAL – Filed Under Seal
78. April 30, 2015 emails R. Adorno, K. Stith, J. Cabranes, R. Gonzalez Echevarria, N. Valis re: Progress report BYRNE12153-12154
79. May 6, 2015 emails R. Adorno, K. Stith re: Business at hand BYRNE4827-4828
80. Draft Conclusion section BYRNE17115-17118
81. Draft letter to Provost B. Polak with K. Stith comments BYRNE17112-17114 CONFIDENTIAL – Filed Under Seal
82. December 13, 2015 emails J. Cabranes, N. Valis, K. Stith, R. Adorno re: Might I have a brief moment with you? Attach Further KS JAC revision BYRNE3819-3825

83. November 12, 2015 email J. Thomas to S. Byrne re: Follow Up P5697
84. December 1, 2015 Susan Byrne Handwritten notes BYRNE18763-18766 CONFIDENTIAL – Filed Under Seal
85. July 19, 2015 email M. Della Rocca to B. Polak cc: S. Sawyer, A. Menon, D. Post, A. Swersey, J. Resnick, M. Solomon, M. Addington, re: Confidential uwc case BYRNE18151-18152 CONFIDENTIAL – Filed Under Seal
86. July 29, 2016 letter to R. Gonzalez Echevarria from B. Polak BYRNE17317-17318 CONFIDENTIAL – Filed Under Seal
87. March 30, 2015 email R. Adorno to S. Byrne cc: FAS Dean, J. Mangan re: Letter soliciting materials for tenure review attach letter BYRNE19245-19249
88. April 8, 2015 email E. Bakemeier to A. Hungerford re: FW: Letter from Sue Byrne to Rolena attach letter BYRNE12923-12925
89. April 2, 2015 email L. Ficano to B. Polak cc: M. Barnett re: FW: Review of academic and employment decisions BYRNE9582
90. April 3, 2015 email J. Dovidio to J. Mangan re: In response to your recent letter BYRNE9435-9436
91. April 2, 2015 email J. Mangan to K. Vanderlick, L. Suttle, J. Holloway, L. Cooley, J. Dovidio, R. Burger cc: T. Gendler, A. Macdonald, E. Bakemeier, S. Girvin re: Note to Sue Byrne BYRNE12926
92. April 2015 emails R. Adoro, S. Byrne, J. Mangan, FAS Dean concerning submission of tenure materials P155-157
93. April 15, 2015 email A. Hungerford to T. Gendler, J. Dovidio, J. Mangan, E. Bakemeier re: Confidential: In response to your recent letter BYRNE12910-12911
94. July 6, 2015 email A. Hungerford to T. Gendler, E. Bakemeier, cc: J. Dovidio re: SPORT review status and Byrne case BYRNE7650-7651
95. June 29, 2015 email T. Gendler to A. Hungerford, B. Polak, M. Barnett, S. Spangler cc: E. Bakemeier, J. Dovidio re: SPORT review status and Byrne case BYRNE7978
96. July 6, 2015 email J. Dovidio to A. Hungerford cc: T. Gendler, E. Bakemeier re: SPORT review status and Byrne case BYRNE12928

97. August 13, 2015 email J. Dovidio to S. Byrne cc: T. Gendler, A. Hungerford re: Response to your questions about the tenure procedures P141

98. November 11, 2015 email T. Gendler to S. Byrne re: update P86

99. July 24, 2015 email T. Gendler to N. Valis, S. Byrne cc: A. Hungerford, J. Dovidio, R. Adorno re: Byrne Review BYRNE9769

100. July 22, 2015 email K. Stith to R. Adorno re: Thinking BYRNE5530

101. April 2015 emails re: Departmental Committee for Byrne tenure review BYRNE6895-6897

102. April 16, 2015 emails A. Hungerford, R. Adorno, J. Dovidio re: Susan Byrne preliminary materials and recommendations for dept review committee BYRNE7654

103. July 28, 2015 emails A. Hungerford, T. Gendler re: change in second outside committee member BYRNE12904-12905

104. January 7, 2016 emails N. Valis, D. Neelans, R. Adorno re: Interfolio BYRNE3746-3747 CONFIDENTIAL – Filed Under Seal

105. November 2015 emails A. Hungerford, T. Gendler, J. Dovidio, R. Adorno re: Byrne Review BYRNE6178-6179

106. January 19, 2016 email T. Gendler to S. Byrne cc: J. Mangan, J. Dovidio re: update to recusal request P42-43

107. December 15, 2015 emails S. Byrne, J. Dovidio re: date check P80

108. April 26, 2015 email R. Adorno to K. Stith cc: J. Cabranes re: Susan Byrne preliminary materials and recommendations for dept review committee BYRNE12626

109. March 2, 2016 Appeal letter S. Byrne to B. Polak BYRNE406-421

110. Yale Faculty of Arts and Sciences Steps for promotion to Associate Professor (or Professor) with Tenure BYRNE12566-12576

111. February 2, 1015 Notes by N. Valis Internal Review Committee, Sue Byrne Tenure Promotion BYRNE374-376

112. May 6, 2016 email R. Adorno to C. Smith cc: K. Zarra re: Confidential – Materials Requested BYRNE8966-8967

113. Tenure Review February 2016 Summary Internal Review Committee for Sue Byrne Tenure Case BYRNE9022-9025 CONFIDENTIAL – Filed Under Seal

114. S. Byrne tenure documents BYRNE19287-19293 CONFIDENTIAL – Filed Under Seal

115. April 7, 2013 external review letter for S. Byrne, Bruce Burningham to R. Adorno BYRNE3573-3576 CONFIDENTIAL – Filed Under Seal

116. December 15, 2015 external review letter for S. Byrne , Bruce Burningham to N. Valis BYRNE3629-3633 CONFIDENTIAL – Filed Under Seal

