# Exhibit 5

# Yale *Department of Spanish & Portuguese*

PO Box 208204
New Haven, CT 06520-8204
T 203 432-1151
F 203 432-1178

Courier
82-90 Wall Street
New Haven CT 06511

February 15, 2016

Professor Susan Byrne
Department of Spanish and Portuguese
82-90 Wall Street
Yale University
New Haven, CT 06520

Dear Sue:

    I write to let you know that on Tuesday, February 9th, 2016, the senior faculty of the Department of Spanish and Portuguese met to discuss and to vote on your tenure review, in which you were being considered for promotion from Associate Professor on term to Associate Professor with tenure. Also in attendance were FAS Dean of Academic Affairs John Dovidio and the non-voting members of the Internal Review Committee, Howard Bloch and Giuseppe Mazzotta, who were present throughout the deliberations.

    I regret to inform you that the vote was unfavorable. Your service at Yale and in the profession and your teaching were lauded, but, in the area of scholarship, there were concerns over the quality of the scholarship. In making its decision, the senior faculty fully considered the findings of the Internal Review Committee and those of the external evaluators. The primary reservation was that the scholarship, while productive, did not meet the standards or the criteria for promotion to tenure at Yale University, as outlined in the Report of the Faculty of Arts and Sciences Tenure and Appointments Policy (FASTAP) Committee of 5 February 2007.

Sincerely,

*Noël Valis*
Noël Valis
Professor of Spanish
Chair, Promotion Review Committee

cc. Tamar Gendler, Dean of the Faculty of Arts and Sciences
    John Dovidio, FAS Dean of Academic Affairs
    Rolena Adorno, Chair, Department of Spanish and Portuguese