# Exhibit 8

| | |
|---|---|
| **Subject:** | FW: Departmental Climate Review |
| **Date:** | Tuesday, April 28, 2015 at 1:16:10 PM Pacific Daylight Time |
| **From:** | Danilowitz, Ilana <lani.danilowitz@yale.edu> |
| **To:** | Susan Byrne <susan.byrne@yale.edu> |

Dear Susan,

I am writing to reconfirm your meeting with Barbara Goren and Jamaal Thomas for Monday, May 4 at 2:00 p.m.

Please note that there has been a change in the room number. The meeting will now be held in room 310 but still at 221 Whitney.

Many thanks,
Lani

*Lani Danilowitz / Project Coordinator, UWC /Office of the Provost*
*1 Hillhouse Avenue/New Haven, CT. 06511/203.432.4449*
*Lani.danilowitz@yale.edu*

---

**From:** Susan Byrne [mailto:susan.byrne@yale.edu]
**Sent:** Tuesday, April 14, 2015 5:36 PM
**To:** Danilowitz, Ilana
**Subject:** Re: Departmental Climate Review

Got it, and thanks! I'll be there-
Sue

---

**From:** "Danilowitz, Ilana" <lani.danilowitz@yale.edu>
**Date:** Tuesday, April 14, 2015 4:00 PM
**To:** Susan Byrne <susan.byrne@yale.edu>
**Subject:** RE: Departmental Climate Review

Dear Sue,

How about May 4 at 2:00 p.m.? The meeting will be held in room 410 at 221 Whitney Avenue.

Many thanks,
Lani

*Lani Danilowitz / Project Coordinator, UWC /Office of the Provost*
*1 Hillhouse Avenue/New Haven, CT. 06511/203.432.4449*
*Lani.danilowitz@yale.edu*

---

**From:** Susan Byrne [mailto:susan.byrne@yale.edu]
**Sent:** Tuesday, April 14, 2015 3:35 PM
**To:** Danilowitz, Ilana
**Subject:** Re: Departmental Climate Review

Dear Lani,
Either May 4 or May 5 will be fine, and it can be at any time on either of those days. If the afternoon of the 4th works, that is great. If not, pick a time, any time, and let me know!
Sue

---

**From:** "Danilowitz, Ilana" <lani.danilowitz@yale.edu>
**Date:** Tuesday, April 14, 2015 3:28 PM
**To:** Susan Byrne <susan.byrne@yale.edu>
**Subject:** RE: Departmental Climate Review

Dear professor Byrne,

My apologies, I must not have seen your response.  Unfortunately, we had to switch some dates around and will now need to extend the interview dates to early May.

Kindly let me know when you would be available to meet on either May 4 or 5.  I will wait for your reply before I schedule anyone else.

Thank you and my regrets for any inconvenience.

Lani

*Lani Danilowitz / Project Coordinator, UWC /Office of the Provost*
*1 Hillhouse Avenue/New Haven, CT. 06511/203.432.4449*
*Lani.danilowitz@yale.edu*

---

**From:** Susan Byrne [mailto:susan.byrne@yale.edu]
**Sent:** Tuesday, April 14, 2015 3:18 PM
**To:** Danilowitz, Ilana
**Subject:** Re: Departmental Climate Review

Dear Ilana,
I responded to your message below last week or so, and I offered the afternoon of April 22, but I haven't heard anything back about a specific time. Has that day's schedule been set yet? If so, can you please let me know when and where to show up? Thank you!
Yours,
Sue

---

**From:** "Danilowitz, Ilana" <lani.danilowitz@yale.edu>
**Date:** Tuesday, March 31, 2015 5:19 PM
**Subject:** Departmental Climate Review

I am following up on the e-mail you received this past Friday regarding confidential interviews with Barbara Goren and Jamaal Thomas.

Kindly note that they have set up the following days and times:

April 10, 8:30 - 2:30 p.m.
April 21, 22, 13 and 24 - 8:30 - 5:00

April 27 (only after 10 am)
April 28, 29, 30 (8:30 - 5:00)
May 1

The location for these interviews will be held at either HGS or at 221 Whitney Avenue.

Sincerely,
Ilana (Lani) Danilowitz

*Lani Danilowitz / Project Coordinator, UWC /Office of the Provost*
*1 Hillhouse Avenue/New Haven, CT. 06511/203.432.4449*
[Lani.danilowitz@yale.edu](mailto:Lani.danilowitz@yale.edu)