# Exhibit 14

**Subject:** Re: tenure dossier
**Date:** Thursday, August 13, 2015 at 12:44:04 PM Pacific Daylight Time
**From:** Valis, Noel <noel.valis@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** Hungerford, Amy <amy.hungerford@yale.edu>, John.Dovidio@yale.edu <John.Dovidio@yale.edu>

Great, Sue.

Let's meet tomorrow, Friday, at 3:00 pm.

Until then,
Noël

On 8/13/2015 12:38 PM, Susan Byrne wrote:

> Dear Noël,
> Thank you for the message, and for the assurance on shredding [!].
>
> Tomorrow (Friday) will be perfect: 2 p.m.? 3 p.m.? If another time is more convenient for you, just let me know, I can be available at any point during the day.
>
> Looking forward to it, and with much appreciation, yours,
> Sue
>
> ---
>
> **From:** "Valis, Noel" <noel.valis@yale.edu>
> **Date:** Thursday, August 13, 2015 at 12:20 PM
> **To:** Susan Byrne <susan.byrne@yale.edu>
> **Cc:** "Hungerford, Amy" <amy.hungerford@yale.edu>, "John.Dovidio@yale.edu" <John.Dovidio@yale.edu>
> **Subject:** Re: tenure dossier
>
> Dear Sue,
>
> Many thanks for letting us know that your tenure dossier is ready. I will take delivery of it, at your convenience. Tomorrow (Friday, 14 August) or Monday, the 17th, would be fine.
>
> Be assured we will not shred the materials you have submitted, which will be returned to you afterward. Thank you for doing the scanning; that's a big job that usually the department administrators have to do, and it was kind of you to have it all ready for them.
>
> We are unable to comment on your recusal request at this time. Jack Dovidio will reply separately regarding your request and the committee membership.
>
> Thank you for being so prompt in the preparation of the dossier.
>
> Best,
> Noël

On 8/12/2015 1:11 PM, Susan Byrne wrote:

> Dear Noël and Amy,
> My tenure dossier is ready and I can meet whenever it might be convenient for you to take delivery of it. I have not yet received a determination on my recusal request, filed just over four months ago, and I understand that it has been linked to the ongoing departmental climate review. I look forward to hearing from you about the formation and membership of my promotion review committee.
>
> The dossier comprises three binders in total, with physical copies of all items. I have written "please RETURN..." on the spine of each binder so that they and their contents will be returned to me, rather than shredded, after the review.
>
> The submission instructions speak about electronic access and copies to be uploaded to a secure website, so I have also included a CD with scanned copies of everything in the dossier, with the exception of my three books. I have physical copies of those books for external reviewers, and am ready to bring you as many as are needed.
>
> The CD (currently in the inside front pocket of Binder 1) has one file folder titled Susan Byrne tenure dossier. Inside that folder are three subfolders titled, respectively, Binder 1: Publications; Binder 2: Awards, Invited Talks, Conferences; Binder 3: Teaching and Service. Alongside those is a PDF document titled Research Selections for the university TAP committee, which contains the approximately 100 pages requested for that purpose. Also for that committee, my second book is available as an ebook through SML, and the third is on order in both paper and ebook formats.
>
> Please let me know if anything more is needed, or would be helpful.
>
> Yours truly,
> Sue
>
> Susan Byrne
> Associate Professor of Spanish and Renaissance Studies
> Department of Spanish and Portuguese
> Yale University