# Exhibit 16

**Subject:** Materials submitted
**Date:** Thursday, April 16, 2015 at 1:40:49 PM Pacific Daylight Time
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>

Good afternoon, Sue.

As I mentioned to you, I have dispatched the materials you submitted to me on April 14 (your cv, research summary, and suggestions for external reviewers) to our FAS Division of Humanities Director, Professor Amy Hungerford, as directed. Amy has acknowledged receipt.

Thank you, as well, for the paper copies of those pieces.

Many regards,

Rolena