# Exhibit 17

**Subject:** FW: In response to your recent letter
**Date:** Monday, April 13, 2015 at 4:09:01 PM Pacific Daylight Time
**From:** Mangan, John <john.mangan@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** Gendler, Tamar <tamar.gendler@yale.edu>

Dear Sue,

I wanted to follow up on one important item related to the note below. Even though the appointment of your review committee will be delayed as described in Tamar's message, we wanted to make sure that you are planning to submit your preliminary materials to the department by the April 15, 2015 deadline.

Please confirm that this is your plan.

Best,

John

---

**From:** Mangan, John
**Sent:** Thursday, April 02, 2015 6:03 PM
**To:** 'Susan Byrne'
**Cc:** Gendler, Tamar
**Subject:** In response to your recent letter

Dear Sue,

Please see below the note from Tamar Gendler.

-JRM

*******************

Dear Sue,

I write to acknowledge receipt of your letter of April 1, 2015 to Rolena Adorno requesting that she and Roberto González Echevarría recuse themselves from your tenure review. The FAS Dean's Office will not make any final decisions about the composition of the review committee or the eligibility of other departmental faculty to participate in the process until the climate review that is currently underway in Spanish and Portuguese is completed. At that time, we will be in a better position to address the concerns you have raised.

Best regards,

Tamar

_____

Tamar Szabó Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy

INITIAL DISCOVERY PROTOCOLS

Professor of Psychology and Cognitive Science