# Exhibit 19

**Subject:** Re: dates for tenure review
**Date:** Wednesday, March 4, 2015 at 7:45:05 AM Pacific Standard Time
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>

Dear Sue,

Thanks for sharing the original, 2014-15 calendar. Barring any further instructions from the FAS Dean's Office to the contrary (please let me know, if so), the department will plan on working with these (much more reasonable) dates.

Many thanks,

Rolena

> On Tue, Mar 3, 2015 at 10:37 AM, Susan Byrne <susan.byrne@yale.edu> wrote:
>
> Dear Jack,
> Thank you for clearing up the confusion over the dates for tenure review during this transition year from the current schedule to the new proposed dates. As I explained, I first heard about the new dates last week, and I am currently very busy with projects that have looming completion deadlines. Given that, I would strongly prefer to abide by the original calendar. As I understand it, that calendar calls for me to turn in certain preliminary materials: my updated CV, a brief research summary to aid in the selection of external reviewers, and the names of three to four external reviewers, by April 15, 2015. Again, according to that original calendar the due date for my submission of all materials is August 18, 2015.
>
> I appreciate your clarification. If, however, I have erred in my reading of any of the dates, please let me know!
> Yours truly,
> Sue