# Exhibit 20

**Subject:** Re: question about tenure review dates
**Date:** Friday, February 27, 2015 at 12:42:32 PM Pacific Standard Time
**From:** John Dovidio <john.dovidio@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** Bosward, Pamela <pamela.bosward@yale.edu>

Yup, the August 18th date is the key one for materials. But we can talk more in a couple of days. It's not beach weather here, but it is nice to get out of the cold and snow, even for a little bit.

Sent from my iPhone

On Feb 27, 2015, at 8:20 AM, Susan Byrne <susan.byrne@yale.edu> wrote:

> Thanks to you both-
> Now that Pam has sent a readable version, I can see the dates, which as you say don't show much difference for my responsibilities. My preference would be for a tenure review in spring 2016, to allow time for reviews of my newest book to be out, but it looks like that is not an option under either calendar, so I'll just jump in the water now.
>
> Hopefully, that is what you are doing in sunny California?
> Sue
>
> ---
>
> **From:** John Dovidio <john.dovidio@yale.edu>
> **Date:** Friday, February 27, 2015 11:03 AM
> **To:** "Bosward, Pamela" <pamela.bosward@yale.edu>, Susan Byrne <susan.byrne@yale.edu>
> **Subject:** Re: question about tenure review dates
>
> Sue,
>
> In the transition, we encourage people to use the new dates but all them to use the old dates. The least change was in the tenure guidelines, mainly moving the requests to referees earlier so that we get more referees to agree.
>
> Which dates do you see are most critical. We can talk about this, too, when we get together.
>
> Jack
>
> Sent from my iPhone
>
> On Feb 27, 2015, at 7:25 AM, Bosward, Pamela <pamela.bosward@yale.edu> wrote:
>
>> Dear Susan,
>> I believe that current is what we are following at this time and the proposed is still upcoming. I have cc'd Jack Dovidio on this email so he can weigh in (although he is away until Monday).
>> Pam
>>
>> ---
>>
>> **From:** Susan Byrne [mailto:susan.byrne@yale.edu]

**Sent:** Friday, February 27, 2015 10:20 AM
**To:** Bosward, Pamela
**Subject:** Re: question about tenure review dates

Dear Pam,
Thank you very much! Do you know which timetable is to be followed for this year? That is, is "current" correct for processes starting now? Or have the "proposed revisions" been put into play?

Sorry to be a bother, but I want to get this right, and my department chair seems to be giving me the option on the dates.
Yours,
Sue

---

**From:** "Bosward, Pamela" <pamela.bosward@yale.edu>
**Date:** Friday, February 27, 2015 9:59 AM
**To:** Susan Byrne <susan.byrne@yale.edu>
**Cc:** "Sweigard, Julie" <julie.sweigard@yale.edu>
**Subject:** FW: question about tenure review dates

Dear Susan,
Please find a copy of the timetable which should be easier for you to read.
Best,
Pam Bosward

---

**From:** Sweigard, Julie
**Sent:** Friday, February 27, 2015 8:54 AM
**To:** Bosward, Pamela
**Subject:** FW: question about tenure review dates

Pam,

Would you be able to answer Susan's questions?

Thank you,

Julie Sweigard
Office of the FAS Dean/ Office of the Provost
Yale University
1 Hillhouse Avenue, New Haven, CT
203-432-7189

---

**From:** Susan Byrne [mailto:susan.byrne@yale.edu]
**Sent:** Friday, February 27, 2015 7:55 AM
**To:** Sweigard, Julie
**Subject:** question about tenure review dates

Dear Julie,
My department chair has told me that there are two possible calendars for my upcoming tenure review, and has asked which I want to follow. Unfortunately, she only has one of those calendars, and she suggested that I contact the Dean's office to get the other. I'm attaching here the one sent to me by my chair, which does have a column identified as

"current dates," but that column is obscured.

Do you have the existing calendar in a readable state? If so, that would be great. Also, given that the document I received is called "proposed revision," I would love to know which version is "current" and proper for this year. I don't want to make any mistakes in the process, as you might imagine!
Thank you-
Sue

*Susan Byrne*
*Associate Professor of Spanish*
*Department of Spanish & Portuguese*
*203-432-1162*
[susan.byrne@yale.edu](mailto:susan.byrne@yale.edu)