# Exhibit 21

**Subject:** date check
**Date:** Tuesday, December 15, 2015 at 6:58:11 AM Pacific Standard Time
**From:** Susan Byrne <susan.byrne@yale.edu>
**To:** Dovidio, John <john.dovidio@yale.edu>

Dear Jack,
I write with a follow-up to our meeting yesterday. For purposes of appeal, does the 45-day clock start with yesterday's meeting, or on my receipt of the written response from the Dean?

Thanks,
Sue

Susan Byrne
Associate Professor of Spanish and Renaissance Studies
Department of Spanish and Portuguese
Yale University
http://suebyrne.com