# Exhibit 24

## SUSAN BYRNE
### CURRICULUM VITAE AUGUST 2015

**ADDRESS AND CONTACT INFORMATION**

82-90 Wall Street, Room 205
New Haven, CT 06520
(203) 432-1162
susan.byrne@yale.edu

**EDUCATION**

Ph.D. Hispanic and Luso-Brazilian Literatures, Graduate School, CUNY, 2004
   Dissertation title: El *Corpus Hermeticum* y tres poetas españoles: Francisco de Aldana, fray Luís de León y San Juan de la Cruz. Conexiones léxicas y semánticas entre la filosofía hermética y la poesía española del siglo XVI.

M.Phil. Hispanic and Luso-Brazilian Literatures, Graduate School, CUNY, 2001

B.A., Summa Cum Laude, Hunter College, CUNY, 1996
   Majors: Spanish and Anthropology

**ACADEMIC APPOINTMENTS**

Yale University, Assistant Professor, 2008-2013; Associate Professor (on term), 2013 to present
State University of New York at Oneonta, Assistant Professor (tenure-track), 2006-2008
Fordham University, Clinical Assistant Professor, 2004-2006
Graduate School, CUNY, Language Reading Program, Lecturer, 2004 and 2006
Brooklyn College, CUNY, Instructor, 2003-2004
Hunter College, CUNY, Adjunct Lecturer, 1998-2001 and 2002-2003; Instructor 2001-2002

**COURSES TAUGHT\***       *\*[unless otherwise noted, undergraduate level]*

Italo-Hispanic Neoplatonism, Yale (doctoral level)
Romancero, Yale
The Picaresque Novel, Yale (undergraduate) and Brooklyn (masters level)
Comedia/ Golden Age Theater, Yale (doctoral, undergraduate and freshmen seminar levels)
Novels in Renaissance Spain, Yale (doctoral level)
Love in the Literature of Medieval Spain, Yale (doctoral level)
Law and Literature, Yale
Studies in Spanish Literature I, Yale and SUNY Oneonta
Studies in Spanish American Literature I, Yale
Freshman Seminar: Introduction to Spanish Literature, Yale
Composition & Analysis, Yale
*Don Quijote*, SUNY Oneonta
Cervantes' *Novelas ejemplares*, SUNY Oneonta

Spanish Civilization/ Culture, SUNY Oneonta and Brooklyn
Spanish for Business, SUNY Oneonta
Introduction to Hispanic Literature, Fordham
Readings in Modern Spanish Literature, Hunter
Readings in Modern Spanish American Literature, Hunter
Survey of Spanish American Theater, Hunter
Translation course (Spanish to English) Graduate School, CUNY (doctoral and masters level)
Spanish Language, Grammar and Culture, all levels, SUNY Oneonta, Fordham, Brooklyn, Hunter

## HONORS, AWARDS AND RECOGNITION

2015-2017: Elected Discipline Representative for Hispanic Literature of the Renaissance Society of America
2014-2017: Elected Vocal to the Junta Directiva of the Asociación Internacional Siglo de Oro
2014-2016: Elected Member of the Executive Council, Cervantes Society of America
2014-2016: (Two) Faculty Research Grants for project From Law to Literature: MacMillan Center, Yale; A. Whitney Griswold, Yale
2014: Publication Grant for *Ficino in Spain*, Hilles Publication Fund, Yale
2011-2013: (Two) Faculty Research Grants for project Ficino in Spain: A. Whitney Griswold Fund, Yale; Research Fellow in International and Area Studies, MacMillan Center, Yale
2011: Publication Grant for *Law and History in Cervantes'* Don Quixote, Hilles Publication Fund, Yale
2010-2011: Morse Fellowship, Yale University
2009-2010: Fellow, Whitney Humanities Center, Yale; (two) Faculty Research Grants for project Law and History in Cervantes: MacMillan Center, Yale; A. Whitney Griswold, Yale
2007-2008: Phi Sigma Iota*;* Provost Faculty Development Funds, SUNY Oneonta
2006-2007: Provost Faculty Development Funds, SUNY Oneonta; Campus Professional Development Committee Individual Development Award, SUNY Oneonta
1996-2004: Graduate School University Fellowship, Program in Hispanic and Luso-Brazilian Languages and Literatures, CUNY
1996: Phi Beta Kappa; Miguel de Cervantes Award, Department of Romance Languages, Hunter College, CUNY; Who's Who Among Students in American Universities and Colleges

## EDITORIAL AND ADVISORY BOARDS

2015-2017: *Renaissance Quarterly*
2014-2016: *Cervantes: Bulletin of the Cervantes Society of America*

## ADMINISTRATIVE EXPERIENCE

Director of Undergraduate Studies in Spanish, Department of Spanish & Portuguese, Yale: 2009-2010, and 2011-2015
Chair of Undergraduate Curriculum Committee on Spanish, Yale: 2009-2010, and 2011-2015

**PUBLICATIONS**

**BOOKS AUTHORED**

*Ficino in Spain*. Toronto: University of Toronto Press, 13 July 2015.

