# Exhibit 25

**Whitman C**

For Langs & Lits, 345 Boyer Av Walla Walla WA 99362

*Assistant Professor of Foreign Languages and Literatures (Spanish)*   387

http://www.whitman.edu

SPANISH LANGUAGE AND LATIN AMERICAN LITERATURE: Whitman College invites applications for a tenure track position as Assistant Professor of Foreign Languages and Literatures, with expertise in Latin American Literature, beginning August 2008. Ph.D. required at time of appointment. Native or near-native fluency in Spanish and English required. Responsibilities include teaching Spanish language in the context of culture and all periods and genres of Latin American literature; supervision of senior theses; participation in faculty governance. Candidates must have an ongoing research program that will involve undergraduate student collaboration. Whitman College wishes to reinforce its commitment to enhance diversity, broadly defined, recognizing that to provide a diverse learning environment is to prepare students for personal and professional success in an increasingly multicultural and global society. In their application, candidates are strongly encouraged to address their potential contribution to the promotion of diversity, a core value of the Whitman College community; their interest in working with undergraduates as teachers and scholars in a liberal arts environment that emphasizes close student-faculty interaction; and their interest in participating in the College's general education offerings. Deadline: November 16, 2007. Materials should include a letter of application; curriculum vitae; three letters of reference; undergraduate and graduate transcripts; teaching evaluations or other evidence of demonstrated or potential excellence in undergraduate instruction; and separate statements on the candidates teaching interests and scholarly agenda. Send to: Professor Mary Anne O'Neil, Chair, Department of Foreign Languages and Literatures, Whitman College, 345 Boyer Avenue, Walla Walla, WA 99362. Preliminary interviews will be conducted at the MLA Convention in Chicago. No applicant shall be discriminated against on the basis of race, national or ethnic origin, age, gender, sexual orientation, marital status, religion, creed, or disability. Whitman College, located in the scenic Columbia River Valley, is a small, selective, liberal arts college dedicated to providing excellent educational opportunities for students. The College has a generous sabbatical leave program and professional development support for both research and teaching. For additional information about Whitman College and the Walla Walla area, see www.whitman.edu and www.wallawalla.org.   **[R]**

**Wilson C**

For Langs, 1015 Philadelphia Av Chambersburg PA 17201

*Assistant Professor of Spanish*   979

Wilson College seeks a tenure-track Assistant Professor of Spanish, beginning fall 2008. Must have Ph.D. in hand. Will teach Spanish language, culture, and Peninsular Spanish literature. Teaching responsibilities include day and evening classes. Please send application and complete dossier (letter of interest, CV, statement of teaching philosophy, names of three references, and college transcripts) by Nov 19, 2007 to: Dr. Mary Hendrickson, Vice President for Academic Affairs and Dean of Faculty, Wilson College, 1015 Philadelphia Avenue, Chambersburg, PA 17201 or mhendrickson@wilson.edu.   **[R]**

**Yale U**

Spanish & Port, PO Box 208204, 82–90 Wall St New Haven CT 06520

*Assistant Professor of Spanish*   28

http://www.yale.edu/span-port/spanish.html

The Department of Spanish and Portuguese at Yale University proposes to make a tenure track assistant professor appointment in Medieval/Golden Age Literature to begin July 1, 2008. Candidates preferably should have the Ph.D. by June 2008, teaching experience, and publications. Yale University values diversity among its faculty, students, and staff and especially encourages applications from women and underrepresented minorities. Letters of application and dossier (official transcripts and three letters of recommendation) should be sent to Professor Rolena Adorno, Chair, Department of Spanish and Portuguese, Yale University, P.O. Box 208204, New Haven, CT 06520-8204. Review of applications will begin November 16, 2007.

# SWAHILI

**Louisiana SU & A&M C**

For Langs & Lit, 316 Hodges Hall Baton Rouge LA 70803

*Instructor (Swahili)*   943

http://www.lsu.edu

College of Arts and Sciences

Required Qualifications: Masters degree; fluency in Swahili; strong commitment to undergraduate teaching; familiarity with current language pedagogy. Additional Qualifications Desired: Experience at the university level. Responsibilities: teaches Swahili at the elementary and intermediate level. Anticipated hire date is January 8, 2008. An offer of employment is contingent on a satisfactory pre-employment background check. Application deadline is September 21, 2007 or until candidate is selected. Submit letter of application, vita (including e-mail address), and three letters of recommendation to:

Emily Batinski, Chair, Foreign Languages and Literatures, 316 Hodges Hall, Louisiana State University, Ref: #027056, Baton Rouge, LA 70803, E-mail: slbati@lsu.edu

LSU IS AN EQUAL OPPORTUNITY/EQUAL ACCESS EMPLOYER

# VIETNAMESE

**California SU, Fullerton**

Mod Langs & Lit, PO Box 6846 800 N State College Blvd Fullerton CA 92834

*Lecturer of Vietnamese/Vietnamese Studies*   134

http://hss.fullerton.edu/mll

California State University Fullerton announces a lecturer, non-tenure track position in Vietnamese/Vietnamese Studies. Applicants must have native or near-native proficiency in Vietnamese and strong communication skills in English. They must have a Ph.D. in Vietnamese/Vietnamese Studies. (Advanced ABDs may be considered.) They also must show an ability to work effectively with a culturally diverse range of students and faculty, have successful teaching experience at the college or university level, show commitment to scholarship, and have the ability to guide development of the Vietnamese program. Other desirable qualities include experience in teaching business Vietnamese, foreign language education, or another language in the department. The successful candidate will be expected to teach a 12-unit load per semester with some committee or administrative duties, supervise curriculum development of Vietnamese language, culture, and linguistics, assist the department chair in the selection of part-time Vietnamese instructors, and advise students. This is a one-year appointment that may be renewed for one or more additional years. Salary is highly competitive. Excellent comprehensive benefits package http://hr.fullerton.edu/benefits/compare_benefits.htm. Please send a letter of application, curriculum vitae, transcripts of undergraduate and graduate work, evidence of good teaching ability, and three recent letters of recommendation to: Vietnamese Search Committee, Department of Modern Languages & Literatures, California State University, Fullerton, P.O. Box 6846, Fullerton, CA 92834-6846, FAX: (714)-278-5944. Applications must be received by October 29, 2007. Cal State Fullerton is an Equal Opportunity/Title IX/503/504/VEVRA/ADA Employer.   **[R]**