# Exhibit 26

Schedule for Susan Byrne

Monday, Feb 4<u>th</u>:

Arrives New Haven

Hotel Information:   Marriott Courtyard
                     30 Whalley Avenue
                     Phone: 777-6221
                     Confirmation # 84262761
                     Check in 2/4, depart 2/6

Tuesday, Feb 5<u>th</u>:

11:00 AM-12:00PM   Aníbal González
                   82-90 Wall St. Rm 226

Lunch 12:00 Noon:  Meet with graduate students, Charlotte Rogers and Marc Olivier
                   Reid in department lobby

Seminar 4:00 PM    Whitney Humanities Center
                   53 Wall Street, Room 208
                   Phone: (203) 432-0670

Dinner 6:00 PM:    Mory's
                   306 York Street
                   Phone: 562-3157

                   Roberto González Echevarría
                   Rolena Adorno
                   María Rosa Menocal
                   Noël Valis

Wednesday, Feb 6<u>th</u>:

                   Departs New Haven

---

Contacts:

Joelle Siracuse
(203) 432-1151

Taxi Service
(203) 777-7777