# Exhibit 27

**SUSAN BYRNE, LIST OF ALL RESEARCH, PROFESSIONAL RECOGNITION AND AWARDS**

**PUBLICATIONS**

**BOOKS AUTHORED**

*Ficino in Spain*. Toronto: University of Toronto Press, 13 July 2015.

*Law and History in Cervantes' Don Quixote.* Toronto: University of Toronto Press, 24 September 2012. Reprinted, May 2013. Paperback, August 2013. Kindle, August 2013.

> Reviews: Edward Friedman in *Choice Reviews Online* 50.8 (April 2013); Frederick de Armas in *Revista de Estudios Hispánicos* (June 2013) 342-44; J.A.G. Ardila in *Bulletin of Hispanic Studies* 90.7 (2013) 867-69; Barbara Simerka in *Renaissance Quarterly* 66.4 (Winter 2013) 1493-95; Edward Friedman in *Cervantes* 33.2 (Fall 2013) 217-19; Laurent de Sutter in *Law and Literature* 26.1 (2014) 117-26; Eric Graf in *Modern Philology* 112.1 (August 2014) 49-53; Shannon Polchow in *Hispania* 97.3 (September 2014) 510-11
>
> Podcast interview: Siobhan Mukerji, http://newbooksinlaw.com/2015/01/29/susan-byrne-law-and-history-in-cervantes-don-quixote-university-of-toronto-press-2013/, 29 January 2015
>
> Newpaper interview: *El Comercio*, Lima, Perú, 19 May 2015

*El Corpus Hermeticum y tres poetas españoles: Francisco de Aldana, San Juan de la Cruz y fray Luís de León. Conexiones léxicas y semánticas entre la filosofía hermética y la poesía española del siglo XVI*. Newark, DE: Juan de la Cuesta, 15 March 2007.

**ARTICLES PUBLISHED IN REFEREED JOURNALS AND VOLUMES**

> "Chapter 2. Constitutions." *A Cultural History of Law in the Early Modern Age (1500-1680)*. Ed. Peter Goodrich. London: Bloomsbury Academic. [forthcoming, 2017]
>
> "Intellectual Life in the Spanish Renaissance." Co-authors. Susan Byrne and Lía Schwartz. *A Companion to the Spanish Renaissance*. Series. RSA Texts and Studies. Ed. Hilaire Kallendorf. Brill. [submitted, forthcoming, 2017]
>
> "Reason of State in Cervantes Republic: Don Quijote II, 1." *eHumanista/Cervantes* 31 (2015). Special issue on the *Quijote* of 1615.
>
> "Coloquio, murmurar, *canes muti*: Cervantes y los jesuitas." *Un paseo entre los centenarios cervantinos*. Numero monográfico especial sobre Cervantes. Eds. Robert Lauer and Caterina Ruta. *Cuadernos AISPI [Associazione Ispanisti Italiani]: Estudios de lenguas y literaturas ibéricas* 5 (2015) 81-95.
>
> "Las repúblicas platónica, aristotélica y cervantina a la luz del corregidor Castillo de Bobadilla." *La autoridad de la Antigüedad. Autoridad y poder IV*. Ed. Christoph Strosetzki. Madrid: Universidad de Navarra/ Iberoamericana/ Vervuert, 2014. 49-71.
>
> "Cuestionamiento del hermetismo ficiniano en un manuscrito escurialense del siglo XV." *Bulletin of Spanish Studies* 89.2 (March 2012) 173-92.

"On the Question of Ficino in Spain: From Platonic Theology to Philography." *Recent Studies on Ficino*. Eds. Valery Rees and James Snyder. Leiden: Brill. [submitted 2012, forthcoming]

"Cervantes and the *Histories* of Paolo Giovio: Translators and Truths." *Cervantes* XXIX.2 (Fall 2009) 173-89.

"Cervantes' *Don Quijote* as Legal Commentary." *Cervantes* XXVII.2 (Fall 2007) 81-104.

"Neostoic Pyrotechnics in Franciso de Aldana and San Juan de la Cruz." *Caliope* 11.1 (Fall 2005) 87-103.

"¿Por qué una niña de nuef años?: la edad de razón y la razón del poeta del *CMC*." *La corónica* 31.1 (Fall 2002): 5-17.

## ARTICLES PUBLISHED IN CONFERENCE PROCEEDINGS

"Las leyes en el Quijote, de 1605 a 1615." *Autour de* Don Quichotte *de Miguel de Cervantes: Hommage à Augustin Redondo et à Jean Canavaggio*. Ser. Travaux du CRES. Eds. Hélène Tropé and Philippe Rabaté. Paris: Université Paris 3 Sorbonne Nouvelle, 2015. 123-30.

