# Exhibit 28

# Yale University

Office of the Chair
Department of Spanish & Portuguese
P.O. Box 208204
New Haven, Connecticut 06520-8204

Campus address:
82–90 Wall Street
Telephone: 203 432-1151
Fax: 203 432-1178

February 19, 2008

Ms. Susan Byrne
5 West 21st Street #5
New York, NY 10010

Dear Ms. Byrne:

I write to confirm our telephone conversation. The Department of Spanish and Portuguese is recommending your appointment as Assistant Professor of Spanish for a term of four years, from July 1, 2008 to June 30, 2012. The recommendation must now be approved by the Faculty of Arts and Sciences Executive Committee, whose recommendation must then be submitted for approval to the Joint Boards of Permanent Officer of the Faculty of Arts and Sciences. Thereafter, the appointment will be transmitted by the Provost for final approval by the Fellows of the Yale Corporation, the University's governing board. These steps are normally routine.

Your initial salary, effective July 1, 2008, would be $70,000. Although the salary represents compensation for the nine-month academic year, salary payments are divided into twelve equal installments, with the first installment to be paid on the last day of the initial month of appointment. Yale also offers a generous package of health, retirement, and other benefits, as described in the *Faculty Handbook* mentioned below.

Funds of up to $1,200 a year are available for you to attend professional meetings at which you are asked to read a paper for chair a session.

The normal teaching load in our department is two courses per term for a total of four courses each year.

Yale has an extremely generous leave system and you will be eligible for a full year's leave at full pay in your 2nd, 3rd, or 4th year on the faculty after at least one full year of teaching.

Yale will cover ordinary and reasonable moving expenses for your household and office items in accordance with University policy. Before making any moving arrangements, you should be sure to consult with the University's Transportation Manager, Diane Brown, who will help you coordinate and arrange payment for your move. She can be reached at diane.brown@yale.edu or (203) 432-9961. The business administrator in our department will also be available to offer assistance in helping to arrange your move here and she can be reached at joelle.siracuse@yale.edu or at 203-432-1151.

Yale will provide you with a computer. These are standard laptop and desktop configurations that are fully supported on campus and will be upgraded on a regular schedule. For more details, please refer to: http://www.yale.edu/fsp/doco/standards.html.

*Letter to Ms. Susan Byrne from Prof. Roberto González Echevarría, page 2 of 2*
*February 19, 2008*

The appointment as Assistant Professor, as I have indicated, would be for a term of four years. A description of Yale's ladder faculty ranks, including expectations and schedules for reappointment and promotion, information on leave policy, fringe benefits, and other matters are described *Faculty Handbook*, which can be foundon the web at http://www.yale.edu/provost/html/facultyhb.html is of continuing importance to all faculty members, and because the policies it contains represent essential employment understanding between you and the University, I urge you to read it with care. If you decide to join us, you will be asked to keep up with the revisions of it that will be posted from time to time.

In addition, we have recently modified our policies on appointments and promotion. These changes can be viewed at: http://www.yale.edu/gateways/fas_tenure_report.pdf.

Let me know if you have any questions or concerns about the terms of your appointment as I have described them here.

I want to assure you that my colleagues and I are enthusiastic about the prospects of having you as our colleague and we are looking forward to your arrival to Yale.

Sincerely yours,

Roberto González Echevarría
Sterling Professor of Hispanic and Comparative Literature
Chair, Department of Spanish and Portuguese

cc:   Associate Provost Emily P. Bakemeier