# Exhibit 29

YALE UNIVERSITY
NEW HAVEN, CONNECTICUT

At the last meeting of the Corporation it was voted to make the following appointment:

Reappointment

Spanish and Portuguese

Susan Byrne as Assistant Professor, from July 1, 2012 through June 30, 2015.

May 24, 2011

*Linda Koch Lorimer*

VICE PRESIDENT AND SECRETARY