# Exhibit 30

YALE UNIVERSITY

OFFICE OF THE PRESIDENT

105 WALL STREET, PO BOX 208229
NEW HAVEN CT 06520-8229

February 19, 2009

Professor Susan Byrne
Department of Spanish and Portuguese
82-90 Wall Street

Dear Susan:

We invite you to be a Faculty Fellow at the Whitney Humanities Center for 2009-2010.

The Whitney Humanities Center seeks to support and strengthen the activities of faculty in the humanities and neighboring fields by creating a sense of intellectual community that transcends departmental boundaries and by fostering collegial dialogue, informed debate, and the pursuit of new fields of inquiry. At the core of the Center's life are the Fellows, who meet regularly to discuss their work, and who both individually and collectively sponsor the lectures, seminars, discussion groups, and symposia that bring to the Center a wide range of other Yale faculty and distinguished visitors.

The Fellows meet every Wednesday for lunch, which is usually followed by an informal talk on work-in-progress by a Fellow or a visitor. These weekly meetings, which take place from 12:15 p.m. to 2:00 p.m., constitute the primary responsibility of the fellowship, although of course they are what most Fellows have seen as the greatest benefit of their affiliation with the Center. Please be sure to reserve this block of time in your schedule.

You are encouraged to participate in other activities sponsored by the Center — lectures, symposia, and faculty seminars — and to take a role in developing the Center's programs. We hope that each Fellow will work toward bringing other members of the faculty into the intellectual life of the Center. Despite the intensive experience of a core of faculty who meet regularly in a group small enough to permit them to know one another and have ongoing conversations about their work, the Center resists the atmosphere or exclusivity of a club. Its focus is both inward and outward.

Professor Susan Brynne
February 19, 2009
Page 2

Each Fellow has access to a research account, up to the amount of $500 per semester, for expenses related to organizing seminars, discussion groups, or conferences, or for legitimate personal research expenses. Susan Stout will help you set up an account.

We look forward to hearing from you and to your future involvement with the Center. We especially hope you can join new and returning Fellows for a special lunch on Wednesday, April 22, at 12:15 pm.

Sincerely yours,

Rick

Richard C. Levin
President

María Rosa Menocal
Director, Whitney Humanities Center

RCL/MRM:mg



Yale University

*Department of Spanish & Portuguese*
*P.O. Box 208204*
*New Haven, Connecticut 06520-8204*

*Campus address:*
*82–90 Wall Street*
*Telephone: 203 432-1151*
*Fax: 203 432-1178*

February 23, 2009

Richard C. Levin, President
Yale University
105 Wall Street
New Haven, CT  06520

María Rosa Menocal, Director
Whitney Humanities Center
53 Wall Street
New Haven, CT  06520

Dear President Levin and Director Menocal,

I'm delighted to accept your invitation to be a Faculty Fellow at the Whitney Humanities Center for 2009-2010.  Since arriving in New Haven last July, I have enjoyed various activities at the Center, from talks on mental geography, spatial thinking and the Middle Ages to various film series and theater pieces.

The Center's work is truly invigorating, and I welcome this opportunity to enjoy and learn from the company of scholars and thought it embodies and shelters.  I look forward to next year's Wednesday lunches, and will be happy to join the group on Wednesday, April  22, for the new and returning Fellows lunch.

My sincerest thanks to you both for extending this most welcome invitation.

Yours truly,

Susan Byrne
Assistant Professor
Department of Spanish & Portuguese