# Exhibit 31

# Yale University

OFFICE OF THE PROVOST
New Haven, Connecticut 06520

March 26, 2010

Professor Susan Byrne
Department of Spanish & Portuguese
82-90 Wall Street

Dear Susan,

  I was delighted to learn that your proposal for a Morse Fellowship (MOR) for the academic year 2010-2011 was approved. In addition, I am pleased to inform you that the Steering Committee of the Faculty of Arts and Sciences has confirmed this approval.

  We have received the Faculty Appointment Form to register your leave in the system and will now have it recorded. If there are any changes to it please do let me know. Also, we would appreciate knowing the outcome of any attempts you make to obtain outside support

  Please keep in mind the statement which appears in the <u>Faculty Handbook</u>: "Because the purpose of a leave with salary is to permit continued and uninterrupted scholarly research, faculty members who are granted paid leave…are not permitted to teach or to engage in any remunerative employment during the period of the leave, except…as permitted for full-time faculty not on leave…"

  I trust that you will have a successful period of research and writing and will return rejuvenated to the full range of your academic responsibilities.

  With all best wishes.

Sincerely,

*Emily*

Emily P. Bakemeier
Deputy Provost

cc: Rolena Adorno, Chair
   Joelle Siracuse
   Anita DePalma