# Exhibit 32

# Yale *Whitney Humanities Center*

Yale University
PO Box 208298
New Haven CT 06520-8298
T 203 432-0670
F 203 432-1087
www.yale.edu/whc

*courier*
53 Wall Street
New Haven CT 06511

February 23, 2011

Professor Susan Byrne
Department of Spanish and Portuguese
82-90 Wall

PTAEO: 1052607.GRSFEB11.0061AA..572001

Dear Professor Byrne,

I am pleased to inform you that the Griswold Committee has agreed to make available $2,500.00 for expenses related to a research trip to Spain in order to visit the Biblioteca Capitulary Colombina, the Universidad Complutense, and the Escorial, in order to view and analyze the manuscripts of Marsilio Ficino.

The enclosed guidelines describe the procedure for arranging payments under this award. *Any variation in the use of these funds from the purpose outlined in your letter of application must receive prior approval in writing from this committee.*

At the conclusion of the grant, grant recipients must submit a brief (one or two page) summary of research conducted under the auspices of the grant, with particular reference to publications in progress or produced as a result of the research.

Yours sincerely,

Edward Cooke
Chair, Griswold Research Fund Committee



WHITNEY HUMANITIES CENTER YALE UNIVERSITY

53 Wall Street • PO Box 208298 • New Haven, Connecticut 06520-8298 • Phone 203 432-0670 • Fax 203 432-1087

February 26, 2009

Professor Susan Byrne
Department of Spanish and Portuguese
P.O. Box 208204
New Haven, CT 06520-8204

PTAEO: 1052607.00.0061AA.__.572001

Dear Professor Byrne,

I am pleased to inform you that the Griswold Committee has agreed to make available $2,500 to cover costs associated with two research trips to Spain for archival study of the papers of Gaspar de Baeza in Granada, Salamanca, and Madrid. The enclosed guidelines describe the procedure for arranging payments under this award. *Any variation in the use of these funds from the purpose outlined in your letter of application must receive prior approval in writing from this committee.*

At the conclusion of the grant, grant recipients must submit a brief (one or two page) summary of research conducted under the auspices of the grant, with particular reference to publications in progress or produced as a result of the research.

Yours sincerely,

Steven Pincus
Chair, Griswold Research Fund Committee

# Yale *Whitney Humanities Center*

Yale University
PO Box 208298
New Haven CT 06520-8298
T 203 432-0670
F 203 432-1087
www.yale.edu/whc

*courier*
53 Wall Street
New Haven CT 06511

February 24, 2014

Professor Susan Byrne
Department of Spanish and Portuguese
82-90 Wall

        1052607.GRSFEB14.0061AA..572001

Dear Professor Byrne,

    I am pleased to inform you that the Griswold Committee has agreed to make available $4,000.00 to be used for a research trip to Valladolid, Madrid and Salamanca, Spain for a book project titled *From Law to Literature*.

    The enclosed guidelines describe the procedure for arranging payments under this award. *Any variation in the use of these funds from the purpose outlined in your letter of application must receive prior approval in writing from this committee.*

    At the conclusion of the grant, grant recipients must submit a brief (one or two page) summary of research conducted under the auspices of the grant, with particular reference to publications in progress or produced as a result of the research.

                            Yours sincerely,

                            Kathryn Lofton
                            Chair, Griswold Research Fund Committee