# Exhibit 33

# Yale MACMILLAN CENTER

IAN SHAPIRO
*Henry R. Luce Director*
*Sterling Professor of Political Science*

PO Box 208206
New Haven CT 06520-8206
T 203 432-9368
F 203 432-9383
ian.shapiro@yale.edu
www.yale.edu/macmillan/shapiro

*courier*
Henry R. Luce Hall
34 Hillhouse Avenue
New Haven CT 06511

October 17, 2011

Professor Susan Byrne
Spanish and Portuguese
82-90 Wall Street
PO Box 208204
New Haven, CT 06520-8204

Dear Susan:

I am writing to confirm your appointment as a Research Fellow in International and Area Studies for the academic year 2011 - 2012.

I hope you have a productive year.

Sincerely,

Ian Shapiro

Cc:   Rolena Adorno
      Timothy O'Connor