# Exhibit 34

 Susan Byrne <susan.byrne@yale.edu>

## Re: Byrne activities for 2010 meeting

1 message

**Rolena Adorno** <rolena.adorno@yale.edu>                                                   Wed, Sep 8, 2010 at 7:47 AM
To: Susan Byrne <Susan.Byrne@yale.edu>

Well done, Sue! I mean all this fine work.

As I remind others, I want--for the benefit of precision on your c.v. and my information, the specific dates of the talks, where they are missing.

PS Yes, last Thursday I was totally wiped. I find the "organized pandamonium" of Yale's opening weeks ever more stressful, with all the problems of language course enrollments that pop up, in both Spanish and Portuguese, and a zillion other imprevistos. I'm trying to see my way clear to tomorrow evening. Would you be available?

Many thanks,

Rolena


Susan Byrne wrote:
> Dear Rolena,
> I'm listing my 2010 activites below, and thank you very much for the (gentle) reminder in today's meeting. I hope that you are
> feeling a bit less "exhausted" [Kevin's word for the reason behind last week's cancelled TEMS], and that the start of the
> semester has become, this week, a wonderful instead of a hair-raising and exhausting roller-coaster ride. And with that,
> hoping to see you soon!
> Sue
>
> Publications:
>
> Article accepted for publication: "Cuestionamiento del hermetismo ficiniano en un manuscrito escurialense del siglo XV."
> /Bulletin for Spanish Studies/.
>
> Book review of /Autoridad y poder en el Siglo de Oro./ Eds. Ignacio Arrellano, Cristoph Strosetzki y Edwin Williamson.
> /NOTAS Rese?as Iberoamericanas. Literatura, sociedad, historia/. Frankfurt am Main: Vervuert.
>
> Published spring 2010, but presented 2007.
>
> "Miguel de Cervantes y Paolo Jovio: los caballeros antiguos y modernos y el de la Mancha." /Actas del XVI Congreso de la
> AIH, 9 al 13 de julio de 2007, Par?s./ 3. Literatura a?rea. Madrid: Iberoamericana, 2010. 72-82.
>
> Invited papers:
> "Ecos de Marsilio Ficino en la poes?a espa?ola del siglo XVI." Invited Paper, C?rculo de Bellas Artes, Madrid, Spain, 21
> October 2009. Organizer. Do?a F?tima Macho, Esq. Book presentation: /Las cartas de Marsilio Ficino/. Vol. 1. Madrid:
> Escuela de Filosof?a Pr?ctica, October 2009.
>
> "Cervantes: historia, ley y novela." Invited Colloquium Paper, Panel title: Ortodoxia y heterodoxia en Cervantes/. Asociaci?n
> de cervantistas, M?enster, Germany, September 2009.
>
> Papers presented at conferences
>
> [your email said "papers presented outside of Yale" or something similar, but I don't think you have counted these before, for
> junior faculty...]
>
> "El /mos hispanicus/ de Miguel de Cervantes." Asociaci?n Internacional de Hispanistas, Rome, Italy, July 2010.

INITIAL DISCOVERY PROTOCOLS

"/Ficino in Spanish Translation/." Panel title. /Ficino IV: Evolving Practices in Translation/. Organizer. Valery Rees, School of Economic Science, London. Renaissance Society of America, Venice, Italy, April 2010.