# Exhibit 35

Monday, March 28, 2016 at 8:25:10 AM Eastern Daylight Time

**Subject:** Re: byrne activities... 2011-12
**Date:** Sunday, September 9, 2012 at 7:45:55 PM Eastern Daylight Time
**From:** Susan Byrne <susan.byrne@yale.edu>
**To:** Rolena Adorno <rolena.adorno@yale.edu>

Dear Rolena,
Thank you for the kind reception of what seems to me like a pitifully small list of accomplishments. I am very impatient, and waiting for the 'proof-in-hand' moment is excruciating. I am attaching the full CV.

Having just swept the leaves off the patio, I am reminded that I thought of you this morning, hoping that you did not have to do too much pumping of water out of the basement, following on last night's storms.

Thanks for the Elizabethan Club support!
Sue

PS - on the 'accomplishments' - please vote (I am sure you always do) in this year's MLA elections – I will be on the ballot...

**From:** Rolena Adorno <rolena.adorno@yale.edu>
**Date:** Sunday, September 9, 2012 12:06 PM
**To:** Susan Byrne <susan.byrne@yale.edu>
**Subject:** Re: byrne activities... 2011-12

Dear Sue,

Would you believe that five minutes before you dispatched your report, I pulled out my Elizabethan Club folder to begin to make good on my plan to nominate you for membership! My mental note to self was: "Get from Sue her updated c.v." For the nomination I want to highlight your work on Ficino, and I want it all together. So you can pass me your full updated c.v. electronically whenever it is convenient.

For Tuesday's report: I prefer to have your book in hand, to hold it up. And that, yes, will be next year. And, yes, the last two items will go for our 2013 meeting, too. But thanks for giving me the heads-up on them. I'll definitely put them in my Lizzie Club letter.

And, oh, yes: well done, Sue! Another banner year for you. I'm so pleased.

Many thanks,

Rolena


On 9/9/2012 10:57 AM, Susan Byrne wrote:

> Dear Rolena,
> I'm attaching the Word doc with this past year's activities but, in case it is easier, also just pasted below...
> Sue
>
> Susan Byrne
> Activities Fall 2011-Fall 2012
> Annual Departmental Meeting, 11 September 2012

BYRNE013217

**Book** [but OJO - book already announced last year, just coming this Oct, and all I have so far is the catalogue page]
*Law and History in Cervantes' Don Quixote.* Toronto: University of Toronto Press, October 2012.

### Article published in peer-reviewed journal
"Cuestionamiento del hermetismo ficiniano en un manuscrito escurialense del siglo XV."
*Bulletin of Spanish Studies*, March 2012.

### Review published in peer-reviewed journal
In *Journal of Spanish Cultural Studies*. London: Taylor & Francis Group. 2012. Review of Michael Armstrong-Roche, *Cervantes' Epic Novel: Empire, Religion, and the Dream Life of Heroes in Persiles* (Toronto: University of Toronto Press, 2009).

### Conference presentations
"Cervantes and Castillo de Bobadilla." Asociación de cervantistas, Oviedo, Spain, July 14, 2012.

"The *De vita* in Spain." Panel title: Ficino V: Looking Forward. Organizer. Valery Rees, London School of Economic Science. Renaissance Society of America, Washington, D.C., March 22, 2012.

"Passion, Science, and Transcendence in Plato, Fox Morcillo, and San Juan de la Cruz." Panel title: Passions in Premodern Hispanic Literature (XV-XVII Centuries). Organizer. Sanda Munjic, University of Toronto. Modern Language Association, Seattle, WA, January 5, 2012.


[The following should probably be saved for next year..., no?]
### Invited article, but just submitted this past week
"On the Question of Ficino in Spain: From Platonic Theology to Philography." [Recent Studies on Ficino.] Ed. Valery Rees. Brill. [planned for 2012-2013 publication date]

### Invited paper - upcoming, November, 2012 -
"Las repúblicas platónica, aristotélica y cervantina a la luz del corregidor Castillo de Bobadilla." Duesseldorf, Germany, November 28-December 2, 2012.