# Exhibit 36

Wednesday, August 5, 2015 at 12:00:30 PM Eastern Daylight Time

**Subject:** Brilliant presentation yesterday!
**Date:** Wednesday, October 10, 2012 at 7:53:22 AM Eastern Daylight Time
**From:** Rolena Adorno
**To:** Susan Byrne

Good morning, Sue!

This is to say what I failed to say yesterday: You did a brilliant job at the Majors Recruitment meeting. Your presentation was lively, highly informative, very attractively presented, and to the point. Not to mention the very fine brochure. Very well done, indeed!

Many thanks from me, personally, and for the department, which stands taller, with your help,

Rolena