# Exhibit 37



Susan Byrne <susan.byrne@yale.edu>

## Re: Our departmental ...
1 message

**Rolena Adorno** <rolena.adorno@yale.edu>　　　　　　　　　　　　　　Thu, Sep 5, 2013 at 5:04 PM
To: Susan Byrne <susan.byrne@yale.edu>

Thanks, Sue. Wonderful, of course!

(I'll do the book in its three incarnations. Do bring a hard copy for me to hold up! and also I'll give the specifics of the invited lectures and conference papers. Are the five submissions all forthcoming? Or are some submitted, others actually already accepted? I won't give the titles, but I will be glad to mention the number that have been accepted and are forthcoming.)

And, yes, "Our departmental . . ."  what?! The dispatch got away from me late yesterday afternoon. . . It was then I knew it was time to go home!

Many thanks,

Rolena


On 9/5/2013 4:50 PM, Susan Byrne wrote:

> Saludos, Rolena!
>
> The short list of Byrne activities since last September's meeting:
>
> Book: Law and History in Cervantes' Don Quixote - published Sep 2012,
> Reprinted May 2013, Paperback August 2013, Kindle [!] August 2013.
>
> Five submitted [but still forthcoming] articles... forthcoming, ergo I
> will not weigh you down with the titles...
>
> Two invited papers given:
> 1. "Las repúblicas platónica, aristotélica y cervantina a la luz del
> corregidor Castillo de Bobadilla" - Düsseldorf, Germany, Nov. 30, 2012.
>
> 2. "Reason of State in Cervantes' Republic" - chicago Cervantes Symposium,
> Instituto Cervantes, Chicago, April 26, 2013.
>
>
> Two conference papers given:
> 1. "Ficino y Cervantes: el amor perfecto, obligado y platónico" - AIH,
> Buenos Aires, July 18, 2013
>
> 2. "Why don Quijote needs to 'desfacer fuerzas' in the episode of the
> Galley Slaves" - RSA, San Diego, April 2013.
>
>
> I'm not up to that 3 books per year yet...
> Abrazo,
> Sue
>
> On 9/4/13 3:47 PM, "Rolena Adorno" <rolena.adorno@yale.edu> wrote:
>
>> Dear Colleagues,
>>
>> This is a reminder that our annual opening-of-the-year departmental
>> meeting will be held this coming Tuesday, September 10, 2013, 4 pm, in

the Third Floor Lounge.

In addition to the introduction of our newly arrived colleagues and graduate students, summaries of almost-final departmental course enrollment figures, and news about Yale Summer Sessions programs in Brazil, Ecuador, Argentina, and Spain--all to be presented by the pertinent faculty members--I will again announce the past year's departmental members' accomplishments.

To that end, I would appreciate receiving electronically, in advance of our meeting (no later than Monday evening, please), news about your own accomplishments over the past year (that is, subsequent to our September, 2012, meeting) to announce at our meeting, as follows:

Senior ladder faculty: books published (please bring a copy with you), any special honors.

Junior ladder faculty: books (bring a copy) and articles published, any special honors.

Senior lectors and Lectors: books (bring a copy), articles published, conference presentations given outside Yale, any special honors.

Graduate students: articles published, conference presentations outside Yale, any special honors.

I look forward to seeing you on the 10th at 4 pm.

Rolena