# Exhibit 38

Byrne, Susan/Reference Letter by Rolena Adorno,rolena.adorno@yale.edu/2014-10-06/academicjobsonline.org

# Yale University

Office of the Chair
Department of Spanish and Portuguese
P.O. Box 208204
New Haven, Connecticut 06520-8204

Campus address:
82–90 Wall Street
Telephone: 203 432-1150, 1151
Fax: 203 432-1178

### Letter of recommendation for Susan Byrne

I am pleased to offer this letter of recommendation for my colleague Susan Byrne. Professor Byrne joined the Yale faculty in September, 2008. She has been a remarkably active and productive member of our Department of Spanish and Portuguese, with an outstanding record of scholarship, teaching, and service.

Professor Byrne arrived at Yale with a monograph already published (*El* Corpus Hermeticum *y tres poetas españoles: Francisco de Aldana, fray Luis de León y San Juan de la Cruz*), and the pace and success of her subsequent scholarship has been most impressive. She submitted her *Law and History in Cervantes' Don Quixote* to the University of Toronto Press in Spring, 2010 and, by August, 2013, it had been published and reprinted, both in hardback, and issued in a paperback copy. With eight very positive reviews, its success bore further success. Professor Byrne wrote *Ficino in Spain* during her 2010-2011 year-long sabbatical, and it will appear in the University of Toronto's Spring 2015 catalogue.

This monographic production has been augmented by the steady production of articles in refereed journals and conference proceedings, invited presentations at conferences and the recognition of her peers in being selected to serve as a member of the Executive Committee of the prestigious Cervantes Society of America (2014-16) and a member of the Board of Directors of the Asociación Internacional Siglo de Oro (2014-17). I have seen her in action at the 2010 congress in Rome of the Asociación Internacional de Hispanistas, and I can personally vouch for the respect and admiration in which she is held by our international colleagues.

On the home front, Professor Byrne's service to the department in teaching and curricular development, as well as the university, have been exemplary and, in fact, above and beyond the call of duty. Her impact on our undergraduate programs in language and literature has been without peer. In her five (yes, five!) years of indispensable service as the Director of Undergraduate Studies for the Spanish programs in the department, she has devised and executed a program of preregistration and course-preference selection, based on language placement exam results and overcoming the (daunting) challenge of Yale's two-week "shopping period" prior to undergraduate registration. Professor Byrne's semesterly execution of this system has saved the department faculty much grief and spared our students needless aggravation. Taking a sharp look at our undergraduate courses in Spanish, both at the language and literature levels, Professor Byrne has shepherded through needed reforms that have removed outdated or superfluous courses and replaced them by others at higher and more appropriate levels. Her creation and institution of an advanced Spanish composition course has been of particular merit. Overall, Professor Byrne's interest in and devotion to our students has yielded a solid teaching record with very fine results.

BYRNE004807

<u>Letter of recommendation for Prof. Susan Byrne by Prof. Rolena Adorno,   p. 2 of 2</u>

It should be apparent that, as a colleague who "lives" the values of collegiality, Professor Byrne is without peer. Taking leadership where it's needed and yet always willing to serve when asked, her years in our department have provided a beacon to others—an example to follow, but also a high bar to meet.

Why, then, as her department chair and grateful colleague am I writing this letter? Anyone who knows Yale's spotty tenuring record need not ask. But here as at other universities, it is not unconventional to present one's candidacy elsewhere in the period prior to the local tenure decision.

I recommend Professor Susan Byrne to your consideration with my highest possible endorsement.

*Rolena Adorno*

Rolena Adorno
Sterling Professor of Spanish
Chair, Department of Spanish and Portuguese
Yale University

October 5, 2014

BYRNE004808