# Exhibit 39

**From:** Roberto Gonzalez Echevarria [roberto.echevarria@yale.edu]
**Sent:** Sunday, October 12, 2014 7:25 AM
**To:** Rolena Adorno
**Subject:** Sue
**Attachments:** Letter of Recommendation for Susan Byrne.doc

1

BYRNE005104

Letter of Recommendation for Susan Byrne

Susan Byrne is an associate professor on term in the Department of Spanish and Portuguese at Yale, where she has taught for eight years. She is a developing scholar of early modern Spanish literature and thought, who has already published a number of noteworthy studies about Golden Age poetry, Ficino in Spain, and Miguel de Cervantes. She possesses a command of Renaissance philosophy that is enviable and rare among students of Spanish letters and reads Latin with ease, another exceptional skill these days. Her work is sustained and of laudable quality and her scholarly interests genuine and enduring. Susan Byrne speaks near-native Spanish.

Susan has become a mainstay of the Department, having performed admirably in a number of administrative roles and participated enthusiastically in departmental activities, both academic and social. She is liked by all. Susan has also been active in professional organizations and has given many papers at symposia around the world. She has become a known figure in Golden Age studies internationally.

The first book, derived from her doctoral dissertation was a very competent and revealing study of the hermetic presence in sixteenth-century Spanish poetry. It contains not a few insights into the works of major poets like Saint John of the Cross and Fray Luis de León, revealing unsuspected facets of their poetry. In this book Susan already displays her partiality for detailed research on the contextual aspects of literary texts, particularly those with a content and thematic import. This will become the signature of her scholarship and criticism.

*Law and History in Cervantes' Don Quixote* is a more mature book that shows Susan's engagement with central issues of Cervantes criticism. It is a book that has been well received by the profession and that I see as a useful complement and follow up to my *Love and the Law in Cervantes*. She links Cervantes' pronouncements on the law and his ideas on history to the Italian historian Paolo Giovio and to the Spanish jurist Gaspar de Baeza, an idea she grounds on contextualized commentary and endeavors to take beyond the level of the mere *trouvaille*. Susan also makes philological observations about Cervantes' use of certain terms that she considers derived from a juridical vocabulary. While all of this does not constitute a novel interpretation of the *Quijote* it makes for a discourse to wrap around the work that allows for not a few valuable observations.

Susan's forthcoming book project on Ficino in Spain is ambitious in scope and depth. I believe that it will become the standard book on the topic for years to come, and that it will have an impact on scholarship both in the United States and Europe. There is nothing that can compete with it in breadth both in terms of writings in Spanish and those in Italian and other languages. The virtues of Susan's approach and methodology are evident here again. I would like to begin by praising the concreteness of her research. Her studies are always based on solid textual evidence that she gathers from original sources. She spares no effort to cull even marginalia from the books that she reads. This quality gives her work an authority that others, based on vague connections, lack. I am also impressed by Susan's preference for canonical figures. Her study will illuminate the work of fundamental writers in the Spanish tradition, from Garcilaso de la Vega to

BYRNE005105

[Page]

Cervantes, and including the likes of Lope the Vega and Arias Montano. No student of Golden Age literature will be able to ignore Susan's book.

    I am also impressed by how Susan blends intellectual history with literature. Such a procedure is essential when dealing with Golden Age writers who were imbued in the philosophy of the times. It is even more so when engaged in the study of Neoplatonism, clearly the dominant Renaissance philosophy, sometimes in competition and others supporting theological trends in the Spain of the period, but always at the center of intellectual and artistic speculation.

BYRNE005106