# Exhibit 40

**Subject:** Associate Professor Susan Byrne
**Date:** Friday, May 10, 2013 at 4:30:11 AM Pacific Daylight Time
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>

Good morning, Associate Professor Byrne!

I want you to know that I have written the message below to all eight of your letter writers:

"Dear _____,

It is with the greatest pleasure that I inform you that yesterday afternoon, Susan Byrne's candidacy for promotion to Associate Professor on Term received its final approval from the Deans and the Humanities Advisory Committee by a unanimous vote. (That unanimity echoed our departmental vote, taken in April.) Come July 1, she will be Associate Professor Byrne.

My colleagues and I are deeply grateful for the role you played in the achievement of this worthy goal.

With our thanks,

Rolena Adorno
Sterling Professor of Spanish
Chair,
Department of Spanish and Portuguese
Yale University
PO Box 208204
New Haven, CT 06520-8204
tel. 203-432-1154
fax 203-432-1178"


And I also wrote to those few individuals who were unable to write:

"Dear _____,

Although you were not able to participate in our review, I thought you might like to know that yesterday afternoon Susan Byrne's candidacy for promotion to Associate Professor on Term received its final approval from the Deans and the Humanities Advisory Committee by a unanimous vote. (That unanimity echoed our departmental vote, taken in April.) Come July 1, she will be Associate Professor Byrne.

I want to thank you again for your consideration of our request.

Many regards,

Rolena Adorno
Sterling Professor of Spanish
Chair,

Department of Spanish and Portuguese
Yale University
PO Box 208204
New Haven, CT 06520-8204
tel. 203-432-1154
fax 203-432-1178"

--So, Sue, "all the world" knows about this swift and successful outcome! Thank you for a wonderful evening. We will continue our conversation: Think about this: It was Mary's thought: Would you like to take your Associate Professor leave as calendar 2014 instead of academic 2014-15?