# Exhibit 41

YALE UNIVERSITY

NEW HAVEN, CONNECTICUT


At the last meeting of the Corporation it was
voted to make the following appointment:


Promotion

Department of Spanish and Portuguese


Susan Byrne, Ph.D., to Associate
Professor, from July 1, 2013 through June
30, 2017.


May 21, 2013


*Kimberly M. Goff-Crews*

SECRETARY