# Exhibit 50

| | |
|---|---|
| **From:** | Noel Valis [noel.valis@yale.edu] |
| **Sent:** | Sunday, March 08, 2015 2:50:29 PM |
| **To:** | Rolena Adorno |
| **Subject:** | Re: Entrega del capítulo |

Roberto is no doubt right.

Another learning curve: tenure complaints.

Un abrazo,
Noel

Sent from my iPad

On Mar 8, 2015, at 6:24 PM, Rolena Adorno <rolena.adorno@yale.edu> wrote:

> Roberto informs me that the letter is still in the mailboxes of many grad students. Paulo has not yet picked up his, which tells me that he was really "in the know." Since the expression "rave reviews" appears in the letter, Roberto expects the same of Sue.
>
> **Redacted:**
> **Attorney Client Privilege**
>
> I will send you all grad student letters as they come in. I am confident that WE are going to be the winners.
>
> Glad you got a little rest!
>
> Un abrazo,
> Rolena
>
> Sent from my iPhone
>
> On Mar 8, 2015, at 1:05 PM, Noel Valis <noel.valis@yale.edu> wrote:
>
>> This is wonderful, Rolena. I hope these keep rolling in. I think some students probably have not even seen the letter yet, coming as it did at the start of the break.
>>
>> Just had a few hours rest, much needed.
>>
>> Un abrazo,
>> Noel
>>
>> Sent from my iPad
>>
>> On Mar 8, 2015, at 5:09 PM, Rolena Adorno <rolena.adorno@yale.edu> wrote:
>>
>>> Another welcome letter!
>>>
>>> Rolena

Sent from my iPhone

Begin forwarded message:

**From:** Redacted
**Date:** March 8, 2015 at 11:00:01 AM EDT
**To:** Rolena Adorno <rolena.adorno@yale.edu>
**Subject: Re: Entrega del capítulo**

Estimada profesora,
Cuando le escribí ayer, no estaba enterada de la carta anónima que ha estado circulando por el departamento. A pesar de mencionar en varias ocasiones que la carta se escribe en nombre de los estudiantes graduados, somos varios los indignados por haber hecho uso así de nuestros nombres. Estoy en completo desacuerdo con el contenido, la forma y el anonimato de la misma y buscaré la manera en que las personas que estaban copiadas sepan que esta no es una carta que representa el sentir de todos los estudiantes.
Personalmente agradezco la formación que he recibido en el departamento, su trabajo como jefa del mismo y como asesora. Estoy segura que somos muchos los que pensamos así.
Le envío un saludo cordial,
Redacted

Redacted

Estimada profesora,
Espero que esté muy bien y que haya tenido tiempo de descansar después de sus compromisos. Le escribo para ver si nos reunimos este lunes para entregarle el capítulo. Si no puede este lunes, puede ser cualquier otro día, cuando usted esté disponible.
Muchas gracias y saludos cordiales,
Redacted