# Exhibit 51

| | |
|---|---|
| **From:** | Valis, Noel [noel.valis@yale.edu] |
| **Sent:** | Sunday, March 22, 2015 10:01:59 AM |
| **To:** | Rolena Adorno |
| **Subject:** | Re: A gun that smokes |

Dear Rolena,

Very interesting. I don't understand what Sue means in referring to a change in the department standard. And what gag order is she talking about? We have never violated department or university policies.

Un abrazo,
Noel

On 3/22/2015 9:37 AM, Rolena Adorno wrote:
> Dear Noel,
>
> I pull out in the following paragraph an excerpt from an email that I
> shared with you when you were at the clinic. I believe it is a gun
> that smokes, if you compare it with two statements on page 1 of the
> anonymous letter ("[Adorno] to cenure any attempts to make concerns or
> complaints known"; [dept] find a way to have us dismissed from the
> program").
>
> Sue Byrne, email to Jack Dovidio and me, Friday, January 9, 2015:
> "This year, however, that department standard was changed and, as I
> learned during our meeting on Wednesday, this mattered a lot.. . . It
> is quite germane to me that I have seen the department employ this
> same "gag-order" tactic in the past, in cases where it was
> strategizing to get rid of someone in a way that violated not only
> department standards, but also university policies and principles.
> Having seen the strategy, I recognized it when it was turned against
> me with my earlier proposal. It was disconcerting."
>
> Un abrazo,
>
> Rolena