# Exhibit 58

From:          Rolena Adorno [rolena.adorno@yale.edu]
Sent:          Friday, April 24, 2015 7:56 AM
To:            Stith, Kate
Subject:       Re: Divisiveness among many or the malice of a few?

KATE!  I have FOUND in my diary the dates of the meeting about which we spoke yesterday. Plus a few others. The meeting with Mary and Emily took place on Tuesday, June 17, 2014. They mentioned two matters, one pertinent to faculty/staff members, another regarding grad students. June 20, 2014 is another significant date (staff member; junior faculty member), and June 23, 2014, as well (grad deans regarding grad students). Bonanza!

Rolena

On Fri, Apr 24, 2015 at 7:48 AM, Stith, Kate <kate.stith@yale.edu> wrote:

Yes. It's a strange world that I'm still trying to figure out.

*Kate Stith*

*Lafayette S. Foster Professor*

*Yale Law School*

*P.O. 208215*

*New Haven, CT*

*06520-8215*

*(courier: use 127 Wall St., 06511)*

*203/432-4835*


**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Friday, April 24, 2015 5:22 AM
**To:** Stith, Kate
**Subject:** Re: Divisiveness among many or the malice of a few?


Good morning, Kate.

Yes, I take your point about the risks of further use of the word "malice". The provost's use of "divisiveness" clearly rejects it.

In fact, I woke up this morning thinking about the words that the provost has used in replying to my emails. You noted his use of "divisiveness" yesterday ("the divisiveness that appears to be undermining the

1

BYRNE012549

department's efforts," Apr 23), and we can add to it his earlier use of "acrimony".("a level of acrimony that cannot be ignored", Apr 7).

Perhaps these are the words that will be used by the meteorologists, and which then can serve as the starting point for rebuttal?


(Amazing claims for the provost to make while assuring me about "due process" and the lack of any "prejudgment"!)

On to Friday,

Rolena




On Thu, Apr 23, 2015 at 11:05 PM, Stith, Kate <kate.stith@yale.edu> wrote:

Rolena:

I look forward to reading about the mentoring. You might write this as if for "the file" (as lawyers advise their clients to do, as events occur), but really for the provostial crowd.  In other words, a memo you could hand over to them.

Let me think about using the word "malice" as the title of this file.  For our purposes, it does not matter what motivates SB or what motivates whomever she's roped in, be it malice or envy or panic or sour grapes (a notch below malice).  They're up to no-good for their own private purposes, and are prepared to ruin the reputation of this Yale Department and of (at least) its two greatest members if that's what it takes to achieve their private purposes. Maybe that amounts to "malice" -- let me sleep on it.

You are terrific.

Best,

Kate

*Kate Stith*

*Lafayette S. Foster Professor*

*Yale Law School*

*P.O. 208215*

*New Haven, CT*

2

BYRNE012550

*06520-8215*

*(courier: use 127 Wall St., 06511)*

*203/432-4835*

**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Thursday, April 23, 2015 10:40 PM
**To:** Stith, Kate; Jose Cabranes
**Subject:** Divisiveness among many or the malice of a few?

Dear Kate,

The subject-line words, above, would have been a rhetorical query if I acknowledged Ben Polak's note of this afternoon frankly. But they instead will serve as the rubric under which I write up accounts of my successful "mentoring" of all three of our junior faculty members.

And, so, good night, with all thanks, heartfelt, for our long and helpful meeting this afternoon,

Rolena

BYRNE012551