# Exhibit 59

| | |
|---|---|
| **From:** | Rolena Adorno [rolena.adorno@yale.edu] |
| **Sent:** | Sunday, April 19, 2015 9:16 AM |
| **To:** | Stith, Kate; Jose Cabranes; Noel Valis; Roberto Gonzalez Echevarria |
| **Subject:** | Three topis: No. 3 here: A turn for the worse |
| **Attachments:** | Memorandum of 04 16 15 ladder faculty meet & follow ups.docx |

Greetings for the last of these three Sunday morning dispatches.

You may call it "A turn for the worse," with the subtitle, "Rolena overreacts."

Please see the attached account, **"Memorandum of 04 16 15 ladder faculty meet and follow-ups.docx."**

Rolena

1

Memorandum of 04 16 15 ladder faculty meet & follow ups.docx, p. [Page]

Memorandum of 04 16 15 ladder faculty meet and follow-ups.docx 04 19 15

By Rolena Adorno

April 16, 2015, ladder faculty meeting 4 pm.

On Thursday, April 16, at 4 pm, the ladder faculty met to vote on the dept approval of a doctoral dissertation (Noel presiding) and action on five lector appointments, consisting of one promotion, four renewals (Rolena presiding).

All ladder faculty members showed up, with the exception of Aníbal González (on triennial leave this semester) and including the 2014 tenure denial, Paulo Moreira. Votes on all the matters were positive and unanimous.

I closed the meeting at about 4:45 pm.

Then Kevin Poole (a signatory of the Jackson letter demanding the reopening of last year's Moreira tenure case, and a faculty member quoted in the *YDN* article) asked if we knew who had accepted our offers of graduate admission. (Closing date was April 15).

Still presiding I replied, following the play book of the memo I had posted to the administrators earlier that day, as follows: that we were 0 for 5, that this fulfilled the threat of the anonymous letter which boasted of having dissuaded applicants from coming and that this was followed up with the *YDN* article, to which faculty members present had contributed, and that the article immediately went viral, worldwide. I added that the anonymous letter writers must be very pleased, having achieved the result they predicted and to which they had been a party.

We left the room.

April 16, 2015, Pursuit of RA by SB and exchanges with her in Roberto's office, 4:50 pm:

Some minutes later, I was walking up the hallway, headed for the exit, going home. SB came after me, "Hey, Rolena, can I talk to you for a minute?" I said no, and I continued walking and she caught up with me, "Then, I will walk along with you." Knowing that this would be bad and having vowed never again to be trapped into a one-on-one, no-witnesses conversation with her, I said, "No, let's go into Roberto's office." So we went down the hall and I went all the way into Roberto's office, and she followed but stood more or less in the open doorway.

She said that she "took umbrage at my remarks at the end of the meeting and that she found them most inappropriate. (She was on the attack, and she succeeded in provoking me.) She went on, and I reacted, "But I am entitled to my interpretation, and my interpretation lays blame on the anonymous letter and the *YDN* article, which are facts."

Memorandum of 04 16 15 ladder faculty meet & follow ups.docx,  p. [Page]

To her claim that my remarks implicated people at our meeting, I said they did not, but that it was a fact that some members present at the meeting had participated in the *YDN* article. She said, "But I felt you were blaming those present, although you didn't say that. And I think that the problems do go back many years, and are not the result of the letter and *YDN* article.

Roberto said to Sue, "You are tying flies by their tails." [He said it in Spanish, "Estás amarrando moscas por el rabo."].

Sue said she disagreed, and that the department ought to take this longer-term issues into account.

Roberto to Sue: "So you agree with the anonymous letter!?"

Sue: "I said in the article that the claims are exaggerated. But the problem is not the anonymous letter; there are problems in the department."

Rolena to Sue: "So you agree with the letter?!"

Sue steps forward and dances a sort of jig step, saying quite loudly, "Oh, I'm so afraid of big Rolena. But you can't shut me down!" [It was a brief, hallucinatory moment, too bad it was not captured on video.]

Rolena laughs.

Robert adds, On y va qui mal y pense" [If you think it, you are guilty of it.]

Sue marches out.

Rolena to Roberto: "Well, that will be another letter [from SB] to the administration and the world!"

Roberto to Rolena: "We are flushing her out. I am glad we did this. If she is innocent, why does she "take umbrage"?

April 17, 2015, Kevin Poole writes "Dear all" to undisclosed recipients, 4:12 pm, as follows:

Dear all,

I have been plagued today with the thought of an incident that occurred yesterday afternoon in Roberto González Echevarría's office following our faculty meeting.  Those involved know exactly what I am talking about; those who were not likely have already heard about it.  I have heard from two independent witnesses today about how the argument got started, and I witnessed part of it myself after it was moved to RGE's office from Rolena's.

I would not write to you about this or my personal feelings regarding what happened there except for the fact that one of my undergraduates from SPAN 368 was standing in the hallway, waiting

BYRNE004621

Memorandum of 04 16 15 ladder faculty meet & follow ups.docx,  p. [Page]

for me to return from the restroom, as the argument got started.  She witnessed the entire event take place.  Personal feelings aside, arguments among colleagues of the type that took place yesterday should never take place in front of students.  Not only is it completely unprofessional, but, in the eyes of the students, it gives credence to both the facts and the falsities that have been reported about the department lately.  Personally, I believe that my student deserves an apology for having been forced into the awkward and unwanted situation of witnessing such an unpleasant encounter.  Her only reason for being in the department was to speak with me regarding her final paper and trip to Spain this summer.

Anyone who wishes to offer her an apology can do so by writing to her at jessica.wu@yale.edu.

Kevin

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Kevin R. Poole
Asst. Professor of Spanish & Medieval Studies
Department of Spanish and Portuguese
Yale University
203.432.7553

April 19, 2015: Nota bene and FYI:

*Nota bene*: Kevin isn't as complete a witness as he claims.
The discussion did not begin in my office, but rather in Roberto's office, after SB's pursuit of me down the hall.

*FYI*: As chair, I have supported Kevin Poole throughout his entire six years here, and I provided a very strong letter of recommendation for him in his job market search for next year. In writing, he has thanked me for my support (June 24, 2014, April 7, 2015) and acknowledged the importance of my letter of recommendation (April 1, 2015:

> "I also want to thank you for the letter that you wrote on my behalf.  I know that it carried much weight and was instrumental in what I was told was the faculty's unanimous vote in my favor.  I am very grateful for your willingness to write it for me."

I am disappointed by Kevin's April 17, 2015, gratuitous betrayal. (Knowing that he lacked a book and other significant publications to make the grade, he declined to come up for his sixth-year review, which would have occurred this academic year.)

BYRNE004622