# Exhibit 60

| | |
|---|---|
| **From:** | Valis, Noel [noel.valis@yale.edu] |
| **Sent:** | Thursday, April 16, 2015 12:45:42 PM |
| **To:** | Rolena Adorno |
| **Subject:** | Re: Sue letter |

Will bring it in today and give you a copy of chicken scratches, Rolena.

Un abrazo,
Noel

On 4/16/2015 12:40 PM, Rolena Adorno wrote:

> I would appreciate your marginalia, Noel.
>
> Un abrazo,
>
> Rolena
>
> On Thu, Apr 16, 2015 at 9:22 AM, Valis, Noel <noel.valis@yale.edu> wrote:
>> Your friend is certainly right about this, Rolena.
>>
>> I have some marginalia on my copy of the letter and would be happy to share them, if you think they would be useful, though more than likely, they also occurred to you.
>>
>> Un abrazo,
>> Noel
>>
>> On 4/16/2015 8:01 AM, Rolena Adorno wrote:
>>
>>> Absolutely, Noel!
>>>
>>> And as my friend the shrink told me, the Univ. will REALLY be sorry about getting into the *NYTimes* if it is a question of an act of serious physical violence and bodily harm against a faculty member.
>>>
>>> Thanks for your encouragement here. I think I will go to school, eat a fried egg breakfast sandwich at Rose's and start on the letter. I will refresh my mind, by glancing over the [Redacted] letter to which you refer.
>>>
>>> Un abrazo,
>>> Rolena
>>>
>>> On Wed, Apr 15, 2015 at 10:07 PM, Valis, Noel <noel.valis@yale.edu> wrote:
>>>> Dear Rolena,
>>>>
>>>> Just read Kate's suggestions, which are very good.
>>>>
>>>> Have been rereading the April 1 letter from Sue. I think what needs to be done here is the same thing you did with the [Redacted: Confidential] a running gloss and refutation, through documentation, logic, and truth, of the claims she makes in this letter. The more I read this letter the more disturbing I find it. Like our other model colleague, she uses an accusatory rhetoric issuing out of unsubstantiated

statements. More seriously, there is an underlying mental instability that should alarm any sensible administration. If we had a sensible administration.

If things go south for Sue, I am afraid she could go over the deep end. It won't matter that we have behaved properly and with integrity, as we have throughout, because she won't see it that way. The administration has to be told of our concerns.

Un abrazo,
Noel

BYRNE004469