# Exhibit 61

| | |
|---|---|
| From: | Stith, Kate [kate.stith@yale.edu] |
| Sent: | Wednesday, May 06, 2015 10:48:31 AM |
| To: | Rolena Adorno |
| Subject: | Re: The daffodils bloomed on Monday!* |

R: LH! Very interesting. She didn't say anything? Did she have a hint w her eyes.
You did make clear that Jack was constantly emailing, and can give context to that and the GC interest in next meeting. Great about Daffs! Whoops--nurse calls.

Kate Stith-Cabranes
Lafayette S. Foster Professor
Yale Law School
New Haven, CT. 06520
203/432-4835


On May 6, 2015, at 7:12 AM, Rolena Adorno <rolena.adorno@yale.edu> wrote:

> \* meaning, "All thanks to you!" --and I do not mean just the floral gift!
>
> Good morning, Kate!
>
> You are back from your NY marathon, and I have been "post-processing" since we bade farewell on Monday.
>
> And, yes, when I came home from school Monday early evening, to bring in the potted daffodils you gave me, <u>Sunday's buds had turned into Monday's blooms!</u> A good sign! I smiled, and brought them indoors to grace the heavily laden (not with food, as you know) dining room table.
>
> I have also been saying "Drat!" to myself, because I missed a beat when you suggested that the time was right, during our Monday meeting, to add that <u>Jack had suggested that if SB were turned down for the APL, and then for tenure, she would sue the University.</u>
>
> In preparing for our next meeting, I will state that, loudly and clearly.
>
> And I will add to it Jack Dovidio's oft-repeated statement to me: <u>"We are not questioning your (academic) judgment, but only your procedure."</u> This he repeated to me from mid-November through February 11. And, as you know, they could not hang us on that post.
>
> Enough for this email!
>
> PS I had a wonderful hour's conversation with Lorraine Siggins yesterday afternoon. I also showed her my Powerpoint; she studied my excerpts from SB's April 1 letter very carefully but said nothing. More, in person. It was a fine interlude.
>
> To be continued,
>
> Rolena