# Exhibit 65

| | |
|---|---|
| From: | Rolena Adorno [rolena.adorno@yale.edu] |
| Sent: | Tuesday, April 07, 2015 7:17:31 PM |
| To: | Dr.Boncho Dragiyski |
| Subject: | Re: En route to Wash DC |

Dear Boncho,
En route home from DC, arriving in New Haven in 45 minutes, then 20 mins. by cab home. I hope all is okay there. April Fool's Day blow: SB demands my recusal from her tenure consideration. Another missive, like the anon letter of Mar 6, filled with vicious accusations, all lies. Admins silent, of course, so I continue to dangle in the wind. If I have already told you this, forgive the repetition. My advisers know that the univ. is in over its head.

I told my very good NY, also Nacional Council, friend all, when in DC. I also told her about you and our vacation plans. She is delighted, and she will go with me on Fri evening to a big JCB dinner in Manhattan. Her mother lived in Pittsburgh, and her brother still does. A Chinese-American family. She knows the city but little and was glad for my description of your fine neighborhood.

I hope things are going okay for you; do let me know!!! I am glad student fees are okay, as I understand you. I dread your having to deal with the chair, as I for myself with SB.

Rolena

Sent from my iPhone

On Apr 6, 2015, at 9:03 AM, Dr.Boncho Dragiyski <dragiyskib@duq.edu> wrote:

> Good morning, Rolena,
>
> This morning I made the decision to sleep in (which means remain in bed until 8 am). I do not teach this morning and I have prepared all classes for the week, so having a full morning and afternoon to write sounds quite appealing to me.
>
> I will deal with the summer program tomorrow. The students have made their payments, so no extra cost would be involved. But, as I have stated during a previous meeting with the chair, the program does not need a third person because of the support we receive in Salamanca, and sending a third person would also mean that a cultural experience must be eliminated from the program, to compensate for the expenses for that person. I will put it in writing and hope the chair assumes responsibility for it.
>
> How are things in New Haven? Has the police found the person or persons who attempted break-in to your house? I imagine the street cameras or someone from the neighborhood has seen something. As I write this, I cannot stop to be appalled by the whole situation. It was an anonymous letter, after all, and this in itself presupposes a number of possible assumptions - it contains untrue information, it has been orchestrated by someone who doesn't have the guts to come forward, its purpose is to hurt specific individuals, etc. How can the administration undertake a full review based on one such letter? Unless, as you imagined, there is more than we know. In all instances, I hope that you will come out of this unharmed. Please let me know how things are evolving and if there is anything I can do.
>
> Have a great time in Washington! I have always liked this place and have great memories of the blossomed trees this time of the year!
>
> Hugs, Boncho