# Exhibit 66

| | |
|---|---|
| **From:** | Dawn Delbanco [dhd1@columbia.edu] |
| **Sent:** | Monday, April 13, 2015 5:01:38 PM |
| **To:** | Rolena Adorno |
| **Subject:** | small world; I just didn't realize it |

Don't worry about me, Rolena!  I just seem to get these things a couple
times a year.  Our doorman Johnny (whom you met) had a stomach bug a few
weeks ago, so perhaps it's going around...

And YOU must rest sufficiently too!
aybtbc
Dawn

On Mon, Apr 13, 2015 at 1:49 PM, Rolena Adorno <rolena.adorno@yale.edu>
wrote:

> Oh, gosh, Dawn! I am beginning to worry about these "stomach bugs" that
> you pick up!
>
> You MUST rest!
>
> Aybtbc,
> Rolena
>
> Sent from my iPhone
>
> On Apr 13, 2015, at 12:52 PM, Dawn Delbanco <dhd1@columbia.edu> wrote:
>
> Thanks, Rolena!  I actually cancelled class today, which I've almost never
> done.  We shouldn't be spelling though-- I have plenty that I didn't manage
> to do in the past couple days...
>
> On Sun, Apr 12, 2015 at 5:56 PM, Rolena Adorno <rolena.adorno@yale.edu>
> wrote:
>
>> Oh, Dawn, I am so sorry for your malady! Be comfortable as you can, in
>> your beautiful home.
>>
>> We are "spelling one another:" You are resting, I am working.
>>
>> AYBTBC,
>> Rolena
>>
>> On Sun, Apr 12, 2015 at 5:50 PM, Dawn Delbanco <dhd1@columbia.edu> wrote:
>>
>>> Well, my dear, it was well-timed, our lovely dinner and your visit,
>>> since I came down with some sort of stomach bug yesterday.  So won't stay
>>> on computer long now except to say that I'm so glad the lawyer was
>>> comforting, and that you had--and will have again!--such a wonderful visit
>>> with your niece, who is clearly a special and strong person.
>>> And your description of Bill is so apt.
>>> Keep on hanging in there--
>>> aybtbc
>>> Dawn
>>>
>>> On Sun, Apr 12, 2015 at 11:35 AM, Rolena Adorno <rolena.adorno@yale.edu>
>>> wrote:

```
>>>
>>>> Dear Dawn,
>>>>
>>>> Small world, indeed! Wonderful. Had Bill taken in your last name (who
>>>> can, under such circumstances!?) he might have, himself, connected the
>>>> dots! I thought he was super-lovely. He looked to me like one of those
>>>> overgrown, gangly undergraduates with the floppy 1970s hair now gone grey.
>>>> An openness of visage, a welcoming soul, a man of his generation.
>>>>
>>>> The conversation with my attorney was great. Not for the letter
>>>> (concrete, brief) I must write between today and tomorrow (rejecting the
>>>> candidate's demand for Roberto's and my recusals from the tenure
>>>> consideration), but more generally, extremely informative: how recusals are
>>>> handled by lawyers and judges. The best line: "Remember that the demand for
>>>> recusal is *always* a move of the desperate!"
>>>>
>>>> Best news: My niece's visit, from last night through this morning. It
>>>> has put a spring in my step and a smile on my face. (She is the niece whose
>>>> husband died suddenly in 2012 and, less than a year ago, lost her 90-yr-old
>>>> father and her son, who took his own life.) She has now gone on to
>>>> Hartford/New Britain to visit her siblings but will be back with me on
>>>> Friday, --where her bed, robe, and slippers await her arrival! She will
>>>> spend Friday at our magnificent Yale Art Gallery, while I tidy up matters
>>>> at school, and overnight with me before going on to Manhattan for a
>>>> staggeringly complete week of two operas at the Met, B'way shows, and
>>>> museums (a full day at the Met). What a kid!
>>>>
>>>> Her visit has allowed me to savor mine with you all the more, Dawn! And
>>>> you realize that our ritual will always be to look at those wonderful Hong
>>>> Kong family photographs, with you telling me, again and again who each one
>>>> is. . .
>>>>
>>>> I hope those papers got read and graded; I am working on lector renewal
>>>> of appt reports. . .
>>>>
>>>> AYBTBC,
>>>> Rolena
>>>>
>>>>
>>>>
>>>> On Sat, Apr 11, 2015 at 9:51 PM, Dawn Delbanco <dhd1@columbia.edu>
>>>> wrote:
>>>>
>>>>> When I was narrating the events of last night at greater length to
>>>>> Andy just now, I described the booth of the New Haven book dealer.  Andy
>>>>> said, "Oh, that's Bill Reese!  He's the one who's on the board of LOA with
>>>>> me, and the person I told you that I thought might be in attendance at the
>>>>> dinner."
>>>>> In fact I now realize I've heard about Bill Reese from Andy on a
>>>>> number of occasions; I just didn't remember the name--nor that his business
>>>>> is located in New Haven.
>>>>> Just wanted to let you know, Rolena!
>>>>>
>>>>> I hope your conversation with your attorney was useful...
>>>>>
>>>>> AYBTBC
>>>>> Dawn
>>>>>
>>>>
>>>>
```

BYRNE007449

\>\>\>
\>\>
\>

BYRNE007450