# Exhibit 67

| | |
|---|---|
| **From:** | Roberto Gonzalez Echevarria [roberto.echevarria@yale.edu] |
| **Sent:** | Wednesday, July 22, 2015 6:29 AM |
| **To:** | Birkenmaier, Anke |
| **Subject:** | Re: Gracias por los libros! |

Anke querida, tú eres muy disciplinada y sabrás administrar tu tiempo. Mi método era levantarme muy temprano, hacer mi trabajo de investigación y escritura, y a eso de las onces llamar a Sandra y preguntarle cómo iban las cosas en el Departamento. Por cierto, Sandra murió hace poco más de un mes. Me ha dolido mucho. Lo del Depatamento ha sido obra de Aníbal y algunos juniors que no recibieron tenure o temen que no lo van a recibir, sobre todo Susan Byrne, que ha resultado ser diabólica. Pero la administración los legitimó ordenando una investigación del Departamento. Sé que tengo tu apoyo y el de muchos otros exalumnos míos. Te extraño, muchos besos, Roberto

2015-07-21 10:50 GMT-04:00 Birkenmaier, Anke <abirkenm@indiana.edu>:

Querido Roberto,

Muchas gracias por los dos libros que me enviaste, en particular la novela de Ena Lucía Portela me ha interesado mucho, y la edición de Iraida López ha sido inusual al haber resultado de su colaboración con la autora—aunque parece que después el contacto se perdió, Ena Lucía parece que es un poco rara. Aquí va un enlace a un número especial de una revista que salió en España sobre Ena Lucía, con un artículo mío. Sólo para que sepas que sigo activa como lectora y crítica en literatura cubana.

http://revistes.uab.cat/mitologias/issue/view/v10/showToc

Acaba de empezar mi puesto como directora del Centro de estudios latinoamericanos aquí, y estoy un poquito preocupada por balancear la investigación con la administración. Voy a tener que ser disciplinada. Pero acabo de terminar y enviar a una revista un artículo sobre la Dolores Rondón de Severo Sarduy, comparando el guión de radio con el capítulo de la novela. Hice contacto con Werner Spies, el historiador del arte alemán y amigo de Sarduy en París. Habló con ternura de Sarduy, que había sido un gran amigo, y muy inteligente, "flexible como un gato," dijo. Parece que fue Spies quien estableció el contacto con la radio alemana, y mandó a pedir una cantidad grande de dramas radiofónicos los grandes escritores franceses del momento, entre ellos Nathalie Sarraute, Robert Pinget, y también Sarduy. La Dolores Rondón por su parte fue anunciada como la primera obra radiofónica de un escritor latinoamericano, escrita para la radio alemana. Es interesante, no?

Estoy terminando de formatear el manuscrito final del libro sobre antropología y literatura, debo enviarlo en una semana a la University of Virginia Press. Debe salir publicado en 2016, por fin.

Finalmente, te tengo la triste noticia del fallecimiento de Gustavo Saínz, te enteraste, no cierto? Te copio abajo la noticia que salió en el Herald Times de Bloomington. No lo pude conocer mucho, evitaba el departamento en los últimos años, me lo encontré sólo una vez en el pasillo, y luego se jubiló, hace como tres años.

1

BYRNE007611

Bueno, y luego otra noticia, más material: el Departamento de Español y Portugués se muda a un nuevo edificio que construyeron al lado de la Biblioteca Wells, se llama el Global and International Studies Building, 355 North Jordan Avenue, Bloomington, IN 47405-1105. Me hace ilusión irnos al nuevo edificio, pero sí será un cambio.

Espero que estés bien de salud, y que hayan podido salir de viaje en este verano. Me encontré con Charlotte en LASA, y me dijo que el ambiente en el departamento no estaba bien. No te dejes deprimir, has hecho tanto por nuestro campo, por la universidad, y por tus estudiantes, y muchísimos de nosotros sabemos lo mucho que te debemos.

Te mando un abrazo fuerte,

Anke

**Gustavo Sainz, 74**

JULY 13, 1940—JUNE 26, 2015

Gustavo Sainz, 74, Bloomington, Emeritus Professor at Indiana University and Guggenheim Fellow, passed away Friday, June 26, 2015, at Indiana University Health Hospice House. At the time of his death, Gustavo was surrounded by his beloved sons, Claudio and Marcio Sainz, attentive caregivers of their dear father as he progressively reached the last stages of Alzheimer's disease.

An internationally recognized author born in Mexico City, Gustavo Sainz published 18 novels, which were translated to many languages all over the world, countless articles, and several children's books. A passionate book and art collector and winner of many coveted prizes in the United States, Mexico and Canada, Gustavo was a celebrated Professor at Indiana University in Bloomington, Middlebury College in Vermont, University of New Mexico in Albuquerque, and National Autonomous University of Mexico in Mexico City.

Following his wishes, there will be no service or viewing. The family will hold a private celebration of life at a later date. In lieu of flowers, contributions can be made to the Alzheimer's Association, 50 E. 91st St. #100, Indianapolis, IN 46240.

Funeral arrangements are entrusted to Southern Indiana Cremation Society, LLC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Anke Birkenmaier, Ph.D.

Associate Professor, Department of Spanish and Portuguese

Director, Center for Latin American and Caribbean Studies

Indiana University, Bloomington

http://www.indiana.edu/~clacs/

2