# Exhibit 69

| | |
|---|---|
| **From:** | Rolena Adorno [rolena.adorno@yale.edu] |
| **Sent:** | Tuesday, December 15, 2015 7:34 AM |
| **To:** | Noel Valis |
| **Subject:** | Re: Vintage Cocktail Books: A Recipe for Collecting |

Right-o, Noel!

I am planning to make copies of your December 1 letter to the committee colleagues (on voting privileges) to have on hand, if needed.

I am getting nervous, but after a blissful 7.5 hours of sleep. My guess: When SB learns from JD that my colleague and I will not be forced to recuse ourselves, she will redouble her crazy accusations against me, campaigning for a compromise: to allow RGE to vote, RA not. I am gathering this from her ever-cheery demeanor toward him, at every opportunity.

I have not asked JD for when he meets with SB, because the "arch-nemesis" idea still circles in my head.

You can google Yorkside to select your menu items, and we can order them later in the day, for pickup at about 5:30 pm.

Un abrazo,
Rolena  PS No reply from Lynn to my request that, at a minimum, you be allowed to speak to the whole convened group.

On Mon, Dec 14, 2015 at 6:57 PM, Noel Valis <noel.valis@yale.edu> wrote:
Sounds like a terrific idea, Rolena, assuming we survive both meetings!

Un abrazo,
Noel

On 12/14/2015 5:54 PM, rolena.adorno@yale.edu wrote:
> And, Noel, I am having a little "giggle water" right now.
>
> All this has been so wearing, and wearying, that is, to deal with colleagues in authority whose thinking-through-of-matters seems superficial, at best.
>
> How about dinner tomorrow night at my house? The only wrinkle is I would ask you to take a cab home. We could order take-out Italian dinners at Yorkside (placing the orders earlier in the day, for later), picking it up after our meetings, and drive to my house. I'd like to avoid night driving tomorrow.
>
> What do you think?
>
> Un abrazo,
> Rolena
>
> Sent from my iPhone

1

On Dec 14, 2015, at 4:23 PM, Noel Valis <noel.valis@yale.edu> wrote:

I'm thinking this is the most forward-looking, best-in-class email I've gotten all day!
Noel

-------- Forwarded Message --------

   **Subject:**Vintage Cocktail Books: A Recipe for Collecting
      **Date:**Mon, 14 Dec 2015 13:01:02 -0800
     **From:**AbeBooks <info@news.abebooks.com>
**Reply-To:**AbeBooks <noreply@news.abebooks.com>
        **To:**noel.valis@yale.edu

You have received this as an AbeBooks customer.

View Online | Unsubscribe



2