# Exhibit 73

| | |
|---|---|
| **From:** | Noel Valis [noel.valis@yale.edu] |
| **Sent:** | Saturday, February 13, 2016 5:24:59 PM |
| **To:** | Stith, Kate; rolena.adorno@yale.edu; Jose_Cabranes@ca2.uscourts.gov |
| **Subject:** | Re: Tracking something of interest |

So is the other one.

On 2/13/2016 5:18 PM, Stith, Kate wrote:
> I just checked 130.132.173.106:  It is from a Yale University computer. See http://www.myiptest.com/staticpages/index.php/IP-Lookup
>
>
> Kate Stith
> Lafayette S. Foster Professor
> Yale Law School
> P.O. 208215
> New Haven, CT
> 06520-8215
> (courier: use 127 Wall St., 06511)
> 203/432-4835
>
>
> -----Original Message-----
> From: rolena.adorno@yale.edu [mailto:rolena.adorno@yale.edu]
> Sent: Saturday, February 13, 2016 3:59 PM
> To: Stith, Kate; Jose_Cabranes@ca2.uscourts.gov
> Subject: Tracking something of interest
>
> Perhaps important. Do you have a brief moment to talk? 203-777-1919, of course.
>
> Many regards to both,
> Rolena
>
> Sent from my iPhone

| | |
|---|---|
| **From:** | Stith, Kate [kate.stith@yale.edu] |
| **Sent:** | Saturday, February 13, 2016 5:41:38 PM |
| **To:** | Noel Valis; rolena.adorno@yale.edu; Jose_Cabranes@ca2.uscourts.gov |
| **Subject:** | RE: Tracking something of interest |

Do either of you have an incoming email from one of the characters? We can check the IP addresses of the computers they used.

Kate Stith
Lafayette S. Foster Professor
Yale Law School
P.O. 208215
New Haven, CT
06520-8215
(courier: use 127 Wall St., 06511)
203/432-4835


-----Original Message-----
From: Noel Valis [mailto:noel.valis@yale.edu]
Sent: Saturday, February 13, 2016 5:25 PM
To: Stith, Kate; rolena.adorno@yale.edu; Jose_Cabranes@ca2.uscourts.gov
Subject: Re: Tracking something of interest

So is the other one.

On 2/13/2016 5:18 PM, Stith, Kate wrote:
> I just checked 130.132.173.106:  It is from a Yale University computer. See
https://urldefense.proofpoint.com/v2/url?u=http-3A__www.myiptest.com_staticpages_index.php_IP-2DLookup&d=AwIC-g&c=-dg2m7zWuuDZ0MUcV7Sdqw&r=SpCqrVNIRKcJGZUD7_2oMmnvcrydbSMl1GTZqecjw3M&m=E9_910E0wsoRPXoKOGq6p_Z2q02rSgeODuoqA-Z35P4&s=aEeNZmBzYAULpQdn-Hd0GURYXohKrMZcNT1OlY3fotE&e=
>
>
> Kate Stith
> Lafayette S. Foster Professor
> Yale Law School
> P.O. 208215
> New Haven, CT
> 06520-8215
> (courier: use 127 Wall St., 06511)
> 203/432-4835
>
>
> -----Original Message-----
> From: rolena.adorno@yale.edu [mailto:rolena.adorno@yale.edu]
> Sent: Saturday, February 13, 2016 3:59 PM
> To: Stith, Kate; Jose_Cabranes@ca2.uscourts.gov
> Subject: Tracking something of interest
>
> Perhaps important. Do you have a brief moment to talk? 203-777-1919, of course.
>
> Many regards to both,
> Rolena
>
> Sent from my iPhone

