# Exhibit 75

Sue Byrne

2008 - Golden Age SPA

- hire who? 3 / 5
- tenure next yr
- orig exp ec => too wild sp as - while here firing time (but that's not her current reality)
- asked that 2 senior ppl recuse themselves
   - but h/ind that they are ag- PASTAP (tenure track) system
   - thinks
   - same Pac/odcario d even though HR A chair PM as brilliant but his email maddened _____
     - she thinks that reason was wasting /

A. after dinner / her husband => and w don't need 2 commits/as on the dept
   + hired after  obt all w/ Cervantes, etc to
   + Cervantas mostly w/th Cervantes => First ras on poets, second on Cervantes (taking abt discourse + history of race te? action)
   - has a third bk about an Italian philet his impact on SPA culture
     was unable to make her look red out not
   * w/ hed @ 30 yrs & bulletins => no one & taught the classes she +
     => later

B. Prof + RG => asked to take her out to lunch = a summer ur
   + @ lunch he says => no one gets tenure, so you should keep
     [writing? or another sy b => had made some comments?] /

BYRNE017206

push but never focused on SB
  - RG puts it in his class lists, limit on 24hr reserve
- b/c of (a) + (b) + h asks they can't give him for the raise

both combined today leave → although no knives (esp Ass Prof leave)
are guaranteed

query: IPAS TAP

promoted in spring '13 did not apply in fall of 2012 (said couldn't
do be
           → could apply in fall of 2013 → was already in a chair
              both?
                  → wanted to wait to apply for a new project
    - would be better for the
         APC proposal comes → dept upi saul
    → thought it would be stretch if it did it
    - put it in
         Told it not a stretch
         M Miller said it would be ok to wait a year
Fall 2014 leave
note: past letter had dept meeting on 4/16 → RA accused SB of being
the author of the letter → & had also told appl that she was resp
during a conf in Berlin 2 - his author, Note →
- shows emails demo thats he's not the author of letter

BYRNE017207

Student 1 made a number of comments re: the anon. letters, etc. from

comp students
→ thinks it's linked to the letter → says - not used to some of that
- read the 2 lines about her → By me, had prob w/ this
- then talked abt # of grad students coming in
* also → has had me come by talking to women
- inc. 2 women who were on list of ppl whom may have
  written letters of rec. for AP promotion
* @ bfast the next morning, one of the women (on Day 3)
  who came over + at the same convo, said I never knew about the
  letter til I came across one - N. Veras said what letter ?! SBS & others
  what the letter is → did it offend ?
* wants to talk w/ our amends to → both of them said let's face her
  & said I have nothing to do w/ letter + I know you told A.C.
  * should know that she's not a non.                    R. Snider
  → ran R.A. yells @ her
  * R.6.B swings around in a harm, then goes - & burns hellbegone

  cry, cry
  * had student w/ FP across hall
  * then the letter gets s

AP Leave
- drummed up reasons to reject
  * original → happened                     → a much worse version of the AP LP
  → rec'd funding from endowed funds
    → Whitney Griswold Fund (what fund?), MacMillan Center
      → both helped ev. / certain orders by appl. even, got them more $ (more funds)

- work done in career has had good data
- has cont. to Early modern Sin LA p
- knows that it's had a lot of good feedback, etc.
- she knows that this Comm. decision was manip.

* Prumden's attitude
   - got nothing that they c/d use APU tenure denial
   * the 1st thing can be done is single author mon has done at three
      - has no doubts cessie c w/d
   - what's quality of premise's research for future
      > RA + RGE doing tiget the ( > thinks that NV cd m-ays gives d img
      P or some unknown reason
- submit on time
   - got all to RGE abt prep us al
   - want scomments (individual from each person) > is nor more head
   lanes to this process + buchi
      - RA - no, overall think one thing t RoB will toll you what it is
      - told her (RA) that RGE recomm a few small things ( w/d) @
      1134)
         - no one responds ( NV) RA does usually ( rich)
         - sends a new one by 5
         - by (G@) got email from RA, will give you an email +
         @ soon
   - RGE - you haven't addressed subs                written resp.
   · RA > are problems > heB will have a written rebut
                           & reinsulted by the result

- issue → conceptual base on is problematic → it has nothing to
do w/Ron Sprin' →

  ※ SB response → literature is a concept that was used in
  Gold confige+ used in R + RGE (s worthonu request
  base)

