# Exhibit 76

| | |
|---|---|
| **From:** | Stith, Kate [kate.stith@yale.edu] |
| **Sent:** | Wednesday, April 08, 2015 8:13:36 AM |
| **To:** | Rolena Adorno; Roberto Gonzalez Echevarria; Noel Valis |
| **CC:** | Jose Cabranes |
| **Subject:** | RE: Review of academic and employment decisions |

I agree that the passages you note, Rolena, are troubling.

There is an implicit suggestion that even if claims are false, that such claims are even made is somehow evidence against the Department's "decision makers" continuing in those roles. This is shocking.

Moreover, the sentence "Students and junior faculty, whose careers are still developing, may interpret negative outcomes of all sorts as being related to their participation in the review" suggests a willingness to go along with the strategy of particular graduate students and junior faculty of (1) precipitating the Departmental review, and then (2) claiming that any "bad outcomes" are due not to their own inadequacies but to their "participation" in that review.

I am quite worried that having undertaken this time-consuming and all-pervasive review of the learning "environment" in the Department, the Provost's Office will--consciously or not--be strongly disposed to justify the review by finding some fault with one or more of you and alter decision-making roles.

At the least, this could be concluding that the "level of acrimony" between some a junior and senior person requires some alteration of responsibilities, a conclusion that must be resisted. It cannot be that a senior person is precluded from judging a junior person at the tenure stage because the senior person has ongoing, informed judgments about the junior person's academic contributions.

Or the basis for some "action" justifying the completed review might be finding some instance of arguably untoward behavior and blowing it out of proportion.

It will be important for us to learn the specific "claims" that have been "brought to [their] attention." As I have advised you all, I was told that "it's not just the [anonymous] letter." And (when I suggested that one senior member of the Department is the source of problems) that "both sides" have been a source of difficulty or problems.

We need to learn the specific accusations/claims. I will be with Roberto in his interview on Friday morning.

*Kate Stith*
*Lafayette S. Foster Professor*
*Yale Law School*
*P.O. 208215*
*New Haven, CT*
*06520-8215*
*(courier: use 127 Wall St., 06511)*
*203/432-4835*

**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Wednesday, April 08, 2015 6:45 AM
**To:** Stith, Kate; Jose Cabranes; Roberto Gonzalez Echevarria; Noel Valis
**Subject:** Fwd: Review of academic and employment decisions

Dear Colleagues:

And here is the Provost's letter to me. I believe you will find it worthy of comment. (MBarnett carries the title "Associate Provost and Chief of Staff").

I found revealing Polak's statement: "but the claims that have been brought to our attention are unusual at Yale, and, even if those claims turn out to be false, they point to a level of acrimony that cannot be ignored."

Also: "and no departmental decisions will be modified without closely consulting the departmental decision makers. Whether these colleagues will need to continue in this role after the review will depend in part on the review's findings."

Rolena


---------- Forwarded message ----------
From: **Polak, Benjamin** <benjamin.polak@yale.edu>
Date: Tue, Apr 7, 2015 at 7:23 PM
Subject: Re: Review of academic and employment decisions
To: "rolena.adorno@yale.edu" <rolena.adorno@yale.edu>
Cc: "Gendler, Tamar" <tamar.gendler@yale.edu>, "Cooley, Lynn" <lynn.cooley@yale.edu>, "Barnett, Megan" <megan.barnett@yale.edu>

Dear Rolena,

I understand that you vigorously dispute the claims that have been made about conditions in the department, and I want to assure you that we are approaching the climate review with open minds and with the aim of fostering an environment of mutual respect and collegiality among all department members. I also know that you believe that the review itself is unjustified, but the claims that have been brought to our attention are unusual at Yale, and, even if those claims turn out to be false, they point to a level of acrimony that cannot be ignored.

If the climate review is to be successful, there must be wide participation and candor. Students and junior faculty, whose careers are still developing, may interpret negative outcomes of all sorts as being related to their participation in the review. For that reason, Pam Schirmeister and John Mangan will be available to hear any concerns that students and faculty may have about academic and employment decisions during the course of the review. Pam and John will consult with Anders Winroth and Ned Duval as necessary, and no departmental decisions will be modified without closely consulting the departmental decision makers. Whether these colleagues will need to continue in this role after the review will depend in part on the review's findings. I cannot be more specific at this time.

Ben


> From: Rolena Adorno [mailto:rolena.adorno@yale.edu]
> Sent: Wednesday, April 01, 2015 7:34 PM
> To: Polak, Benjamin
> Subject: Review of academic and employment decisions
>
> Dear Ben,
>
> Please see my memo, attached here, regarding today's departmental developments pertaining to the review of academic and employment decisions present and forthcoming. Although your directives to the various constituencies of my department state that the decisions open for review are those occurring during the course of the departmental review and subsequently, you will see that retrospective decisions are, predictably, called into question by some of my colleagues.
>
> But the questions for which I seek your answers are mine, not theirs.
>
> Please see the three attachments.
>
> Regards,

BYRNE003936

Rolena Adorno

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Ben Polak*
*Provost*
*William C. Brainard Professor of Economics*

*Office of the Provost*
*Yale University*
*P.O. Box 208365*
*New Haven, CT 06520-8365*

*(203) 432-4444*

BYRNE003937