# Exhibit 78

| | |
|---|---|
| **From:** | Rolena Adorno [rolena.adorno@yale.edu] |
| **Sent:** | Thursday, April 30, 2015 8:32 AM |
| **To:** | Stith, Kate |
| **Cc:** | Jose Cabranes; Roberto Gonzalez Echevarria; Noel Valis |
| **Subject:** | Re: Progress report |
| **Attachments:** | SB gag rule memo.pdf; SB AP case 2013 - 2015.pdf |

KATE!

Here is progress (note that I have had these in hand for some time): two PDFs:

(1) The short one ("SB gag rule memo.pdf, of 3 pp) gives you a flavor of SB's attacks against me. This one from is January 9, 2015.

(2) The long one ("SB AP case 2013 - 2015.pdf, of 26 pp) is the long saga of SB's attempts (and FAS admins', too) to get her an Associate Professor (AP) leave of a whole year. I filed this full report with the FAS dean, when she asked to see the "notes" of the meeting at which we turned SB down on February 6, 2015. Why give just those notes, said I to myself? I thought she ought to be aware of the multi-year process. Hence, 26 pages, hand-delivered to her office on February 11, 2015.  --As I believe you know, the FAS Dean ended up giving her a consolation prize of a one-semester, triennial leave (Spring term, 2016).

(3) Meeting with you on Sunday afternoon will be great, Kate! I can be anywhere you'd like to meet me, from 1 pm onward (I get off the train at 11-something).

(4) I will send that note to the meteorologists and blind-copy you and our other friends.

MANY thanks,

Rolena  PS The calendar of events that I will be working on will take us from November 4, 2014, to the end of this month of April, 2015. It will weave together, like a detective story, all the seemingly unrelated events that have occurred over this time period. Cheers!

On Thu, Apr 30, 2015 at 7:34 AM, Stith, Kate <kate.stith@yale.edu> wrote:

Please see comments below. Thank you!



*Kate Stith*

*Lafayette S. Foster Professor*

*Yale Law School*

*P.O. 208215*

*New Haven, CT*

*06520-8215*

1

*(courier: use 127 Wall St., 06511)*

<u>203/432-4835</u>


**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Thursday, April 30, 2015 6:46 AM
**To:** Stith, Kate
**Subject:** Progress report


Good morning, Kate.

(1) I am working on the SB document. (I realize that I've put it off, finding the task so disagreeable and doing everything else under the sun that needed doing. But you will have it!)  *This will be helpful.*

(2) I will write to the fact finders later this morning, if you think that today is a good day to announce your presence with me on Monday. Yes? *Yes.*

(3) I go out of town, to the John Carter Brown Library in Providence, where I am a member of their Board of Governors. I return on Sunday at noon. *Fine.*

(4) I nevertheless will be "connected" with all of you throughout these days, eager to hear about Noel's and Roberto's visits. *Indeed!*

(5) Meeting with you: At your convenience, Kate, from 1 pm on Sunday through Monday morning at any hour before 11 am (= "lift off"). *What about Sunday afternoon?*

(6) My appt has been changed from Rm 410 to Rm 212, 221 Whitney Ave. *Got it.*

(7) Would you send me, and Noel, your final edited version of Roberto's memo?

*Will do, once I get to my office, where the memo is. (I thought I sent it to Roberto in the last few days, when I sent it to Noel--but he has also asked me for it, so I shall send it today to both of you.)*

To be continued! with my thanks,


Rolena

BYRNE012154