# Exhibit 79

| | |
|---|---|
| **From:** | Stith, Kate [kate.stith@yale.edu] |
| **Sent:** | Wednesday, May 06, 2015 11:24:21 AM |
| **To:** | Rolena Adorno |
| **Subject:** | Re: Business at hand |

Rolena: first, great work with the power points incl. for big type notes, etc.
You have amazing recall. I will check this against my notes, but these fit w my memory tracks as well. But This is a lot for you to prepare. I would say do KP last or later but I do think that he has played a role in the anon. letter and possibly more. On PM, include his recent emails re his new job.
On RG, in response to their questions probably, you will advise of only two complaints you have heard of: 1) being informed some years ago that AG told University of a graduate student matter and you have no idea how or if University followed up w graduate student or w Roberto or, more generally, whether true;  (2) EB (and MM?) telling you of allegation       of Virginia and informal resolution, and have no idea if true or whether letter given as planned; advise of situation w V at that time.

Kate Stith-Cabranes
Lafayette S. Foster Professor
Yale Law School
New Haven, CT. 06520
203/432-4835


On May 6, 2015, at 7:58 AM, Rolena Adorno <rolena.adorno@yale.edu> wrote:

> Hello again, Kate.
>
> What I did post-Monday meeting: I sat down and (1) reviewed the set up I had given to JT and BG, making note of: (2) story lines opened and completed; (3) story lines opened that remain to be developed; and (4) new stories to tell.
>
> Details:
>
> (2) Stories completed:
>
> (a) SB's promotion: swift, fair, unanimous departmental vote, positive humanities divisional vote, advise from deans for the next evaluation (orally only, as I mentioned on Monday, calling it "my mistake," as I recall).
>
> (3) Stories to be continued and completed:
>
> (a) SB's APL research leave, from Jan 7, 2015 to February 25, 2015, to March 9, 2015. [This is the mega-memo for which I am still compiling information. The "elephant in the room" is the FAS's delays, from November to March. I will name the elephant, clearly pointing out that it was not a non-existent RA "gag-order" that was at fault, but rather the slowness and cautiousness of the new FAS dean's office's procedures. (As you advised, I will refrain from telling the Univ what I really think of them after this is all over.) (To do: write out the whole calendar, through March 9, 2015; it currently goes only up to February 10, 2015.)
>
> (b) SB's 2015-16 tenure review and FAS dean's decision as to who will constitute the departmental review committee; their slow-down of their own calendar followed by my request that they clarify that I am not at fault for this delay (no "gag-order"). (To do: prepare and scan the email chain for BG and JT.)

(c) SB's demand for RA and RGE recusal from her tenure consideration. (To do: send JT and BG the April 1 letter and my April 13 response.)

(d) AGP: six years of acrimonious behavior, harassment of me in 2009, missing major dept meetings all along the way, intervening in the middle of processes to request change in procedures; examples: April 2015, and January 2014. (To do: prepare email chain for BG and JT that I read out at Monday meeting; make reference to the earlier example; prepare email chain between deans and me on 2009 harassment case.)

(4) New stories to tell:

(a) Paulo Moreira: from my full efforts in getting him US permanent residency, our full support for his Assoc Prof on Term promotion, deans' subsequent suggestions (delivered by me orally only), the tenure rejection at dept level. Letter demanding reopening the case (KDJ, AGP, SB, KP) (To do: prepare calendar of events, from year of green card through preparation of tenure promotion dossier and bits from external letters.)

(b) Kevin Poole: from full support for renewal of initial appointment through November, 2014 (party pictures, including spouse), then "utter bitterness" and support for reopening the Paulo Moreira tenure case, in letter to Univ admins. (To do: prepare calendar of events from 2009 appointment till now.)

Kate, I suddenly cannot recall the other email chain I read out at our Monday meeting. I believe you'll have a note or two on it, if not the dates, then the issue.--But wait! I think I DO remember: it's the saga about the departmental review committee for SB's tenure consideration, to be done by the Dean, item (3)(b), above.

I aim, hopefully, to get all this done before I fly to Mexico on Sunday, May 10, and return on Saturday, May 16, just in time to entertain my graduates on Sunday and attend Commencement on Monday.

To be continued,

Rolena