# Exhibit 80

[Page]

1

## Conclusion

I offer some final comments as a gloss on the facts set forth above and in the accompanying documents in support of those facts. I know from our many weeks of conversations and the study of documents submitted to you that you would expect from me, at the conclusion of this process, nothing other than complete candor. And I believe and hope that you will receive my candid appraisal of the process into which you have been thrust with your commitment to the truth and fair dealing. Whatever may be my serious reservations about the process in which we have been engaged for many months, I have nothing but respect for you both as professionals and as persons who intend to do your best with a difficult mandate. It is my earnest hope, and expectation, that you will not have prejudged any of the matters that have been raised in this most unusual inquiry.

Despite many hours of conversation over an extended period of time, I can say, with no disrespect for you personally, that I still have only the vaguest notion of the meaning of an academic "cClimate" Investigation." From the perspective of the principal target of the present inquiry (not due to any decision on your part, I understand, but given the triggering event of the anonymous letter), I found myself needing to answer for any and all disappointments or complaints that might be brought to your attention about past hiring decisions, academic judgments, and meager resources for graduate students—even though none are matters over which a chair (any more than any other faculty member) has authority. We are fortunate in this case to have had the two of you pursue these complaints in a most open-minded and thoughtful manner. But were the intensity of this review known to other faculty members at Yale, we can be sure they would feel threatened that a sworn enemy or an envious

[Page]

competitor could, though anonymous complaint, put them next through such an ordeal. (And we can be sure that no one would agree to chair a department, which is not a matter of status or power but of *service*.) ~~a novel, and surely the most ambiguous and threatening form of inquiry regarding the work and success of an academic department in a major university.~~ While mine is ~~I say this as the Chair of~~ one of the first academic departments to be subject to this sort of inquiry, ~~knowing that~~ it will not be the last, ~~. I am certain on this score~~ because in matters of inter-personal relations our small Department, distinguished as I believe it is, is not notably different from other departments of the University, in which the academic and professional ambitions of its members and its students inevitably (and possibly necessarily) yield ~~some~~ abrasions and irritations, along with all the good learning.

So, ~~today~~ it is the Department of Spanish and Portuguese that is the focus ~~target~~ of a process that resembles the proverbial "fishing expeditions" and prosecutorial ~~styles~~ in which the target is identified first and the statement of concerns are compiled in the aftermath. It is like a fishing expedition, too, in that if one dangles one's rod long enough, one is apt to come up with some fish. I have no doubt that of the some 50 people you have interviewed (according to the Provost), some will have complaints about courses, requirements, salary, research opportunities, appointment decisions, students, teachers, and colleagues—including complaints about me and, presumably, each of the other teachers and faculty you asked about. [omit this passage?, possibly without any

**Formatted:** Tab stops: Not at 6.5"

~~opportunity for the targets of the inquiry to respond meaningfully.]~~ Today it is the Department of Spanish

BYRNE017116

[Page]

and Portuguese, a department that is small (and therefore vulnerable) and one devoted to the study of peoples long subject to invidious ethnic stereotyping. (Is it a mere coincidence, I ask, that other departments that are known to have abrasive interactions have not <ins>been put under the microscope (to change my metaphor) in this way</ins> <del>yet been identified for a "climate" inquiry</del>?) <ins>Today it is the Department of Spanish and Portuguese, but tomorrow, despite their larger sizes, it may be English or History, SOM or the Medical School</ins>.

> Comment [KS1]: I know this is way, way too long. Think of it is venting in as polite a way as I can with a straight face.

<ins>In sum, "Climate Investiµgations—not you as persons or as investigators—should be a sourcre of concern to all who continue to believe in a great University as a place dedicated to teaching and scholarship and the search for truth</ins>.

Among the matters most ambiguous and threatening about the process in which we have been engaged are the centrality of anonymous allegations or claims that I, as Chair of my Department, am supposed to understand and answer. Quite apart from the fundamental unfairness of any inquiry based on <ins>deliberate</ins> <del>the random</del> compilation of personnel grievances and gossip over an extended period of years, I hope I have made it clear that the Department of Spanish and Portuguese is a distinguished department within the University, and one whose faculty has been justifiably honored by relevant academic peers and associations.

You have on several occasions disclaimed the appellation of "fact-finders," although that is a word employed by the offices that appointed you to conduct this open-ended inquiry without borders <ins>and possibly without time limits</ins>. I respectfully submit <ins>to</ins> you that facts are the basis of what we call truth and, so, in the nature of things, your appointing authorities will wish to know your view of the facts.

> Comment [KS2]: I'm not sure. They haven't made this remarkable statement recently. I think we convinced them.

I respectfully submit to you that the reasonable conclusion to this particular "Climate

3

[Page]

Investigation" is that the "climate" of our Department--- before the discovery anxieties about appointments led to the deployment of anonymous but well publicized letters and interviews with innocent student journalists to settle scores and influence pending appointments decisions—has been a good one, indeed as good or better than most other departments of the University. The "climate" of our Department has been one that justifies and explains the high reputation that it enjoys for teaching and scholarship at the highest levels. and Tthe present threats to that reputation are the direct result of the administration's reactions to the calculated maneuvers of persons concerned with the settling of scores over past tenure decisions and with the prevention of the normal academic appraisals in future tenure cases.

**Comment [KS3]:** Jose: what?

**Comment [KS4]:** Can't say this so directly

**Comment [KS5]:** ditto

Thanks you for the opportunity to consider and respond to your inquiry.

    Respectfully submitted,

    Rolena Adorno, etc.

4

BYRNE017118