# Exhibit 83

**Subject:** RE: Follow Up
**Date:** Thursday, November 12, 2015 at 9:44:47 AM Pacific Standard Time
**From:** Thomas, Jamaal <jamaal.thomas@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>

Professor Byrne,

I hope all is well. I'm writing to follow up with you regarding some of the concerns that you had about Prof. Gonzalez-Echevarria's behavior. Stephanie Spangler, the University Title IX Coordinator, has asked us to get back in touch with people who told us that they had experienced or witnessed inappropriate behavior by Prof. Gonzalez-Echevarria. The climate review has created an opportunity to address this behavior, and Dr. Spangler would like to discuss how that might be done with people who've experienced or witnessed such behavior.

As you requested, we have done nothing to reveal your identity, and, if you choose to speak with Dr. Spangler, she will also maintain the confidentiality of the information that you provide. You will not be required to take further action as a result of speaking with Dr. Spangler. You can reach her at 203-432-4446 or at stephanie.spangler@yale.edu. You should feel free to tell her that you are reaching out in response to our request.

Thanks,

Jamaal