# Exhibit 89

| From: | Ficano, Lindsay [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LINDSAY.FICANO] |
|---|---|
| Sent: | Thursday, April 02, 2015 5:32:07 PM |
| To: | Polak, Benjamin |
| CC: | Barnett, Megan |
| Subject: | FW: Review of academic and employment decisions |
| Attachments: | Letter to provost post Byrne & Jackson demands.docx; Byrne demand for RA RGE recusals.pdf; Jackson letter demanding Moreira tenure reconsideration.pdf |

Hi Ben –

This message came through your provost@yale.edu account.

Best,

Lindsay

**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Wednesday, April 01, 2015 7:34 PM
**To:** Polak, Benjamin
**Subject:** Review of academic and employment decisions

Dear Ben,

Please see my memo, attached here, regarding today's departmental developments pertaining to the review of academic and employment decisions present and forthcoming. Although your directives to the various constituencies of my department state that the decisions open for review are those occurring during the course of the departmental review and subsequently, you will see that retrospective decisions are, predictably, called into question by some of my colleagues.

But the questions for which I seek your answers are mine, not theirs.

Please see the three attachments.

Regards,

Rolena Adorno

BYRNE009582