# Exhibit 91

**From:** Bakemeier, Emily [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EMILY.BAKEMEIER]
**Sent:** Wednesday, April 08, 2015 4:48:18 PM
**To:** Hungerford, Amy
**Subject:** FW: Note to Sue Byrne

**From:** Mangan, John
**Sent:** Thursday, April 02, 2015 5:54 PM
**To:** Vanderlick, Kyle; lloyd.suttle@yale.edu; Holloway, Jonathan; Cooley, Lynn; Dovidio, John; Burger, Robert
**Cc:** Gendler, Tamar; Macdonald, Alison; Bakemeier, Emily; Girvin, Steven
**Subject:** Note to Sue Byrne

Dear Members of FAS Steering,

[Redacted: Attorney Client Privilege], and we will be sending the following note to Sue Byrne.

-JRM

******************

Dear Sue,

I write to acknowledge receipt of your letter of April 1, 2015 to Rolena Adorno requesting that she and Roberto González Echevarría recuse themselves from your tenure review. The FAS Dean's Office will not make any final decisions about the composition of the review committee or the eligibility of other departmental faculty to participate in the process until the climate review that is currently underway in Spanish and Portuguese is completed. At that time, we will be in a better position to address the concerns you have raised.

Best regards,

TSG