# Exhibit 92

**Subject:** Re: Letter soliciting materials for tenure review
**Date:** Tuesday, April 14, 2015 at 7:03:50 AM Pacific Daylight Time
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** FAS Dean <fas.dean@yale.edu>, John R Mangan Jr <john.mangan@yale.edu>

Good morning, Sue,

Thank you very much for the electronic dispatch of these materials. I will also look forward to receiving the paper copies.

I hope to see you this afternoon at Noel Valis's readings from her novella.

Many regards,

Rolena

On Tue, Apr 14, 2015 at 7:53 AM, Susan Byrne <susan.byrne@yale.edu> wrote:
> Dear Rolena,
> In response to your letter soliciting materials for my tenure review, I attach here three files: an updated CV, a Research Summary with abstracts, and a list of four suggestions for external reviewers. I'll deliver paper copies later today, but thought the electronic versions might be helpful.
>
> Enjoy the morning!
> Yours,
> Sue

> **From:** Rolena Adorno <rolena.adorno@yale.edu>
> **Date:** Monday, March 30, 2015 4:26 PM
> **To:** Susan Byrne <susan.byrne@yale.edu>
> **Cc:** FAS Dean <fas.dean@yale.edu>, John R Mangan Jr <john.mangan@yale.edu>
> **Subject:** Letter soliciting materials for tenure review
>
> Dear Sue,
>
> Please find attached the letter requesting materials for your tenure review.
>
> Many regards,
>
> Rolena

**Subject:** FW: In response to your recent letter
**Date:** Monday, April 13, 2015 at 4:09:01 PM Pacific Daylight Time
**From:** Mangan, John <john.mangan@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** Gendler, Tamar <tamar.gendler@yale.edu>

Dear Sue,

I wanted to follow up on one important item related to the note below. Even though the appointment of your review committee will be delayed as described in Tamar's message, we wanted to make sure that you are planning to submit your preliminary materials to the department by the April 15, 2015 deadline.

Please confirm that this is your plan.

Best,

John

---

**From:** Mangan, John
**Sent:** Thursday, April 02, 2015 6:03 PM
**To:** 'Susan Byrne'
**Cc:** Gendler, Tamar
**Subject:** In response to your recent letter

Dear Sue,

Please see below the note from Tamar Gendler.

-JRM

*******************

Dear Sue,

I write to acknowledge receipt of your letter of April 1, 2015 to Rolena Adorno requesting that she and Roberto González Echevarría recuse themselves from your tenure review. The FAS Dean's Office will not make any final decisions about the composition of the review committee or the eligibility of other departmental faculty to participate in the process until the climate review that is currently underway in Spanish and Portuguese is completed. At that time, we will be in a better position to address the concerns you have raised.

Best regards,

Tamar

_____

Tamar Szabó Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy

Professor of Psychology and Cognitive Science