# Exhibit 93

| | |
|---|---|
| **From:** | Hungerford, Amy [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AMY.HUNGERFORD] |
| **Sent:** | Wednesday, April 15, 2015 8:13:19 PM |
| **To:** | Gendler, Tamar; Dovidio, John; Mangan, John; Bakemeier, Emily |
| **Subject:** | Re: Confidential: In response to your recent letter |

I am not sure what you are talking about here, Jack; send out what letter? I thought we could not send letters to referees, because we have no committee to choose referees, until after the climate survey.

**From:** <Gendler>, Tamar <tamar.gendler@yale.edu>
**Date:** Wednesday, April 15, 2015 at 8:10 PM
**To:** "Dovidio, John" <john.dovidio@yale.edu>, Amy Hungerford <amy.hungerford@yale.edu>, "Mangan, John" <john.mangan@yale.edu>, "Bakemeier, Emily" <emily.bakemeier@yale.edu>
**Subject:** RE: Confidential: In response to your recent letter

sure

**From:** Dovidio, John
**Sent:** Wednesday, April 15, 2015 9:59 AM
**To:** Hungerford, Amy; Gendler, Tamar; Mangan, John; Bakemeier, Emily
**Subject:** RE: Confidential: In response to your recent letter

I lean toward sending out the letter (I can do it) and trying to push the review along.  Tamar, your thoughts?

**From:** Hungerford, Amy
**Sent:** Tuesday, April 14, 2015 12:27 PM
**To:** Dovidio, John; Gendler, Tamar; Mangan, John; Bakemeier, Emily
**Subject:** Re: Confidential: In response to your recent letter

I think this is basically good, but after a certain point (like late May or June) I think it will be harder to secure referees and therefore might affect the review's substance. Do we have any idea when the climate review will be done?
A.

**From:** <Dovidio>, John <john.dovidio@yale.edu>
**Date:** Tuesday, April 14, 2015 at 12:18 PM
**To:** "Gendler, Tamar" <tamar.gendler@yale.edu>, "Mangan, John" <john.mangan@yale.edu>, "Bakemeier, Emily" <emily.bakemeier@yale.edu>, Amy Hungerford <amy.hungerford@yale.edu>
**Subject:** RE: Confidential: In response to your recent letter

And whom would I include in the cc?

**From:** Gendler, Tamar
**Sent:** Tuesday, April 14, 2015 12:17 PM
**To:** Dovidio, John; Mangan, John; Bakemeier, Emily; Hungerford, Amy
**Subject:** RE: Confidential: In response to your recent letter

Ok w me

**From:** Dovidio, John
**Sent:** Tuesday, April 14, 2015 12:15 PM
**To:** Gendler, Tamar; Mangan, John; Bakemeier, Emily; Hungerford, Amy
**Subject:** RE: Confidential: In response to your recent letter

**Redacted:
Attorney Client Privilege**

BYRNE012911