# Exhibit 94

| | |
|---|---|
| **From:** | Hungerford, Amy [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AMY.HUNGERFORD] |
| **Sent:** | Monday, July 06, 2015 11:13:02 AM |
| **To:** | Gendler, Tamar; Bakemeier, Emily |
| **CC:** | Dovidio, John |
| **Subject:** | Re: SPORT review status and Byrne case |

I think you would have to declare the dept in receivership vis a vis this review if we are to go forward right now. We would have to appoint a committee (I think) entirely outside for SPORT and specify also a process somehow outside of SPORT to carry the case through, since putting anyone on would seem to prejudge who was going to emerge well or badly from the review. Or the case could be prepared by an outside committee, with a process for review in place but also the option that it can be returned to the dept. for a vote if the review is complete and a satisfactory structure in place by that time.

As for people, I think it would be possible to do this. We could ask David Quint to chair it, for instance‹or even Mary Miller, from afar, given her Spanish chops? Or someone else from Romance languages, and make a committee of three using other literature folks to get the referee list and letters out. But speaking of letters raises the fact that we¹d have to tell writers that letters will be sent to the FAS Dean¹s office, not SPORT.

Thoughts?? The other option is to extend her clock if the process cannot be started by a certain date (say, the latest date we started cases last year, which was probably about mid-July.)

A.

On 7/6/15, 10:58 AM, "Gendler, Tamar" <tamar.gendler@yale.edu> wrote:

>Where are we on this
>
>> -----Original Message-----
>> From: Bakemeier, Emily
>> Sent: Thursday, July 02, 2015 7:43 PM
>> To: Gendler, Tamar
>> Cc: Hungerford, Amy; Dovidio, John
>> Subject: Re: SPORT review status and Byrne case
>>
>> Have we figured out who can actually be on the review committee, even
>> sans review?
>>
>>
>>
>> > On Jul 2, 2015, at 6:48 PM, Gendler, Tamar <tamar.gendler@yale.edu>
>> wrote:
>> >
>> > This is still a total mess -- what can we do in the meantime?
>> >
>> > Looping in Emily and Jack for wisdom
>> >
>> >
>> >>>>>>>>> On Jun 29, 2015, at 11:52 AM, "Hungerford, Amy"
>> >> <amy.hungerford@yale.edu> wrote:
>> >>>>>>>>>

```
>> >>>>>>>>> Hi, everyone-just checking in to see whether when we might go
>> >> forward with the Byrne case in Span and Port. Is that review in yet?
>> >>>>>>>>> A.
```

BYRNE007651