# Exhibit 95

| | |
|---|---|
| **From:** | Gendler, Tamar [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TGENDLER591] |
| **Sent:** | Monday, June 29, 2015 11:56:45 AM |
| **To:** | Hungerford, Amy; Polak, Benjamin; Barnett, Megan; Spangler, Stephanie |
| **CC:** | Bakemeier, Emily; Dovidio, John |
| **Subject:** | Re: SPORT review status and Byrne case |

I'm pretty sure it's not yet complete: I'm looping in Ben, Stephanie and Megan

Sent from my iPhone
Please forgive brevity and typos

> On Jun 29, 2015, at 11:52 AM, "Hungerford, Amy" <amy.hungerford@yale.edu> wrote:
>
> Hi, everyone—just checking in to see whether when we might go forward with the Byrne case in Span and Port. Is that review in yet?
> A.