# Exhibit 96

**Redacted:**
**Attorney Client Privilege**

> -----Original Message-----
> From: John Dovidio [mailto:john.dovidio@yale.edu]
> Sent: Monday, July 06, 2015 11:36 AM
> To: Hungerford, Amy
> Cc: Gendler, Tamar; Bakemeier, Emily
> Subject: Re: SPORT review status and Byrne case
>
> I haven't had regular email.  Do we have a date the report is coming in?  Can
> we get a realistic date and try to get it in soon?  I'd rather not have a series of
> fights with the department if it is only a matter of 2-3 weeks.
>
> If we can't get a handle on when it is coming in, I think we will need to move
> forward with this.  An alternative to receivership around this issue is to
> request that an observer be present during department review committee
> discussions (and close analysis of referees and comparison candidates.).
> There is a precedent for this -- I sat in on the Sue Byrne leave discussion ( I
> know that the outcome wasn't great, but it is at least a precedent),
>
> I worry a bit about suggesting the department is presumed guilty (until
> proven innocent)
>
> Jack
>
> Sent from my iPad
>
> > On Jul 6, 2015, at 5:13 PM, Hungerford, Amy <amy.hungerford@yale.edu>
> wrote:
> >
> > I think you would have to declare the dept in receivership vis a vis
> > this review if we are to go forward right now. We would have to
> > appoint a committee (I think) entirely outside for SPORT and specify
> > also a process somehow outside of SPORT to carry the case through,
> > since putting anyone on would seem to prejudice who was going to emerge
> > well or badly from the review. Or the case could be prepared by an
> > outside committee, with a process for review in place but also the
> > option that it can be returned to the dept. for a vote if the review
> > is complete and a satisfactory structure in place by that time.
> >
> > As for people, I think it would be possible to do this. We could ask
> > David Quint to chair it, for instance·or even Mary Miller, from afar,
> > given her Spanish chops? Or someone else from Romance languages, and
> > make a committee of three using other literature folks to get the
> > referee list and letters out. But speaking of letters raises the fact
> > that we¹d have to tell writers that letters will be sent to the FAS Dean¹s
> > office, not SPORT.
> >
> > Thoughts?? The other option is to extend her clock if the process
> > cannot be started by a certain date (say, the latest date we started

BYRNE012928

> > cases last year, which was probably about mid-July.)
> >
> > A.
> >
> >> On 7/6/15, 10:58 AM, "Gendler, Tamar" <tamar.gendler@yale.edu> wrote:
> >>
> >> Where are we on this
> >>
> >>> -----Original Message-----
> >>> From: Bakemeier, Emily
> >>> Sent: Thursday, July 02, 2015 7:43 PM
> >>> To: Gendler, Tamar
> >>> Cc: Hungerford, Amy; Dovidio, John
> >>> Subject: Re: SPORT review status and Byrne case
> >>>
> >>> Have we figured out who can actually be on the review committee,
> >>> even sans review?
> >>>
> >>>
> >>>
> >>>> On Jul 2, 2015, at 6:48 PM, Gendler, Tamar
> >>>> <tamar.gendler@yale.edu>
> >>>> wrote:
> >>>>
> >>>> This is still a total mess -- what can we do in the meantime?
> >>>>
> >>>> Looping in Emily and Jack for wisdom
> >>>>
> >>>>
> >>>>>>>>>>> On Jun 29, 2015, at 11:52 AM, "Hungerford, Amy"
> >>>>> <amy.hungerford@yale.edu> wrote:
> >>>>>>>>>>> Hi, everyone-just checking in to see whether when we might
> >>>>>>>>>> go
> >>>>> forward with the Byrne case in Span and Port. Is that review in yet?
> >>>>>>>>>>> A.
> >

BYRNE012929