# Exhibit 97

**Subject:** Response to your questions about the tenure procedures
**Date:** Thursday, August 13, 2015 at 4:18:42 PM Pacific Daylight Time
**From:** Dovidio, John <john.dovidio@yale.edu>
**To:** susan.byrne@yale.edu <susan.byrne@yale.edu>
**CC:** Gendler, Tamar <tamar.gendler@yale.edu>, Hungerford, Amy <amy.hungerford@yale.edu>

Dear Sue,

Thanks for following up on your question about the procedures for your tenure case.

The climate review is ongoing, and no decision has been made regarding your request to modify the standard promotion process. In response to your email earlier this week, Amy has asked that I let you know that, in addition to Noel, the members of your review committee will be David Jackson, Guiseppe Mazzotta, and Howard Bloch.

We appreciate your checking in with us about this issue, and thanks for your patience.

Jack