# Exhibit 98

**Subject:** update
**Date:** Wednesday, November 11, 2015 at 3:48:23 PM Pacific Standard Time
**From:** Gendler, Tamar <tamar.gendler@yale.edu>
**To:** susan.byrne@yale.edu <susan.byrne@yale.edu>

Dear Sue,

I am writing because I know that you have been waiting anxiously for a decision regarding the remaining steps in your promotion review. We will soon be holding meetings with members of the department – faculty and students – to discuss the issues that emerged from the climate review. Once we have held those meetings, we will be in touch with you and the senior faculty regarding your promotion review. To the extent this causes us to miss any deadlines in the standard promotion process, the deadlines will be extended commensurately.

Thank you for your patience.

Best,

Tamar

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

Tamar Szabo Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science
Yale University

Office: 1 Hillhouse Avenue, Warner House, Room 221
Mail: POB 208365, New Haven, CT 06520-8365
Telephone: 203-432-6087
E-mail: tamar.gendler@yale.edu
Web: http://fas.yale.edu/people/tamar-szab-gendler