# Exhibit 99

Tuesday, March 22, 2016 at 9:06:07 PM Eastern Daylight Time

**Subject:** Byrne Review
**Date:** Friday, July 24, 2015 at 10:02:28 AM Eastern Daylight Time
**From:** Gendler, Tamar <tamar.gendler@yale.edu>
**To:** Valis, Noel <noel.valis@yale.edu>, susan.byrne@yale.edu <susan.byrne@yale.edu>
**CC:** Hungerford, Amy <amy.hungerford@yale.edu>, Dovidio, John <john.dovidio@yale.edu>, rolena.adorno@yale.edu <rolena.adorno@yale.edu>

Dear Noel and Sue (cc Amy, Jack, Rolena),

I am writing to confirm that, at least for the duration of the departmental review process, the chair of the promotion review committee for Susan Byrne's 2015-16 promotion review will be Noel Valis.

I have asked Sue to direct any questions she might have about the promotion process to Noel, with a cc to Divisional Director Amy Hungerford, and told her that she should plan to submit her materials to Noel no later than August 18. I have also informed Sue that over the next few days, Amy will be working with Noel to form a review committee, and to secure referees. I have reassured her that we are well within the normal schedule on securing referees (this typically takes place in June, July and August), so she does not need to worry about any delay in the evaluation process.

Many thanks to all of you for your help with this important process.

Best,

Tamar

---

Tamar Szabo Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science
P.O. Box 208365
Yale University, New Haven, CT 06520-8365
http://fas.yale.edu/people/tamar-szab-gendler