# Exhibit 103

**From:** Hungerford, Amy [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AMY.HUNGERFORD]
**Sent:** Tuesday, July 28, 2015 3:15:51 PM
**To:** Gendler, Tamar
**Subject:** Re: change in second outside committee member

Hm. Larry didn't think so, but you may know better.

**From:** <Gendler>, Tamar <tamar.gendler@yale.edu>
**Date:** Tuesday, July 28, 2015 at 3:05 PM
**To:** Amy Hungerford <amy.hungerford@yale.edu>
**Subject:** RE: change in second outside committee member

Would be perceived as hostile by rolena

**From:** Hungerford, Amy
**Sent:** Tuesday, July 28, 2015 3:03 PM
**To:** Gendler, Tamar
**Subject:** Re: change in second outside committee member

Comfortable explaining why not quint?

**From:** <Gendler>, Tamar <tamar.gendler@yale.edu>
**Date:** Tuesday, July 28, 2015 at 2:42 PM
**To:** Amy Hungerford <amy.hungerford@yale.edu>, "Dovidio, John" <john.dovidio@yale.edu>
**Cc:** "Miller, Mary" <mary.miller@yale.edu>
**Subject:** RE: change in second outside committee member

I would try howard next, as per original list

**From:** Hungerford, Amy
**Sent:** Tuesday, July 28, 2015 2:30 PM
**To:** Gendler, Tamar; Dovidio, John
**Subject:** change in second outside committee member

Friends, I just spoke with Larry. He is not comfortable serving because he and Roberto are flying buddies, and this friendship is quite widely known. Larry is truly independent, but thinks it will look like he is not. He has agreed to serve as my advisor on the referee list, since his field expertise can still be helpful and he helped Mary prepare the list for Susan's last review.

He suggests David Quint‹who is a Cervantes expert (the subject of Susan's first book), very independent and respected intellectually, and who has been on the opposite side vis a vis Roberto on issues in Comp Lit. (Despite this fact, because those issues are local to Comp Lit, Larry thinks the dept. will not be inflamed by our choosing Quint‹he is respected there.)

Larry thought that Gary would be naturally inclined against Susan's sort of work and therefore harsh on her. He thought Howard would be a good choice if we could not have Quint. He seemed to think Pincus would be a bit too far afield.

Your thoughts? I know DQ can be troublesome, but I think I could call him and ask him and he might say yes. He is on leave, though.

A.

**From:** <Gendler>, Tamar <tamar.gendler@yale.edu>
**Date:** Wednesday, July 22, 2015 at 11:59 AM
**To:** Amy Hungerford <amy.hungerford@yale.edu>, "Dovidio, John" <john.dovidio@yale.edu>
**Cc:** | Redacted: |
**Subject:** SPort update

**Redacted:
Attorney Client Privilege**