# Exhibit 105

| | |
|---|---|
| **From:** | Hungerford, Amy [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AMY.HUNGERFORD] |
| **Sent:** | Monday, November 09, 2015 7:55:48 AM |
| **To:** | Gendler, Tamar |
| **CC:** | Dovidio, John; rolena.adorno@yale.edu |
| **Subject:** | Re: Byrne Review |

As I recall, GC affirms that a candidate cannot insist that voting faculty recuse, and they did not find reason why these faculty members must. But we left it open also for the outcome of the climate review, in case that turned up a reason, which I do not believe it has.
A.

Sent from my iPhone

On Nov 8, 2015, at 9:19 PM, Gendler, Tamar <tamar.gendler@yale.edu> wrote:

> Can you remind me where we are on this, Amy?
>
> **From:** Susan Byrne [mailto:susan.byrne@yale.edu]
> **Sent:** Friday, November 06, 2015 7:50 PM
> **To:** Gendler, Tamar <tamar.gendler@yale.edu>
> **Cc:** Noel Valis <noel.valis@yale.edu>; Hungerford, Amy <amy.hungerford@yale.edu>; Dovidio, John <john.dovidio@yale.edu>; rolena.adorno@yale.edu
> **Subject:** Re: Byrne Review
>
> Dear Dean Gendler,
> I write to ask for a determination on the status of my recusal request, filed on April 1, 2015 pursuant to the Yale Faculty Handbook's standard procedures for recusals as specified at section IV.H.1.
>
> The pertinent [3]current dates[2] calendar for tenure cases (attached) indicates relevant and pressing dates for procedures and votes. I was asked to honor that same calendar for my submission of materials, but my recusal request has not been answered in a similarly timely fashion.
>
> Please advise regarding the determination by your office on the recusals of Professors Adorno and González Echevarría from all participation, votes and discussion on my tenure case, as requested in my April 1 letter.
>
> Thank you for your time.
> Yours,
> Sue
>
> ---
>
> **From:** "Gendler, Tamar" <tamar.gendler@yale.edu>
> **Date:** Friday, July 24, 2015 at 9:02 AM
> **To:** "Valis, Noel" <noel.valis@yale.edu>, Susan Byrne <susan.byrne@yale.edu>
> **Cc:** "Hungerford, Amy" <amy.hungerford@yale.edu>, "Dovidio, John" <john.dovidio@yale.edu>, "rolena.adorno@yale.edu" <rolena.adorno@yale.edu>
> **Subject:** Byrne Review
>
> Dear Noel and Sue (cc Amy, Jack, Rolena),
>
> I am writing to confirm that, at least for the duration of the departmental review process, the chair of the

promotion review committee for Susan Byrne's 2015-16 promotion review will be Noel Valis.

I have asked Sue to direct any questions she might have about the promotion process to Noel, with a cc to Divisional Director Amy Hungerford, and told her that she should plan to submit her materials to Noel no later than August 18. I have also informed Sue that over the next few days, Amy will be working with Noel to form a review committee, and to secure referees. I have reassured her that we are well within the normal schedule on securing referees (this typically takes place in June, July and August), so she does not need to worry about any delay in the evaluation process.

Many thanks to all of you for your help with this important process.

Best,

Tamar


--

Tamar Szabo Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science
P.O. Box 208365
Yale University, New Haven, CT 06520-8365

http://fas.yale.edu/people/tamar-szab-gendler