# Exhibit 106

**Subject:** RE: update to recusal request
**Date:** Tuesday, January 19, 2016 at 9:14:04 PM Pacific Standard Time
**From:** Gendler, Tamar <tamar.gendler@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** Mangan, John <john.mangan@yale.edu>, Dovidio, John <john.dovidio@yale.edu>

Dear Sue,

Congratulations on the republication of your book in Spanish and on the reception that the English version has received.  I am sure that the Department will take these developments into consideration when reviewing your promotion.

As Jack explained when he met with you in December, normal FAS procedures will apply to your review – including the participation of Roberto and Rolena.  The only exceptions will be Jack's role as an observer and any necessary changes in deadlines.  In regard to the former, Jack will have access to your full promotion file, and he will attend all meetings of the eligible voting members of the department involving deliberations on your candidacy for promotion.  Although Jack will not have a vote, he will be present at all meetings to ensure that the discussion focuses on the promotion criteria set out in the Faculty Handbook.

Best,

Tamar


~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

Tamar Szabo Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science
Yale University

Office: 1 Hillhouse Avenue, Warner House, Room 221
Mail: POB 208365, New Haven, CT 06520-8365
Telephone: 203-432-6087
E-mail: tamar.gendler@yale.edu
Web: http://fas.yale.edu/people/tamar-szab-gendler


---

**From:** Susan Byrne [mailto:susan.byrne@yale.edu]
**Sent:** Tuesday, January 12, 2016 8:03 PM
**To:** Gendler, Tamar <tamar.gendler@yale.edu>; Mangan, John <john.mangan@yale.edu>; Dovidio, John <john.dovidio@yale.edu>
**Subject:** update to recusal request

Dear Deans Gendler, Mangan and Dovidio,
I write with an update to my recusal request.

The very prestigious Universidad de Oviedo press in Spain has solicited from me, and has just signed to purchase from the original publisher (University of Toronto), the rights to a Spanish-language edition of my second book, *Law and History in Cervantes' Don Quixote*. The rarity of a Spanish-language edition of a book of literary criticism originally published in English makes this offer extraordinarily special. This book has already received overwhelmingly-positive critical reception including 10 glowing reviews to date (selections are found on my web site: https://suebyrne123.files.wordpress.com/2015/08/reviews-of-law-and-history-in-cervantes_-don-quixote.pdf). The new offer to publish a Spanish-language edition fully debunks the arrogant canards offered by my colleagues last year ("badly written," email Roberto to Rolena, Rolena to Byrne, Oct 17, 2014). Those unfounded assertions are contrary to universal critical support for my work, and the new supporting facts corroborate my arguments regarding the need for the recusals.

I ask that you add this information to my recusal request, as you continue to deliberate your determination to grant it.

Yours truly,
Sue


Susan Byrne
Associate Professor of Spanish and Renaissance Studies
Department of Spanish and Portuguese
Yale University
http://suebyrne.com