# Exhibit 107

**Subject:** RE: date check
**Date:** Tuesday, December 15, 2015 at 3:56:37 PM Pacific Standard Time
**From:** Dovidio, John <john.dovidio@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>

Sue,

A 45-day period would begin on receipt of the day you formally receive information about the decision, as specified in the Handbook.  Our discussion yesterday was about procedures and, asI explained, did not imply any particular outcome.

I am looking further into the details of my role and will get back to you as soon as I can on the details.

Please don't hesitate to contact me if you have any questions.

Jack

---

**From:** Susan Byrne [susan.byrne@yale.edu]
**Sent:** Tuesday, December 15, 2015 6:58 AM
**To:** Dovidio, John
**Subject:** date check

Dear Jack,
I write with a follow-up to our meeting yesterday. For purposes of appeal, does the 45-day clock start with yesterday's meeting, or on my receipt of the written response from the Dean?

Thanks,
Sue

Susan Byrne
Associate Professor of Spanish and Renaissance Studies
Department of Spanish and Portuguese
Yale University
http://suebyrne.com