# Exhibit 108

_203/432-4835_

**From:** Rolena Adorno [mailto:rolena.adorno@yale.edu]
**Sent:** Sunday, April 26, 2015 11:47 PM
**To:** Stith, Kate
**Cc:** Jose_Cabranes@ca2.uscourts.gov
**Subject:** Re: Susan Byrne preliminary materials and recommendations for dept review committee


I think, Kate, that it's all about Sue Byrne.

We (RGE, NV, and I) turned down her first research proposal on October 17, we turned down her second one on November 7. The *Yalie Daily* published its first "attack" against the department on November 20, on [Redacted] [Redacted. Attorney Client Privilege]; on January 7, we gave Byrne that third chance at a proposal. (This was the first day I noticed that my MLA Prize announcement had been taken from the dept bulletin board). Throughout February the petty vandalism against me continued. On March 6 the anonymous letter appeared. On March 9 I opened a case with the YPD; on March 9 Sue got not a year's but a semester's leave (for Spring, 2016). On March 15 my windows at home were broken, and I opened a case with the Hamden PD. On March 23 we learn about the dept review, which is announced on March 24. On March 25, the *Yalie Daily* strikes again. On March 28, a lone person trespasses on my property, leaving footprints in the snow and an opened gate. On March 30, I call for Sue's tenure materials; on April 1 she demands Roberto's and my recusals from her tenure proceedings. On April 15 petty vandalism is committed against Roberto in the department. On April 23 (will those people never rest?!), the *Yalie Daily* gives the department one last whack, on their penultimate day of publication for 2014-15.

It's clear that the *YDN* is the best weapon, even better than breaking my windows and trespassing on my property.

Anyway, all of the above is why I will send this coming week putting together my SB-mega file.

On we go!

Thank you for helping me to reflect on all this,

Rolena



On Sun, Apr 26, 2015 at 11:04 PM, Stith, Kate <kate.stith@yale.edu> wrote:

I understand. Yes, they already have most of this stuff about Anibal; let's think about what they don't have and what is important to make sure they learn when you appear on May 4. I hope, of course, that we'll know much more by then as to what they are after. So sad. Here in the U.S. Here at Yale.

Best,

Kate

*Kate Stith*

2

BYRNE012626