# Exhibit 118
# Filed Under Seal