# Exhibit 119
# Filed Under Seal