# Exhibit 121

April 14, 2016

**CONFIDENTIAL**

Delivered by Hand

Rolena Adorno

Dear Professor Adorno:

I am writing on behalf of Provost Benjamin Polak to inform you that Provost Polak has decided to appoint a Review Committee, pursuant to Section III.L.3 of the *Yale University Faculty Handbook*, to review Susan Byrnes's complaint regarding the decision not to promote her to Associate Professor with Tenure. I have attached a copy of Professor Byrne's March 2, 2016 and March 8, 2016 letters outlining her complaint and a copy of Section III.L.3 of the Yale University Faculty Handbook. This information and all related matters should be held in the strictest confidence and not discussed with anyone outside of the Review Committee process.

I will provide you with the names of the Review Committee members as soon as a full panel has been selected. Provost Polak has asked me to guide the Review Committee through the process, so please do not hesitate to contact me if you have questions or concerns about the process.

Sincerely,

Cynthia A. Smith
Associate Provost for Health Affairs and Academic Integrity


cc: Benjamin Polak

Enclosures

April 14, 2016

**CONFIDENTIAL**

Delivered by Hand

Roberto Gonzalez Echevarria

Dear Professor Echevarria:

I am writing on behalf of Provost Benjamin Polak to inform you that Provost Polak has decided to appoint a Review Committee, pursuant to Section III.L.3 of the *Yale University Faculty Handbook*, to review Susan Byrnes's complaint regarding the decision not to promote her to Associate Professor with Tenure. I have attached a copy of Professor Byrne's March 2, 2016 and March 8, 2016 letters outlining her complaint and a copy of Section III.L.3 of the Yale University Faculty Handbook. This information and all related matters should be held in the strictest confidence and not discussed with anyone outside of the Review Committee process.

I will provide you with the names of the Review Committee members as soon as a full panel has been selected. Provost Polak has asked me to guide the Review Committee through the process, so please do not hesitate to contact me if you have questions or concerns about the process.

Sincerely,

Cynthia A. Smith
Associate Provost for Health Affairs and Academic Integrity


cc: Benjamin Polak

Enclosures

April 14, 2016

**CONFIDENTIAL**

Delivered by Hand

Tamar Szabó Gendler
Dean of the Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science
Office of the Dean of the Faculty of Arts and Sciences

Dear Dean Gendler:

I am writing on behalf of Provost Benjamin Polak to inform you that Provost Polak has decided to appoint a Review Committee, pursuant to Section III.L.3 of the *Yale University Faculty Handbook*, to review Susan Byrnes's complaint regarding the decision not to promote her to Associate Professor with Tenure. I have attached a copy of Professor Byrne's March 2, 2016 and March 8, 2016 letters outlining her complaint and a copy of Section III.L.3 of the Yale University Faculty Handbook. This information and all related matters should be held in the strictest confidence and not discussed with anyone outside of the Review Committee process.

I will provide you with the names of the Review Committee members as soon as a full panel has been selected. Provost Polak has asked me to guide the Review Committee through the process, so please do not hesitate to contact me if you have questions or concerns about the process.

Sincerely,


Cynthia A. Smith
Associate Provost for Health Affairs and Academic Integrity


cc: Benjamin Polak

Enclosures

April 14, 2016

**CONFIDENTIAL**

Delivered by Hand

Noël Valis

Dear Professor Valis:

I am writing on behalf of Provost Benjamin Polak to inform you that Provost Polak has decided to appoint a Review Committee, pursuant to Section III.L.3 of the *Yale University Faculty Handbook*, to review Susan Byrnes's complaint regarding the decision not to promote her to Associate Professor with Tenure. I have attached a copy of Professor Byrne's March 2, 2016 and March 8, 2016 letters outlining her complaint and a copy of Section III.L.3 of the Yale University Faculty Handbook. This information and all related matters should be held in the strictest confidence and not discussed with anyone outside of the Review Committee process.

I will provide you with the names of the Review Committee members as soon as a full panel has been selected. Provost Polak has asked me to guide the Review Committee through the process, so please do not hesitate to contact me if you have questions or concerns about the process.

Sincerely,

Cynthia A. Smith
Associate Provost for Health Affairs and Academic Integrity

cc: Benjamin Polak

Enclosures