# Exhibit 123

1

Ben Polak
Provost
William C. Brainard Professor of Economics
Yale University
2 Whitney Avenue, Suite 400, Room 432
New Haven CT

July 25th 2016

Dear Provost Polak,

I attach the report of the Faculty Review Committee you appointed, by your letter of April 20th 2016, to review the March 2016 complaint of Associate Professor Susan Byrne (Spanish and Portuguese). This report represents the views of all five members of the committee.

Yours Sincerely,

Gary Brudvig, Benjamin Silliman Professor of Chemistry; Professor of Molecular Biophysics and Biochemistry; Chair of the Department of Chemistry

Julie Dorsey, Professor of Computer Science

Marla Geha, Professor of Astronomy and of Physics

Marianne LaFrance, Professor of Psychology and of Women's, Gender, and Sexuality Studies

Steven Wilkinson, Nilekani Professor of India and South Asian Studies; Professor of Political Science and International Affairs (Committee Chair)

### Report of the Faculty Review Committee regarding the Complaint of Professor Susan Byrne

Associate Professor on Term Susan Byrne was denied promotion to tenure by a vote of the Department of Spanish and Portuguese in February 2016. In complaints dated March 2nd and March 8th 2016, Professor Byrne requested that the Provost convene a Faculty Review Committee to review the process that led to that decision, and to determine if the process was in accordance with University policy and the procedures laid out in the Faculty Handbook. The Provost appointed this committee on April 20th 2016 to investigate these allegations and report back to him.

Professor Byrne has made the following complaints:

1. That a number of senior members of the department, Department Chair Professor Rolena Adorno and Professors Noël Valis and Roberto González Echavarría, had prejudged the outcome of her tenure case, in part because of their opposition to FASTAP and in part because of other reasons unrelated to the scholarly merits of the work. Prof. Byrne alleges that the process has not therefore provided the adequate and fair consideration of the tenure case on scholarly grounds provided for by Yale's policies and procedures.
2. That the FAS Dean's office should have recognized that several members of the department had prejudged the case, and therefore should have prevented those members of the department from either serving on the promotion committee or from voting on the case. The recusal of Professors Adorno and González Echavarría was formally requested by Professor Byrne in a letter dated April 1st 2015, addressed to the Provost, FAS Dean's office, and the senior faculty members of the Spanish and Portuguese Department. Professor Byrne alleges that the FAS Dean's January 19th 2016 decision not to grant this recusal request led to a review process and vote that was biased and not in accordance with university policy.
3. That the department's denial of Professor Byrne's APL proposal in February 2015 was both evidence of several senior colleagues' pre-judgement of her tenure case, as well as directly harmful to her tenure chances by denying her the full year's leave to which she was entitled under Yale policy.
4. That "In violation of FH III.L.a.iii, they [the named three faculty members] retaliated against me for having spoken out against abuses of university and public policy perpetrated against them, including sexual harassment and discrimination (Byrne March 8th complaint, p.5)."

Committee Process

Over the past three months we have spent approximately twenty-two hours as a committee interviewing people with information relevant to the complaint, starting with Professor Byrne, as well as discussing this complaint and the evidence as a committee. We have also spent many hours reading through the relevant written materials, including documents that we requested. A list of all those to whom we spoke is attached as Appendix A.

## Committee's Findings of Fact and Conclusions

Our findings of fact with regard to these complaints are as follows:

