# Exhibit 125

# Yale OFFICE OF THE PROVOST

PO Box 208333
New Haven CT 06520-8333
T 203 432-4444
F 203 432-0161
provost.yale.edu

*courier*
2 Whitney Avenue, Suite 400
New Haven CT 06510

**CONFIDENTIAL**

August 23, 2016

<u>Delivered via Email</u>

Susan Byrne
Associate Professor of Spanish and Portuguese
Department of Spanish and Portuguese

Dear Professor Byrne:

I write to convey my decision regarding your complaints concerning the tenure review process and the decision of the Department of Spanish and Portuguese not to recommend you for promotion to Associate Professor with Tenure.

As you know, I appointed a Review Committee to advise me on your complaints. That Committee heard from you orally and in writing; interviewed a dozen additional witnesses and reviewed the documents submitted; and then issued its report, to which you and the respondents have submitted responses.

I have carefully considered the Review Committee's report and the responses submitted by you and by the respondents to the Committee's findings of fact and conclusions. As required by Faculty Handbook Section III.L.3, I have accepted the Review Committee's findings of fact. I have decided also to accept the Review Committee's conclusions that Yale's promotion procedures were strictly followed, that the case for your promotion was adequately and fairly considered, and that there was no evidence of retaliation. As a result, the decision by the Department of Spanish and Portuguese regarding your promotion will stand.

Under the circumstances, I have decided to grant your request for an unpaid leave of absence for the FY17 academic year and to allow you to hold a faculty position at another institution until your faculty appointment ends on June 30, 2017.

I know that this decision will come as a great disappointment to you, but I hope that your time at Yale has contributed to your professional development. I sincerely wish you all the best in your future career.

Sincerely,

Ben Polak

Ben Polak
Provost
William C. Brainard Professor of Economics