# Exhibit 126
# Filed Under Seal