# Exhibit 127
# Filed Under Seal