# Exhibit 128
# Filed Under Seal