# Exhibit 129
# Filed Under Seal