# Exhibit 130
# Filed Under Seal