# Exhibit 132
# Filed Under Seal