# Exhibit 133