# Exhibit 134

**Subject:** A crunch in Span/Port 2014-15
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**Date:** 9/12/2013 4:46 PM
**To:** Emily Bakemeier <emily.bakemeier@yale.edu>, "Mary E. Miller" <mary.miller@yale.edu>

Dear Emily, dear Mary,

I write to you regarding a request. It comes from the suggestion made by Susan Byrne, our just-promoted-to-Associate-on-Term (May, 2013) who had suggested to me more than a week ago that she would be willing to postpone her Associate Professor Leave until 2015-16. This would be the year that she comes up for the tenure review.

She made the suggestion because she realizes that Leslie Harkema is likely to have a Morse Fellowship in 2014-15, and that it would be disadvantageous if both she and Leslie were absent that year. To this consideration, I add that, in 2014-15 I will no longer be chair of the department and that two of my senior colleagues, the two Professors González (Echevarría and Pérez) will be on their scheduled triennial leaves during the Spring term of 2014-15.

I do understand that departmental needs are not to be taken into consideration on matters of leaves, but the suggestion of the postponement of her APL comes from Sue Byrne herself. Then we got, on Monday, the memo below which states that "Associate professors on term are eligible for a one-year leave at full salary, called an Associate Professor Leave (APL), in the first or second year of their appointment at that rank."

Sue brought the relevant sentence to my special attention on Monday, reiterating that she is willing to do whatever seems best; she is flexible.

I have let her think about it a few days and she has reiterated to me, today, her willingness to take the APL in 2015-16.

So this is the request: May Sue Byrne take her APL not in her first or second, but in the third year of her appointment at the Associate-on-Term rank?

I draw this matter to your consideration because, as you know, we soon must begin planning for next year.

Many thanks for your consideration,

Rolena


-------- Original Message --------
**Subject:** Procedures for non-tenured faculty leaves
   **Date:** 9 Sep 2013 16:20:09 -0400
  **From:** Office of the Provost <provost@yale.edu>
    **To:** FAS Department Chairs <itscomm2@yale.edu>

9/12/2013 4:47 PM

BYRNE010717