# Exhibit 135

**From:** Mary Miller [mary.miller@yale.edu]
**Sent:** Wednesday, October 22, 2014 8:47:49 PM
**To:** Mangan, John
**Subject:** FW: Associate Professor Leave of Absence for Sue Byrne, AY 2014

But as you will see, Spanish and Portuguese did not LIKE the proposal.  Stay tuned.

---

**From:** Rolena Adorno <rolena.adorno@yale.edu>
**Date:** Saturday, September 21, 2013 at 10:58 AM
**To:** Faculty Support Program <mary.miller@yale.edu>
**Cc:** "Bakemeier, Emily" <emily.bakemeier@yale.edu>, "Gendler, Tamar" <tamar.gendler@yale.edu>
**Subject:** Re: Associate Professor Leave of Absence for Sue Byrne, AY 2014

Dear Mary,

Thank you for your work and letter. The last topic that Sue and I discussed yesterday was her research topic. She will be getting the proposal for it to me come Monday (Tuesday at the latest).

I am alerting the senior faculty to be ready to read and evaluate it.

We can get the departmental assessment wrapped up, I think, by Wednesday or Thursday (Sept 25 or 26).

Many thanks,

Rolena

On 9/21/2013 10:29 AM, Miller, Mary wrote:

> Dear Rolena,
>
> I've consulted with Emily Bakemeier and I've spoken with Sue Byrne about the possibility of moving her APL forward, to serve the purpose of launching research for her third book project, and to help with departmental scheduling during 14-15.  I copy Tamar Gendler here for information purposes; Emily is the Cognizant Provost of your department.
>
> We agree that if Sue's proposal for work she would engage in during the leave meets the expectations of the senior faculty of Spanish and Portuguese, she may submit it now.  With your endorsement, I would then be prepared to make the recommendation to Emily, and Emily would be prepared to approve the timing of the leave.
>
> We should get going on this as soon as possible.  As I say, I have met with Sue and found the project on Jesuitical canon framing in the late 18th century fascinating, and I recognize that this is new territory for Sue, a good and reasonable stretch.  Will you let her know?
>
> With all best wishes,
>
> Mary

BYRNE016845