# Exhibit 136

*Sue Byrne*

**Subject:** Resending report on BYRNE APL proposal
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**Date:** 9/30/2013 10:13 AM
**To:** "Miller, Mary" <mary.miller@yale.edu>

Mary, I'm resending this to you, for your consideration. I can only imagine the flurry of activities that you have had these past days, which is why I take this liberty.

Many thanks,

Rolena

-------- Original Message --------
**Subject:** BYRNE APL proposal
  **Date:** Thu, 26 Sep 2013 06:44:31 -0400
  **From:** Rolena Adorno <rolena.adorno@yale.edu>
    **To:** Miller, Mary <mary.miller@yale.edu>

Dear Mary,

Regarding Sue Byrne's APL proposal, she produced it, the pertinent senior faculty (Roberto, Noel, and I) reviewed it independently, and independently we found it quite poor. The three of us met, and we concurred that it was quite inadequate. Late yesterday I communicated this news to Sue, who had received and reflected on our independent written comments early in the day. She recognized that the proposal was inadequate and agrees with us that now is not yet the time that she is able to propose a well grounded, well thought out, well informed proposal for her <u>fourth</u> book.

In fact, if Sue worked at a "normal" human pace, she might, right now, only be proposing (for the APL leave) her <u>third</u> book, on Ficino in Spain, which is actually already done and will go out for review to the University of Toronto Press next month, and which has been written since her <u>second</u> book, on *Law and History in Cervantes' Don Quijote*, which had appeared last October, just one year ago. (That was the book which was considered for her promotion to Associate on Term, conducted this past Spring 2013 semester.)

So I return to my query to you of September 12: May she take her APL in year three after her promotion? That would be for academic year 2015-16.

For your information, I paste here my original query to you (and Emily) of September 12, which refreshes us all on the reasons for my request. With many thanks,

BYRNE012860

A crunch in Span/Port 2014-15

**Subject:** A crunch in Span/Port 2014-15
**From:** Rolena Adorno <rolena.adorno@yale.edu>
**Date:** 9/12/2013 4:46 PM
**To:** Emily Bakemeier <emily.bakemeier@yale.edu>, "Mary E. Miller" <mary.miller@yale.edu>

Dear Emily, dear Mary,

I write to you regarding a request. It comes from the suggestion made by Susan Byrne, our just-promoted-to-Associate-on-Term (May, 2013) who had suggested to me more than a week ago that she would be willing to postpone her Associate Professor Leave until 2015-16. This would be the year that she comes up for the tenure review.

She made the suggestion because she realizes that Leslie Harkema is likely to have a Morse Fellowship in 2014-15, and that it would be disadvantageous if both she and Leslie were absent that year. To this consideration, I add that, in 2014-15 I will no longer be chair of the department and that two of my senior colleagues, the two Professors González (Echevarría and Pérez) will be on their scheduled triennial leaves during the Spring term of 2014-15.

I do understand that departmental needs are not to be taken into consideration on matters of leaves, but the suggestion of the postponement of her APL comes from Sue Byrne herself. Then we got, on Monday, the memo below which states that "Associate professors on term are eligible for a one-year leave at full salary, called an Associate Professor Leave (APL), in the first or second year of their appointment at that rank."

Sue brought the relevant sentence to my special attention on Monday, reiterating that she is willing to do whatever seems best; she is flexible.

I have let her think about it a few days and she has reiterated to me, today, her willingness to take the APL in 2015-16.

So this is the request: May Sue Byrne take her APL not in her first or second, but in the third year of her appointment at the Associate-on-Term rank?

I draw this matter to your consideration because, as you know, we soon must begin planning for next year.

Many thanks for your consideration,

Rolena


-------- Original Message --------
**Subject:** Procedures for non-tenured faculty leaves
  **Date:** 9 Sep 2013 16:20:09 -0400
  **From:** Office of the Provost <provost@yale.edu>
    **To:** FAS Department Chairs <itscomm2@yale.edu>

BYRNE012861