# Exhibit 138

**Subject:** Re: Confidential UWC investigation
**Date:**     Wednesday, March 9, 2016 at 9:57:17 AM Pacific Standard Time
**From:**    Susan Byrne <susan.byrne@yale.edu>
**To:**        Miriam Berkman <mberkman900@gmail.com>

Dear Miriam,
That is fine, and I'll see you there on Friday at 1:30.
Yours,
Sue

---

**From:** Miriam Berkman <mberkman900@gmail.com>
**Date:** Wednesday, March 9, 2016 at 9:54 AM
**To:** Susan Byrne <susan.byrne@yale.edu>
**Subject:** Re: Confidential UWC investigation

Dear Profession Byrne,

Thanks so much for your response.  I am sorry for my delay in getting back to you.  I can meet you anywhere that is private and convenient for you.  I suggest the offices of the UWC, at 55 Whitney Ave., 2nd floor.  Please let me know if that is OK.

Sincerely,
Miriam Berkman

On Mon, Mar 7, 2016 at 2:40 PM, Susan Byrne <susan.byrne@yale.edu> wrote:
> Dear Miriam,
> In the interest of improving the climate in the department, I would be happy to once again give you the information. Friday at 1:30 works well for me, and if you let me know where to meet you, I will be there.
> Yours,
> Sue
>
> Susan Byrne
> Associate Professor of Spanish and Renaissance Studies
> Department of Spanish and Portuguese
> Yale University
> http://suebyrne.com

---

> **From:** Miriam Berkman <mberkman900@gmail.com>
> **Date:** Monday, March 7, 2016 at 1:10 PM
> **To:** Susan Byrne <susan.byrne@yale.edu>
> **Subject:** Confidential UWC investigation
>
> Dear Professor Byrne,
>
> I am the impartial fact finder appointed by the Yale University-wide Committee on Sexual Misconduct to investigate a complaint against Prof. Roberto Gonzalez-Echevarria.  I am contacting you because I believe you may have information relevant to the investigation and I would like to find a time to talk with you about what you may know.  I am aware that you may have spoken with others about issues related to the Department of Spanish and Portuguese Languages and Literature and I apologize if my request for an interview seems duplicative or burdensome.  I can only clarify that this is an important investigation focused specifically on sexual misconduct.  I want to reassure you that the UWC process is confidential and I will not use your name without your permission.

The following are some times that I am available to meet with you:
Thurs. Mar. 10 anytime before 1 pm
Fri. Mar. 11 between 1:30 and 3 pm
Mon. Mar. 14 before 10 am or between 12 and 2 pm

Please let me know if any of those times is possible for you and if not, what would be a more convenient time.  If you have any questions about my role or the UWC process that you want to talk about before we meet, you can email me back or call me at 203-668-4338.  Thanks in advance for your cooperation.

Sincerely,
Miriam Berkman
Impartial Fact Finder