# Exhibit 141
# Filed Under Seal