# Exhibit 142

| | |
|---|---|
| **From:** | Rolena Adorno [rolena.adorno@yale.edu] |
| **Sent:** | Wednesday, May 6, 2015 10:07 PM |
| **To:** | Regina Harrison |
| **Subject:** | Re: Monday |

And now, dear friends, by Friday July 10, I should have the whole story to tell (or maybe not, alas!). So if you happen to be at home on Friday July 10, and would like me to visit, I would arrange my return from the Natl Council meeting for Saturday, July11 (and not necessarily the early train). Let me know if this would work, and be agreeable, to you. Abrazos, Rolena


On Tue, May 5, 2015 at 10:03 AM, Regina Harrison <doctoraregina@gmail.com> wrote:
Omg. A power point! This "exercise" is equal to a chapter! Good for you! Maybe we should have been lawyers???
Please keep me in the loop. I speak of any of this only with joe. Important that not many in your dept know what is happening at this point. Including secretaries. There is too much gossip.
Still be careful against possible violence.
All our love, Reggie

Sent from my iPhone

On May 5, 2015, at 7:00 AM, Rolena Adorno <rolena.adorno@yale.edu> wrote:

> Reggie, It went splendidly. 2.5 hours and me laying out the many tangled stories. They will have me back and I look forward to it.
> I started with a Pptx showing, visually, the great good will in our department (party pictures), followed by the vandalism against me (broken windows shots), in which they were much interested. Then, in on SB and her demand for my and Robert's recusal on her tenure consideration, and I had two slides (like I do in lit classes) of choice quotes from it, rebutting them along the way. Anyway, so far so good. They treated me with much more respect than the Provost and Deans have done recently! Abrazos, Rolena  PS Continued thanks for being there with me!
>
> On Mon, May 4, 2015 at 12:59 PM, Regina Harrison <doctoraregina@gmail.com> wrote:
> Just being there with you virtually today.
> Thanks for the message in a time when you have a lot on your mind!
> Stay the course! (nautical)
> Abrazos, Reggie
>
> On Mon, May 4, 2015 at 5:44 AM, Rolena Adorno <rolena.adorno@yale.edu> wrote:
> Dear Reggie,
>
> Thank you so much for both your loving, encouraging messages! I am happy to say that I slept five hours straight (12am -5 am), a full night's sleep in my book.
>
> My lawyer friend and I worked for six hours yesterday, at 100 Blake Road, with all the bundles and baskets of documentation spread out on my dining room table.

1

BYRNE006829

I must get back to the final organization of materials, but I want to say one thing to you clearly, and please tell Joe:

I could NOT have made it through the Fellows/Jamboree events if you had not been there with me. You made the succession of potentially impossible days, for me, not just good, but golden. Truly.

Te mando un gran abrazo,

Rolena

On Sun, May 3, 2015 at 11:28 PM, Regina Harrison <doctoraregina@gmail.com> wrote:
Sleep well tonight.  You are loved and appreciated!!
Deep breath, big leg stance if you are not seated, just as we practiced.

My oh my but I had fun with you at JCB.  I regret the topic of discussion but I had a good time analyzing the problem because i care about what happens.

Suerte, abrazos, thanks for the glasses of wine and lunch.  Reggie

2

BYRNE006830