# Exhibit 143

**Subject:** In response to your recent letter
**Date:** Thursday, April 2, 2015 at 6:02:48 PM Eastern Daylight Time
**From:** Mangan, John <john.mangan@yale.edu>
**To:** Susan Byrne <susan.byrne@yale.edu>
**CC:** Gendler, Tamar <tamar.gendler@yale.edu>

Dear Sue,

Please see below the note from Tamar Gendler.

-JRM

*******************

Dear Sue,

I write to acknowledge receipt of your letter of April 1, 2015 to Rolena Adorno requesting that she and Roberto González Echevarría recuse themselves from your tenure review. The FAS Dean's Office will not make any final decisions about the composition of the review committee or the eligibility of other departmental faculty to participate in the process until the climate review that is currently underway in Spanish and Portuguese is completed. At that time, we will be in a better position to address the concerns you have raised.

Best regards,

Tamar

_____

Tamar Szabó Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science