# Exhibit 145

| | |
|---|---|
| **Subject:** | Re: response to your letters |
| **Date:** | Friday, July 24, 2015 at 10:39:10 AM Eastern Daylight Time |
| **From:** | Susan Byrne <susan.byrne@yale.edu> |
| **To:** | Gendler, Tamar <tamar.gendler@yale.edu> |
| **CC:** | Dovidio, John <john.dovidio@yale.edu>, Mangan, John <john.mangan@yale.edu>, Hungerford, Amy <amy.hungerford@yale.edu> |

Dear Tamar,
Thank you for your response to my letters.

My summer has been wonderful - I am having a blast with research for a book chapter about early modern "Constitutions." I hope yours has been similarly enjoyable and refreshing, and continues to be so!

Yours,
Sue

---

**From:** "Gendler, Tamar" <tamar.gendler@yale.edu>
**Date:** Friday, July 24, 2015 at 9:51 AM
**To:** Susan Byrne <susan.byrne@yale.edu>
**Cc:** "Dovidio, John" <john.dovidio@yale.edu>, "Mangan, John" <john.mangan@yale.edu>, "Hungerford, Amy" <amy.hungerford@yale.edu>
**Subject:** response to your letters

Dear Sue,

I am writing in response to your letters of 15 July 2015 and 16 July 2015.

In the letter of 15 July 2015, you asked whether a copy of your 2013 promotion materials is on file at the FAS Dean's office. We indeed have a copy of that file in our records, including the letters from external reviewers and the other materials that were submitted at that time.

In the letter of 16 July 2015, you asked about procedures for submitting materials for your review. In order to proceed in a timely fashion, we have asked Noel Valis to serve as chair of your promotion committee at least until the conclusion of the departmental review. Noel has accepted this request, and Rolena has been informed. In light of this, you should direct any questions you might have about the promotion process to Noel, with a cc to Divisional Director Amy Hungerford, and you should plan to submit your materials to Noel no later than August 18. Over the next few days, Amy will be working with Noel to form a review committee, and to secure referees. We are well within the normal schedule on securing referees (this typically takes place in June, July and August), so you do not need to worry about any delay in the evaluation process.

I hope that you are enjoying a productive and restorative summer.

Best,

Tamar

___

Tamar Szabo Gendler
Dean, Faculty of Arts and Sciences
Vincent J. Scully Professor of Philosophy
Professor of Psychology and Cognitive Science
P.O. Box 208365
Yale University, New Haven, CT 06520-8365
http://fas.yale.edu/people/tamar-szab-gendler