# Exhibit 146
# Filed Under Seal