# Exhibit 147

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

**DRAFT 12/14/15**

OUTLINE LADDER FACULTY

1. **Relations among the Senior Faculty**

   - The reviewers learned that the difficult working relationship between Anibal, on the one hand, and Roberto and Rolena, on the other, is obvious to students and other faculty members and appears to be detrimental to the learning and working environment in the department.
   - The reviewers did not assign blame for the situation, and this is not an issue amenable to administrative intervention.
   - The situation is unfortunate, and we ask that you consider ways to repair the relationship. If we can assist, please let us know.
   - We must stress that this situation cannot be allowed to affect the educational experience of graduate students, and, on this point, we have the full agreement of Rolena and Noel.

2. **The Role of the Chair**

   - For many years, the University has asked either Roberto or Rolena to serve as chair, and there are disagreements among the faculty regarding the advisability of continuing that pattern. [handwritten: in its regular triennial cycle as it has in the past]
   - The regular process of consultation regarding the chair appointment will begin in the spring of 2016, and we will consider whether it would be beneficial to the department to share the opportunity for leadership more broadly. [handwritten: Appointment by the Pres at recommendation of FAS Dean.]
   - Rolena will be on her regular triennial leave in the spring of 2017, which is the last semester of her current term, so we will need to have an acting chair or a new chair named within a year.

3. **Departmental Decision Making**

   - Although opinions differed, many members of the department told the reviewers that important department decisions were made without sufficient consultation and that fear of retaliation – justified or not – kept them from expressing their opinions about matters that affect them directly.
   - There is also a widespread belief that the poor working relationship among the senior faculty may be harming the decision making process.
   - Outside of the appointment and promotion process, the University generally does not impose decision making rules on departments. However, consulting with persons who are affected by a decision – including ladder faculty, lectors, and students – is a good management practice.
   - In regard to graduate education policies in particular, we would expect that important decisions would be made only after deliberation by the entire ladder faculty.

BYRNE018948

- The ability to maintain a collegial environment and encourage shared decision making is a factor that will be taken into account when considering the future leadership of the department.

4. **The Promotion and Appointment Process**

   - In recent years, ~~internal~~ [a number] candidates have not been promoted to tenure in the department, and the climate review found deeply divided opinions regarding the reason for that. → [this isn't required] Some of these were faculty hired before FASTAP. [TSG]
   - The University describes standards and requires fair processes, but it does not second-guess judgments regarding scholarship, absent evidence that the judgments are a cover for improper considerations.
   - If a faculty member believes that his or her promotion decision was inadequately or unfairly considered, he or she may seek review under the procedures provided by the Faculty Handbook.

5. **Sexual Harassment and Inappropriate Behavior** [TSG]

   - The reviewers heard many concerns regarding sexual harassment and inappropriate behavior. Some of these concerns were based on first-hand information and many were based on second-hand information and rumors.
   - The climate review also indicated that several faculty members were unsure how to respond to people who sought help in regard to inappropriate behavior.
   - It was not the role of the reviewers, nor is it our role, to make judgments regarding the truth of these reports. The University has a separate process for the adjudication of complaints regarding sexual misconduct. However, it is our role to make sure that everyone in the department understands what sexual harassment is and how to deal with reports of inappropriate behavior.
   - For that reason, we will be arranging sexual harassment refresher training for all faculty members.

6. **Graduate Education**

   - Graduate education was the concern that more than any other convinced us to conduct the climate review.
   - Some students reported that the department offered an intellectually demanding but positive environment and praised the help and encouragement that they have received from all of you. [C]
   - Many students also praised the research and teaching opportunities at Yale, and they had excellent experiences working with the lectors.
   - However, most graduate students described the department's overall educational environment in negative terms, although they did not agree on the causes. They complained variously of a lack of intellectual openness, arbitrary decision making, tolerance for inappropriate behavior, and the difficulty of dealing with a divided faculty.

2

BYRNE018949

- These results did not come as a complete surprise. Graduate education in the department has been a concern to me and my predecessors for many years and for several reasons:

    (a) The department does not follow some key best practices, particularly in regard to dissertation committees and prospectuses.
    (b) Also, given the size of the department, we have for many years received a disproportionate number of complaints from Spanish and Portuguese graduate students.
    (c) Finally, we have been concerned for some time that the poor working relationship among the faculty was increasing the uncertainty and stress that graduate students often feel.

- We have decided to take three steps that we hope will improve the educational environment for graduate students:

    (a) ~~After consulting with Rolena and Noel, w~~We have concluded that it would be useful to the Graduate School and to the students if the DGS position was filled, for the time being, by someone from outside the department. I want to be very clear that this is by no means a reflection on Noel's performance – it is a reflection on the divisions in the department, which I have already discussed. —and Noel agrees— Noel has been a very dedicated DGS for several years, but we believe that an external DGS will be better placed to buffer the students from the department's divisions., ~~which we believe have stymied needed changes.~~ Noel and Rolena agree that this is the best course, and their support will be crucial to implementing ~~was a crucial factor in~~ this decision.

    Ed Kamens has agreed to serve as DGS. Ed will be an independent outlet for student concerns and will help the Graduate School Dean's Office identify issues that need to be addressed before they become problems. Ed will have all of the authority and internal committee assignments of any other DGS.

    (b) To promote intellectual openness and collaboration, students will be allowed to create dissertation committees and invite faculty members from outside the department to serve as external members. Given the size of the department, we think that dissertation committees will only work if we allow external members. Ed will work with you and the students to assemble committees.
    (c) The Graduate School Dean's Office will work with the new DGS and the ladder faculty to ensure that the student handbook and other policies are fair and in keeping with Graduate School rules and best practices.

- Ed has agreed to take on this role out of loyalty to the University and a desire to help the department. We ~~hope~~ expect that all of you will work closely and cooperatively with him and that he will be allowed to join all of your discussions of graduate education issues.

7. **Graduate Student Admissions**

3

BYRNE018950

- ~~If Ed has the~~<u>With your</u> cooperation ~~of the faculty~~, we believe that the department can very quickly make some relatively modest but important changes to the graduate education program that will bring it into line with the rules and best practices of the Graduate School. We also think that sexual harassment training can be accomplished very quickly.
- However, until we are satisfied with progress in both those areas, the Dean's Office will not approve the admission of new graduate students.

4

BYRNE018951