# Exhibit 149

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

```
 1              UNITED STATES DISTRICT COURT

 2                        for the

 3               DISTRICT OF CONNECTICUT

 4

 5
    SUSAN BYRNE,              } Civil Case Number:
 6      Plaintiff,            } 3:17-cv-01104-VLB
                              }
 7          vs.               } CONFIDENTIAL TESTIMONY
                              } Page 211 through 214
 8  YALE UNIVERSITY,          }
        Defendant.            }
 9

10

11

12

13      DEPOSITION OF: Susan Byrne
        TIME:          10:05 a.m.
14      DATE:          October 19, 2018
        HELD AT:       Jackson Lewis, PC
15                     90 State House Square - 8th Floor
                       Hartford, Connecticut
16

17

18

19

20

21

22
            Reporter:  Annette Brown, LSR, No. 0009
23          Brandon Huseby Reporting & Video
                   249 Pearl Street
24          Hartford, Connecticut   06103
              Telephone:  860.549.1850
25                Fax:  860.549.1537
```

1  which you spoke out about the abuses in the

2  department besides Mary Miller, besides the Yale

3  Daily News reporter meeting, was there another

4  occasion of your speaking out?

5      A   Yes.

6      Q   What was that?

7      A   Shortly after that news story came out, that

8  was in spring 2015, the provost, Ben Polak, tasked a

9  pair of lawyers with conducting a climate review, a

10  departmental climate preview.

11      Q   So what was your act of speaking out about

12  abuses in the department?

13      A   I spoke to the climate review reporters.

14      Q   How many meetings did you have with them?

15      A   One.

16      Q   And did you voluntarily go to that meeting?

17      A   Yes.

18      Q   Did you feel it was required?

19      A   We were asked by the provost to help in the

20  sense of participation will help the department, will

21  help the university.

22      Q   Do you remember the month or the year of the

23  interview?

24      A   It was spring of 2015.

25      Q   So it was within a few months after the Yale

1   discuss with the interviewers?

2      A   This would be a whole list.  The intellectual

3   harassment and that to me was very obvious in what

4   had happened with the associate professor leave,

5   Roberto's sexual harassment definitely, Rolena's kind

6   of social harassment -- I don't know what else to

7   call it -- social demands.  I don't think I called it

8   social harassment but social demands on a colleague,

9   on me as well for a while but on this other

10  colleague.  I think those were the three big topics

11  for me.

12     Q   Who was the other colleague on whom Rolena

13  placed social demands?

14     A   He was a junior colleague.  He came in the

15  year after I did, and his name was Kevin Poole.  His

16  name still is Kevin Poole.

17     Q   Okay.  Let's start with what you characterized

18  as intellectual harassment.

19     A   Okay.

20     Q   What do you mean by that?

21     A   I would say it took two forms.  The one that

22  was directly relevant to me was everything was good

23  with my work up until the point where I told Mary

24  Miller that Rolena should not be chair, and then all

25  of a sudden kind of whiplash head-turning change in

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

```
1     Q    What was that?
2     A    My first year at Yale as I was putting the key
3  into my office door and I felt someone behind me
4  playing with my hair, and I turned around it was
5  Roberto grinning.  After that --
6     Q    So that was what year?
7     A    2008-2009, that academic year.
8     Q    And who witnessed that?
9     A    Just me.
10    Q    Did you address it with him at any time?
11    A    No.
12    Q    How close was he standing to you when you
13 turned around and saw him there?
14    A    Directly behind me.
15    Q    Was he touching you physically other than --
16    A    Yes, my hair.
17    Q    -- your hair?
18         Was his body touching yours?
19    A    Not that I remember.
20    Q    So when you turned around he was --
21    A    He was literally right there.
22    Q    Was he --
23    A    Grinning.
24    Q    Let me finish the question.
25    A    Sorry.
```

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

1     Q    When you turned around was Robert literally

2    touching your hair?

3     A    Yes.

4     Q    So you saw your hair in his hand?

5     A    Yes.  His arm was up, he was holding my hair,

6    and he was grinning.

7     Q    As you turned around?

8     A    Yes.

9     Q    And --

10    A    I turned this way (indicating).

11    Q    And do you remember that your act of turning

12   around had the effect of moving your hair out of his

13   hand?

