# Exhibit 150

```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF CONNECTICUT

 3
     * * * * * * * * * * * * * *
 4   SUSAN BYRNE,                 )
                                  )
 5              Plaintiff,        )
                                  )  Civil Action No.
 6        -vs-                    )  3:17-CV-01104 (VLB)
                                  )
 7   YALE UNIVERSITY, INC.,       )
                                  )
 8              Defendant.        )
     * * * * * * * * * * * * * *
 9

10

11

12

13
             DEPOSITION OF:   NOEL VALIS
14
             DATE:        FEBRUARY 21, 2019
15
             HELD AT:   MADSEN, PRESTLEY & PARENTEAU, LLC
16                      402 Asylum Street
                        Hartford, Connecticut  06103
17

18

19      Reporter: Bethany A. Carrier, RMR, CRR, CSR #071

20

21

22

23
                   CASSIAN REPORTING, LLC
24                21 Oak Street - Suite 307
                 Hartford, Connecticut 06106
25                    (860) 595-7462
                scheduling@cassianreporting.com
```

1   the National Hispanic Honors Society.  So we're starting
2   that up, and I'm pretty much in charge of that.
3            I also hold a minimum of one meeting per
4   semester as chair of the undergraduate studies committee
5   to discuss matters of the curriculum, major, the foreign
6   language requirement, and any other relevant matters.  I'm
7   sure I'm forgetting other duties.
8            We also have fairs, that is to say academic
9   fairs, both semesters.  For example, in April there will
10  be one, and I will be representing the department along
11  with other people.  And a lot of other things.
12           Does that give you a pretty good idea?
13       Q   That does.  And how long have you held the
14  position of director of undergraduate studies?
15       A   Well, if you -- I came to Yale in 1999.  And
16  most of the time that I've been in the department, I have
17  been either the director of undergraduate studies or the
18  director of graduate studies.  I was director of
19  undergraduate studies for several years, then became
20  director of graduate studies for several years.
21           So this year I was appointed again as DUS, and I
22  hadn't done quite a few years.  So this is a sort of the
23  second time.
24       Q   So you were appointed at the beginning of this
25  school year, the 2018/2019 school year?

```
 1      A    Yes.  This for 2018/2019.
 2      Q    And what period of time did you hold the
 3  director of graduate studies position?
 4      A    I think it was from -- the director of graduate
 5  or undergraduate, what was that?
 6      Q    Graduate.
 7      A    Graduate studies.  I think it was from 2009 to
 8  2015, if I remember correctly.  And before that, as I
 9  said, it was director of undergraduate studies from about
10  either -- I think 2000 until 2009.
11      Q    And who appoints you -- who appointed you as
12  director of undergraduate studies for the school year?
13      A    It's generally the dean.  Would have been, I
14  guess, Tamar Gendler, I think.  Not the first time.  She
15  wasn't dean at that time and I don't remember anymore who
16  the dean was.  But these are not -- they're not -- you're
17  not elected to these positions, you're appointed.
18      Q    So the dean appointed you to this --
19      A    Position.
20      Q    -- this iteration?
21      A    Yes, for this year.  Yes.  I think it was Tamar
22  Gendler.
23      Q    And what is your current salary at Yale?
24      A    208,900.
25      Q    And when you joined Yale in 1999, who else was
```

```
 1   climate review?
 2       A    Can you repeat that?
 3       Q    Sure.  So on the topic of the climate review,
 4   did you have any conversations with Professor Stith about
 5   information she learned from other -- from colleagues?
 6       A    I had conversations with Professor Stith about
 7   climate review because she was advising me.  And I
 8   couldn't tell you at this stage of the game -- so, you
 9   know, distant in my memory -- what those precise
10   conversations were.
