# Exhibit 160

```
 1                UNITED STATES DISTRICT COURT
                            for the
 2                   DISTRICT OF CONNECTICUT

 3     _____
       SUSAN BYRNE,                           )
 4                                            )
                    Plaintiff,    )CIVIL CASE NO.:
 5                                )           3:17-cv-01104-VLB
       v.                                     )
 6                                            )
       YALE UNIVERSITY,                       )
 7                                            )
                    Defendant,    )
 8     _____)

 9

10

11        VIDEOTAPED DEPOSITION OF GIUSEPPE MAZZOTTA

12

13   DATE:          February 28, 2019

14   TIME:          2:31 p.m.

15   HELD AT:       Yale University Office
                    of General Counsel
16                  2 Whitney Avenue
                    6th Floor
17                  New Haven, Connecticut

18      By:         Sarah J. Miner, RPR, LSR #238
                    Huseby Global Litigation
19                  249 Pearl Street
                    Hartford, Connecticut
20

21

22

23

24

25
```

```
 1   deposition.  I am going to ask you a number of
 2   questions that relates to Susan Byrne's lawsuit.
 3          Let me first just ask you about your
 4   background.  You are a professor here at Yale?
 5       A. I have been a professor here since 1986, '87.
 6       Q. Okay.
 7       A. And --
 8       Q. And you are a professor in which department?
 9       A. The Italian department, and mainly Medieval,
10   Renaissance, but I have also worked in the Modern Age.
11       Q. Okay.  I think you are going to need to make
12   sure to keep your voice up so that everybody in the
13   room can hear you.
14       A. Okay.  I will try.
15       Q. If anybody loses track of what you are
16   saying, somebody will ask you to speak.
17       A. Okay.  Sure.  I will try.  Sure.
18       Q. So you are in the department of Italian, and
19   you focus mostly on Medieval and Renaissance periods?
20       A. And also -- and also I have done some work on
21   the Modern Age.  I try to cover the whole -- the whole
22   spectrum of discipline.
23       Q. And where did you go to school, college and
24   Ph.D.?
25       A. Okay.  The -- my college was at the
```

1   place, and I came back.
2       Q. What year was that when you went up to
3   Toronto?
4       A. It was about -- it was maybe '82, 1982.  All
5   of this information about my whereabouts are available
6   in my CV where -- the first page, it is all about my
7   wanderings, being a wandering scholar.
8       Q. Now, do you know Susan Byrne?
9       A. Yes, I do.
10      Q. And did you ever work with her in any manner?
11      A. No, I don't think so, no.
12      Q. Okay.  Do you remember in 2015 being invited
13  to sit on a tenure review committee within the Spanish
14  and Portuguese department?
15      A. I do indeed, yes.
16      Q. I am going to show you a document, Professor.
17  This is a document that was previously marked as
18  Plaintiff's Exhibit 77.
19      A. What would you like me to --
20      Q. Would you just take a quick look at -- or for
21  as long as you like, at Exhibit 77.  And do you -- and
22  I will ask you, do you recognize this document as an
23  email exchange between you and Professor Valis?
24      A. Yes.  I mean it's -- it has my name and it
25  has my address at Yale and a note -- some -- a note

 1   out those up to the year 2018.
 2        Q. So your -- your CV, the exhibit I handed you,
 3   is accurate through 2014, approximately?
 4        A. It is accurate up to a point, yes.
 5        Q. Yes.  So under publications, books that you
 6   have listed, let's start with that.  Are there any
 7   books that you have written on Cervantes that are
 8   listed under "books"?
 9        A. No, no, I never wrote a book on Cervantes.
10   I'm no Hispanist.  I know Spanish, but I'm not a
11   Hispanist.  So I have -- but a book such as -- now, in
12   the middle of page 5, Cosmopoieses: -- in the middle
13   -- The Renaissance Experiment, Toronto University of
14   Toronto Press, 2001.  In there, there is a chapter on
15   Cervantes and there is a chapter on other aspects of
16   Spanish literature.
17           And what they don't have here, that is may b
18   by mistake, I have written -- that is books.  I should
19   go to the articles.
20        Q. We will get there in a second.
21        A. Okay.  I have written articles on Cuban
22   writers.
23        Q. I just have a couple more questions --
24        A. Sure.
25        Q. -- on the books first, and then we will get

