# Exhibit 162
# Filed Under Seal