# Exhibit 163
# Filed Under Seal