# Exhibit 164

```
 1                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4    SUSAN BYRNE,                    )
              Plaintiff,             ) Civil Action No.
 5                                    ) 3:17-CV-01104
      VS                              )
 6                                    )
      YALE UNIVERSITY, INC.,          )
 7            Defendant.              )

 8

 9

10       DEPOSITION OF: John Dovidio
         DATE:          November 19, 2018
11       HELD AT:       Madsen, Prestley & Parenteau, LLC
                        105 Huntington Street
12                      New London, Connecticut

13

14

15

16

17

18

19

20

21

22        Reporter:  Wendy Allen, RMR, CRR, LSR #00221

23

24

25
```

```
 1        what is a conflict of interest first.  What you

 2        just said is that there's some consensual

 3        definition of what is a conflict of interest,

 4        and that -- there is no list that defines

 5        specifically what is included or excluded from

 6        conflict of interest.  Faculty are eligible to

 7        vote unless there is some process, due process

 8        that would prevent them from voting.

 9   BY MS. WIKTOR:

10        Q    Well, but there's no due process here because

11   they make the decision.

12        A    They make the decision.

13        Q    So what about the faculty member who's up for

14   tenure who's going to get a negative vote from

15   someone who is mad that the junior faculty member

16   went out with his ex-girlfriend?

17        A    There's no mechanism that I'm aware of that

18   would allow the FAS Dean's office, the president or

19   the provost to intervene at that point.

20        Q    Is it nonetheless the University's -- does the

21   University have some responsibility to protect a

22   junior faculty member from that circumstance that I

23   described?

24             MS. CHAVEY:  Objection.

25             THE WITNESS:  The University is
```

```
 1        obligated to protect people for -- from

 2        procedural irregularities that produce unfair

 3        outcomes.

 4   BY MS. WIKTOR:

 5        Q    And someone voting on tenure candidacy who has

 6   a conflict of interest, that is, the spouse who -- I

 7   don't think you can get anyone to disagree that

 8   that's a conflict, the University has a duty to

 9   protect a junior faculty member from that conflict of

10   interest?

11              MS. CHAVEY:  Objection.

12              THE WITNESS:  What do you mean,

13      protect somebody from conflict of interest?  One

14      would have to determine that there is a conflict

15      of interest with some due process.

16   BY MS. WIKTOR:

17        Q    What's the due process?

18        A    We do not have a due process here for

19   determining what is a conflict of interest.  The

20   faculty members determine whether they have a

21   conflict of interest, and if they believe they have a

22   conflict of interest, they must recuse themselves.

23        Q    But if they believe they have a conflict of

24   interest, or they simply are blinded by like,

25   dislike, by the conflict, there is no procedure or
```

```
 1              CERTIFICATE OF REPORTER

 2        I, Wendy Allen, a RMR, CRR/Notary Public within and

 3     for the State of Connecticut, do hereby certify there

 4     came before me, on the 19th day of November, 2018, the

 5     following named person, to wit:  John Dovidio, who was

 6     by me duly sworn to testify to the truth and nothing

 7     but the truth; that he was thereupon carefully

 8     examined upon his oath and his examination reduced to

 9     writing under my supervision; that this deposition is

10     a true record of the testimony given by the witness.

11              I further certify that I am neither counsel

12     for, related to, nor employed by any of the parties to

13     the action in which this deposition is taken; and

14     further, that I am not a relative or employee of any

15     attorney or counsel employed by the parties hereto,

16     nor financially or otherwise interested in the outcome

17     of the action.

18        WITNESS my hand and affixed my seal this 3rd day of

19     December, 2018.

20

21

22     _____

                 Wendy Allen, RMR, CRR

23

24
       My commission expires:  April 30, 2020

25
```