# Exhibit D-1

| SUSAN BYRNE, | : | |
| Plaintiff | : | Civil Action No. |
| | : | |
| vs. | : | 3:17-cv-01104-VLB |
| | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | DECEMBER 30, 2019 |
| | : | |

## DEFENDANT YALE UNIVERSITY'S WITNESS LIST

In addition to any witnesses listed by Plaintiff, Defendant Yale University currently anticipates calling the following witnesses in the trial of the above-referenced matter:

| WITNESS | ADDRESS | DESCRIPTION OF TESTIMONY | Expected Duration of Direct Testimony | Likelihood That Witness Will be Called |
|---|---|---|---|---|
| Rolena Adorno | Current Yale employee; please contact undersigned counsel | Professor Adorno will testify regarding the departmental decision not to grant tenure to Plaintiff, the tenure review process, Plaintiff's scholarship, and other facts and circumstances related to this matter. | 2-4 Hours | Likely to Testify |
| Ralph Howard Bloch | Current Yale employee; please contact undersigned counsel | Professor Bloch will testify regarding his evaluation of Plaintiff's scholarship, his participation on the departmental review committee, the departmental meeting to decide Plaintiff's tenure case, and other facts and circumstances related to | 1-2 Hours | Likely to Testify |

| | | this matter. | | |
|---|---|---|---|---|
| Julie Dorsey | Current Yale employee; please contact undersigned counsel | Professor Dorsey will testify regarding her review, as part of a committee, of the Plaintiff's appeals following the tenure decision, and other facts and circumstances related to this matter. | 1 Hour | If the need arises |
| Jack Dovidio | Current Yale employee; please contact undersigned counsel | Dean Dovidio will testify regarding the tenure review process, both generally and in the case of Plaintiff, his involvement in Plaintiff's tenure review, Plaintiff's recusal request, and other facts and circumstances related to this matter. | 2-4 Hours | Likely to Testify |
| Tamar Gendler | Current Yale employee; please contact undersigned counsel | Dean Gendler will testify regarding the tenure review process, both generally and in the case of Plaintiff, her involvement in the tenure review process, and other facts and circumstances related to this matter. | 2-3 Hours | Likely to Testify |
| Roberto Gonzalez Echevarria | Current Yale employee; please contact undersigned counsel | Professor Gonzalez Echevarria will testify regarding the departmental decision not to grant tenure to Plaintiff, the tenure review process, Plaintiff's scholarship, and other facts and circumstances related to this matter. | 1-2 Hours | Likely to Testify |
| Amy Hungerford | Current Yale employee; | Dean Hungerford will testify regarding the | | |

| | please contact undersigned counsel | tenure review process, both generally and in the case of Plaintiff, her involvement in the tenure review process, and other facts and circumstances related to this matter. | 1-3 Hours | Likely to Testify |
|---|---|---|---|---|
| John Mangan | Current Yale employee; please contact undersigned counsel | Dean Mangan will testify regarding his involvement with issues related to the Plaintiff's Associate Professor Leave proposals, and other facts and circumstances related to this matter. | 1 Hour | If the need arises |
| Giuseppe Mazzotta | Current Yale employee; please contact undersigned counsel | Professor Mazzotta will testify regarding his evaluation of Plaintiff's scholarship, his participation on the departmental review committee, the departmental meeting to decide Plaintiff's tenure case, and other facts and circumstances related to this matter. | 1 Hour | Likely to Testify |
| Benjamin Polak | Current Yale employee; please contact undersigned counsel | Provost Polak will testify regarding his involvement in Plaintiff's tenure review process, his appointment of a committee to the review the tenure decision, and other facts and circumstances related to this matter. | 1 Hour | Likely to Testify |
| Jamaal Thomas | Current Yale employee; | Mr. Thomas will testify regarding statements | | |

| | please contact undersigned counsel | made by Plaintiff to him as part of the Climate Review of the Department of Spanish and Portuguese. | 1 Hour | If the need arises |
|---|---|---|---|---|
| Noel Valis | Current Yale employee; please contact undersigned counsel | Professor Valis will testify regarding the departmental decision not to grant tenure to Plaintiff, the tenure review process, Plaintiff's scholarship, and other facts and circumstances related to this matter. | 2-4 Hours | Likely to Testify |
| Steven Wilkinson | Current Yale employee; please contact undersigned counsel | Professor Wilkinson will testify regarding his review, as Chair of a committee, of the Plaintiff's appeals following the Plaintiff's tenure decision, and other facts and circumstances related to this matter. | 1-2 Hours | Likely to Testify |