# Exhibit D-3

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SUSAN BYRNE,** | : | |
| **Plaintiff** | : | **Civil Action No.** |
| | : | |
| **vs.** | : | **3:17-cv-01104-VLB** |
| | : | |
| **YALE UNIVERSITY,** | : | |
| **Defendant** | : | **DECEMBER 30, 2019** |
| | : | |

### DEFENDANT YALE UNIVERSITY'S TRIAL EXHIBIT LIST,
### With Plaintiff's Objections and Defendant's Responses Thereto

In addition to any documents Plaintiff has identified as exhibits, Defendant Yale University identifies the following documents as potential trial exhibits.

| EXHIBIT | DESCRIPTION |
|---|---|
| A | February 19, 2008 Byrne Offer Letter, Byrne000010–11 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| B | May 9, 2013 Department Case Summary, BYRNE007769-75 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| C | September 12, 2013 E-mail from Rolena Adorno to Emily Bakemeier & Mary Miller, BYRNE004814-16 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| D | September 30, 2013 E-mail from Rolena Adorno to Mary Miller, BYRNE004813 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |

| E | May 8, 2014 E-mail from Mary Miller to Lara Beise BYRNE003025-27 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
|---|---|
| F | June 23, 2014 E-Mail from Susan Byrne to Kevin Poole, BYRNE018986 <br><br> **PLAINTIFF'S OBJECTION: 402, 403, 801, 901** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** This is an email from Yale's email system. Defendant will not offer the statement of Kevin Poole (who is listed as one of Plaintiff's trial witnesses) for its truth unless he testifies, but in any event will offer it for the context it provides for Plaintiff's admission in her June 2014 email that she knows she will not be awarded tenure. Her statement is admissible as an admission. |
| G | July 1, 2014 Faculty Handbook, p. 31 Byrne000012–184 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
| H | July 26, 2014 E-mail from Rolena Adorno to FAS Dean, Amy Hungerford & John Dovidio, BYRNE004812 <br><br> **PLAINTIFF'S OBJECTION: 402, 403, 801, 901** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline of Plaintiff's tenure consideration. It is a business record, as it is an email from Yale's email system. |
| I | August 15, 2014 E-mail from Susan Byrne to Paulo Moreira, BYRNE018987 <br><br> **PLAINTIFF'S OBJECTION: 402, 403, 801, 901** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** This is an email from Yale's email system that contains an admission of the Plaintiff and also contains a statement by Paolo Moreira (who is listed as one of Plaintiff's trial witnesses) that will not be offered for the truth unless he testifies, but in any event will be offered for its impact on Plaintiff's state of mind. |
| J | September 9, 2014 E-mail from Susan Byrne to Kevin Poole BYRNE018984-85 |

| | |
|---|---|
| | **PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This is an email from Yale's email system that contains an admission of the Plaintiff and also contains a statement by Kevin Poole (who is listed as one of Plaintiff's trial witnesses) that will not be offered for the truth unless he testifies, but in any event will be offered for its impact on Plaintiff's state of mind.** |
| K | **INTENTIONALLY OMITTED** |
| L | **September 15, 2014 E-mail from AcademicJobsOnline to Rolena Adorno, BYRNE004777-78**<br><br>**PLAINTIFF'S OBJECTION: 106, 402, 403, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This document is an email from Yale's email system that reflects that Professor Adorno was requested to provide recommendations for Plaintiff on or around the dates indicated.** |
| M | **INTENTIONALLY OMITTED** |
| N | **September 18, 2014 E-mail from Rolena Adorno to Susan Byrne, BYRNE004774-76**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system.** |
| O | **October 1, 2014 E-mail from Susan Byrne to Rolena Adorno, BYRNE005391-5401**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system.** |
| P | **October 12, 2014 E-mail Roberto Gonzalez Echevarria to Rolena Adorno encl Letter of Rec for Susan Byrne, BYRNE005104-06**<br><br>**PLAINTIFF'S OBJECTION:** |

| | |
|---|---|
| | **DEFENDANT'S RESPONSE TO OBJECTION:** |
| **Q** | **INTENTIONALLY OMITTED** |
| **R** | **October 16, 2014 E-mail from Susan Byrne to Rolena Adorno, Roberto Gonzalez Echevarria & Noel Valis, BYRNE005018**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system.** |
| **S** | **October 16, 2014 E-mail from Noel Valis to Rolena Adorno, BYRNE007512-13**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:  This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system.** |
| **T** | **INTENTIONALLY OMITTED** |
| **U** | **October 17, 2014 E-mail from Susan Byrne to Rolena Adorno, Roberto Gonzalez Echevarria & Noel Valis, BYRNE005408-5418**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |
| **V** | **October 17, 2014 E-mail from Rolena Adorno to Susan Byrne, Roberto Gonzalez Echevarria & Noel Valis, BYRNE004950-52**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |

