# Exhibit P-1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>      Plaintiff<br>v.<br>YALE UNIVERSITY,<br>      Defendant | C.A. NO. 3:17-CV-01104 (VLB)<br><br><br><br>DECEMBER 30, 2019 |

### PLAINTIFF'S WITNESS LIST

| Name | Address | Summary of Anticipated Testimony | Expected Duration of Testimony | Likely/If Needed |
|---|---|---|---|---|
| Susan Byrne | c/o Plaintiff's counsel | Employment with Yale; various acts of alleged protected activity; Spanish & Portuguese Department's reaction to acts of alleged protected activity; retaliation by Yale; damages and efforts to mitigate damages | 1-2 days for Plaintiff's direct examination | Likely |
| Rolena Adorno | c/o Defendants' counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's | Plaintiff's examination will be 2-4 hours. | Likely |

| | | alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | | |
|---|---|---|---|---|
| **Roberto Gonzalez Echevarria** | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 2-4 hours. | Likely |
| **Noel Valis** | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged | Plaintiff's examination will be 2-4 hours. | Likely |

| | | retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | | |
|---|---|---|---|---|
| **Kate Stith** | | **Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion** | **Plaintiff's examination will be 2-4 hours.** | **Likely** |
| **Anibal Gonzalez-Perez** | **c/o Defendant's counsel** | **Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend** | **Plaintiff's examination will be 2-4 hours.** | **Likely** |

3

| | | that Plaintiff not be granted tenure and promotion | | |
|---|---|---|---|---|
| **Kenneth Jackson** | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 2-4 hours. | Likely |
| **Guiseppe Mazzotta** | c/o Defendant's counsel | Alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 1 hour. | Likely |
| **Howard Bloch** | c/o Defendant's counsel | Alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 1 hour. | Likely |

| Jamaal Thomas | c/o Defendant's counsel | Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; Plaintiff's alleged protected activity | Plaintiff's examination will be 2-3 hours. | Likely |
|---|---|---|---|---|
| Stephanie Spangler | c/o Defendant's counsel | Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; Plaintiff's alleged protected activity | Plaintiff's examination will be 2-3 hours. | Likely |
| John Dovidio | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff | Plaintiff's examination will be 1-2 hours. | Likely |

|  |  | not be granted tenure and promotion |  |  |
| --- | --- | --- | --- | --- |
| **Tamar Gendler** | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 1-2 hours. | Likely |
| **John Mangan** | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 1-2 hours. | Likely |

| Amy Hungerford | c/o Defendant's counsel | Supervision of Plaintiff; Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion | Plaintiff's examination will be 2-4 hours. | Likely |
|---|---|---|---|---|
| Emily Bakemeier | c/o Defendant's counsel | Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts | Plaintiff's examination will be 1-2 hours. | Likely |
| Benjamin Polak | c/o Defendant's counsel | Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; decision to | Plaintiff's examination will be 1-2 hours. | Likely |

| | | recommend that Plaintiff not be granted tenure and promotion | | |
|---|---|---|---|---|
| William Connors | c/o Plaintiff's counsel | Plaintiff's alleged protected activity; alleged retaliatory acts; decision to recommend that Plaintiff not be granted tenure and promotion; Plaintiff's damages | Plaintiff's examination will be 1-3 hours. | Likely |
| Janet Byrne | c/o Plaintiff's counsel | Plaintiff's damages | Plaintiff's examination will be 1 hour. | Likely |
| Mary Buckley | c/o Plaintiff's counsel | Plaintiff's damages | Plaintiff's examination will be 1 hour. | Likely |
| Pat McDaniel | c/o Plaintiff's counsel | Plaintiff's damages | Plaintiff's examination will be 1 hour. | Likely |
| Tom Byrne | c/o Plaintiff's counsel | Plaintiff's damages | Plaintiff's examination will be 1 hour. | Likely |
| Kevin Poole | College of Liberal Arts Pontifical College Josephinum 7625 North High Street Columbus, OH 43235 | Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; alleged retaliatory acts; | Plaintiff's examination will be 1 hour. | Likely |

| | | Plaintiff's damages | | |
|---|---|---|---|---|
| Paulo Moreira | Dept. of Modern Languages Literatures and Linguistics University of Oklahoma Kaufman Hall 780 Van Vleet Oval Norman, OK 73019 | Knowledge of Spanish & Portuguese Department's reaction to Plaintiff's alleged protected activity; Plaintiff's damages | Plaintiff's examination will be 1 hour. | Likely |
| Frederick de Armas | Department of Romance Languages and Literatures Weibolt 409A 115 East 58th Street Chicago, IL 60637 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Bruce Burningham | Illinois State University Campus Box 4300 Normal, IL 61790-4300 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Anne Cruz | University of Miami Merrick Building, Room 212 5202 University drive Coral Gables, FL 33146 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Anthony Cascardi | University of California – Berkeley 4125 Dwinelle Hall Berkeley, CA 94720 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |

| Roger Folger | University of Heidelberg Seminarstrasse 3 D-69117 Heidelberg Raum 312 Germany 06221-54-2764 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
|---|---|---|---|---|
| Enrique Garcia Santo-Tomas | University of Michigan 4108 Modern Languages Bldg 812 East Washington Street Ann Arbor, MI 48109 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Mary Gaylord | Harvard University Boylston Hall, 4th Floor Cambridge, MA 02138 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Patricia Grieve | Columbia University 612 West 116 Street New York NY 10027 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Alison Weber | University of Virginia 444 New Cabell Hall Charlottsville, VA 22904 | Plaintiff's damages | Plaintiff's examination will be 1 hour | If needed |
| Victor Wang | Penta 500 Park Avenue, 8th Floor New York, NY, 10022 United States | March 6, 2015 anonymous letter; complaints within the Spanish and Portuguese Department; | Plaintiff's examination will be 1 hour | If needed |

| | | the Climate Review; allegations against Roberto Gonzalez Echevarria; | | |
|---|---|---|---|---|
| Emma Platoff | The Texas Tribune 919 Congress Avenue, The Sixth Floor, Austin, TX 78701 | March 6, 2015 anonymous letter; the Climate Review; complaints and staffing within the Spanish and Portuguese Department | Plaintiff's examination will be 1 hour | If needed |

1. **Additional Information Regarding Plaintiff's Expert Witnesses**

    a. <u>Dr. Arthur Wright</u>

    <u>Area of Expertise</u>: Economist, see attached expert report and CV.

    <u>Opinions</u>: As stated in more fully in Dr. Wright's October 2018 expert report, Dr. Wright calculated amounts for Plaintiff's lost compensation and benefits from June 30, 2016 through the end of 2018, and then projected amounts for front pay for the period of time up to 2036. In addition, Dr. Wright calculated an additional amount for extra taxes that would need to be paid to Ms. Byrne in order for her to be made whole on any award in light of the fact that he is receiving the award in a single tax year.

    <u>Materials Relied Upon</u>: See attached expert report.