117. Notes from tenure deliberations and vote meeting: Susan Byrne February 9, 2016 BYRNE9059-9061 CONFIDENTIAL – Filed Under Seal

118. February 28. 2013 external review letter for S. Byrne, Frederick A. de Armas to R. Adorno BYRNE3568-3572 CONFIDENTIAL – Filed Under Seal

119. August 28, 2015 external review letter for S. Byrne, Frederick A. de Armas to N. Valis BYRNE3621-3628 CONFIDENTIAL – Filed Under Seal

120. Page 23 of Faculty Handbook – III Faculty Ranks, Appointments, and Policies: University – Wide BYRNE217

121. April 14, 2016 Letters to R. Adorno, R. Gonzalez Echevarria, T. Gendler, N. Valis from C. Smith re: B. Polak decision appoint Review Committee review S. Byrne complaint BYRNE9674-9677

122. N. Valis Notes on May 24, 2016 Meeting with SB Tenure Review Panel BYRNE483-487

123. July 25, 2016 letter to B. Polak from members of the Review Committee attach report BYRNE446-451

124. July 25, 2016 letter to B. Polak from members of the Review Committee attach report P633-638

125. August 23, 2016 letter to S. Byrne from B. Polak re: decision of complaint and report of Review Committee P709

126. July 29, 2016 email A. Menon to R. Gonzalez Echevarria cc: T. Gendler, B. Polak, D. Post, S. Spangler, K. Stith, M. Addington, M. Della Rocca, J. Resnik, M. Solomon, A. Swersey re: Confidential

UWC attach Notice of Decision – Echevarria BYRNE18153-18157 CONFIDENTIAL – Filed Under Seal

127. August 2, 2016 email R. Gonzalez Echevarria to A. Menon, cc: K. Stith re: Appeal BYRNE18174 CONFIDENTIAL – Filed Under Seal

128. August 24, 2016 email A. Menon to K. Stith, cc: R. Gonzalez Echevarria, D. Post re: FW: Confidential and Personal Communication attach Echevarria Gonzalez 08.22.16 BYRNE18214-18217 CONFIDENTIAL – Filed Under Seal

129. August 30, 2016 letter to R. Gonzalez Echevarria from B. Polak re: decision suspend BYRNE18461 CONFIDENTIAL – Filed Under Seal

130. January 4, 2017 letter to R. Gonzalez Echevarria from B. Polak re: met training requirements BYRNE18382 CONFIDENTIAL – Filed Under Seal

131. September 14, 2016 email A. Hungerford to Department Community re: Important department update: Spanish and Portuguese P5886-5887

132. February 19, 2016 email D. Post to M. Berkman cc: I. Danilowitz, A. Menon re: UWC Fact Finder BYRNE17481 CONFIDENTIAL – Filed Under Seal

133. August 26, 2010 letter R. Adorno to S. Byrne re: third year review P2729

134. September 12, 2013 email R. Adorno to E. Bakemeier, M. Miller re: A crunch in Span/Port 2014-15 BYRNE10717

135. October 22, 2014 email J. Mangan to M. Miller re: FW: Associate Professor Leave of Absence for Sue Byrne, AY 2014 BYRNE16845

136. September 30, 2013 email R. Adorno to M. Miller re: Resending report on BYRNE APL proposal BYRNE12860-12861

137. Draft letter K. Stith to Alex re: ongoing violation of rights BYRNE17059-17065

138. March 9, 2016 emails S. Byrne, M. Berkman re: Confidential UWC investigation P5776-5777

139. June 1, 2015 Memo R. Adorno to B. Goren, J. Thomas re: Byrne accusation of Adorno RE source of anonymous letter BYRNE15789-15794

140. December 18, 2015 emails K. Stith, N. Valis re: Phone call? BYRNE12703

141. S. Byrne Non-Tenure Department Case Summary BYRNE3397-3417 CONFIDENTIAL – Filed Under Seal

142. May 2015 emails R. Adorno, R. Harrison re: Monday BYRNE6829-6830

143. April 2, 2015 email J. Mangan to S. Byrne cc: T. Gendler re: In response to your recent letter P1173

144. A. Wright Expert Report

145. July 24, 2015 emails S. Byrne, T. Gendler, J. Dovidio, J. Mangan, A. Hungerford, re: response to your letter P1367-1368

146. July 17, 2016 email M. Della Rocca to Panel Members BYRNE18525-18526 CONFIDENTIAL – Filed Under Seal

147. Draft 12/14/15 Outline Ladder Faculty BYRNE18948-18951

148. R. Adorno Deposition Transcript Excerpts

149. S. Byrne Deposition Transcript Excerpts

150. N. Valis Deposition Transcript Excerpts

151. R. Gonzalez Echevarria Deposition Transcript Excerpts

152. T. Gendler Deposition Transcript Excerpts

153. S. Spangler Deposition Transcript Excerpts

154. K. D. Jackson Deposition Transcript Excerpts

155. K. Stith Deposition Transcript Excerpts

156. B. Polak Deposition Transcript Excerpts

157. A. Hungerford Deposition Transcript Excerpts

158. A. Gonzalez Perez Deposition Transcript Excerpts

159. 30(b)(6) Deposition Transcript Excerpts

160. G. Mazzotta Deposition Transcript Excerpts

161. J. Thomas Deposition Transcript Excerpts

162. J. Thomas Deposition Transcript Excerpts CONFIDENTIAL – Filed Under Seal

163. H. Bloch Deposition Transcript Excerpts CONFIDENTIAL – Filed Under Seal

**164.**     30(b)(6) November 2018 Deposition Transcript Excerpts

**165.**     April 15, 2013 letter to S. Byrne from R. Adorno re: request materials BYRNE6209