*Law and History in Cervantes' Don Quixote.* Toronto: University of Toronto Press, 24 September 2012. Reprinted, May 2013. Paperback, August 2013. Kindle, August 2013.

> Reviews: Edward Friedman in *Choice Reviews Online* 50.8 (April 2013); Frederick de Armas in *Revista de Estudios Hispánicos* (June 2013) 342-44; J.A.G. Ardila in *Bulletin of Hispanic Studies* 90.7 (2013) 867-69; Barbara Simerka in *Renaissance Quarterly* 66.4 (Winter 2013) 1493-95; Edward Friedman in *Cervantes* 33.2 (Fall 2013) 217-19; Laurent de Sutter in *Law and Literature* 26.1 (2014) 117-26; Eric Graf in *Modern Philology* 112.1 (August 2014) 49-53; Shannon Polchow in *Hispania* 97.3 (September 2014) 510-11

> Podcast interview: Siobhan Mukerji, http://newbooksinlaw.com/2015/01/29/susan-byrne-law-and-history-in-cervantes-don-quixote-university-of-toronto-press-2013/, 29 January 2015

> Newpaper interview: *El Comercio*, Lima, Perú, 19 May 2015

*El Corpus Hermeticum y tres poetas españoles: Francisco de Aldana, San Juan de la Cruz y fray Luís de León. Conexiones léxicas y semánticas entre la filosofía hermética y la poesía española del siglo XVI*. Newark, DE: Juan de la Cuesta, 15 March 2007.

**ARTICLES PUBLISHED IN REFEREED JOURNALS AND VOLUMES**

"Chapter 2. Constitutions." *A Cultural History of Law in the Early Modern Age (1500-1680)*. Ed. Peter Goodrich. London: Bloomsbury Academic. [forthcoming, 2017]

"Intellectual Life in the Spanish Renaissance." Co-authors. Susan Byrne and Lía Schwartz. *A Companion to the Spanish Renaissance*. Series. RSA Texts and Studies. Ed. Hilaire Kallendorf. Brill. [submitted, forthcoming, 2017]

"Reason of State in Cervantes Republic: Don Quijote II, 1." *eHumanista/Cervantes* 31 (2015). Special issue on the *Quijote* of 1615.

"Coloquio, murmurar, *canes muti*: Cervantes y los jesuitas." *Un paseo entre los centenarios cervantinos*. Numero monográfico especial sobre Cervantes. Eds. Robert Lauer and Caterina Ruta. *Cuadernos AISPI [Associazione Ispanisti Italiani]: Estudios de lenguas y literaturas ibéricas* 5 (2015) 81-95.

"Las repúblicas platónica, aristotélica y cervantina a la luz del corregidor Castillo de Bobadilla." *La autoridad de la Antigüedad. Autoridad y poder IV*. Ed. Christoph Strosetzki. Madrid: Universidad de Navarra/ Iberoamericana/ Vervuert, 2014. 49-71.

"Cuestionamiento del hermetismo ficiniano en un manuscrito escurialense del siglo XV." *Bulletin of Spanish Studies* 89.2 (March 2012) 173-92.

"On the Question of Ficino in Spain: From Platonic Theology to Philography." *Recent Studies on Ficino*. Eds. Valery Rees and James Snyder. Leiden: Brill. [submitted 2012, forthcoming]

"Cervantes and the *Histories* of Paolo Giovio: Translators and Truths." *Cervantes* XXIX.2 (Fall 2009) 173-89.
"Cervantes' *Don Quijote* as Legal Commentary." *Cervantes* XXVII.2 (Fall 2007) 81-104.
"Neostoic Pyrotechnics in Franciso de Aldana and San Juan de la Cruz." *Caliope* 11.1 (Fall 2005) 87-103.
"¿Por qué una niña de nuef años?: la edad de razón y la razón del poeta del *CMC*." *La corónica* 31.1 (Fall 2002): 5-17.