"Cervantes y Castillo de Bobadilla." *Comentarios a Cervantes: Actas selectas del VIII Congreso Internacional de la Asociación de Cervantistas, Oviedo, 11 al 15 de junio de 2012*. Eds. Emilio Martínez Mata y María Fernández Ferreiro. Asturias: Fundación María Cristina Masaveu Peterson, 2014. 356-67.

"Ficinian Sun Imagery in Renaissance Spanish Letters." *The Republic of Letters and the Empire of the Two Worlds: Culture and Society in Baroque Spain. Actas, New York Conference, September 14-16, 2010.* NY: Hispanic Society of America. [in press]

"Aspectos histórico-jurídicos en las obras de Miguel de Cervantes." *Compostella Aurea. Actas del VIII Congreso de la Asociación Internacional Siglo de Oro (AISO), Santiago de Compostela, 7 al 11 de julio de 2008*. 3 vols. Eds. Antonio Azaustre Galiana and Santiago Fernández Mosquera. Santiago: Servizo de Publicacións e Intercambio Científico da Universidade de Santiago de Compostela, 2011. 2:109-116.

"Miguel de Cervantes y Paolo Jovio: los caballeros antiguos y modernos y el de la Mancha." *Actas del XVI Congreso de la Asociación Internacional de Hispanistas, 9 al 13 de julio de 2007, París.* 3 vols. Eds. Pierre Civil y Françoise Crémoux. Madrid: Iberoamericana, 2010. 3:72-82.

"El léxico del hermetismo en algunos versos de San Juan de la Cruz y Francisco de Aldana." *Edad de Oro Cantabrigense: Actas del VII Congreso de la Asociación Internacional Siglo de Oro, Robinson College, Cambridge, 18 al 22 de julio de 2005*. Ed. Anthony Close. Madrid: Iberoamericana Vervuert, 2006. 129-35.

## PUBLISHED REVIEWS

In *Renaissance Quarterly* (Winter 2015). Review of Stephen Rupp, *Heroic Forms: Cervantes and the Literature of War* (Toronto: University of Toronto Press, 2014).

In *Cervantes* (Fall 2015). Review of Michael Scham, *Lector Ludens: The Representation of Games & Play in Cervantes* (Toronto: University of Toronto Press, 2014).

In *Revista de Estudios Hispánicos* 49.1 (2015). Review of Barbara Fuchs, *The Poetics of Piracy* (Philadelphia: University of Pennsylvania Press, 2013).

In *Bulletin of Spanish Studies* 91.5 (2015). Review of *Objects of Culture in the Literature of Imperial Spain*. Eds. Mary E. Barnard and Frederick A. de Armas. (Toronto: University of Toronto Press, 2013).

In *Journal of Spanish Cultural Studies* 13.3 (2012). Review of Michael Armstrong-Roche, *Cervantes' Epic Novel: Empire, Religion, and the Dream Life of Heroes in Persiles* (Toronto: University of Toronto Press, 2009).

In *Iberoamericana. América Latina, Portugal, España. Notas. Reseñas Iberoamericanas. Literatura, sociedad, historia* (2010). Review of *Autoridad y poder en el Siglo de Oro*. Eds. Ignacio Arrellano, Cristoph Strosetzki and Edwin Williamson (Frankfurt am Main: Vervuert, 2009).

## PUBLISHED TRANSLATIONS

"The Epigraphs in *La Celestina*: Titles, Subtitles, Rubrics, Arguments." *TEXT* 14 (2002): 139-168.  [Patrizia Botta, "Los epígrafes en *La Celestina*: títulos, subtítulos, rúbricas, argumentos."]

*Galician Generation of the Eighties. Three poets: Zulio L. Valcárcel, Pilar Pallares, Ramiro Fonte*. Ed. Luciano Rodríguez. Trans. Cuesta, Byrne, Schinaider, Villa, Ruth. A Coruña: Universidade Da Coruña, 1999.

## PUBLISHED BIBLIOGRAPHICAL RESEARCH

*"El hispanismo en el mundo. Estados Unidos." Boletín* of the Asociación Internacional de Hispanistas

*Bibliografía*: publications in studies of Hispanic literature in the United States, 2002-2012.

*Crónica*: research directions and trends in studies of Hispanic literature, as evidenced in conference proceedings and journal publications in the United States, 1999-2012.