BYRNE004404

| | |
|---|---|
| **From:** | Noel Valis [noel.valis@yale.edu] |
| **Sent:** | Saturday, February 13, 2016 5:20:31 PM |
| **To:** | Stith, Kate; rolena.adorno@yale.edu; Jose_Cabranes@ca2.uscourts.gov |
| **Subject:** | Re: Tracking something of interest |

```
Wow. I just sent you some links.

On 2/13/2016 5:18 PM, Stith, Kate wrote:
> I just checked 130.132.173.106:  It is from a Yale University computer. See
http://www.myiptest.com/staticpages/index.php/IP-Lookup
>
>
> Kate Stith
> Lafayette S. Foster Professor
> Yale Law School
> P.O. 208215
> New Haven, CT
> 06520-8215
> (courier: use 127 Wall St., 06511)
> 203/432-4835
>
>
> -----Original Message-----
> From: rolena.adorno@yale.edu [mailto:rolena.adorno@yale.edu]
> Sent: Saturday, February 13, 2016 3:59 PM
> To: Stith, Kate; Jose_Cabranes@ca2.uscourts.gov
> Subject: Tracking something of interest
>
> Perhaps important. Do you have a brief moment to talk? 203-777-1919, of course.
>
> Many regards to both,
> Rolena
>
> Sent from my iPhone
```

| | |
|---|---|
| **From:** | Stith, Kate [kate.stith@yale.edu] |
| **Sent:** | Saturday, February 13, 2016 5:18:11 PM |
| **To:** | rolena.adorno@yale.edu; Jose_Cabranes@ca2.uscourts.gov |
| **CC:** | Noel Valis |
| **Subject:** | RE: Tracking something of interest |

```
I just checked 130.132.173.106:  It is from a Yale University computer. See
http://www.myiptest.com/staticpages/index.php/IP-Lookup


Kate Stith
Lafayette S. Foster Professor
Yale Law School
P.O. 208215
New Haven, CT
06520-8215
(courier: use 127 Wall St., 06511)
203/432-4835


-----Original Message-----
From: rolena.adorno@yale.edu [mailto:rolena.adorno@yale.edu]
Sent: Saturday, February 13, 2016 3:59 PM
To: Stith, Kate; Jose_Cabranes@ca2.uscourts.gov
Subject: Tracking something of interest

Perhaps important. Do you have a brief moment to talk? 203-777-1919, of course.

Many regards to both,
Rolena

Sent from my iPhone
```

| | |
|---|---|
| **From:** | Stith, Kate [kate.stith@yale.edu] |
| **Sent:** | Saturday, February 13, 2016 5:52:20 PM |
| **To:** | Rolena Adorno; Noel Valis; Susan Byrne |
| **Subject:** | RE: your evaluations of writing samples |

I'm having difficulty getting my email program to show me the full headers for these emails (the full headers will have the IP address). I'm using an updated version of Outlook that no longer shows "properties" when I right click the email. But I'll figure it out.

*Kate Stith*
*Lafayette S. Foster Professor*
*Yale Law School*
*P.O. 208215*
*New Haven, CT*
*06520-8215*
*(courier: use 127 Wall St., 06511)*
*203/432-4835*

**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Saturday, February 13, 2016 5:50 PM
**To:** Stith, Kate; Noel Valis; Susan Byrne
**Subject:** Fwd: your evaluations of writing samples

Try this one.

---------- Forwarded message ----------
From: **Susan Byrne** <susan.byrne@yale.edu>
Date: Sat, Feb 6, 2016 at 7:45 PM
Subject: Re: your evaluations of writing samples
To: Noel Valis <noel.valis@yale.edu>, "Kamens, Edward" <edward.kamens@yale.edu>, Rolena Adorno <rolena.adorno@yale.edu>, "roberto.echevarria@yale.edu" <roberto.echevarria@yale.edu>, Anibal González-Pérez <anibal.gonzalez@yale.edu>, "K. David Jackson" <k.jackson@yale.edu>, "Harkema, Leslie" <leslie.harkema@yale.edu>

Ditto!
Sue

**From:** Noel Valis <noel.valis@yale.edu>
**Date:** Saturday, February 6, 2016 at 5:29 PM
**To:** "Kamens, Edward" <edward.kamens@yale.edu>, Rolena Adorno <rolena.adorno@yale.edu>, "roberto.echevarria@yale.edu" <roberto.echevarria@yale.edu>, Anibal González-Pérez <anibal.gonzalez@yale.edu>, "K. David Jackson" <k.jackson@yale.edu>, Susan Byrne <susan.byrne@yale.edu>, "Harkema, Leslie" <leslie.harkema@yale.edu>
**Subject:** Re: your evaluations of writing samples


Many thanks, Ed!