A reason that SB uses this is that the word used was good letters, not
lt. ⊕ be got 12th trans to good lett →
(isrel + to SPA Golden Age
⑩ 2
- to do what matters do w/the
- undo
- m why first ? is deprupppeal
  ※ looks how law/etc worktogether
- quoted him → if 14 it will 1 them directly/ → says that its not the end RGB
- thought represses references about it
- agreed to delete the footnote/long reference, but want it to the pm
  perhaps ⅓
3 obscure/
- the book who the m/systematic Treatment (treatise) on _____ in the
  15th/16th → by Aristotle/Avruce/Plato (snot obscure in the 1 d.
- not a partidas involved in Law + History → literary/
- intentia incunvot's val - and study in 5 ic te partidas (aLaw)
→ is a problem b/c this is a compilation of law →
→ not o ed that it was in bh/but didnt know tha)

- Array is already in bibliography
- Lenis was in the second version limed in
* she also suggests that she include a legal power of el burlador de
  Sevilla + probis that the time frame is already intense (B-18 cent)
  and burlador is out of time frame

4. note the repetition / says that the prop the both is bad
  - a year + half earlier, had praised him
  - had two outsiders praising work (Cas part of A.P. prizes)
  - had a number of invites to part in seminals + colloquin about
    the secuses
         + in first burmin of NE centers p NE
  - also had a great wsof Pwn CA pp Pwm comparable in t
  - also both is in 60 libraries + entered/u libraries + has sold out

- as this was happening, started walking w/John Mangan @ dean of the
  re: leave
- wrote to the buch on 10/18/14
- response was ___ told her to
      Feel like this is rep of an env in which things are routinely
      shutdown + they treat it as a mausoleum
         + has an at dodo dot t
- revised ltr + prof use in 11/7/14
- gets archive p d r message c brum R A

BYRNE017211

- asks John us other options re procedural rights
- study
- opt once date for not we came to = ent, her dri ndr
- turned in schedules (not w/ whereof spring '16)
  + had e-mail address that + asking it news
on 12/3 w/i + another e-mail from RA

- asks Bromd ag r/ Sach Dondio +
  that what md, SB preps r/ defense of RP
- '/8 he's ready to discuss c RP Ue re prep.
  → John? call me now
  RA? not RP r/ small time we
  + not through need =
  John → no
  offer → re-prep, if there could be reconsidered
  teach. si on → decided to do that.
    Rsfe   & thought she could do → was @ first thinking from a perspek
           philosopy (early libertarian)
           → also re a manuscript that detailed legal penalties of conduct in
           DJ time
           # a guy got a bath of the resolution beg /b
  4 Dondio → also system should get up  at best we had transports
  (was the old system) RA says yes  I part a agree
  + asks NN → NN says 'RA already told you what I think
  A m ta again → main in results (personal) → RA says 'only interested
  in ending law

- The highlighted part is not equal in prop, more "hardworking?"
- highlights would like to remove/change → didn't want those same words there (following criticism RG≠P, or repetition)
- ~~cluttered~~ asked for √
- made all changes turned it in
  - → turned in another prop in a more standard format
  - no response
  - 9 days later → asks RG&E → he says that you'll hear soon
  - 2/25 left ticket in dean's office → they rejected it
    - → in discussion pete
- goes to duchy will be eligible for tenure/leave next spring - can he change
  this → cannot reject. if APP is live semesters will have had this
  by spring 16 → must select Porras embargo and leave + this h/t
  Jack says to file to dean → John approves
  John takes it to meeting →
                                          → convert the APP letter
                                            prop. + the
                                            TL proposal

- dept has to sign but not approve → Jack signs on beg → John says yes
- RG&E can only deny at tenure/leave if she needs SB for teaching
  → M/V send a request as scheduled for coming term
- sends John sched — b/c I sent in that then went (also only 4 yr campus)
- 3/9 → need in Pac leave form to be forwarded to DR & DFAs
  → asked if she needs the sched + → RG says yes
- @ C+D → when they meet together, d of you

Cone of silence
- (Get Smart)
- hides behind others, including R&B
- ① who else was w/ him & cme?