1. We find that Yale's promotion procedures were strictly followed. The individuals named in the complaint each assure us that they did not prejudge the tenure case, and that they judged it on the merits and according to FASTAP procedures. We as a committee can find no evidence to prove that this is not the case. We found no evidence that the decision in this case was based on anything other than academic grounds.
2. We find that the FAS Dean's office did its best to ensure a fair and adequate review of this promotion case, notwithstanding the fact that from March-December 2015 there was a continuing Climate Review of the Department, as well as the fact that Professor Byrne had in her April 1st 2015 letter requested that Professors Rolena Adorno and Roberto González Echavarría recuse themselves from voting on her case. In August 2015, while awaiting the results of this Climate Review, and any possible impact that might have on the committee composition or the recusal request, the FAS Dean's office brought in two independent committee members from outside the department, Professor Howard Bloch (French) and Professor Giuseppe Mazzotta (Italian), chosen for their independence and relevant expertise. The FAS Dean's office and the Humanities Divisional Chair also carefully monitored the selection of outside referees and the committee review process itself, including having the Dean of Academic Affairs present at the final promotion meetings to ensure compliance with procedures.
   The witnesses we spoke to were in general agreement that the external reviewers selected were independent, well respected, and did their job carefully and thoroughly. There was also agreement, even among those with different views on the merits of the promotion case and its outcome, that the promotion committee did its work conscientiously in accordance with FAS procedures.
3. The Associate Professor Leave denial in February 2015 was unfortunate and we think reflected poor judgment by the department. The denial was also unprecedented under FASTAP, even though we acknowledge that the FAS Dean's office acted to mitigate the APL denial's effects by approving a Triennial leave of one semester. The department's denial of the APL was not, however, a violation of Yale policy. Yale's Faculty Handbook (XVII.A.1) makes clear that "Leave is a privilege, not a right. Eligibility for a leave according to the policies spelled out below does not in itself constitute entitlement to that leave. No leave will be granted without the approval of the Provost and the applicable department or program chair (in the Faculty of Arts and Sciences) or Dean (in the professional schools)." Without the approval of the Spanish and Portuguese Department Chair, Professor Adorno, there was therefore no obligation on the Department or the University to grant the Associate Professor Leave.
4. We did not find evidence that Professor Byrne suffered retaliation in this tenure review process because of anything she may have said or not have said specifically regarding sexual harassment or discrimination in the department.

Byrne000448

Scope of Inquiry

Our committee has been charged with the task of deciding whether Yale policies and procedures have been followed in this case. We are conscious of course that broader allegations have been made, in this complaint, about the department climate and leadership. The FAS Dean found at least some of these allegations sufficiently concerning to initiate a department climate review in March 2015, subsequent to which a new DGS, Professor Ed Kamens, was appointed in January 2016 from outside the department.

We wish to make clear that our finding of facts and conclusions related to this specific tenure case and procedures should not be interpreted as an endorsement of either the way in which the department was being run or of its leadership.

5

Confidential Committee Recommendations to the Provost

As a committee we are deeply troubled by the past and present functioning of this department, and the lack of earlier intervention by FAS leadership.

In retrospect, with regard to this case, Professors Bloch and Mazzotta ought to have been added as voting members of the tenure review committee.

Our committee wishes to make the following recommendations regarding changes to FAS policies and procedures.

1. We recommend that the Associate Professor leave be guaranteed to all FAS faculty who are successful in their Associate on Term promotions. Junior faculty should, indeed must, receive expert scholarly feedback on their proposals from senior department colleagues. In future, however, we suggest a rule by which, after twice receiving negative feedback and/or non-approval of an APL application, the proposal is then automatically forwarded to the FAS dean's office for approval.
2. We recommend that new voting members must be added to Spanish and Portuguese to provide new intellectual and administrative leadership and a way forward for this department. Our understanding is that the FAS Dean already has the power to appoint voting department members from outside in these situations. If she does not, we recommend that she be given such power, perhaps subject to the approval of the relevant divisional committee as well as the Provost, for a period of three years, renewable if necessary.

Byrne000450

6

Appendix A

People Interviewed by the Committee

| | |
|---|---|
| Adorno, Rolena | Sterling Professor, Department Chair, Department of Spanish and Portuguese |
| Bloch, Howard | Sterling Professor of French; External member of the Byrne promotion committee |
| Byrne, Susan | Associate Professor, Department of Spanish and Portuguese |
| Dovidio, Jack | Carl I Hovland Professor of Psychology; Dean of Academic Affairs of the Faculty of Arts and Sciences |
| Gendler, Tamar | Vincent J. Scully Professor of Philosophy; Dean of the Faculty of Arts and Sciences |
| González Echavarría, Roberto | Sterling Professor, Department of Spanish and Portuguese |
| González-Pérez, Anibal | Professor of Spanish, Department of Spanish and Portuguese |
| Hungerford, Amy | Professor of English and of American Studies; Divisional Chair (now Divisional Dean), Division of Humanities |
| Jackson, Kenneth | Professor of Portuguese, Department of Spanish and Portuguese; Member of the Byrne promotion committee |
| Kamens, Edward | Sumitomo Professor of Japanese Studies; Director of Graduate Studies, Department of Spanish and Portuguese |
| Mazzotta, Giuseppe | Sterling Professor of Italian Language and Literature; External member of the Byrne promotion committee |
| Stanley, Valarie | Senior Deputy Title IX Coordinator |
| Valis, Noël | Professor, Department of Spanish and Portuguese; Chair of the Byrne promotion committee |

Byrne000451