14    A    No.  My hair is pretty long; it was then too.

15    Q    Was your hair the same length then as it is

16   now?

17    A    Probably close.  It could have been a little

18   bit longer.

19    Q    Do you remember?

20    A    No, I wouldn't be able to put a precise inches

21   measurement, no.

22    Q    It's probably now, what, about 3 or 4 -- 3

23   inches below your shoulder?

24    A    I don't have -- I would need a measuring tape

25   to tell you that.

1    Q    And you're wearing your hair down today.  Do
2  you have a typical hairstyle in terms of wearing it
3  up or down?
4    A    Not particularly.  It depends on the day.
5  Sometimes I pull it back; sometimes I don't.
6    Q    And when you pull it back, is that a ponytail,
7  a bun, a headband?  What is it?
8    A    All variations.  Depends on the day.
9    Q    Okay.  So that was -- that incident from the
10  2008-2009 academic year was something that you
11  mentioned to the climate interviewers?
12    A    Yes.
13    Q    Was there anything else that you put in the
14  category of sexual harassment by Roberto?
15    A    Yes.  The same playing with the hair bit.  I
16  saw him subsequently do that numerous to students and
17  undergraduate and graduate students.
18    Q    How many?
19    A    At least three or four.
20    Q    Do you have any information to suggest that
21  the climate interviewers told Roberto what you had
22  said to them?
23    A    I don't have the precise date of Roberto's
24  interview, but what I do know is that when they asked
25  me, the climate review reporters, let me to guess who

1    had told them certain things.  So they were working

2    in a kind of domino effect.  They asked me about

3    certain things that let me know that other people had

4    said certain things.  So I can infer that if they

5    asked him about things he would probably have

6    mentally made the same not-too-impressive leap.

7        Q   So to take an example if you were interviewed

8    by the climate review team before Roberto was

9    interviewed and they said to Roberto did you ever

10   touch Susan Byrne's hair, what you're saying is he

11   would know that you told them that he had touched

12   your hair?

13       A   Correct.

14       Q   And if they had asked Roberto did you ever

15   touch Susan Smith's graduate student's hair, Roberto

16   would assume Susan Smith had been interviewed and

17   said, He touched my hair?

18              MR. PARENTEAU:  Object to form.

19   BY MS. CHAVEY:

20       Q   Right?

21       A   I'm not sure that's precisely how I would

22   conceive of it.

23       Q   Okay.  So tell me how you would.  That's the

24   reason for my question.

25       A   Okay.  One of the incidents when I saw Roberto

1    do that to an undergraduate student was with an

2    undergraduate student named Julie Blindauer.  She was

3    majoring in Spanish.  Roberto, Julie, and I were the

4    only three there.  We were in the general area of

5    call it a lobby of the department, and Roberto had

6    that same grin on his face as he was doing that to

7    Julie's hair, and he said, Isn't she pretty or isn't

8    she beautiful, some word like that, and I said, I

9    think what's beautiful is what's inside that head

10   trying to turn him away from that particular creepy

11   aspect of it.

12        So if Roberto were asked -- and this is how I

13   would mentally conceive it.  If Roberto were asked

14   did you ever do this to Julie Blindauer and did Sue

15   Byrne say this, then he would know who had told them

16   because the only three of us who were there were

17   those three.

18   Q   So it could have been Julie or you in your

19   example there?

20   A   Correct.

21   Q   So do you have any information that the

22   climate interviewers told Roberto directly what you

23   had told the interviewers?

24   A   I don't have any information, no.

25   Q   So you told the interviewers that Roberto had

1   she started the social things.

2       Q    But you don't actually remember when it was?

3       A    The precise date, no.

4       Q    But you're certain you do remember telling

5   Rolena about that?

6       A    Yes.

7       Q    What are the other acts by Roberto that you

8   advised the climate reviewers about?

9       A    Okay.  There was the hair thing.  My -- there

10  are two others.  I don't know which came first when I

11  spoke with them.  There are at least two others.  One

12  was when he kissed me on the mouth.

13      Q    Did you tell Rolena about that?

14      A    I don't remember telling her that.

15      Q    Okay.  And what was -- you said there were at

16  least two more?

17      A    And --

18      Q    And I think that was one them, so what is the

19  other?