11       Q    Is the statement that I read from Professor
12   Stith's email accurate?
13       A    The after all, et cetera, et cetera?
14       Q    Yes, that sentence.  So... .
15       A    It's actually not very clear to me what she's
16   talking about.
17       Q    In particular the statement, And as I assured
18   you and Noel, there's nothing wrong with discussing with a
19   colleague what the heck is going on from a source
20   completely outside the review process.
21            So my question is:  Is that specific statement
22   accurate?
23       A    I don't know because I don't remember this.
24       Q    "This" meaning a conversation with Professor
25   Stith on this topic?
```

```
 1      Q   So the sixth full paragraph on the sixth page,
 2   the one that we're still on.
 3      A   Uh-huh.
 4      Q   Paragraph starts, There was some discussion as
 5   to the overall tenor of the name is blocked out, their
 6   letter.
 7          Whose letter are you referring to?
 8      A   You have to be kidding?  I have no idea.  I'd
 9   have to see the name.
10      Q   The sentence continues on, Block and Jackson
11   felt that it was half positive and half negative.
12      A   I'd have to -- you know, if the name were there
13   then I could say, Oh, yeah.  Right.  Exactly.  But because
14   the name isn't there, I'd have to see the letter again or
15   see the name again.
16      Q   But it looks like, based off of your notes,
17   Professor Bloch judged there to be three and a half
18   negative letters out of the eight?
19      A   Yes.
20      Q   And so then there was a vote for Professor
21   Byrne's tenure application.  Correct?
22      A   Yes.
23      Q   And how did you vote?
24      A   How did I personally vote?
25      Q   Yes.
```

```
 1         A    I voted no.
 2         Q    How much did the external letters factor into
 3   your voting no for Professor Byrne -- Professor Byrne's
 4   tenure application?
 5         A    It was a factor certainly.  External letters are
 6   always part of this package of considering tenure for
 7   anyone.  But also of course my own evaluation of her work.
 8   And I also listened to everyone's view, as everyone did at
 9   this meeting.  And I have to say that for me, personally,
10   I judged her work to be not of the quality for tenuring at
11   Yale.
12         Q    What was the primary factor that you considered
13   in voting no?
14         A    I judged her writing to be poor.
15         Q    What was --
16         A    She doesn't know how to write.
17         Q    So your primary factor was --
18         A    That's only one.
19         Q    I was going to ask your secondary one.
20              So I was going to go through the factors.
21         A    Yes.  But it would be impossible to say this was
22   the primary factor when the two things go together.  When
23   somebody writes poorly, it's often an indication that the
24   content itself is inadequate.  And I have to say that in
25   both -- both of these factors were equally important for
```

```
 1       Q    So earlier you testified that Kate Stith served
 2   ass your advisor?
 3            MR. SALAZAR-AUSTIN:  Objection.
 4            THE WITNESS:  For the climate
 5       review.
 6   BY MS. HOWARD:
 7       Q    That was going to my next question.  So for only
 8   the purposes of the climate review?
 9       A    Yes.
10       Q    Okay.  And --
11       A    At that point.  I don't remember whether she was
12   also serving as an advisor for other things.  I don't
13   remember.  No.
14       Q    Prior to Professor Stith serving as your advisor
15   of the climate review, did you -- were you familiar with
16   Professor Stith?
17       A    Her name was familiar to me.
18       Q    Did you know Professor Stith personally before
19   she served as your advisor?
20       A    I'm trying to remember when I met her.
21       Q    Do you remember who introduced you to Professor
22   Stith?
23       A    Probably would have been Roberto.  Yes.
24       Q    Do you know how -- RGE knows Professor Stith?
25       A    Because RGE is a friend of Jose Cabranes, who is
```