 1  to the articles.  When you said Hispanist, what --
 2  what do you mean by that term?
 3      A. I'm sorry?
 4      Q. You said that you were not a Hispanist just a
 5  minute ago.
 6      A. I am not -- I'm not someone who specializes
 7  on Spanish literature.
 8      Q. Okay.
 9      A. I don't read Cervantes, but others I do and I
10  write about them.
11          THE REPORTER:  I am sorry.  I don't -- I
12  didn't hear the end of that last sentence.  I don't
13  think --
14          THE WITNESS:  I -- the question is, what did
15  I mean by calling -- saying I am not a Hispanist.  I
16  don't specialize on Spanish literature in and of
17  itself, but I do read -- I try to read as much -- and
18  write as much as I can about Spanish literature.
19  BY MS. HOWARD:
20      Q. So just one more question about the books.
21  So you mentioned the chapter on Cervantes on Spanish
22  literature that is in your 2001 book.  Are there any
23  other portions of any of your other books listed that
24  deal with Spanish literature?
25      A. Yeah.  I will tell you here.  There is -- in

 1          A. I had an understanding of a very divided
 2   department.  And that very divided group of people
 3   were assessing the values and the importance of Susan
 4   Byrnes -- Sue Byrnes.
 5          Q. And how did you know that -- how did you come
 6   to know that the department was divided?
 7          A. Well, I could see the points of view that
 8   they were defending.  I could see the intensity with
 9   which they talk.  I could see the boredom that
10   sometimes people express.  There are a lot of ways
11   which people communicate.  That is how one has to be
12   present, you know, to assess.
13             If I am there, I am not sleeping.  So I keep
14   my eyes open and see how they respond.  Sometimes you
15   say -- she just makes a movement and it is not because
16   he/she is falling asleep, it just -- they are
17   expressing something.  That is how these things
18   happen.  And we capture like -- like, you know, the
19   waves of the minds.  That's all.
20          Q. Are you referring to the February 9th
21   meeting, the one that was the general department
22   meeting?
23          A. Every meeting that I attended there was
24   always of the same -- almost always of the same kind.
25   Tense, full of debates, positions that had been

1  clearly taken.  And they were trying to more or less
2  move them, make them appear -- no personal, not angst,
3  you know, nothing like that.
4           THE COURT REPORTER:  Personal what?  Make
5  them appear personal what?
6           MS. CHAVEY:  Not angst.
7           THE WITNESS:  Attacks.  Attacks.  There was
8  nothing personal.  Conducted with -- you know,
9  everything was conducted with a great deal of
10 gracefulness even, trying to be polite and not
11 offensive in making judgments that would be hard to
12 make and certainly to receive.
13 BY MS. HOWARD:
14      Q. And so you saw that both at the February 3rd
15 and February 9th meeting?
16      A. Well, I don't -- I don't know.  These dates
17 for me are very abstract.  I can't say February 3rd.
18 But I saw them when I was with -- in those meetings.
19 I saw this sense of divisiveness.  You know, they are
20 not simple gatherings.  Like people say, okay, let's
21 -- one can say in the situation, let's just put this
22 together and go home.  That didn't happen.  It was
23 tense.
24      Q. So going back to the February 3rd meeting, so
25 the first one, the smaller internal committee.  What

```
 1                    C E R T I F I C A T E
 2        I hereby certify that I am a Notary Public, in
 3   and for the State of Connecticut, duly commissioned
 4   and qualified to administer oaths.
 5        I further certify that the deponent named in the
 6   foregoing deposition was by me duly sworn and
 7   thereupon testified as appears in the foregoing
 8   deposition; that said deposition was taken by me
 9   stenographically in the presence of counsel and
10   reduced to typewriting under my direction, and the
11   foregoing is a true and accurate transcript of the
12   testimony.
13        I further certify that I am neither of counsel
14   nor related to either of the parties to said suit, nor
15   of either counsel in said suit, nor am I interested in
16   the outcome of said cause.
17        Witness my hand and seal as Notary Public the 5th
18   day of March, 2019.
19
20   _____
21
22   Notary Public
23   My Commission Expires:
24   November 30, 2022
25
```