| W | October 17, 2014 E-mail from Roberto Gonzalez Echevarria to Rolena Adorno, BYRNE006838-40<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
|---|---|
| X | October 17, 2014 E-mail from Noel Valis to Rolena Adorno encl. Roberto Gonzalez Echevarria Letter, BYRNE004858-60<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system. |
| Y | **INTENTIONALLY OMITTED** |
| Z | October 17, 2014 E-mail from Rolena Adorno to Susan Byrne, Noel Valis, Roberto Gonzalez Echevarria, BYRNE006914-17<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| AA | October 18, 2014 Byrne Letter BYRNE008975 – 77<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, and it contains an admission of Plaintiff. |
| BA | October 18, 2014 E-mail Rolena Adorno to Noel Valis, BYRNE007211-12<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and |

| | |
|---|---|
| | circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system. |
| CA | October 18, 2014 E-mail chain between Susan Byrne, Rolena Adorno, Noel Valis, Roberto Gonzalez Echevarria re APL, BYRNE004156-62<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| DA | October 18, 2014 E-mail John Mangan to  FAS Dean, Diane Rodriguez & Robert Burger, BYRNE007446<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system. |
| EA | October 22, 2014 E-mail from Mary Miller to John Mangan, BYRNE009345<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system. |
| FA | INTENTIONALLY OMITTED |
| GA | November 3, 2014 E-mail from John Mangan to John Dovidio, Rolena Adorno, BYRNE006831<br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system. |
| HA | November 3, 2014 E-mail from Susan Byrne to John Mangan encl APL proposal, BYRNE009334-44<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901 |

| | |
|---|---|
| | **DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background relevant the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| IA | **November 6, 2014 Letter from Rolena Adorno to Tamar Gendler, BYRNE004905-34**

**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901

**DEFENDANT'S RESPONSE TO OBJECTION:** This document provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record. |
| JA | **November 9, 2014 E-Mail from Rolena Adorno to Noel Valis, BYRNE4752-54**

**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901

**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system. |
| KA | **November 17, 2014 E-mail from Susan Byrne to Rolena Adorno, BYRNE004949**

**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901

**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system. |
| LA | **November 23, 2014 E-mail from John Dovidio to Rolena Adorno, BYRNE004992-96**

**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901

**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system. |
| MA | **November 23, 2014 E-mail from Rolena Adorno to John Dovidio, BYRNE009588-89**

**PLAINTIFF'S OBJECTION:** 106, 402, 403, 901 |

| | |
|---|---|
| | **DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system. It does not appear to be missing an attachment or otherwise be incomplete. |
| **NA** | **December 3, 2014 E-mail from John Dovidio to John Mangan, Robert Burger, BYRNE006998**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system. |
| **OA** | **INTENTIONALLY OMITTED** |
| **PA** | **January 7, 2015 E-mail from John Dovidio to Rolena Adorno, BYRNE004894-95**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901, 1001<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system. |
| **QA** | **January 8, 2015 E-mail from Susan Byrne to John Dovidio, Rolena Adorno, BYRNE007568-73**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403, 801, 901, 1001<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| **RA** | **January 9, 2015 E-mail from Susan Byrne to Rolena Adorno, John Dovidio, BYRNE014610-12**<br><br>**PLAINTIFF'S OBJECTION:** 106, 402, 403, 801, 901<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it |

| | |
|---|---|
| | contains an admission of Plaintiff. It does not appear to be missing any attachment or otherwise be incomplete. |
| **SA** | **January 15, 2015 E-mail from Noel Valis to Rolena Adorno BYRNE004005-06**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system.** |
| **TA** | **January 15, 2015 E-mail from Noel Valis to Rolena Adorno, BYRNE004698-99**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, as well as views of the strength of her work.  It is a business record, as it is an email from Yale's email system.** |
| **UA** | **January 15, 2015 E-mail from Rolena Adorno to Noel Valis, BYRNE007057-58**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, as well as views of the strength of her work.  It is a business record, as it is an email from Yale's email system.** |
| **VA** | **January 16, 2015 E-mail from Noel Valis to Rolena Adorno, BYRNE007043-45**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system.** |
| **WA** | **January 19, 2015 E-mail from Rolena Adorno to Roberto Gonzalez Echevarria, Noel Valis BYRNE004069-71**<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email** |

| | |
|---|---|
| | provides relevant background for the timeline and circumstances of Plaintiff's APL request, as well as an alleged retaliator's understanding of Plaintiff's accusations.  It is a business record, as it is an email from Yale's email system. |
| XA | January 25, 2015 E-mail from Noel Valis to Rolena Adorno, BYRNE005450-51