**ARTICLES PUBLISHED IN CONFERENCE PROCEEDINGS**

"Las leyes en el Quijote, de 1605 a 1615." *Autour de* Don Quichotte *de Miguel de Cervantes: Hommage à Augustin Redondo et à Jean Canavaggio*. Ser. Travaux du CRES. Eds. Hélène Tropé and Philippe Rabaté. Paris: Université Paris 3 Sorbonne Nouvelle, 2015. 123-30.
"Cervantes y Castillo de Bobadilla." *Comentarios a Cervantes: Actas selectas del VIII Congreso Internacional de la Asociación de Cervantistas, Oviedo, 11 al 15 de junio de 2012*. Eds. Emilio Martínez Mata y María Fernández Ferreiro. Asturias: Fundación María Cristina Masaveu Peterson, 2014. 356-67.
"Ficinian Sun Imagery in Renaissance Spanish Letters." *The Republic of Letters and the Empire of the Two Worlds: Culture and Society in Baroque Spain. Actas, New York Conference, September 14-16, 2010.* NY: Hispanic Society of America. [in press]
"Aspectos histórico-jurídicos en las obras de Miguel de Cervantes." *Compostella Aurea. Actas del VIII Congreso de la Asociación Internacional Siglo de Oro (AISO), Santiago de Compostela, 7 al 11 de julio de 2008*. 3 vols. Eds. Antonio Azaustre Galiana and Santiago Fernández Mosquera. Santiago: Servizo de Publicacións e Intercambio Científico da Universidade de Santiago de Compostela, 2011. 2:109-116.
"Miguel de Cervantes y Paolo Jovio: los caballeros antiguos y modernos y el de la Mancha." *Actas del XVI Congreso de la Asociación Internacional de Hispanistas, 9 al 13 de julio de 2007, París.* 3 vols. Eds. Pierre Civil y Françoise Crémoux. Madrid: Iberoamericana, 2010. 3:72-82.
"El léxico del hermetismo en algunos versos de San Juan de la Cruz y Francisco de Aldana." *Edad de Oro Cantabrigense: Actas del VII Congreso de la Asociación Internacional Siglo de Oro, Robinson College, Cambridge, 18 al 22 de julio de 2005*. Ed. Anthony Close. Madrid: Iberoamericana Vervuert, 2006. 129-35.

**PUBLISHED REVIEWS**

In *Renaissance Quarterly* (Winter 2015). Review of Stephen Rupp, *Heroic Forms: Cervantes and the Literature of War* (Toronto: University of Toronto Press, 2014).
In *Cervantes* (Fall 2015). Review of Michael Scham, *Lector Ludens: The Representation of Games & Play in Cervantes* (Toronto: University of Toronto Press, 2014).

In *Revista de Estudios Hispánicos* 49.1 (2015). Review of Barbara Fuchs, *The Poetics of Piracy* (Philadelphia: University of Pennsylvania Press, 2013).
In *Bulletin of Spanish Studies* 91.5 (2015). Review of *Objects of Culture in the Literature of Imperial Spain*. Eds. Mary E. Barnard and Frederick A. de Armas. (Toronto: University of Toronto Press, 2013).
In *Journal of Spanish Cultural Studies* 13.3 (2012). Review of Michael Armstrong-Roche, *Cervantes' Epic Novel: Empire, Religion, and the Dream Life of Heroes in Persiles* (Toronto: University of Toronto Press, 2009).
In *Iberoamericana. América Latina, Portugal, España. Notas. Reseñas Iberoamericanas. Literatura, sociedad, historia* (2010). Review of *Autoridad y poder en el Siglo de Oro*. Eds. Ignacio Arrellano, Cristoph Strosetzki and Edwin Williamson (Frankfurt am Main: Vervuert, 2009).

## PUBLISHED TRANSLATIONS

"The Epigraphs in *La Celestina*: Titles, Subtitles, Rubrics, Arguments." *TEXT* 14 (2002): 139-168. [Patrizia Botta, "Los epígrafes en *La Celestina*: títulos, subtítulos, rúbricas, argumentos."]
*Galician Generation of the Eighties. Three poets: Zulio L. Valcárcel, Pilar Pallares, Ramiro Fonte*. Ed. Luciano Rodríguez. Trans. Cuesta, Byrne, Schinaider, Villa, Ruth. A Coruña: Universidade Da Coruña, 1999.

## PUBLISHED RESEARCH

*"El hispanismo en el mundo. Estados Unidos." Boletín* of the Asociación Internacional de Hispanistas
*Bibliografía*: publications in studies of Hispanic literature in the United States, 2002-2012.
*Crónica*: research directions and trends in studies of Hispanic literature, as evidenced in conference proceedings and journal publications in the United States, 1999-2012.

## INVITED LECTURES AND PAPERS DELIVERED

### INVITED LECTURES – INTERNATIONAL

"El cervantismo en los Estados Unidos." Round Table, Asociación de Cervantistas, São Paulo, Brazil, 3 July 2015.
"La razón de estado cervantina: *Don Quijote* II, 1." Invited colloquium paper, Lima, Perú, 14 May 2015.
"Las leyes en el *Quijote*, de 1605 a 1615." Invited colloquium paper, *Autour de* Don Quichotte *de Miguel de Cervantes: Hommage à Augustin Redondo et à Jean Canavaggio*. Bibliothèque Mazarine et Collège d'Espagne, Paris, France, 15-17 January 2015.
"Encuentro de Investigadores sobre «Prosa»." Asociación Internacional Siglo de Oro, Università Ca Foscari, Venice, Italy, 14-18 July 2014.

"Las repúblicas platónica, aristotélica y cervantina a la luz del corregidor Castillo de Bobadilla." *La autoridad de la antigüedad*. Düsseldorf, Germany, 30 November 2012.

"Cervantes: historia, ley y novela." Invited colloquium paper. *Ortodoxia y heterodoxia en Cervantes*. Asociación de Cervantistas, Münster, Germany, 2 October 2009.