## INVITED LECTURES AND PAPERS DELIVERED

### INVITED LECTURES – INTERNATIONAL

"El cervantismo en los Estados Unidos." Round Table, Asociación de Cervantistas, São Paulo, Brazil, 3 July 2015.

"La razón de estado cervantina: *Don Quijote* II, 1." Invited colloquium paper, Lima, Perú, 14 May 2015.

"Las leyes en el *Quijote*, de 1605 a 1615." Invited colloquium paper, *Autour de* Don Quichotte *de Miguel de Cervantes: Hommage à Augustin Redondo et à Jean Canavaggio*. Bibliothèque Mazarine et Collège d'Espagne, Paris, France, 15-17 January 2015.

"Encuentro de Investigadores sobre «Prosa»." Asociación Internacional Siglo de Oro, Università Ca Foscari, Venice, Italy, 14-18 July 2014.

"Las repúblicas platónica, aristotélica y cervantina a la luz del corregidor Castillo de Bobadilla." *La autoridad de la antigüedad*. Düsseldorf, Germany, 30 November 2012.

"Cervantes: historia, ley y novela." Invited colloquium paper. *Ortodoxia y heterodoxia en Cervantes*. Asociación de Cervantistas, Münster, Germany, 2 October 2009.

"Ecos de Marsilio Ficino en la poesía española del siglo XVI." Invited colloquium paper. Book presentation: *Las cartas de Marsilio Ficino*. Vol. 1. Speakers: Clement Salaman (Oxford), Arthur Farndell (Cambridge), Susan Byrne (Yale), Isabel Ordieres (Alcalá de Henares). Organizer. Fátima Macho, Esq. Círculo de Bellas Artes, Madrid, Spain, 21 October 2009.

### *INVITED LECTURES – UNITED STATES*

"The Double Venus in Cervantes' *La fuerza de la sangre*." First Biennial Cervantes Symposium of the North East. New York City, 19 November 2015. [upcoming]

"'Essentiae' en Ficino y en el *Quijote* (II, 16): las letras y la preceptiva cervantina." *La obra de Cervantes ayer y hoy. Su presencia en las letras hispánicas*. Symposium, Graduate Center, CUNY, NYC, 11 September 2015. [upcoming]

"Poetics and Reality of the Curious Philosopher: From Ficino to Gracián." *Curiosity and Modernity in Early Modern Spain*. Organizer. Marina S. Brownlee. Princeton University, 4 April 2015.

"Reason of State in Cervantes' Republic." Chicago Cervantes Symposium. Instituto Cervantes, Chicago, 26 April 2013.

"A Fictitious Volume in the Library of Phillip II: Rabbi Samuel and the *Pimander*." *The Republic of Letters and the Empire of the Two Worlds: Culture and Society in Baroque Spain*. University of Nottingham, CUNY Graduate Center, The Hispanic Society of America, Instituto Cervantes New York, 14-16 September 2010.

"Cervantes, Baeza, Giovio: History, Law, Novel." Renaissance Seminar, Wesleyan Univ., 2 April 2009.

### *CONFERENCE PAPERS*

"Metaphysical Curiosity in Baltasar Gracián's *Criticón*." Renaissance Society of America, Boston, 31 March-2 April 2016 [upcoming].

"Las armas y letras (leyes) cervantinas, de 1605 a 1615." Panel Title: *El Quijote y los procesos de enunciación.* Chair. Susan Byrne. Asociación de Cervantistas, São Paulo, Brazil, 29 June 2015.

"The *spiritus* in Spain." Panel title: *Marsilio Ficino IV – Reception Studies*. Chair: Denis Robichaud, University of Notre Dame. Renaissance Society of America, 27 March 2015, Berlin, Germany.

"Ficino and Plato in Cervantes' *Galatea*." Panel Title: *Renaissance Pastoral: The "Third" Genre Revisited II*. Organizer and Chair: Alexandra Coller, Lehman College, CUNY. Renaissance Society of America, New York, 27-29 March 2014.

"Ficino y Cervantes: el amor perfecto, obligado y platónico." Panel title: *Literatura española del Siglo de Oro*. Chair: Florencia Calvo, Universidad de Buenos Aires. Asociación Internacional de Hispanistas, Buenos Aires, Argentina, 18 July 2013.

"Why Don Quijote needs to 'desfacer fuerzas' in the episode of the Galley Slaves." Panel title: *Itineraries of Genre in the Writings of Cervantes*. Organizer: Cervantes Society of America. Renaissance Society of America, San Diego, 5 April 2013.