Noël

On 2/6/2016 4:18 PM, Kamens, Edward wrote:
> Dear Colleagues, The attached folder contains your evaluations of the writing samples submitted by our Ph.D

program applicants. I have received almost all of the evaluations; a few more will be added as I receive them. If you notice anything amiss, please let me know. I look forward to our discussion of these applicants on Monday. Yours, Ed

Edward Kamens
Sumitomo Professor of Japanese Studies
Dept. of East Asian Languages and Literatures,
Yale University   http://eall.yale.edu/
DGS, Spanish and Portuguese   http://span-port.yale.edu/
Graduate Co-coordinator, Yale Initiative for the Study of
 Antiquity and the Premodern World  (www.yale.edu/yisap

| | |
|---|---|
| **From:** | Susan Byrne [susan.byrne@yale.edu] |
| **Sent:** | Sunday, February 14, 2016 11:48:11 AM |
| **To:** | Stith, Kate; Rolena Adorno; Noel Valis |
| **Subject:** | Re: your evaluations of writing samples |

Dear Rolena and Kate,
Is someone trying to do a little detective work to figure out my IP address? If so, just let me know, it's not rocket science, and I know what it is!

Nice to meet you, Kate-
Sue

Susan Byrne
Associate Professor of Spanish and Renaissance Studies
Department of Spanish and Portuguese
Yale University
http://suebyrne.com

---

**From:** "Stith, Kate" <kate.stith@yale.edu>
**Date:** Saturday, February 13, 2016 at 5:52 PM
**To:** Rolena Adorno <rolena.adorno@yale.edu>, Noel Valis <noel.valis@yale.edu>, Susan Byrne <susan.byrne@yale.edu>
**Subject:** RE: your evaluations of writing samples

I'm having difficulty getting my email program to show me the full headers for these emails (the full headers will have the IP address). I'm using an updated version of Outlook that no longer shows "properties" when I right click the email. But I'll figure it out.

*Kate Stith*
*Lafayette S. Foster Professor*
*Yale Law School*
*P.O. 208215*
*New Haven, CT*
*06520-8215*
*(courier: use 127 Wall St., 06511)*
*203/432-4835*

**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Saturday, February 13, 2016 5:50 PM
**To:** Stith, Kate; Noel Valis; Susan Byrne
**Subject:** Fwd: your evaluations of writing samples

Try this one.

---------- Forwarded message ----------
From: **Susan Byrne** <susan.byrne@yale.edu>
Date: Sat, Feb 6, 2016 at 7:45 PM
Subject: Re: your evaluations of writing samples
To: Noel Valis <noel.valis@yale.edu>, "Kamens, Edward" <edward.kamens@yale.edu>, Rolena Adorno <rolena.adorno@yale.edu>, "roberto.echevarria@yale.edu" <roberto.echevarria@yale.edu>, Anibal Gonz□lez-P□rez <anibal.gonzalez@yale.edu>, "K. David Jackson" <k.jackson@yale.edu>, "Harkema, Leslie" <leslie.harkema@yale.edu>

Ditto!

BYRNE004409

Sue

**From:** Noel Valis <noel.valis@yale.edu>
**Date:** Saturday, February 6, 2016 at 5:29 PM
**To:** "Kamens, Edward" <edward.kamens@yale.edu>, Rolena Adorno <rolena.adorno@yale.edu>, "roberto.echevarria@yale.edu" <roberto.echevarria@yale.edu>, Anibal González-Pérez <anibal.gonzalez@yale.edu>, "K. David Jackson" <k.jackson@yale.edu>, Susan Byrne <susan.byrne@yale.edu>, "Harkema, Leslie" <leslie.harkema@yale.edu>
**Subject:** Re: your evaluations of writing samples

Many thanks, Ed!

Noël

On 2/6/2016 4:18 PM, Kamens, Edward wrote:

> Dear Colleagues, The attached folder contains your evaluations of the writing samples submitted by our Ph.D program applicants. I have received almost all of the evaluations; a few more will be added as I receive them. If you notice anything amiss, please let me know. I look forward to our discussion of these applicants on Monday. Yours, Ed
>
> Edward Kamens
> Sumitomo Professor of Japanese Studies
> Dept. of East Asian Languages and Literatures,
> Yale University   http://eall.yale.edu/
> DGS, Spanish and Portuguese   http://span-port.yale.edu/
> Graduate Co-coordinator, Yale Initiative for the Study of
>  Antiquity and the Premodern World  (www.yale.edu/yisap