## Student 2

- was newly named & called meet petitioning + not using given
- a project to complete
- compl't project
- was a 60 pg ld. history comp

comm → ## Student 12    l + SB + PM friend / circulated & NvA

SB thinks its ok ? after 2 yrs & pa ds c h/y compl this tone s are
diff.                          doesn't know why #
PM says same          3d lt/th end → someone thought
MR M says bad            that she was has. by R&E chit d and
MR M wants report + calls gn off on it    knew)

## Student 5

- was ab their getting bach @ tribal
- always (AA) wanted/dirt in/fle ? (or on David ?)
- any shit w/ entire places ?
- any issues w/ / AG turning in things on time
said she got along
# also w/ anyx not tainted w what she needed to do when
J wis she w/d have Jsd the things that ① c'd/ & d's
when a lost JS → RA vs game ag 6 may have poll comm up

R'om reg office to ensure that G came to work with me

- Stay issue ~ [bring] pls bring hvp to the registrar = thx thx thx in subtle t

- told registrar what ddhe helpful aid [training]

~ was another good student that she thought he sheds get away with

- tip P tells ROT that more neg than pos = this is what DOS handle this stuff

shld I do it ? RA says yes

- hide she find someone else = wants to reed reenroll

## Student 12

if the good st. w/ the long thye-mails

does this seem a lot my thing

- RGE got behind her on I grabbed her hair (lifted up in a dangerous way)

~ never let him behind her after ___ unsure when RA during intervention

- MM evaluating from being Dean's pty @ the

- did a his s thing

- RGE does ✓ (typically)

- at this party = hissed a comment 4? Pound a tree lk

insulting

→ felt horrified

- makes inappropriate comment y

- hip injury = crashed about that that was giving = said

threaten/continuous contact /reget

✓ sa-hurnd the same hair thing grabbed student during a/a what

the — Am sa cnty in NY - does that to ___ gracia ~s pretty/

distracting = behaviors

- said nothing to RGE/RA, ~~thought that might~~ didn't want to jeopardize
her position or vre
- during 2nd year would go out + dinners w/ rP + RA, RA would say
vague things re R GE behavior

- issue with Anibal?
    - 1st yr he was lust for A Guide
        - though the was over ~~bh~~ the he would contact or vote for, R GE,
        who was his mentor
    - she gets 3 yr + , he's a full prof
        - sees her during last sem / she's looking for w/ch ~~she~~ she should have
        pushed harder + 8 B sense - w/ that there was an unwritten
        promise earlier to others they changed their mind + AG said nothing
        about that other
- DS? - dunno, b/c DS hardly met w/ himself + i'd always there + felt
very nice to RA + R GE
doesn't know a lot about w/ G.nn + , but w/ side undermining things was
unusual + thought it was inappropriate
- RA made comm about how she doesn't get along w/ DS + RA finds her
cold, but she thought that DS was fine + would never express issues w/
others
    + but when DS left + sent her toget food, etc when she asked
    RA accused her of acting off
        + DS didn't get a party + hard in the job

RA openly/blunts - aged disc/stated Ho,
- coming to dinner @ apps for cam in ≠ feet
※ RA - these me's a little longer The tooth ≠ NS h
- Say's that he just looks @ hs and doesn't & doesn't ≠ h
- no one in rooms say's anything
- interview for L/
- is good
- Ro E says "I'm almost supposed to ask y, but if I/you tell be you quill
- whichever, will y am able to N bt?  sony?
- said no →
(husband is only that we'd)
※ family ≠
- did stand that for a while
- when plum, got an d for for the lot + (H had a ph # be there for l, t c )
- bought in N/t
- never asked ≠ family in way that they had an appropriate
- is also bothered by that ides in natch the material Pics SB or P.M g thinks that ≠
it creates an appy

- before w/ the lst = appy to talk to Ro E → she said I would. I f I have
time, but couldn't f, nd the time

mentioning w/el has in there @ ue. went to him re a review → another
person's booty also stated that the dems testing → good
- dis the Lunch why @ her Y2  7 ∅ s w the whole