20      A    The other would have been the hip operation

21  little pantonine of sex standing up.

22      Q    And when was that?

23      A    After he had his second hip operation.  He had

24  two hip operations.  The first time they put in one

25  of those metal-on-metal hip replacements.  He had to

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

1    go back and have it redone, and I had saw him in the

2    parking lot out behind the office, our offices, and

3    asked him how he was feeling.

4        Q    When was that?

5        A    I don't know.

6        Q    What year was that?

7        A    I don't have the date.

8        Q    Do you know the year?

9        A    No.  You could only find it knowing when he

10   had the second hip operation.  I don't -- I don't

11   remember the date off the top of my head now.

12       Q    And kissing on the mouth was what year?

13       A    That was very shortly after I told Mary Miller

14   very shortly after this (indicating).

15       Q    After -- you're pointing to Exhibit 1?

16       A    I'm sorry.  I was pointing to the paper that

17   you gave me that says "May 8th, 2014"  --

18       Q    Okay.

19       A    -- shortly after that Mary Miller was stepping

20   down as dean of Yale College, and there was a party

21   to which all administrators were invited.  In the

22   role of director of undergraduate studies I was

23   invited.

24       Q    And Roberto had a position that also --

25   withdrawn.

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

1    Roberto was at the same celebration for Mary

2    Miller?

3       A    Correct.

4       Q    And what -- do you know what his position was

5    that led him to be invited?

6       A    He was chair during Rolena's sabbaticals.

7       Q    Were there any other acts of what you're

8    calling sexual harassment that you related to the

9    climate review interviewers?

10      A    I think we've covered the hair touching, the

11   sex standing-up joke, and the kiss on the mouth, and

12   that is my memory of what I told them.

13      Q    Okay.  Why don't we take just a short break,

14   and we'll come back in about five minutes.

15      A    Okay.

16

17                  (Off the record from approximately

18                   11:24 a.m. to 11:28 a.m.)

19

20   BY MS. CHAVEY:

21      Q    Are you ready to proceed Professor Byrne?

22      A    Yes.

23      Q    We just took a short break.  I'd like to

24   continue the line of questioning that we left off

25   with, and so I'll start by asking if there were any

1   other matters that you consider to be abuses of your

2   department, Spanish and Portuguese, that you related

3   to the climate review interviewers, other than what

4   you've already mentioned?

5       A    Okay.  Roberto's sexual harassment that we

6   already did, the intellectual social that we already

7   did, the APL that was part of the intellectual

8   harassment.  We were in there for pretty long so I

9   don't -- but I don't remember particularly.  I know

10  as part of the overall interview I spoke about -- I

11  spoke in detail about the APL leave, about Rolena and

12  Roberto, Rolena's negative attitude towards Anibal

13  and David Jackson.

14          They asked me about specific things like

15  courses that had been canceled, and that was one of

16  the things that enabled me to realize who had made

17  comments to them earlier.

18          I told them about -- this would have been part

19  of the APL, and actually it also tied into Roberto's

20  sexual harassment, the particular moment during the

21  APL saga it was in October of 2014, and Rolena asked

22  me if I would go speak to -- well, she told me that

23  she wanted me to go speak to Roberto the following

24  morning about the APL proposal, and I said yes.

25          And when I went to his office he directed me

```
 1   -- I went in and said "hello."  He said "hello."  We
 2   each had a copy of the proposal itself, and he
 3   directed me to this little couch that he had in his
 4   office -- so this actually ties the two them
 5   together.  It's a little two-person couch, and he
 6   said let's go sit on the couch it will be more
 7   comfortable, and I went in that direction and I saw
 8   that little two-person couch had a big pillow on one
 9   side of it, and that pillow was the side I was being
10   directed to sit on.  Had I sat there with that pillow
11   behind me I would have literally been pushed into
12   Roberto's lap which was something that didn't seem
13   attractive to me, so I picked up the pillow, sat down
14   on the side, and stuck that pillow in between us.  So
15   that -- I also told them about that.
16       Q   What color was that couch?
17       A   Memory is it's some kind of blue.
18       Q   And the pillow?
19       A   Similar.  I don't remember any particular
20   color standing out at me.  It was the structure of it
21   more than the color that I remember.
22       Q   Do you remember if the pillow was one of those
23   pillows that's kind of part of the couch, or was it
24   like an accent pillow, if you know what I mean?
25       A   I remember it being a fat pillow, a thick
```