1  her husband.

2  Q   And is that how you also became familiar with
3  Judge Cabranes?

4  A   Yes.

5  Q   Was it at Professor Stith's suggestion that she
6  began advising you as it pertained to the climate
7  review?

8  A   I don't remember anymore how she became an
9  advisor.  She advised Rolena and Roberto as well.  And I
10 don't remember anymore how it got to that.

11 Q   And how did Professor Stith actually advise
12 you?

13        MR. SALAZAR-AUSTIN:  Objection.
14 BY MS. HOWARD:

15 Q   So what manner did --

16 A   She sat beside me when I was being interviewed
17 by the people conducting the climate review.  And she was
18 there.  And yeah, she was there.

19 Q   Did you meet with Professor Stith before your
20 climate review interview?

21 A   I don't remember.

22 Q   Did you have any conversations with Professor
23 Stith after your climate review interview?

24 A   Probably.

25 Q   Did you ever talk with Professor Stith about

```
 1        A    I think that was, yes.  Yes.
 2        Q    The request where she asks Professor Adorno and
 3   RGE to recuse themselves --
 4        A    Yes.
 5        Q    -- from her tenure consideration -- from viewing
 6   her tenure application?
 7        A    Yes.  I think that's probably what it refers
 8   to.
 9        Q    And that same paragraph, the third sentence --
10   the second paragraph, third sentence, continues on, The
11   more I read this letter, the more disturbing I find it.
12             Do you see that?
13        A    Yes.
14        Q    What did you find disturbing about Professor
15   Byrne's request for professors RGE and Adorno to recuse
16   themselves?
17        A    I think it was probably the accusatory rhetoric,
18   the unsubstantiated statements that I note here.  I don't
19   remember any of the details right now of that April 1
20   letter.  But it wasn't the fact of demanding the recusal,
21   it was the way the letter was couched, expressed.
22        Q    Like our other model colleague, she uses an
23   accusatory rhetoric issuing out of unsubstantiated
24   statements.
25             What model colleague are you referring to?
```

```
 1        which is what we were charged with doing.
 2        They were not unsupported statements.  And
 3        They certainly didn't defame her work.
 4                 This is the kind of rhetoric that
 5        led me to feel that Sue at this point was not
 6        able to establish a certain distance from
 7        what -- from the APL proposal.  And it was
 8        disturbing to me to read these kinds of
 9        statements.
10                 Now, I could be of course obviously
11        wrong in what I said.  But this is my honest
12        opinion.
13   BY MS. HOWARD:
14      Q   As you sit here now, do you disagree with any
15   part of Exhibit 141, your letter to Professor Adorno?
16      A   Having read -- accusatory rhetoric,
17   unsubstantiated statements, I continue to believe that.
18   Mental instability:  All I can say is that Sue does not
19   demonstrate this kind of -- the kind of -- what's the word
20   that I'm looking for? -- not any language is it coming to
21   me.  A sense of measure.  A sobriety.  What's the word
22   that I'm thinking of?  I'm sorry.  It's just not coming to
23   me.  It's been a long day.  But it goes over the top
24   rhetorically speaking.  And one has to ask:  Where is this
25   going over the top coming from?
```

```
 1              So it's not -- it is not the sort of thing that
 2   you would write to this case.  I don't know who is this
 3   addressed to specifically?  Oh, it was addressed to
 4   Rolena.  It is not the sort of thing that you would write
 5   and use this kind of language.  It just seemed exaggerated
 6   and over the top.
 7          So that was what I thought of it.  And I haven't
 8   changed my mind about that.  And more than anything not
 9   true.
10      Q    So having reviewed the April 1st recusal
11   request, is it an example of fantasy on Professor Byrne's
12   part?
13              MR. SALAZAR-AUSTIN:  Objection.
14              THE WITNESS:  I wouldn't use the
15         word "fantasy."  I would use the word -- I'm
16         not even sure what word I would use here.  I
17         would simply say that these are statements
18         that are untrue and unsubstantiated, which
19         means that they do not have a basis in
20         reality.
21   BY MS. HOWARD:
22      Q    Is this why you felt there was, and I quote,
23   "underlying mental instability that should alarm any
24   sensible administration"?
25      A    Well --
```

```
 1  STATE OF CONNECTICUT

 2       I, Bethany A. Carrier, RMR, CRR, CSR #071, a Notary

 3  Public, duly commissioned and qualified in and for the

 4  State of Connecticut, do hereby certify that pursuant to

 5  Notice, there came before me on the 21st of February,

 6  2019, the following-named person, to wit:  NOEL VALIS, who

 7  was by me duly sworn to testify to the truth and nothing

 8  but the truth; that she was thereupon carefully examined

 9  upon her oath and her examination reduced to writing under

10  my supervision; that this deposition is a true record of

11  the testimony given by the witness.

12       I further certify that I am neither attorney nor

13  counsel for nor related to nor employed by any of the

14  parties to the action in which this deposition is taken,

15  and further that I am not a relative or employee of any

16  attorney or counsel employed by the parties hereto, or

17  financially interested in this action.

18       IN WITNESS THEREOF, I have hereunto set my hand

19  this 5th day of March, 2019.

20
                            [signature: Bethany A. Ca___]
21

22                      _____
                        Bethany A. Carrier, RMR, CRR, LSR #071
23                                  Notary Public

24  My Commission Expires:
    October 31, 2023
25
```