PLAINTIFF'S OBJECTION:  402, 403, 801, 901

DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| YA | January 29, 2015 Meeting notes from Rolena Adorno to Noel Valis, Roberto Echevarria, John Dovidio, BYRNE006920-22

PLAINTIFF'S OBJECTION:  402, 403, 801, 901, 1001

DEFENDANT'S RESPONSE TO OBJECTION: This document provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, and it is a complete document. |
| ZA | January 30, 2015 E-mail from Rolena Adorno to Noel Valis, BYRNE006747-50

PLAINTIFF'S OBJECTION:  402, 403, 801, 901, 1001

DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it is a complete document. |
| AB | January 30, 2015 E-mail from Rolena Adorno to Roberto Gonzalez Echevarria, BYRNE005227-30

PLAINTIFF'S OBJECTION:  402, 403, 801, 901, 1001

DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it is a complete document. |
| BB | January 31, 2015 E-mail from Rolena Adorno to Roberto Gonzalez Echevarria, Noel Valis & John Dovidio, BYRNE006492-97 |

| | |
|---|---|
| | **PLAINTIFF'S OBJECTION: 402, 403, 801, 901, 1001**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it .** |
| **CB** | **INTENTIONALLY OMITTED** |
| **DB** | **February 3, 2015 E-mail from Susan Byrne to Rolena Adorno encl APL proposal, BYRNE005154-64**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |
| **EB** | **February 3, 2015 E-mail from Susan Byrne to Roberto Gonzalez Echevarria encl APL proposal, BYRNE007594-7604**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |
| **FB** | **February 3, 2015 Committee Comments on SB APL draft, BYRNE004040-41**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901, 1001**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This document provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, and it is a complete document.** |
| **GB** | **February 3, 2015 E-mail from Susan Byrne to John Dovidio, John Mangan, BYRNE009410-20**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business** |

| | |
|---|---|
| | record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| HB | February 3, 2015 E-mail Susan Byrne to Rolena Adorno, Roberto Gonzalez Echevarria & Noel Valis encl APL, BYRNE006470-80<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| IB | February 4, 2015 E-mail from Noel Valis to Rolena Adorno, BYRNE005448<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| JB | February 6, 2015 E-mail from Susan Byrne to Kathryn Lofton, BYRNE00864-65<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| KB | **INTENTIONALLY OMITTED** |
| LB | February 6, 2015 E-mail from Rolena Adorno to Noel Valis, Roberto Gonzalez Echevarria & John Dovidio, BYRNE006525<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's APL request and the Defendant's decision thereon.  It is a business record, as it is an email from Yale's email system. |
| MB | February 6, 2015 Department of Spanish and Portuguese meeting notes, BYRNE006923-28<br><br>**PLAINTIFF'S OBJECTION:  402, 403, 801, 901, 1001** |

| | |
|---|---|
| | **DEFENDANT'S RESPONSE TO OBJECTION: This document provides relevant background relevant for the timeline and circumstances of Plaintiff's APL request. It is a business record, and it is a complete document.** |
| **NB** | **INTENTIONALLY OMITTED** |
| **OB** | **February 8, 2015 E-mail from Rolena Adorno to Noel Valis encl Committee Meeting Minutes, BYRNE006637-43**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901, 1001**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it is a complete document.** |
| **PB** | **INTENTIONALLY OMITTED** |
| **QB** | **February 10, 2015 E-mail from Rolena Adorno to Noel Valis encl Calendar of Events, BYRNE006510-6517**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901, 1001**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it is a complete document.** |
| **RB** | **February 16, 2015 FASTAP Steps for Promotion, BYRNE007027-38**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **SB** | **February 25, 2015 Letter to Susan Byrne re APL denial, BYRNE006534**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This document provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record.** |
| **TB** | **February 26, 2015 E-mail from Rolena Adorno to Susan Byrne, BYRNE4601-02** |