"Ecos de Marsilio Ficino en la poesía española del siglo XVI." Invited colloquium paper. Book presentation: *Las cartas de Marsilio Ficino*. Vol. 1. Speakers: Clement Salaman (Oxford), Arthur Farndell (Cambridge), Susan Byrne (Yale), Isabel Ordieres (Alcalá de Henares). Organizer. Fátima Macho, Esq. Círculo de Bellas Artes, Madrid, Spain, 21 October 2009.

### *INVITED LECTURES – UNITED STATES*

"The Double Venus in Cervantes' *La fuerza de la sangre*." First Biennial Cervantes Symposium of the North East. New York City, 19 November 2015. [upcoming]

"'Essentiae' en Ficino y en el *Quijote* (II, 16): las letras y la preceptiva cervantina." *La obra de Cervantes ayer y hoy. Su presencia en las letras hispánicas*. Symposium, Graduate Center, CUNY, NYC, 11 September 2015. [upcoming]

"Poetics and Reality of the Curious Philosopher: From Ficino to Gracián." *Curiosity and Modernity in Early Modern Spain*. Organizer. Marina S. Brownlee. Princeton University, 4 April 2015.

"Reason of State in Cervantes' Republic." Chicago Cervantes Symposium. Instituto Cervantes, Chicago, 26 April 2013.

"A Fictitious Volume in the Library of Phillip II: Rabbi Samuel and the *Pimander*." *The Republic of Letters and the Empire of the Two Worlds: Culture and Society in Baroque Spain*. University of Nottingham, CUNY Graduate Center, The Hispanic Society of America, Instituto Cervantes New York, 14-16 September 2010.

"Cervantes, Baeza, Giovio: History, Law, Novel." Renaissance Seminar, Wesleyan Univ., 2 April 2009.

### *CONFERENCE PAPERS*

"Metaphysical Curiosity in Baltasar Gracián's *Criticón*." Renaissance Society of America, Boston, 31 March-2 April 2016 [upcoming].

"Las armas y letras (leyes) cervantinas, de 1605 a 1615." Panel Title: *El Quijote y los procesos de enunciación.* Chair. Susan Byrne. Asociación de Cervantistas, São Paulo, Brazil, 29 June 2015.

"The *spiritus* in Spain." Panel title: *Marsilio Ficino IV – Reception Studies*. Chair: Denis Robichaud, University of Notre Dame. Renaissance Society of America, 27 March 2015, Berlin, Germany.

"Ficino and Plato in Cervantes' *Galatea*." Panel Title: *Renaissance Pastoral: The "Third" Genre Revisited II*. Organizer and Chair: Alexandra Coller, Lehman College, CUNY. Renaissance Society of America, New York, 27-29 March 2014.

"Ficino y Cervantes: el amor perfecto, obligado y platónico." Panel title: *Literatura española del Siglo de Oro*. Chair: Florencia Calvo, Universidad de Buenos Aires. Asociación Internacional de Hispanistas, Buenos Aires, Argentina, 18 July 2013.

"Why Don Quijote needs to 'desfacer fuerzas' in the episode of the Galley Slaves." Panel title: *Itineraries of Genre in the Writings of Cervantes*. Organizer: Cervantes Society of America. Renaissance Society of America, San Diego, 5 April 2013.

"Cervantes y Castillo de Bobadilla." Panel title: *Quijote*. Chair. María Stoopen Galán, Universidad Nacional Autónoma de México. Asociación de Cervantistas, Oviedo, Spain, 14 July 2012.

"The *De vita* in Spain." Panel title: *Ficino V: Looking Forward*. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, Washington, D.C., 22 March 2012.

"Passion, Science, and Transcendence in Plato, Fox Morcillo, and San Juan de la Cruz." Panel title: *Passions in Premodern Hispanic Literature (XV-XVII Centuries)*. Organizer. Sanda Munjic, University of Toronto. Modern Language Association, Seattle, WA, 5 January 2012.

"Ficino en España: Fox Morcillo y Platón." Panel title: *Recepción*. Chair: Susan Byrne. Asociación Internacional Siglo de Oro, Poitiers, France, 15 July 2011.

"The Authoritative Ficino in Spain." Panel title: *Naples, Spain and England*. Organizer. Valery Rees, School of Economic Science, London. Renaissance Society of America, Montreal, Canada, 25 March 2011.

"El *mos hispanicus* de Miguel de Cervantes." Panel title: *Cervantes narrador*. Chair. Agustín Redondo, Sorbonne. Asociación Internacional de Hispanistas, Rome, Italy, 23 July 2010.

"Ficino in Spanish Translation." Panel title: *Ficino IV: Evolving Practices in Translation*. Organizer & Chair. Valery Rees, London School of Economic Science. Renaissance Society of America, Venice, Italy, 9 April 2010.

"Ficino in Spain II: The Dark Side?" Panel title: *Ficino: Opponents and Demons*. Organizer & Chair. Valery Rees, School of Economic Science, London. Renaissance Society of America, Los Angeles, CA, 20 March 2009.

"Miguel de Cervantes, Paolo Giovio and Gaspar de Baeza: Polemical History as Fictional Fodder." Panel title: *Don Quijote as a Book of History*. Chair. Vincent Martin, University of Delaware. Organizer. Ana Laguna, Rutgers University. Modern Language Association, San Francisco, CA, 28 December 2008.