"Cervantes y Castillo de Bobadilla." Panel title: *Quijote*. Chair. María Stoopen Galán, Universidad Nacional Autónoma de México. Asociación de Cervantistas, Oviedo, Spain, 14 July 2012.

"The *De vita* in Spain." Panel title: *Ficino V: Looking Forward*. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, Washington, D.C., 22 March 2012.

"Passion, Science, and Transcendence in Plato, Fox Morcillo, and San Juan de la Cruz." Panel title: *Passions in Premodern Hispanic Literature (XV-XVII Centuries)*. Organizer. Sanda Munjic, University of Toronto. Modern Language Association, Seattle, WA, 5 January 2012.

"Ficino en España: Fox Morcillo y Platón." Panel title: *Recepción*. Chair: Susan Byrne. Asociación Internacional Siglo de Oro, Poitiers, France, 15 July 2011.

"The Authoritative Ficino in Spain." Panel title: *Naples, Spain and England*. Organizer. Valery Rees, School of Economic Science, London. Renaissance Society of America, Montreal, Canada, 25 March 2011.

"El *mos hispanicus* de Miguel de Cervantes." Panel title: *Cervantes narrador*. Chair. Agustín Redondo, Sorbonne. Asociación Internacional de Hispanistas, Rome, Italy, 23 July 2010.

"Ficino in Spanish Translation." Panel title: *Ficino IV: Evolving Practices in Translation*. Organizer & Chair. Valery Rees, London School of Economic Science. Renaissance Society of America, Venice, Italy, 9 April 2010.

"Ficino in Spain II: The Dark Side?" Panel title: *Ficino: Opponents and Demons*. Organizer & Chair. Valery Rees, School of Economic Science, London. Renaissance Society of America, Los Angeles, CA, 20 March 2009.

"Miguel de Cervantes, Paolo Giovio and Gaspar de Baeza:  Polemical History as Fictional Fodder." Panel title: *Don Quijote as a Book of History*. Chair. Vincent Martin, University of Delaware. Organizer. Ana Laguna, Rutgers University. Modern Language Association, San Francisco, CA, 28 December 2008.

"Aspectos legales e históricos en Cervantes." Chair. Elena A. Marcello, Universidad de Castilla-La Mancha. Asociación Internacional Siglo de Oro, Compostela de Santiago, Spain, 9 July 2008.

"Ficino in Spain." Panel title: *Marsilio Ficino V: Sixteenth and Seventeenth Century Perspectives*. Chair. Christopher Celenza, Johns Hopkins University. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, Chicago, IL, 5 April 2008.

"Miguel de Cervantes y Paolo Jovio: los caballeros antiguos y modernos y el de la Mancha." Panel title: *Literatura y cultura: Circulaciones literarias entre España e Italia*. Chair. Aldo Ruffinatto, Università di Torino, Italy. Asociación Internacional de Hispanistas, Paris, France, 13 July 2007.

"Ficino, Aldana and Fray Luis de León: Using the Sun to Connect the Sensible and Intelligible Worlds." Panel title: *Marsilio Ficino on Lucretian Matter, and His Image of Light in Later Poets.* Chair. Christopher Celenza, Johns Hopkins University. Organizer. Valery Rees, School of Economic Science, London. Renaissance Society of America, Miami, FL, 24 March 2007.

"Literal and Literary Architecture as Legalistic Irony in *Don Quijote* (I, 3): Why is *la capilla derribada*?" Panel title: *Cervantine Architectures*. Chair. James Parr, University of California, Riverside. Organizer. Fred de Armas, University of Chicago. Modern Language Association, Philadelphia, PA, 30 December 2006.

"These supracelestial plants that are our souls, and the rain of wisdom that nurtures them." Panel title: *Marsilio Ficino: Light, Love and Religion*. Chair. Christopher Celenza, Johns Hopkins University. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, San Francisco, CA, 23 March 2006.

"El léxico del hermetismo en algunos versos de San Juan de la Cruz y Francisco de Aldana: 'vestidos los dexó de su hermosura' el 'sobrecelestial Narciso amante.'" Chair. Isaías Lerner. Asociación Internacional Siglo de Oro, Cambridge, England, 22 July 2005.

"Neostoic Motifs in Sixteenth Century Spanish Poetry." Panel title: *Neostoicism in Early Modern Europe: A Reconsideration II*. Organizer & Chair. Lía Schwartz, Graduate Center, CUNY. Modern Language Association, Philadelphia, PA, 29 December 2004.