- is someone who wants in dept, so maybe be RoB wld give more enrichment in ...
  P she/was Chasen ts a ght out a mentoring role (although ...
- although any can do about this wd be come sure about this
  - why RA inst of PROF
    - did not know if he cared b/c she sere douse ... Thought he
      might see it better (also b/c he was in charge)
- prop B/c sb what et
  - Por I year (HPi in a DGS) → hd in the std dent ... ... let or study ...
    etc
    - st
    - pai curves d bug → may teach ... ... ... ... 4 or 4 ...9 maybe
    - 2 lung + l lit course braintrm
    - ◇ get ... good prop of ... language (lots of hands off ... )
  - next yr
                                                    closer to
    - the Plen survey course ... is what they teach → here a
      - st
      - has to change for app for Cy funding → he rather t o
        RA + AU to help set it up
    - isa
    - shld have more of these app/s → RG thinks that they
      are great → RGE uses a TA for a SPA section of this compl lt
      class. NV is doing it too (Diego usu yr it so ... experience
      but also had a student & undergrad ...) ... ... ... enthusiasm))
      - ◇ used to be 1 grad + up TA, now lower numbers
        hard to right ... now that ... ... this here RGE is
        class ... declined (...wing to see if they can train ... careers
        (in language)

* would also get suppor

- undergraduate program
   have only 1 major (down from 9) → st. will want to ash
   less double major (4 students in - typically/come for
   (→ humanities majors)
      ⊗ one issue → changes in req. firmly or abl → speak say
      tenatically harder to be major → req. more stringent
      maintain number of courses - have in undergrad
      st. & req. comm. w/ content → said curry save less stuff/
      still offer more 300 level classes
         - looked @ peer → 10 o/less as req. # of courses
         Penn major (w/ 2 subs) + 2 (more re (2)
         - look @ other sat Yale - 10-11 w/ 4 subs
      prop & grad wants 14 open up subs
      & new → only one of the level dev 4 + can chous = free/per/from
      everything else
         + too having 2 keep all courses from else where
         A # where'd + extern major (some
            + run on majors agree & receipt to + 2 as + 6
            + ull duc V/+ y on 9/15 (usually extame lit/
      + have 10 can pull 12
   - don't think st. able to this much, & add a three

-anyThingElse
-didn't like it when they cancelled adv conv
-RA wanted to get rid of it
-always give them one
-was a way to do easy
'we used to do 1-3, if more, adv grammar or adv convo
-new way - more h~~s~~ conv credits → many want convo
needed ~~[illegible]~~ grammar support
*needed to make
-training is that you get students to talk amongst themselves with
*shld incorporate 'convo ~~[illegible]~~' in the courses

-bridge courses
-some lectors were upset
-RoE said that 'these ppl were on the road to teach history of the language, so they shouldn't be teaching this' (while he was chair
-FP now
*SB thinks that RA orch that
-presented how it developed + why it was ~~[illegible]~~
→ RA says who's ~~[illegible]~~ to put on the comm → usually AG, ~~[illegible]~~ WU, Menzer
Manuez (this yr) + as 1 student + RA
↳ Thomas/Carsen house

HP4C Have been on the comm. w/ hep. of
Adv Conv 7 I need to have something to talk about that's
more meaningful than a newspaper story & ~~wait~~ could etc.
a more hard content, but
* thinks that other courses are already 'AC' courses
* also thinks it would've been diff
- talk about things that make you think/express critically in SPA
- coffee shop course (what a colleague says)
Interest in lit course
- one text/unit, i.e. of any literary/historical context
* most st. want a full cultural/historical context, not just rhetoric/structure
↳ shld present the text & give options
- can choose how you present/view the text
- st. are receptive to that approach to field
- don't have to drag them through the class (students)
- will ~~have them~~ create opps for st. interaction/engagement
* is room for all approaches & masters. that they know the
- sense that one must do it in a particular way for grad students
- ~~lang~~ canon/walk - / senior profs
* can't walk w/ Rob - would be his dissertation
| not RA b/c she's heavy handed
| thinking walking w/ NV

- evaxine → approp is ulg ve to NV
- all worth ng Golden Age → (not modern LA)
- NV is the modern Spares harmony
+ Nelbot → seniors + univer Faculty
  - that is its good (w/he)
    - parts unpolit is happen in many places → watches what
      happens + becomes distrating
  - making herself get along w/ everyone
  - her comp w/ the mare prof, not persona
  - thinks RA goes out of her way to ink on David
    ( - wont comeout t say any thing
     → ex - 4/16 Mtng → Dash them to revue - PM case (
      S B agreed to have her name on it)
    heard from someone that R&B came, still there + touched
    books of stuff, etc → accused him of be trying conf destroy
      desh

information (AA)
4/16 → refs that everything in every mtng must be
   confidential
+ RA has said that he was brilliant on jrs
+ was hired before compl dissert → got 2 books pub (library/long) before
   tenure comp. Second book from before Macmillan → only sh that received
   2 posrints
- h was read his work that end his work