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

```
 1      Q    Who was present at that meeting?

 2      A    Stephanie Spangler.  Her title is very long.

 3   It's vice president or vice provost or something

 4   related to le, le, le, le, health.  She's the Title 9

 5   person.  It is a very long title, and she had someone

 6   else with her who took notes.

 7      Q    Was that person male or female?

 8      A    Male.

 9      Q    And that person wasn't participating in the

10   meeting other than taking notes?

11      A    He did participate.  I was introduced to him,

12   but I forget his name.

13      Q    And he participated by asking some questions?

14      A    Yes.  It was a combined effort, mostly her but

15   him as well.

16      Q    Where was that meeting?

17      A    That was in the building where the provost's

18   office is, the tall building on the corner of Whitney

19   and something.

20      Q    And is that Stephanie Spangler's office, to

21   your knowledge?

22      A    I thought so.

23      Q    And were you meeting in a closed conference

24   room?

25      A    It had windows.  I remember that.
```

```
1      Q   But did it also have a door?

2      A   Closed door, yeah.

3      Q   So to your knowledge, it was just the three of

4  you in the meeting?

5      A   Yes.

6      Q   No one else could hear what you were saying?

7      A   Correct, as I understood it.

8      Q   And do you have any information to suggest

9  that Stephanie Spangler told Roberto Gonzalez

10 Echevarria what you told her and this other person?

11     A   I know what standard procedures are -- well --

12 oh, there were further interviews after that, and

13 Roberto was told what I had said, yes.  During that

14 first interview Stephanie Spangler asked me if I

15 wanted to be the one to bring a complaint against him

16 in my name.

17     Q   What did you say?

18     A   I said, No.  I said my complaint with him was

19 more the intellectual harassment, and I might have

20 said something else about that process, but I don't

21 remember particularly, but I also -- she asked if I

22 was okay with my name being used, and I said, Yes.

23     Q   So if I understand what you just said, you

24 told Stephanie Spangler, No, I don't want to bring a

25 complaint with my name attached to it, but I am okay
```

1    with my name being used?

2        A    No, I think you wrote it down wrong.  I told

3    her I did not want to be -- I didn't want to bring an

4    individual complaint in my name, but I was fine with

5    them -- she told me they were going to bring the

6    complaint at one point.  I don't remember if it was

7    during this meeting, and she said that they had

8    decided to bring a complaint and could she use my

9    name or did I want to remain anonymous, and I said

10   she could use my name.

11       Q    Okay.  So do you have any information to

12   suggest that Stephanie Spangler or her colleague told

13   Roberto what you had said to them on December 1st of

14   2015?

15       A    The last interview that I had with the fact

16   finder whose name was Miriam Berkman I think.  I'm

17   not sure about the spelling, but I think it's the way

18   it sounds.  She had me come back to respond to what

19   Roberto had said to my complaints.

20       Q    What was the date of that meeting?  I think

21   you said it was the last of these four.

22       A    It was in spring 2016.

23       Q    Do you remember the month?

24       A    No, I don't.

25       Q    Where was that meeting held, the one with

1    Q    So on December 1st of 2015 you told Stephanie

2    Spangler that you were okay having your name attached

3    to the things that you were saying?

4    A    Saying.

5    Q    You didn't want to be the named complainant in

6    a Title 9 case?

7    A    Correct.

8    Q    And what were the -- what would you

9    characterize as abuses in your department that you

10   related to Stephanie Spangler and her colleague on

11   December 1st, 2015?

12   A    That would be all of the same things that I

13   told the climate review reporters.  They were the

14   ones that referred the case to Stephanie Spangler and

15   Title 9.  That person, Jamaal Thomas, was the one who

16   contacted me and asked me if I would be willing to

17   speak to the Title 9 office.

18   Q    Did you have any hesitation about doing so?

19   A    No.

20   Q    Did you talk with anyone other than Jamaal

21   Thomas about whether you would be willing to go talk

22   to Stephanie -- to the Title 9 office and in

23   particular Stephanie Spangler?