| | |
|---|---|
| | **PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **UB** | **March 6, 2015 Letter to University obo Department of Spanish and Portuguese, BYRNE006874-76**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **VB** | **March 9, 2015 E-mail from Rolena Adorno to Diane Rodriguez, John Mangan, Jr., BYRNE006899-900**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's leave request in March 2015. It is a business record, as it is an email from Yale's email system.** |
| **WB** | **March 9, 2015 E-mail from Susan Byrne with Yale Daily News, BYRNE009739-41**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **XB** | **March 10, 2015 E-mail from Rolena Adorno to herself, BYRNE005211-15**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **YB** | **March 12, 2015 E-mail from John Mangan to Susan Byrne, Rolena Adorno, Susan Hart, Susan Wheeler, Diane Rodriguez, FAS Dean, John Dovido, BYRNE007503**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's leave request. It is a business record, as it is an email from Yale's email system.** |
| **ZB** | **March 12, 2015 E-mail from Susan Byrne to John Mangan, Rolena Adorno, Susan Hart, Susan Wheeler, Diane Rodriguez, FAS Dean, John Dovido, BYRNE007065-66**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901** |

| | |
|---|---|
| | DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's leave request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| AC | March 22, 2015 E-mail from Rolena Adorno to Noel Valis BYRNE003803-09<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff. |
| BC | March 23, 2015 E-mail from Pam Bosward to Amy Hungerford, John Dovidio, BYRNE014366-93<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| CC | INTENTIONALLY OMITTED |
| DC | INTENTIONALLY OMITTED |
| EC | INTENTIONALLY OMITTED |
| FC | INTENTIONALLY OMITTED |
| GC | March 26, 2015 Letter to B. Polak, L. Cooley, T. Gendler, J. Holloway, BYRNE007660<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| HC | INTENTIONALLY OMITTED |
| IC | March 30, 2015 E-mail from Susan Byrne to herself, BYRNE018971-79<br><br>PLAINTIFF'S OBJECTION:  402, 403, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email from Yale's email system is Plaintiff's own writing and contains her admissions. |
| JC | March 30, 2015 Letter from Rolena Adorno to Susan Byrne, |

| | |
|---|---|
| | BYRNE006589-92 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| KC | March 30, 2015 E-mail from Rolena Adorno to Susan Byrne BYRNE005366-70 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| LC | INTENTIONALLY OMITTED |
| MC | INTENTIONALLY OMITTED |
| NC | March 31, 2015 E-mail from Rolena Adorno to John Mangan, BYRNE005377-78 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| OC | April 1, 2015 Letter from Susan Byrne to Rolena Adorno, BYRNE006744-45 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| PC | INTENTIONALLY OMITTED |
| QC | April 1, 2015 E-mail Kenneth David Jackson to Rolena Adorno BYRNE003785-86 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| RC | INTENTIONALLY OMITTED |
| SC | April 13, 2015 E-mail from Rolena Adorno to Susan Byrne re Response, BYRNE005315-16 <br><br> PLAINTIFF'S OBJECTION: <br><br> DEFENDANT'S RESPONSE TO OBJECTION: |
| TC | INTENTIONALLY OMITTED |
| UC | INTENTIONALLY OMITTED |

| | |
|---|---|
| VC | **April 14, 2015 E-mail from Rolena Adorno to Tamar Gendler, John Mangan & FAS Dean, BYRNE005239-42**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| WC | **April 14, 2015 E-mail from Rolena Adorno to Susan Wheeler, BYRNE005177-96**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration. It is a business record, as it is an email from Yale's email system and contain admissions of Plaintiff.** |
| XC | **INTENTIONALLY OMITTED** |
| YC | **April 15, 2015 E-mail from Noel Valis to Rolena Adorno, BYRNE005496-98**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |
| ZC | **April 15, 2015 E-mails re Promotion Meeting, Response to Recusal Demand, BYRNE006498-6506**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| AD | **April 16, 2015 E-mail from Noel Valis to Rolena Adorno, BYRNE006681-85**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request. It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |
| BD | **April 16, 2015 E-mail from Noel Valis to Rolena Adorno,** |