"Aspectos legales e históricos en Cervantes." Chair. Elena A. Marcello, Universidad de Castilla-La Mancha. Asociación Internacional Siglo de Oro, Compostela de Santiago, Spain, 9 July 2008.

"Ficino in Spain." Panel title: *Marsilio Ficino V: Sixteenth and Seventeenth Century Perspectives*. Chair. Christopher Celenza, Johns Hopkins University. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, Chicago, IL, 5 April 2008.

"Miguel de Cervantes y Paolo Jovio: los caballeros antiguos y modernos y el de la Mancha." Panel title: *Literatura y cultura: Circulaciones literarias entre España e Italia*. Chair. Aldo Ruffinatto, Università di Torino, Italy. Asociación Internacional de Hispanistas, Paris, France, 13 July 2007.

"Ficino, Aldana and Fray Luis de León: Using the Sun to Connect the Sensible and Intelligible Worlds." Panel title: *Marsilio Ficino on Lucretian Matter, and His Image of Light in Later Poets.* Chair. Christopher Celenza, Johns Hopkins University. Organizer. Valery Rees, School of Economic Science, London. Renaissance Society of America, Miami, FL, 24 March 2007.

"Literal and Literary Architecture as Legalistic Irony in *Don Quijote* (I, 3): Why is *la capilla derribada*?" Panel title: *Cervantine Architectures*. Chair. James Parr, University of California, Riverside. Organizer. Fred de Armas, University of Chicago. Modern Language Association, Philadelphia, PA, 30 December 2006.

"These supracelestial plants that are our souls, and the rain of wisdom that nurtures them." Panel title: *Marsilio Ficino: Light, Love and Religion*. Chair. Christopher Celenza, Johns Hopkins University. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, San Francisco, CA, 23 March 2006.

"El léxico del hermetismo en algunos versos de San Juan de la Cruz y Francisco de Aldana: 'vestidos los dexó de su hermosura' el 'sobrecelestial Narciso amante.'" Chair. Isaías Lerner. Asociación Internacional Siglo de Oro, Cambridge, England, 22 July 2005.

"Neostoic Motifs in Sixteenth Century Spanish Poetry." Panel title: *Neostoicism in Early Modern Europe: A Reconsideration II*. Organizer & Chair. Lía Schwartz, Graduate Center, CUNY. Modern Language Association, Philadelphia, PA, 29 December 2004.

### *CONFERENCE PANEL CHAIR/ ORGANIZER*

*Cervantes and Shakespeare: Works and Lives in Common?* Organizers: Susan Byrne and David Boruchoff. Chair: Michael Scham. Presenters: Rachel Eccleston (University of Oregon), "Romancing the Queen: Versions of Queen Elizabeth in Cervantes's *La española inglesa* and Shakespeare's *Cymbeline*"; Ariadna García-Bryce (Reed College), "Spectral Rulers in Cervantes and Shakespeare"; Marsha Collins (University of North Carolina at Chapel Hill), "Problematic Poetics: Mixing it up in Cervantes's *La ilustre fregona* and Shakespeare's *The Winter's Tale*." RSA 2016 [upcoming].

*Life Cycles: Pilgrimage, Shipwrecks and Books in Early Modern Spain*. Organizers: Susan Byrne and David Boruchoff. Chair: Marsha Collins. Presenters: Seth Kimmel (Columbia University), "Shipwrecked Books and other Trials of Mediterranean Bibliophilia"; Keith David Howard (Florida State University), "Spanish Nationalist Discourse in Martín Fernández de Navarrete's 1825 edition of Christopher Columbus's *Diario del primer viaje*"; Ignacio Navarette (University of California - Berkeley), "The meaning of *peregrino* in Lope de Vega's *El peregrino en su patria*." RSA 2016 [upcoming].

*Miguel de Cervantes' Persiles: 1616-2016*. Organizers: Susan Byrne and David Boruchoff. Chair: Ariadna García-Bryce. Presenters: Mercedes Alcalá-Galán (University of Wisconsin - Madison), "Ékfrasis y representación artística en el *Persiles*: Los retratos ambulantes de Auristela"; G. Cory Duclos (Colgate University), "The Road to Rome: Mapping *Los trabajos de Persiles y Sigismunda*"; David A. Boruchoff (McGill University), "The Confounding Barbarism of Cervantes's *Persiles*." RSA 2016 [upcoming].

*Spanish Letters Under the Catholic Monarchs and Charles I of Spain*. Organizers: Susan Byrne and David Boruchoff. Chair: Marta Albalá Pelegrín. Presenters: Paul Carranza (Dartmouth College), "Gonzalo Fernández de Oviedo between Medieval Modes of Memory and Renaissance Antiquarianism"; Ricardo Huaman (University of North Carolina at Chapel Hill), "Francisco de Castilla, Boethius and the Search for True Happiness"; Carmen Hsu (University of North Carolina at Chapel Hill), "Representing Babylon: Peter Martyr of Anghiera's Embassy to Egypt, 1501-1502." RSA 2016 [upcoming].