**PROFESSIONAL RECOGNITION AND AWARDS**

**BOARDS**: Elections to executive and appointments to editorial

**Elections** to executive boards
2015-2017: Elected Discipline Representative for Hispanic Literature of the Renaissance Society of America

2014-2016: Elected Member of the Executive Council, Cervantes Society of America

2014-2017: Elected Vocal to the Junta Directiva of the Asociación Internacional Siglo de Oro

**Appointments** to editorial boards
2015-2017: *Renaissance Quarterly*

2014-2016: *Cervantes: Bulletin of the Cervantes Society of America*

**GRANTS AND AWARDS**

Griswold Grant for project From Law to Literature in Spain, A. Whitney Griswold Fund, Whitney Humanities Center, Yale University, 2014-2016, $4000.00

Faculty Research Grant for project From Law to Literature in Spain, MacMillan Center for International and Area Studies, Yale University, 2014-2015, $8000.00

Publication grant for *Ficino in Spain,* Hilles Publication Fund, Yale University, 2014, $5000.00

Griswold Grant for research on project Ficino in Spain, A. Whitney Griswold Fund, Whitney Humanities Center, Yale University, 2011-2013, $2500.00

Research Fellow in International and Area Studies, project Ficino in Spain, MacMillan Center, Yale University, 2011-2012, $4500.00

Publication grant for *Law and History in Cervantes'* Don Quixote, Hilles Publication Fund, Yale University, 2011, $3346.00

Morse Fellowship, Yale University, full-year paid fellowship, academic year 2010-2011

Griswold Grant for research on project Cervantes, Baeza, Giovio: History, Law, Novel, A. Whitney Griswold Fund, Whitney Humanities Center, Yale University, 2009-2010, $2500.00

Faculty Research Grant for project Cervantes, Baeza, Giovio: History, Law, Novel, MacMillan Center for International and Area Studies, Yale University, 2009-2010, $3000.00

Fellow, Whitney Humanities Center, Yale University, 2009-2010

Phi Sigma Iota, 2008

SUNY College at Oneonta, Provost's Faculty Development Funds, 2007-2008, $1,177.00

SUNY College at Oneonta, Campus Professional Development Committee's *Individual Development Award* 2007, $700.

City University of New York, Graduate School and University Center: University Fellowship: 1998-2004

Phi Beta Kappa, 1996

Miguel de Cervantes Award, Department of Romance Languages, Hunter College, CUNY, 1996

Who's Who Among Students in American Universities and Colleges, 1996

**SUSAN BYRNE**

**GRANTS AND AWARDS**

Griswold Grant for project From Law to Literature in Spain, A. Whitney Griswold Fund, Whitney Humanities Center, Yale University, 2014-2016, $4000.00

Faculty Research Grant for project From Law to Literature in Spain, MacMillan Center for International and Area Studies, Yale University, 2014-2015, $8000.00

Publication grant for *Ficino in Spain*, Hilles Publication Fund, Yale University, 2014, $5000.00

Griswold Grant for research on project Ficino in Spain, A. Whitney Griswold Fund, Whitney Humanities Center, Yale University, 2011-2013, $2500.00

Research Fellow in International and Area Studies, project Ficino in Spain, MacMillan Center, Yale University, 2011-2012, $4500.00

Publication grant for *Law and History in Cervantes'* Don Quixote, Hilles Publication Fund, Yale University, 2011, $3346.00

Morse Fellowship, Yale University, full-year paid fellowship, academic year 2010-2011

Griswold Grant for research on project Cervantes, Baeza, Giovio: History, Law, Novel, A. Whitney Griswold Fund, Whitney Humanities Center, Yale University, 2009-2010, $2500.00

Faculty Research Grant for project Cervantes, Baeza, Giovio: History, Law, Novel, MacMillan Center for International and Area Studies, Yale University, 2009-2010, $3000.00

Fellow, Whitney Humanities Center, Yale University, 2009-2010

Phi Sigma Iota, 2008

SUNY College at Oneonta, Provost's Faculty Development Funds, 2007-2008, $1,177.00

SUNY College at Oneonta, Campus Professional Development Committee's *Individual Development Award* 2007, $700.

City University of New York, Graduate School and University Center: University Fellowship: 1998-2004

Phi Beta Kappa, 1996

Miguel de Cervantes Award, Department of Romance Languages, Hunter College, CUNY, 1996

Who's Who Among Students in American Universities and Colleges, 1996