- his wife is really good, etc.
- remembers ment un before or they made a vote
was in 2012
* after prom in 2013, did all Purs night thing

- dinner/drinks - Thurs evening med in society!

went on y w/ d as Purit another day
* she begun to pull out of Pst

was afraid to but his ex minied ler (she dancing on and)
- takes padm nh of the Pl's time * w'd Believe all the promises in the
act → lots of this is secret, we should n't tell anyone etc. & went out
of way to inel quite invites, etc → in ind to
* invited R A over as lide-es / time husw
* once promoted to associate *went a — ay this is — hy she thinks
it's a move.
* thinks that H P ... to lest with time
- H P has dad to put out a monograph div by
* stopped when he got married
* H did a trans change nd bh
* H did a bunch of articles
- thinks that if he put d in → transl + articles she w ld've piec'd yor my
and w ld va been w asso d wt twa ye irs later
N

- broader impact on students
  → one of students
  → sense that everyone needs permission
  → the injustice had an impact on everything else
  9 applied to a lot w/ in gen/ dec of close (2) faculty
  4 felt like everyone had to
  → can see greater imp on grad students b/c cuts their house →
  are more sensitive to these thing
      → knows that they are up a river w/o a
          → more of an expression → of erasure about Paulo
          (sure she going to pin Jacob, etc.
          - look at Paulo → good prof + proud dept ch → enter as a
          scholar
              gives impression that this much + not the etc
              a lot of them
                  → is before they learn that those are
                      sometimes unfair
- hasn't heard about this kind of thing happening in other dept →
Pollock org lunch for junior faculty → was an expression of uncertainty
- sense of grad students
  - really positive exp w/ grad students
  - thinks ind w/ sh/ she encouraged → re
- need to shump place/

* report? → no.                                    sB
* leslie → RGE always comm. on clothes @ indicates that
  he's like that
        → has seen him play w/ hair drawn dress + student
* all out in Dec → never seen 'I esp. persons now met
    ✓
        say something, say → Steph + flare + opt, unsure, theopt g
        etc. → ppl are dist this
            * tell in her students
    → was done lst or second year → of raining me sexual mover left
        * resist on level of Spangler came
    * ~~SHARE~~
        - also gave evidence re: SHARE
        - sometimes teams well st. other
        - no other in app → only the RGE incident
    * ~~RA~~ non
    - best feature.
        - size b/c its nothere → you get to do well
        - likes students
        - like some Faculty until APL / Paul Lowe → didn't think that
          NV work go along w/ some of this
            * that ~~~~
        - libraries are haven
        - courses sure, nothing he te

g. evidences
- only 2 rep, but are they (Chair of language / pedagogy)
& other state what they want (don't know if any) is unison)
- use whole everything & increase snippet
& PAS does or appt school
MM & suggested NV & RA is about more time vs conflict
but had mix

NV
from what she's seen will just do whole RA / RGE say, is int
int. in politics & will play along / politics of powerful
- only 2 or 3 choices involved & having someone new — in SPA
& D can't
- dept will change until that power dynamic also changes?
- if was a full prof & Annie / Paolo would get reconsideration
wld have more of abundance
& think is that
- used to run, no made the research firm (manage & train)
while ant [crossed out] & appearing through high school
- wld apply to someone
- if I was x @ top or dum or ds
- wants a more honest st & t & cat man & destructive to have
no b.s. spun around you all the time & compromise
- if this wld be easier
- likes DQ b/c she doesn't play parties in politics

- comm - is RA still up to tricks ? is DGE still chasing ghosts
grads not ready to hear that they're being listened to
- nother day thing re: survey
    - has complaint right of gr - is bad + say anything
grad school wide survey/
- had meeting
    - RD - they don't know what they're doing / have no idea
    - is a g - maternity/sick leave has cut that on a number
of occasions
- make RGB stop touching ppl
    (scuttlebutt ; hear us wrong, ppl left b/c he did more
    a grad st was victimized in complnt + yshnt to H)
    - if she'd say something / leaves (ground better?)
    that w/ any C.P.? w/ any age even this behav will be consequence
    # w/ old reduce to 'individual's instead of collective 'power
- not political
    - but I are
    - no arg w/ NW or comm about pol issues w/ RGB
of LA politics?
    # RGB into C burn shtff
        > never made only experi comm abt emburgo
    - not long t
    doesn't flush / pe mead past the dept