24   A    No, I didn't.

25   Q    Did you consult with anybody about whether

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

```
 1    beginning of this set of dominos that were all
 2    connected?
 3                    MR. PARENTEAU:  Object to form.
 4      A    I can guess that, but I don't know.  It seems
 5    to me that that is -- the pattern that I see that's
 6    it.
 7    BY MS. CHAVEY:
 8      Q    Was that your contention in this lawsuit?
 9                    MR. PARENTEAU:  Object to the form.
10      A    I think that's a reduction that I don't really
11    follow.  My contention is that they retaliated
12    against me and that Yale breached the contract by not
13    getting me a fair hearing, yes.
14    BY MS. CHAVEY:
15      Q    And then as you assert that Yale retaliated
16    against you are you also saying Yale retaliated
17    against you for complaining to Mary Miller and then
18    on from there?
19                    MR. PARENTEAU:  Object to form.
20      A    I think Rolena and Roberto, with the willing
21    help of Noël, retaliated against me for speaking out,
22    and that Yale dropped the ball.  They failed to do
23    anything to protect me.  They knew what was going on
24    and they failed.
25    BY MS. CHAVEY:
```

1   either.

2   BY MS. CHAVEY:

3       Q    So it sounds like what you said in your answer

4   just can a moment ago is that Yale made

5   representations to you that you would have a fair and

6   unbiased process, but you did not have a fair and

7   unbiased process; is that correct?

8       A    Yes.

9       Q    Is there anything else that Yale told you or

10  represented to you that you would have or be eligible

11  for that you ended up not getting --

12                  MR. PARENTEAU:  Object to the form.

13  BY MS. CHAVEY:

14      Q    -- other than a fair an unbiased process?

15                  MR. PARENTEAU:  Object to form.

16      A    I'm trying to run through the question in my

17  head.

18  BY MS. CHAVEY:

19      Q    Sure.

20      A    Well, they failed me at various steps, so they

21  failed to give me a fair and unbiased process, and

22  then they failed to review the unfair and biased

23  process, and they failed to prevent the retaliation.

24  I think that's what the question is, is it?

25      Q    Did anyone at Yale ever tell that you would

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

1      Q    And did you ever talk directly to Tamar

2   Gendler about any matter relating to your tenure

3   case?

4      A    Yes.

5      Q    When was that?

6      A    I'll go backwards.  The last time I remember

7   speaking with her was after the negative

8   determination because in order to file the internal

9   appeal request I had to get an okay from her office.

10  That was part of the process.

11     Q    So that was around February of 2016?

12     A    It would have been after that vote, yes.

13     Q    Okay.

14     A    Before that I spoke to her during the meeting

15  that we had on December 15 with all of the latter

16  faculty and Tamar and Lynn Cooley together to get

17  orally the results of the climate review report.

18  Going backwards --

19     Q    Did you have a one on one with her at that

20  meeting?

21     A    No, it was --

22     Q    It was just part of the group?

23     A    That was a full group.

24     Q    Okay.

25     A    That was -- oh, actually, there was another

SUSAN BYRNE vs YALE UNIVERSITY
Susan Byrne on 10/19/2018

```
 1                    CERTIFICATION

 2       I, ANNETTE F. BROWN, LSR and Notary Public within
     and for the State of Connecticut, do hereby certify
 3   that I took the deposition of SUSAN BYRNE, on October
     19, 2018.
 4
         I further certify that the above-named deponent
 5   was by me duly sworn to testify to the truth, the
     whole truth and nothing but the truth concerning
 6   his/her knowledge in the matter of the case of, BYRNE
     v. YALE UNIVERSITY.
 7
         I further certify that the testimony was taken by
 8   me stenographically and reduced to typewritten form
     under my direction by means of COMPUTER ASSISTED
 9   TRANSCRIPTION; and I further certify that said
     deposition is a true record of the testimony given by
10   said witness.

11        I further certify that I am neither counsel for,
     related to, nor employed by any of the parties to the
12   action in which this deposition was taken; and
     further, that I am not a relative or employee of any
13   attorney or counsel employed by the parties hereto,
     nor financially or otherwise interested in the
14   outcome of the action.

15       WITNESS my hand and my seal this 2nd day of
     November, 2018.
16

17

18

19

20

21
         Annette Brown, LSR No. 00009
22       Notary Public
         My Commission Expires:
23       November 30, 2019

24

25
```