| | |
|---|---|
| | BYRNE006688-89<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's APL request.  It is a business record, as it is an email from Yale's email system. |
| CD | April 26, 2015 E-mail from Rolena Adorno to Amy Hungerford, FAS Dean& John Dovidio, BYRNE005342-43<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| DD | May 4, 2015 E-mail from Rolena Adorno to herself encl. Ltr of Rec for Susan Byrne, BYRNE04806-08<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| ED | May 6, 2015 E-mail from Rolena Adorno to John Dovidio, Amy Hungerford, Tamar Gendler & Emily Bakemeier, BYRNE004831-32<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| FD | May 6, 2015 E-mails between Rolena Adorno and Anne Cruz, BYRNE004780-83<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| GD | June 29, 2015 E-mail from Amy Hungerford to Tamar Gendler, Emily Bakemeier, John Dovidio, BYRNE006172<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| HD | July 16, 2015 Letter from Susan Byrne to Tamar Gendler, BYRNE007631<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |

| ID | July 23, 2015 E-mail from Rolena Adorno to Noel Valis, BYRNE006593-6613 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
|----|----|
| JD | July 24, 2015 E-mail from Tamar Gendler to Susan Byrne John Dovidio, John Mangan, Amy Hungerford, BYRNE007632 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
| KD | July 24, 2015 E-mail from Tamar Gendler to Noel Valis & Susan Byrne, BYRNE006482 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
| LD | **INTENTIONALLY OMITTED** |
| MD | **INTENTIONALLY OMITTED** |
| ND | July 24, 2015 E-mail from Amy Hungerford to Noel Valis & John Dovidio, BYRNE005619-20 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
| OD | July 26, 2015 E-mail from Noel Valis to K David Jackson, BYRNE004596 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
| PD | **INTENTIONALLY OMITTED** |
| QD | July 26, 2015 E-mail from Amy Hungerford to Noel Valis, BYRNE006666-67 <br><br> **PLAINTIFF'S OBJECTION:** <br><br> **DEFENDANT'S RESPONSE TO OBJECTION:** |
| RD | July 27, 2015 E-mail from Amy Hungerford to Noel Valis, John Dovidio, BYRNE004544 |

| | |
|---|---|
| | **PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **SD** | **July 27, 2015 E-mail from Noel Valis to himself re proposed referees, BYRNE006644-55**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **TD** | **July 27, 2015 E-mail from Noel Valis to Amy Hungerford, John Dovidio, BYRNE006528-30**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **UD** | **July 27, 2015 E-mail from Noel Valis to K. David Jackson, Amy Hungerford, John Dovidio, BRYNE004560-74**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **VD** | **July 27, 2015 E-mail from Noel Valis to Giuseppe Mazzotta, BYRNE04545-59**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **WD** | **July 28, 2015 E-mail from Amy Hungerford to Lawrence Manley, Noel Valis, John Dovidio, BYRNE011000**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **XD** | **July 28, 2015 E-mail from Noel Valis to Amy Hungerford, John Dovidio, BYRNE007661-62**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **YD** | **July 29, 2015 E-mail from Noel Valis to Amy Hungerford, John Dovidio, BYRNE007663**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| **ZD** | **July 30, 2015 E-mail from Amy Hungerford to R. Howard** |

| | |
|---|---|
| | Bloch, BYRNE007633-34<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| AE | July 30, 2015 E-mail from Amy Hungerford to Noel Valis, R. Howard Bloch, BYRNE006112<br><br>PLAINTIFF'S OBJECTION:  402, 403<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system. |
| BE | August 4, 2015 E-mail from Amy Hungerford to Lawrence Manley, BYRNE010953-80<br><br>PLAINTIFF'S OBJECTION:  402, 403, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system. |
| CE | August 5, 2015 E-mail from Amy Hungerford to Lawrence Manley, BYRNE010945<br><br>PLAINTIFF'S OBJECTION:  402, 403, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system. |
| DE | August 5, 2015 E-mail from Amy Hungerford to Noel Valis, John Dovidio, BYRNE010984-85<br><br>PLAINTIFF'S OBJECTION: 402, 403<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system. |
| EE | August 6, 2015 E-mail from Noel Valis to Amy Hungerford, |

| | |
|---|---|
| | John Dovidio, BYRNE007720-34<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| FE | **August 12, 2015 E-mail from Noel Valis to Amy Hungerford and John Dovidio, BYRNE005596-97**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| GE | **August 13, 2015 E-mail from Amy Hungerford to Noel Valis, John Dovidio, BYRNE005679-81**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| HE | **August 13, 2015 E-mail from Noel Valis to Amy Hungerford, John Dovidio, BYRNE005571-73**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| IE | **August 13, 2015 E-mail from Amy Hungerford to John Dovidio, BYRNE006125-28**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| JE | **August 13, 2015 E-mail from Amy Hungerford to Noel Valis, John Dovidio, BYRNE006691-94**<br><br>**PLAINTIFF'S OBJECTION:  402, 801**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system, and it contains an admission of Plaintiff.** |
| KE | **August 13, 2015 E-mail from Amy Hungerford to Noel Valis, BYRNE006524**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |

| | |
|---|---|
| LE | **August 28, 2015 FdA External Referee Letter, BYRNE003621-28**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| ME | **September 18, 2015 Faculty Handbook, Byrne000185-364**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| NE | **October 3, 2015 E-mail from Susan Byrne to Frederick de Armas, BYRNE018969-70**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email from Yale's email system is an admission of Plaintiff regarding her tenure application and job search outside Yale, which indicates she did not expect to get tenure.** |
| OE | **October 9, 2015 EGST External Referee Letter, BYRNE003640-41**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| PE | **November 9, 2015 E-mail from Ileana Jara Yupanqui, BYRNE018980**<br><br>**PLAINTIFF'S OBJECTION: 402, 403**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This document is intended to be used, if at all, on rebuttal and/or to refresh Plaintiff's recollection if she denies knowledge of information about her job search in the fall of 2015, which indicates she did not expect to get tenure.** |
| QE | **November 1, 2015 E-mail from Tamar Gendler to Susan Byrne, BYRNE008945**<br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| RE | **November 28, 2015 E-mail from Frederick de Armas to Susan Byrne, BYRNE019026-27**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 901** |

| | |
|---|---|
| | **DEFENDANT'S RESPONSE TO OBJECTION:** This email is from Yale's email system and contains admissions of Plaintiff relating to her job search in the fall 2015, indicating she did not expect to get tenure. |
| SE | **December 2015 FAS Ladder Faculty Promotion Handbook, 017171–205**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| TE | **INTENTIONALLY OMITTED** |
| UE | **INTENTIONALLY OMITTED** |
| VE | **December 1, 2015 Professor Steven Wilkinson – Notes, BYRNE01246-279**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| WE | **December 3, 2015 E-mail from Noel Valis to Pam Bosward & Amy Hungerford, BYRNE005623-25**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes. It is a business record, as it is an email from Yale's email system. |
| XE | **December 14, 2015 Draft Outline for Susan Byrne, BYRNE018974**<br><br>**PLAINTIFF'S OBJECTION:** 106, 402, 403, 901<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document is a business record that reflects information to be shared at the conclusion of the Climate Review regarding Plaintiff's recusal request. This one-page document stands on its own. |
| YE | **December 15, 2015 AC External Referee Letter, BYRNE003618-20**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| ZE | **December 15, 2015 BB External Referee Letter, BYRNE003629-** |

| | |
|---|---|
| | 33

PLAINTIFF'S OBJECTION:

DEFENDANT'S RESPONSE TO OBJECTION: |
| AF | December 15, 2015 AW External Referee Letter, BYRNE003650-53

PLAINTIFF'S OBJECTION:

DEFENDANT'S RESPONSE TO OBJECTION: |
| BF | December 17, 2015 E-mail from Susan Byrne to Kenneth David Jackson, BYRNE019028-29

PLAINTIFF'S OBJECTION:  402, 403, 801, 901

DEFENDANT'S RESPONSE TO OBJECTION: WITHDRAWN |
| CF | December 17, 2015 E-mail from Susan Wheeler re Interfolio access BYRNE 3654

PLAINTIFF'S OBJECTION:  402, 403

DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system. |
| DF | December 18, 2015 MMG External Referee Letter, BYRNE003642-43

PLAINTIFF'S OBJECTION:

DEFENDANT'S RESPONSE TO OBJECTION: |
| EF | December 24, 2015 E-mail from John Dovidio to Susan Byrne, Tamar Gendler, Julie Sweigard, BYRNE010351-52