*Hybrid Genres of the Spanish Renaissance*. Organizers: Susan Byrne and David Boruchoff. Chair: Mercedes Alcalá-Galán. Presenters: Steven Hutchinson (University of Wisconsin - Madison), "The Fusing of Genres in Early Modern Spanish Texts on the Maghreb"; Mary B. Quinn (University of New Mexico), "Calderón de la Barca's *El laurel de Apolo* (1658)"; Michael Scham (University of St. Thomas), "*Guzmán de Alfarache* and the Problem of the Picaresque"; Darcy Donahue (Miami University of Ohio), "Writing Women's Religious Historiography: Foundation Narratives." RSA 2016 [upcoming].

*El Quijote y los procesos de enunciación.* Organizer: Comité Local Organizador. Chair. Susan Byrne. Presenters: Artem Serebrennikov (Oxford), "Don Quijote y la falsedad retórica"; Valeria Mora Hernández (Pontificia Universidad Católica de Chile), "Sierra Morena: aproximaciones a la representación de espacio"; María Dolores Aybar Ramírez (UNESPI, Araraquara), "Amor heroico y melancolía: Don Quijote y Cardenio en la sala de espejos." Asociación de Cervantistas, São Paulo, Brazil, 29 June 2015.

*Spanish Humanism: Reception of Ancient Poetics and Rhetoric between Spain and Italy (1430-1586)*. Organizer: Marta Albala Pelegrín. Chair: Susan Byrne. Presenters: Rubén Maillo-Pozo (SUNY, New Paltz), "Alfonso de Cartagena and George of Trebizond: Two Rhetorical Influences in Alfonso de Palencia's Humanistic Works"; Marta Albala Pelegrín (Cal State Polytechnic, Pomona), "Moving Audiences, Popes, and Kings: Baltasar del Río (1480-1540) and the Rebirth of Public Oratory"; Javier Patino Loira ( Princeton University), "Controversies on Ciceronianism and Imitation between Italy and Spain: Antonio Agustín (1517-86)." RSA, 28 March 2015, Berlin, Germany.

*Law and Literature in Spain*. Chair and organizer: Susan Byrne. Presenters: William Clamurro (Emporia State U), "Models of Crime and Social Cohesion in Cervantes's *Novelas ejemplares*"; Rachel E. Holmes (U of St. Andrews), "Holy Matrimony? Re-Forming Clandestine Marriage in the Tale of the Lovers of Verona"; Michael S. Scham (U of St. Thomas), "El Cid, Cervantes, and the Role of Revenge in Law." RSA, 28 March 2015, Berlin, Germany.

*Literatura española del Siglo de Oro*. Organizer: Comité Local Organizador. Chair: Susan Byrne. Presenters: Marta Pérez Rodríguez (U de Sao Paulo, Brasil), "Entre discursos: desde *El coloquio de los perros* hasta *El coloquio de las perras*"; René Aldo Vijarra (U de Córdoba, Argentina), "Cervantes y el oficio de saber decir"; Silvia Cobelo (U de Sao Paulo, Brasil), "De España a Brasil: el conturbado trayecto editorial de las *Novelas ejemplares*"; John Beusterien (Texas Tech U), "El origen de *El coloquio de los perros* según Amezúa: ajustando cuentas con un crítico del régimen fascista." Asociación Internacional de Hispanistas, Buenos Aires, Argentina, 18 July 2013.

*Theater and Drama IV*. Organizer: Ann E. Moyer (University of Pennsylvania). Chair: Susan Byrne. Presenters: Rinku Chatterjee (Syracuse University), "The Devil is an Ass: The Devil as a Mountebank"; Sarah Scott (Mount St. Mary's University), "Discovering the Sins of the Cellar in *The Dutch Courtesan:* 'Turpe est difficiles habere nugas'"; Rachel Holmes (University of St. Andrews), "Invisible Intentions: Courtship and Contracts in Lope de Vega and John Webster." RSA, Washington, D.C., 23 March 2012.

*Human Dignity and Reading the Renaissance*. Chair and organizer: Susan Byrne. Presenters: Elena Pellús Pérez (Yale University), "The Dignity of Man in Sixteenth-Century Europe"; Carlota Fernández Travieso (Universidad de a Coruña, España), "La consideración del hombre: El Libro segundo del *Espejo* de Francisco de Monzón"; Daniel Lorca (University of Chicago), "Erasmus and the Kantian Erasmus: Two Ways to Construct the Dignity of Man." MLA, Seattle, Washington, 6 January 2012.

*Recepción*. Organizer: Comité Local Organizador. Chair: Susan Byrne. Presenters: José Servera Baño (Universidad de las Islas Baleares), "Presencia de la poesía de Fray Luis de León en los poetas españoles del siglo XIX"; Susan Byrne (Yale University), "Ficino en España." Asociación Internacional Siglo de Oro, Poitiers, France, 15 July 2011.