PLAINTIFF'S OBJECTION:  106, 402, 403

DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system. |
| FF | December 26, 2015 RF External Referee Letter, BYRNE003634-39 |

| | |
|---|---|
| | **PLAINTIFF'S OBJECTION:** |
| | **DEFENDANT'S RESPONSE TO OBJECTION:** |
| GF | **January 1, 2016 PG External Referee Letter, BYRNE003644-49** |
| | **PLAINTIFF'S OBJECTION:** |
| | **DEFENDANT'S RESPONSE TO OBJECTION:** |
| HF | **January 4, 2016 E-mail from Noel Valis to Susan Byrne, BYRNE05662-63** |
| | **PLAINTIFF'S OBJECTION: 402, 403, 901** |
| | **DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes. It is a business record, as it is an email from Yale's email system.** |
| IF | **INTENTIONALLY OMITTED** |
| JF | **January 19, 2016 Email from Tamar Gendler response to recusal request, BYRNE0010938-39** |
| | **PLAINTIFF'S OBJECTION:** |
| | **DEFENDANT'S RESPONSE TO OBJECTION:** |
| KF | **January 19, 2016 E-mail from Noel Valis to Tamar Gendler, Rolena Adorno, Roberto Gonzalez Echevarria, Anibal Gonzalez & Kenneth David Jackson, BRYNE006357-58** |
| | **PLAINTIFF'S OBJECTION:** |
| | **DEFENDANT'S RESPONSE TO OBJECTION:** |
| LF | **INTENTIONALLY OMITTED** |
| MF | **January 21, 2016 E-mail from Ilena Jara Yupanqui to Susan Byrne, BYRNE019018-23** |
| | **PLAINTIFF'S OBJECTION: 402, 403, 901** |
| | **DEFENDANT'S RESPONSE TO OBJECTION: This document is intended to be used, if at all, on rebuttal and/or to refresh Plaintiff's recollection if she denies knowledge of information about her job search in late 2015/early 2016, which indicates she did not expect to get tenure.** |

| | |
|---|---|
| NF | February 1, 2016 E-mail from Susan Byrne to Kenneth David Jackson, BYRNE018994<br><br>PLAINTIFF'S OBJECTION:  402, 403, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes.  It is a business record, as it is an email from Yale's email system, and contains an admission of Plaintiff. |
| OF | February 3, 2016 Valis Summary of Tenure Review Committee Meeting, Byrne000374-76<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| PF | February 9, 2016 Bloch Notes<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| QF | February 9, 2016 Valis Notes on Ficino Book, BYRNE009037–49<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| RF | February 9, 2016 Valis Summary of Departmental Vote Meeting, BYRNE9051-57<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| SF | February 9, 2016 Roberto Gonzalez Echevarria Notes dated, Byrne000377-379<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| TF | February 9, 2016 Adorno Notes from Meeting, BYRNE009059–61<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |

| | |
|---|---|
| UF | **INTENTIONALLY OMITTED** |
| VF | **February 11, 2016 E-mail from Noel Valis to John Dovidio, BYRNE005624**<br><br>**PLAINTIFF'S OBJECTION: 106, 402, 403**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes. It is a business record, as it is an email from Yale's email system, and it is a complete document.** |
| WF | **February 15, 2016 Letter from Noel Valis to Susan Byrne, BYRNE017229**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| XF | **February 15, 2016 E-mail from Noel Valis to John Dovidio, BYRNE006260**<br>**PLAINTIFF'S OBJECTION: 402, 403, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes. It is a business record, as it is an email from Yale's email system.** |
| YF | **INTENTIONALLY OMITTED** |
| ZF | **February 15, 2016 E-mail from John Dovidio to Noel Valis, BYRNE010341**<br><br>**PLAINTIFF'S OBJECTION: 402, 403**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This email provides relevant background for the timeline and circumstances of Plaintiff's tenure consideration, and demonstrates Yale's compliance with tenure processes. It is a business record, as it is an email from Yale's email system.** |
| AG | **February 18, 2016 E-mail from Kevin Poole to Susan Byrne, BYRNE018988-89**<br><br>**PLAINTIFF'S OBJECTION: 402, 403, 801, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This document,** |

| | |
|---|---|
| | which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and job search. Defendant does not offer the statements of Kevin Poole (who is listed as Plaintiff's trial witness) for their truth, though reserves the right to cross-examine him regarding these statements if he does testify. |
| **BG** | March 3, 2016 Byrne Appeal Letter, P755–P770<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| **CG** | March 7, 2016 Offer Letter from UNLV, BYRNE018999–19007<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| **DG** | March 8, 2016 Byrne Appeal Letter, BYRNE009152–9165<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| **EG** | April 4, 2016 E-mail from Anita Levy to Susan Byrne, BYRNE019024-25<br>PLAINTIFF'S OBJECTION:  402, 403<br><br>DEFENDANT'S RESPONSE TO OBJECTION: WITHDRAWN |
| **FG** | April 21, 2016 Letter to Rolena Adorno from Cynthia Smith, BYRNE009178<br><br>PLAINTIFF'S OBJECTION:<br><br>DEFENDANT'S RESPONSE TO OBJECTION: |
| **GG** | April 23, 2016 E-mail from Elizabeth Rhodes to Susan Byrne, BYRNE018992-93<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901<br><br>DEFENDANT'S RESPONSE TO OBJECTION: This document, which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and state of mind. Defendant does not offer the statements of Elizabeth Rhodes for their truth but only for context for Plaintiff's statements. |
| **HG** | May 8, 2016 E-mail from Monica Schinaider to Susan Byrne, BYRNE019016-17<br><br>PLAINTIFF'S OBJECTION:  402, 403, 801, 901 |