*Ortodoxia y heterodoxia* II. Organizer: Comité Local Organizador. Chair: Susan Byrne. Presenters: Heinz-Peter Endress (Universität Freiburg), "La ortodoxia retórica: sus refracciones y sus múltiples y variado reflejos y realizaciones oratorias en el *Quijote*"; Verena Dolle (Universität Geissen), "La bruja Cañizares y la teatralización de la subjetividad (femenina)." Organizer. Carmen Rivero (Universität Münster). Asociación de Cervantistas, Münster, Germany, 3 October 2009.

*Ficino in Art Theory and Poetics*. Organizer. Valery Rees (London School of Economic Science). Chair: Susan Byrne. Presenters: Evelien Chayes (University of Cyprus), "Ficino in the Pléiade: lyrical crisis, lyrical renovation"; Steffen Schneider (Universität Tübingen), "Theory and Practice of Poetic Commentary in the Treatise *De sole*." RSA, Los Angeles, CA, 20 March 2009.

**PROFESSIONAL ORGANIZATIONS, MEMBERSHIP AND RECOGNITION**

Renaissance Society of America (2006 to present)
- Elected Discipline Representative in Hispanic Literatures, 2015-2017

Asociación Internacional Siglo de Oro (2007 to present)
- Elected Vocal of the Junta Directiva, 2014-2017
- Member of the Comité de cuentas, 2014
- Member of the Comité de elecciones, 2011

Cervantes Society of America (2007 to present)
- Elected Member of Executive Council, 2014-2016
- Nominated as candidate for Executive Council, 2013

Asociación Internacional de Hispanistas (2007 to present)
- Nominated as candidate for Secretario general, 2013
- Member of the Comité de Selección de Candidatos, 2010

Asociación de Cervantistas (2008 to present)

Society for Renaissance and Baroque Hispanic Poetry (2005 to present)
Modern Language Association (1998 to present)

## TALKS AT YALE

"Cervantes' Reason of State: Don Quijote II, 1." Series: Don Quixote: 400 years, 1615-2015, 22 September 2014.
"Ficino in Spain: History of a Critical Re-Write." Renaissance Lunch Talk, 22 April 2013.
"Ficino." Guest Lecturer, 25 October 2011. Yale University Renaissance Studies Graduate Seminar, RNST 500a. Introduction to Renaissance Studies: Renaissance Italy. Professors Francesca Trivellato and Angela Capodivacca.
"Cervantes' *mos hispanicus*." Whitney Fellows Luncheon, 24 February 2010.
Directed Studies Lectures on *Don Quijote*, January 2010 and January 2009.

## WORKSHOPS

*Re-imagining the Humanities*, Mellon Foundation, Yale University, 2014
*Seminar on Medieval and Early Modern Studies*, Graduate Center, CUNY, 2001-2002

## SERVICE TO THE PROFESSION

Panel reviewer, Fellowships, Romance Literature and Studies, NEH
Manuscript review for Lexington Books
Manuscript review for University of Toronto Press
Peer review for *Law and Literature*
Peer review for *Renaissance Quarterly*
Peer review for *Bulletin of Spanish Studies*
Peer review for *Cervantes: Bulletin of the Cervantes Society of America*
Peer review for *Rocky Mountain Review*
Peer review for *La corónica*

## SERVICE TO THE UNIVERSITY

### YALE

Proposed Beinecke course on Spanish Paleography offering, taught by Dr. John O'Neill, Director of the Hispanic Society of New York, May 2014
Director of Undergraduate Studies in Spanish, Department of Spanish & Portuguese, Yale: 2009-2010, and 2011-2015

Chair of Undergraduate Curriculum Committee on Spanish, Yale: 2009-2010, and 2011-2015
Yale College, Selection Committee for incoming freshman class, 2011-2015
Preference Selection system for Spanish language courses, 2011-2015
Selection Committee for Graduate Program in Spanish, Yale, 2009-2015
Selection Committee for Graduate Program in Renaissance Studies, 2013 and 2014
Spanish Summer Study Abroad instructor selection committee, 2012 and 2014
Search Committee, Assistant Professor position, 2011-2012
Graduate School Diversity Recruitment Coordinator for Department of Spanish & Portuguese,
    2011 and 2012
Whitney Humanities Center, Selection Committee for Mellon Postdoctoral Fellows, 2010
Yale College Course of Study Committee, 2009-2010
Undergraduate Curriculum Committee on Spanish, 2008-2009

### SUNY ONEONTA

College Senator, 2007-2008
Assessment Committee, 2006-2007
Language Lab Committee, 2006-2007
Curriculum Committee, Fall 2006
Search Committee, Assistant Professor Position, 2008
Spanish Textbook Committee, 2008
Volunteer for Admissions Open House, Fall 2007
Faculty Discussant for Women's and Gender Studies film presentation, 2007
Spanish Program Review, 2006-2007
Faculty Moderator for HOLA Club's film presentations, 2006-2007


## READER AND ADVISOR AT YALE

### READER FOR DOCTORAL DISSERTATIONS

2014:   Anita Savo, Porque fago libros: Authority and Authorship in the Works of Juan Manuel