| | |
|---|---|
| | **DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and state of mind. Defendant does not offer the statements of Monica Schinaider for their truth but only for context for Plaintiff's statements. |
| IG | **May 13, 2016 E-mail from Susan Byrne to Ottavio DiCamillo, BYRNE019013-14**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and state of mind. Defendant does not offer the statements of Ottavio DiCamillo for their truth but only for context for Plaintiff's statements. |
| JG | **May 18, 2016 E-mail from Susan Byrne to Bruce Burningham, BYRNE019008-09**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and state of mind. Defendant does not offer the statements of Bruce Burningham for their truth but only for context for Plaintiff's statements. |
| KG | **May 24, 2016 E-mail from Elena PP to Susan Byrne, BYRNE018990-91**<br><br>**PLAINTIFF'S OBJECTION:** 402, 403<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and state of mind. Defendant does not offer the statements of Elena PP for their truth but only for context for Plaintiff's statements. |
| LG | **May 24, 2016 E-mail from Ernesto Estrella Cozar to Susan Byrne, BYRNE018995-97**<br><br>**PLAINTIFF'S OBJECTION:** 106, 402, 403<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding her tenure consideration and state of mind. Defendant does not offer the statements of Ernesto Estrella Cozar for their truth but only for context for Plaintiff's |

| | |
|---|---|
| | statements. |
| MG | June 6, 2016 E-mail from Susan Byrne to Virginia Guierrez, BYRNE019012<br><br>**PLAINTIFF'S OBJECTION: 402, 403**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding the timing of her move to Las Vegas and her state of mind as to the pending appeal. Defendant does not offer the statements of Ernesto Estrella Cozar for their truth but only for context for Plaintiff's statements. |
| NG | June 12, 2016 E-mail from Susan Byrne to Ilana Danilowitz, David Post, Alice Menon, BYRNE019010-11<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| OG | June 24, 2016 E-mail from Susan Byrne to Ben Polak, Emily Bakemeier, BYRNE006076-77<br><br>**PLAINTIFF'S OBJECTION: 402, 403**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, contains admissions of Plaintiff regarding her pending appeal and state of mind. |
| PG | June 24, 2016 E-mail from Emily Bakemeier to Ben Polak, Cynthia Smith, BYRNE009223<br><br>**PLAINTIFF'S OBJECTION: 402, 403**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** This document, which is from Yale's email system, is relevant to Yale's compliance with its procedures in its treatment of Plaintiff. |
| QG | June 24, 2016 Letter from Susan Byrne to Ben Polak, BYRNE009247<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| RG | July 16, 2016 E-mail from Provost Office to John Mangan, BYRNE006011-12<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |

| | |
|---|---|
| SG | **July 25, 2016 E-mail from Cynthia Smith to Ben Polak, BYRNE012197-204**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| TG | **July 25, 2016 Faculty Review Committee Report (BYRNE009113-17)**<br><br>**PLAINTIFF'S OBJECTION: 106**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: This document constitutes the full report of the Committee, and it should not include the separate note from the Committee expressing opinions outside the scope of its purview.** |
| UG | **August 5, 2016 Letter from Rolena Adorno to Ben Polak, BYRNE013682-84**<br><br>**PLAINTIFF'S OBJECTION: 701, 402, 403, 901**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION: WITHDRAWN** |
| VG | **August 23, 2016 Letter from Ben Polak to Tamar Gendler, BYRNE009244-45**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| WG | **August 26, 2016 E-mail from Ben Polak to Susan Byrne encl decision, BYRNE0009235-36**<br><br>**PLAINTIFF'S OBJECTION:**<br><br>**DEFENDANT'S RESPONSE TO OBJECTION:** |
| | |