        Laurie Lomask, Modernity in Stride: Walking in Modern Spanish Literature

2013:   Jennifer Darrell, Left Hanging: The "mundo al revés" motif in Spanish Golden Age
        Literature

2012:   Evelyn Elizabeth Scaramella, Remembering al-Andalus: Representations of Race in
        Early Twentieth-Century Spanish Literature and Culture

        Elena Pellús-Pérez, Entre el Renacimiento y el Nuevo Mundo: Vida y obras de Hernán
        Pérez de Oliva (1494?-1531)

        Daniel García-Donoso, Sedimentos de la religión en la ficción española contemporánea

        Alessia Dalsant, Framing Mediterranean Culture: How the Frame Tale Shaped European Storytelling in the Medieval Period

2009:   Shialing Kwa, Double-Cross: Juan Manuel and the Ambiguous Art of Betrayal

        William Hastings Hinrichs, The Invention of the Sequel: Expanding Prose Fiction in Early Modern Spain

        David Assouline, The Utopian Fictions of Alfonso X

2008:   José A. Cárdenas Bunsen, The Canon Law Traditions in the Writings of Fray Bartolomé de las Casas

### READER FOR DISSERTATION PROPOSALS

2015:   José Ramón Sabín Lestayo, El *Gran Animal*: bases literarias para un principio biológico de origen y expansión del castellano entre los siglos XVI y XX
        Jose Simonet, Hijos de la extrañeza: la poética de la ficcionalización del sujeto lírico en la poesía de la experiencia
        Luis Bautista Boned, La historia de mis padres: Subjetividad y post-producción de la memoria en la novela sobre la Transición

2014:   Matthew Tanico, Things in *Don Quijote*
        Veronica Mayer, Crime, Punishment, and the Modernity of 19th-century Spain
        Stephanie Rohner, La *Historia antigua de México* de Francisco Javier Clavigero y la tradición americanista italiana
        Janelle Gondar, The Evolution and Revolution of the Haiku in Ibero-America
        Ian Althouse, Writing Queer Identities in the Turn of the Twentieth-Century Spanish American Novel
        Diego del Río Arrillaga, La "greguería viva" en el nacimiento de la novela de Ramón Gómez de la Serna

2013:   Fernando Riva, *Libro de Alexandre*
        Sarah Piazza, La Diva y el Maestro de Ceremonias: la música popular y la ficción narrativa en el Caribe hispánico (1965-2002)
        Juan Pablo Rodríguez-Argente, Cazadores letrados: nobleza, sabiduría y naturaleza en los tratados de caza medievales castellanos
        María Gracia Ríos Taboada, Relecturas y rivalidades en las obras dramáticas sobre la conquista española de América

2012:   Mariana Melo-Vega, Maternidad y trauma histórico en la novela hispanoamericana contemporánea: Juan Rulfo, Tomás Eloy Martínez y Alonso Cueto
        Laurie Lomask, The Art of Walking in Modern Spanish Literature
        Tanya Romero-González, Mundos liminares: Lo material y la *lucinación* en la literatura y el cine español contemporáneo
        Elizabeth Gansen, Oviedo and his Interlocutors on the Natural World of the Indies

2011:   Anita Savo, The Life of Don Juan Manuel

    Jennifer Darrell, Writing Spain's Upside Down Golden Age
    Ricardo Monsalve C., *La Historia Natural y Moral de las Indias* de Joseph de Acosta y la concepción de la historia en la historiografía indiana de siglo XVI

2010: Brais Outes-León, Poéticas de la creación: imaginación y modernidad en América Latina (1890-1945)

2009: Tatiana Alekseeva, Danza y literatura: las coreografías textuales de la identidad hispanoamericana
    Wan Tang, Haunting Modernity: Forms and Uses of Fantastic Short Stories in Nineteenth-Century Spain
    Elena Pellús Pérez, Hernán Pérez de Oliva: *La Historia de la invención de las Indias* y la conquista de la lengua castellana
    Daniel García-Donoso, Religión e identidad en la narrativa española contemporánea.
    Alessia Dalsant, Framing women: a study of the role of women in the framed tale tradition

2008: María Escalante, La naturaleza en la narrativa de entresiglos: de José Martí a Eustacio Rivera

### *SENIOR THESIS ADVISOR*

2012: David Ortega, La caracterización de la mujer donjuanesca en *El burlador de Sevilla* y *Don Juan Tenorio*: honra, misoginia y contratos

2009: Kathryn Sarnoski, La santería y la salud mental en la historia de la inmigración y la literatura cubana

    Caitlyn Duffy, Los narradores del *Quijote*: ¿quiénes son?

### *READER FOR SENIOR ESSAY IN ENGLISH*

2012: Nick Dyen, 'No se presta a bromas': An analysis of the role of humor in Cortázar's *Rayuela*

### *SOPHOMORE YEAR ADVISOR*

2014-2015: Edward Gaines, Andrew Herrera, Hope VanBronkhorst

2009-2010: Amy Rodriguez, Hannah Mendlowitz, Christina Marmol, Daniel Hansen