# Exhibit P-3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ :
SUSAN BYRNE,                      :    C.A. NO. 3:17-CV-01104 (VLB)
          Plaintiff              :
v.                                :
                                  :
YALE UNIVERSITY,                  :
          Defendant              :    DECEMBER 30, 2019
_____ :

## PLAINTIFF'S TRIAL EXHIBIT LIST INCLUDING DEFENDANTS' OBJECTIONS AND PLAINTIFF'S RESPONSES TO OBJECTIONS

Plaintiff's proposed list of trial exhibits, along with Defendant's objections to those exhibits and Plaintiff's response to those objections, is below. In addition to the exhibits listed below, Plaintiff reserves the right to modify this list and offer additional exhibits to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules for the District of Connecticut, or by Order of this Court. Plaintiff also reserves the right to use additional exhibits at trial solely for impeachment. Plaintiff also reserves the right to use any exhibit listed as an exhibit by Defendant and which is admissible evidence.

| No. | Description | Bates Number | Objection | Counter-Stmt |
|---|---|---|---|---|
| 1. | April 29, 2014 Email from A. Gonzalez to Mary re: Chair of Spanish and Portuguese | BYRNE003146 | Irrelevant, Unduly prejudicial, Opinion Fed. R. Evid. 401, 403, 701 | Relevant to demonstrating causation and pretext in retaliation claim. There is no danger of unfair prejudice. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. |

| | | | | |
|---|---|---|---|---|
| 2. | Faculty Handbook July 1, 2014 | BYRNE 12-184 | | |
| 3. | FAS Ladder Faculty Promotion Handbook December 2015 | BYRNE17171-17205 | | |
| 4. | May 7, 2015 Memo on Spanish Department | BYRNE3147-3157 | Irrelevant, Opinion, Hearsay Fed. R. Evid. 401, 701, 802 | Relevant to retaliation claim. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 5. | February 15, 2016 letter to S. Byrne from N. Valis | BYRNE17229 | | |
| 6. | November 17, 2015 email S. Spangler to BLANK re: Title IX – Spanish Dept | BYRNE18817-18818 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 7. | Climate Review Report | BYRNE3064-3111 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 8. | April 28, 2015 email I. Danilowitz to S. | P245-247 | | |

| | | | | |
|---|---|---|---|---|
| | Byrne re: Fw: Departmental Climate Review | | | |
| 9. | April 11, 2016 email M. Berkman to D. Post, A. Menon, S. Sawyer re: Confidential re: current investigation | BYRNE17577-17581 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 10. | April 2, 2015 email exchange J. Cabranes to N. Valis cc: K. Stith, R. Gonzalez-Echevarria, R. Adorno re: It occurs to me | BYRNE3813-3814 | Irrelevant, Opinion Unduly Prejudicial FRE 401, 403, 701 | Relevant to demonstrating causation and pretext. There is no danger of unfair prejudice. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. |
| 11. | July 27, 2015 emails A. Hungerford to T. Gendler, J. Dovidiore: Susan Byrne preliminary materials and deadlines | BYRNE11055-11056 | | |
| 12. | February 8, 2015 email A. Hungerford to K. Lofton re: FASTAP | BYRNE6129-6131 | Irrelevant, Hearsay, Opinion FRE 401, 701, 802 | Relevant to retaliation claim. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. |

| | | | | This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
|---|---|---|---|---|
| 13. | April 1, 2016 letter to R. Adorno from S. Byrne | P2107-2108 | | |
| 14. | August 13, 2015 email N. Valis to S. Byrne cc: A. Hungerford, J. Dovidiore: tenure dossier | P142-143 | | |
| 15. | July 24, 2015 email exchange N. Valis to T. Gendler, S. Byrne, cc: A. Hungerford, J. Davidio, R. Adorno re: Byrne Review | P149 | | |
| 16. | April 16, 2015 email R. Adorno to S. Byrne re: Materials submitted | P154 | | |
| 17. | April 13, 2015 emails J. Mangan to S. Byrne cc: T. Gendler re: FW: In response to | P156-157 | | |

| | | | |
|---|---|---|---|
| | your recent letter | | | |
| 18. | April 2, 2015 emails S. Byrne to J. Mangan cc: T. Gendler re: In response to your recent letter | P159 | | |
| 19. | March 4, 2015 email exchange R. Adorno, S. Byrne re: dates for tenure review | P165 | | |
| 20. | February 27, 2015 email exchange J. Davidio, S. Byrne cc: P. Bosward re: question about tenure review dates | P166-168 | | |
| 21. | December 15, 2015 email S. Byrne to J. Dovidiore: date check | P239 | | |
| 22. | December 17, 2015 email exchange J. Davidio, S. Byrne re: date check | P77-78 | | |
| 23. | March 8, 2016 Appeal letter S. | BYRNE422-435 | | |

| | | | | |
|---|---|---|---|---|
| | Byrne to B. Polak | | | |
| 24. | S. Byrne Curriculum Vitae August 2015 | P5110-5123 | | |
| 25. | National Search | P2046 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract claim. |
| 26. | S. Byrne interview schedule | P2072 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract claim. |
| 27. | S. Byrne list of all research | P5132-5140 | | |
| 28. | February 19, 2008 offer letter to S. Byrne from R. Gonzalez Echevarria | P710-711 | | |
| 29. | Page 119 of Yale University Faculty Handbook dated 9/18/2015 | Byrne313 | | |
| 30. | February 19, 2009 letter to S. Byrne from R. Levin and M. Rose Menocal | P3928-3930 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract claim. |
| 31. | March 26, 2010 letter to S. Byrne from E. Bakemeier re: Morse Fellowship | P3931 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract claim. |
| 32. | S. Byrne grants | P4643-4645 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract claim. |

| 33. | October 17, 2011 appointment letter to S. Byrne from I. Shapiro | P4652 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract claim. |
|---|---|---|---|---|
| 34. | September 8, 2010 email R. Adorno to S. Byrne re: Byrne activities for 2010 meeting | P286-287 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract and retaliation claims. |
| 35. | September 9, 2012 emails S. Byrne, R. Adorno re: byrne activities…2011-12 | BYRNE13217-13218 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract and retaliation claims. |
| 36. | October 12, 2012 email R. Adorno to S. Byrne re: Brilliant presentation yesterday! | BYRNE2557 | Irrelevant (remote in time) FRE 401 | Relevant to breach of contract and retaliation claims. |
| 37. | September 5, 2013 emails R. Adorno S. Byrne re: Our departmental… | P284-285 | | |
| 38. | October 5, 2014 letter of recommendation for S. Byrne from R. Adorno | BYRNE4807-4808 | | |
| 39. | October 12, 2014 email R. Gonzalez Echevarria to R. Adorno re: Sue | BYRNE5104-5106 | | |

| | | | |
|---|---|---|---|
| | **attach Letter of Recommendation for Susan Byrne** | | | |
| 40. | **May 10, 2013 email R. Adorno to S. Byrne re: Associate Professor Susan Byrne** | **P181-182** | | |
| 41. | **May 21, 2013 S. Byrne Promotion notice** | **P2105** | | |
| 42. | **May 24, 2011 S. Byrne Reappointment notice** | **P2100** | **Irrelevant (remote in time) FRE 401** | **Relevant to breach of contract claim.** |
| 43. | **June 20, 2016 Confidential UWC Panel Report to Provost** | **BYRNE17319-17327** | **Objection: See Defendant's Motion in Limine** | **See Plaintiff's Objection to Defendant's Motion in Limine** |
| 44. | **June 15, 2016 Confidential letter to Professor Michael Della Rocca, from R. Gonzalez Echevarria** | **BYRNE18097** | **Objection: See Defendant's Motion in Limine** | **See Plaintiff's Objection to Defendant's Motion in Limine** |
| 45. | **December 3, 2015 handwritten notes** | **BYRNE18786-18789** | **Objection: See Defendant's Motion in Limine** | **See Plaintiff's Objection to Defendant's Motion in Limine** |
| 46. | **June 7, 2016 letter to** | **BYRNE17328-17459** | **Objection: See Defendant's** | **See Plaintiff's Objection to** |

| | | | Motion in Limine | Defendant's Motion in Limine |
|---|---|---|---|---|
| | Members of the Panel from A. Menon enclosing Fact-Finder's Report and Exhibits | | | |
| 47. | March 6, 2015 Anonymous letter | P1285-1287 | Irrelevant, Hearsay, FRE 401, 802 | Relevant to protected speech and retaliatory animus. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 48. | March 25, 2015 Yale Daily News article Spanish Department under review following anonymous allegations | P908-911 | | |
| 49. | March 7, 2016 email M. Berkman to J. Killheffer, S. Spangler re: UWC investigation | BYRNE18821-18822 | Objection: See Defendant's Motion in Limine | |
| 50. | March 8, 2015 emails N. Valis, R. Adorno re: Entrega del capitulo | BYRNE12539-12540 | Irrelevant FRE 401 | Relevant to retaliation claim. |
| 51. | March 22, 2015 email N. Valis to | BYRNE3839 | Irrelevant FRE 401 | Relevant to protected speech |

| | | | | |
|---|---|---|---|---|
| | R. Adorno re: A gun that smokes | | | and retaliatory animus. |
| 52. | March 22, 2015 emails R. Adorno, N. Valis re: Fwd: Wednesday's meeting | BYRNE3893-3901 | | |
| 53. | Yale University Department of Spanish and Portuguese May 12, 2015 Memorandum of pertinent departmental events for the years 2013, 2014 and 2015 | BYRNE15801-15820 | Hearsay, Irrelevant, Incomplete Best Evidence FRE 401, 802, 1002 | Relevant to retaliation claim. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. This is a complete document produced by Yale in discovery |
| 54. | April 1, 2015 emails J. Cabranes, K. Stith re: Byrne demand for Adorno & RGE recusals on tenure consideration attach Byrne demand for Adorno RGE recusals | BYRNE12413-12415 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to demonstrate retaliatory animus. There is no danger of unfair prejudice. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. |
| 55. | April 19, 2015 email R. Adorno to K. Stith cc: J. Cabranes, N. Valis, R. | BYRNE12528-12530 | FRE 402, 403 | Relevant to retaliation claim and retaliatory animus. There is |

| | | | | no danger of unfair prejudice. |
|---|---|---|---|---|
| 56. | April 14, 2015 emails J. Cabranes, K. Stith, N. Valis, R. Gonzalez Echevarria, R. Adorno re: Departmental committee for Byrne tenure review | BYRNE12710-12713 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to demonstrate retaliatory animus. There is no danger of unfair prejudice. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. |
| 57. | April 26, 2015 email K. Stith to R. Adorno cc: J. Cabranes re: Susan Byrne preliminary materials and recommendations for dept review committee | BYRNE5344-5348 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to demonstrate retaliatory animus. There is no danger of unfair prejudice. The evidence is based on witnesses perception and aids in the determination of a fact in dispute. |
| 58. | April 24, 2015 emails R. Adorno, K. Stith re: Divisiveness among many or the malice of a few? | BYRNE12549-12551 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to demonstrate retaliatory animus. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 59. | April 19, 2015 email R. Adorno to K. Stith, J. Cabranes, N. Valis, R. | BYRNE4619-4622 | Irrelevant Hearsay Opinion FRE 401, 701, 802 | Relevant to demonstrate retaliatory animus. The evidence is based on witness |

| | | | | perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
|---|---|---|---|---|
| 60. | April 16, 2015 emails N. Valis, R. Adorno re: Sue letter | BYRNE4468-4469 | | |
| 61. | May 6, 2015 emails K. Stith, R. Adorno re: The daffodils bloomed on Monday!* | BYRNE12547 | | |
| 62. | 2/6/15 Email, R. Adorno to FAS Dean re APL Proposal Decision | BYRNE10810 | | |
| 63. | July 16, 2015 emails K. Stith R. Adorno re: two matters | BYRNE4838-4839 | | |
| 64. | July 26, 2015 email R. Adorno to K. Stith re: Resending just in case attach On Kevin Poole and my other long-term relationships | BYRNE6991-6997 | Irrelevant Hearsay Opinion Best Evidence FRE 401, 701, 802, 1002 | Relevant to demonstrate retaliatory animus. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. This is a complete |

| | | | | document produced by Yale in discovery. |
|---|---|---|---|---|
| 65. | April 7, 2015 emails R. Adorno, B. Dragiyski re: En route to Wash DC | BYRNE7042 | Irrelevant Opinion Hearsay FRE 401, 701, 802 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 66. | April 13, 2015 emails D. Delbanco, R. Adorno re: small world; I just didn't realize it | BYRNE7448-7450 | Irrelevant Opinion Hearsay FRE 401, 701, 802 | Relevant to retaliation claim. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 67. | July 22, 2015 emails R. Gonzalez Echevarria, A. Birkenmaier re: Gracias por los libros! | BYRNE7611-7612 | | |
| 68. | December 11, 2015 email R. Adorno to N. Valis re: Latest | BYRNE3815-3818 | Irrelevant FRE 401 | Relevant to retaliation claim. |

| | | | |
|---|---|---|---|
| | version notes attach Notes for December 13 meeting | | | |
| 69. | December 15, 2015 emails R. Adorno, N. Valis re: Vintage Cocktail Books: A Recipe for Collecting | BYRNE6800-6801 | Irrelevant FRE 401 | Relevant to retaliation claim. |
| 70. | May 22, 2016 email M. Berkman to D. Post, A. Menon, S. Sawyer re: Confidential Echevarria draft report attach UWC Echevarria report draft 5-22-16 | BYRNE17611-17663 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 71. | July 16, 2016 email B. Polak to M. Della cc: S. Sawyer, A. Menon re: Confidential UWC | BYRNE18150 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 72. | Notes from RA's meeting with Tenure Appeal Review Committee, Thursday June 2, 2016 | BYRNE476-479 | Hearsay Opinion Irrelevant FRE 401, 701, 802 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls |

| | | | | within an exception to the hearsay rule. |
|---|---|---|---|---|
| 73. | February 2016 emails R. Adorno, K. Stith, N. Valis, J. Cabranes concerning IP addresses | BYRNE4403-4410 | **Objection: See Defendant's Motion in Limine** | **See Plaintiff's Objection to Defendant's Motion in Limine** |
| 74. | PP. 116-117 of Yale University Faculty Handbook, dated 9/18/15 | BYRNE310-11 | **Objection: See Defendant's Motion in Limine** | **See Plaintiff's Objection to Defendant's Motion in Limine** |
| 75. | Handwritten notes | BYRNE17206-17227 | **Objection: See Defendant's Motion in Limine Also: Hearsay FRE 802** | **This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule.** |
| 76. | April 8, 2015 email K. Stith to R. Adorno cc: J. Cabranes re: Review of academic and employment decisions | BYRNE3935-3937 | **Hearsay Opinion Irrelevant Undue Prejudice FRE 401, 403, 701, 802** | **Relevant to demonstrate retaliatory animus. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. The evidence is based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice.** |
| 77. | July 12, 2015 memo R. Adorno to B. Goren, J. | BYRNE16556-16566 | **Irrelevant Opinion Hearsay** | **Relevant to retaliation claim. The evidence is** |

| | | | Incomplete FRE 401, 701, 802, 1002 | based on witness perception and aids in the determination of a fact in dispute. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
|---|---|---|---|---|
| | Thomas re: Climate Review – Summary of the facts | | | |
| 78. | April 30, 2015 emails R. Adorno, K. Stith, J. Cabranes, R. Gonzalez Echevarria, N. Valis re: Progress report | BYRNE12153-12154 | Irrelevant Undue Prejudice Incomplete FRE 401, 403, 1002 | Relevant to retaliation claim. There is no danger of unfair prejudice. This is a complete document produced by Yale in discovery. |
| 79. | May 6, 2015 emails R. Adorno, K. Stith re: Business at hand | BYRNE4827-4828 | Irrelevant Undue Prejudice FRE 401, 403 | Relevant to demonstrate retaliatory animus. There is no danger of unfair prejudice. |
| 80. | Draft Conclusion section | BYRNE17115-17118 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice. |
| 81. | Draft letter to Provost B. Polak | BYRNE17112-17114 | Irrelevant Opinion Undue | Relevant to retaliation claim. The evidence is |

| | | | |
|---|---|---|---|
| | with K. Stith comments | | Prejudice FRE 401, 403, 701 | based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice. |
| 82. | December 13, 2015 emails J. Cabranes, N. Valis, K. Stith, R. Adorno re: Might I have a brief moment with you? | BYRNE3819-3825 | **Irrelevant Opinion Undue Prejudice Hearsay FRE 401, 403, 701, 802** | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 83. | November 12, 2015 email J. Thomas to S. Byrne re: Follow Up | P5697 | **Objection: See Defendant's Motion in Limine** | See Plaintiff's Objection to Defendant's Motion in Limine |
| 84. | December 1, 2015 Susan Byrne Handwritten notes | BYRNE18763-18766 | **Objection: See Defendant's Motion in Limine Also: Hearsay FRE 802** | The evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 85. | July 19, 2015 email M. Della Rocca to B. Polak cc: S. Sawyer, A. Menon, D. Post, A. Swersey, J. Resnick, M. | BYRNE18151-18152 | **Objection: See Defendant's Motion in Limine** | See Plaintiff's Objection to Defendant's Motion in Limine |

| | | | | |
|---|---|---|---|---|
| | Solomon, M. Addington, re: Confidential uwc case | | | |
| 86. | July 29, 2016 letter to R. Gonzalez Echevarria from B. Polak | BYRNE17317-17318 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 87. | March 30, 2015 email R. Adorno to S. Byrne cc: FAS Dean, J. Mangan re: Letter soliciting materials for tenure review attach letter | BYRNE19245-19249 | | |
| 88. | April 8, 2015 email E. Bakemeier to A. Hungerford re: FW: Letter from Sue Byrne to Rolena attach letter | BYRNE12923-12925 | | |
| 89. | April 2, 2015 email L. Ficano to B. Polak cc: M. Barnett re: FW: Review of academic and employment decisions | BYRNE9582-9587 | Irrelevant Incomplete FRE 401, 1002 | Relevant to retaliation claim. This is a complete document produced by Yale in discovery. |
| 90. | April 3, 2015 email J. Dovidio to J. Mangan re: In | BYRNE9435-9436 | Object to Dovidio to Mangan email as irrelevant, | Relevant to breach of contract claim. There is no danger of unfair prejudice. |

| | | | |
|---|---|---|---|
| | response to your recent letter | | unduly prejudicial FRE 401, 403 | |
| 91. | April 2, 2015 email J. Mangan to K. Vanderlick, L. Suttle, J. Holloway, L. Cooley, J. Davidio, R. Burger cc: T. Gendler, A. Macdonald, E. Bakemeier, S. Girvin re: Note to Sue Byrne | BYRNE12926 | | |
| 92. | April 2015 emails R. Adoro, S. Byrne, J. Mangan, FAS Dean concerning submission of tenure materials | P156-157 | No objection to P155; contains numerous unrelated emails | Relevant to breach of contract and negligent misrepresentation claims. |
| 93. | April 15, 2015 email A. Hungerford to T. Gendler, J. Davidio, J. Mangan, E. Bakemeier re: Confidential: In response to your recent letter | BYRNE12910-12911 | Irrelevant FRE 401 | Relevant to breach of contract and negligent misrepresentation claims. |
| 94. | July 6, 2015 email A. Hungerford to T. Gendler, E. | BYRNE7650-7651 | | |

| | | | | |
|---|---|---|---|---|
| | Bakemeier, cc: J. Dovidio re: SPORT review status and Byrne case | | | |
| 95. | June 29, 2015 email T. Gendler to A. Hungerford, B. Polak, M. Barnett, S. Spangler cc: E. Bakemeier, J. Dovidio re: SPORT review status and Byrne case | BYRNE7978 | | |
| 96. | July 6, 2015 email J. Dovidio to A. Hungerford cc: T. Gendler, E. Bakemeier re: SPORT review status and Byrne case | BYRNE12928-29 | | |
| 97. | August 13, 2015 email J. Dovidio to S. Byrne cc: T. Gendler, A. Hungerford re: Response to your questions about the tenure procedures | P141 | | |
| 98. | November 11, 2015 email T. Gendler to S. Byrne re: update | P86 | | |

| 99. | July 24, 2015 email T. Gendler to N. Valis, S. Byrne cc: A. Hungerford, J. Davidio, R. Adorno re: Byrne Review | BYRNE9769 | | |
|---|---|---|---|---|
| 100. | July 22, 2015 email K. Stith to R. Adorno re: Thinking | BYRNE5530 | Irrelevant Undue Prejudice FRE 401 403 | Relevant to retaliation claim. There is no danger of unfair prejudice. |
| 101. | April 13, 2015 emails re: Departmental Committee for Byrne tenure review | BYRNE6895-6897 | | |
| 102. | April 16, 2015 emails A. Hungerford, R. Adorno, J. Dovidio re: Susan Byrne preliminary materials and recommendations for dept review committee | BYRNE7654 | | |
| 103. | July 28, 2015 emails A. Hungerford, T. Gendler re: change in second outside committee member | BYRNE12904-12905 | | |

| | | | | |
|---|---|---|---|---|
| 104. | January 7, 2016 emails N. Valis, D. Neelans, R. Adorno re: Interfolio | BYRNE3746-3747 | | |
| 105. | November 2015 emails A. Hungerford, T. Gendler, J. Davidio, R. Adorno re: Byrne Review | BYRNE6178-6179 | Per 502(d) Order, we deem the email from Amy Hungerford 7:55 am as privileged | Defendant's last minute claim of privilege has no basis in the law. The document is an email between two non-attorney employees of Yale discussing a business decision. As such there is no basis for Defendant's assertion of privilege. |
| 106. | January 19, 2016 email T. Gendler to S. Byrne cc: J. Mangan, J. Dovidio re: update to recusal request | P42-43 | | |
| 107. | PP. 128-130 of Yale University Faculty Handbook dated 9/18/15 | BYRNE322-324 | | |
| 108. | April 26, 2015 email R. Adorno to K. Stith cc: J. Cabranes re: Susan Byrne preliminary | BYRNE12626 | | |

| | | | |
|---|---|---|---|
| | **materials and recommendations for dept review committee** | | | |
| 109. | **March 2, 2016 Appeal letter S. Byrne to B. Polak** | **BYRNE406-421** | | |
| 110. | **Yale Faculty of Arts and Sciences Steps for promotion to Associate Professor (or Professor) with Tenure** | **BYRNE12566-12576** | | |
| 111. | **February 2, 1015 Notes by N. Valis Internal Review Committee, Sue Byrne Tenure Promotion** | **BYRNE374-376** | | |
| 112. | **May 6, 2016 email R. Adorno to C. Smith cc: K. Zarra re: Confidential – Materials Requested** | **BYRNE8966-9030** | | |
| 113. | **Tenure Review February 2016 Summary Internal Review Committee for Sue Byrne Tenure Case** | **BYRNE9022-9025** | | |

| | | | | |
|---|---|---|---|---|
| 114. | S. Byrne tenure documents | BYRNE19287-19293 | Objection to 90-93 as hearsay, opinion, irrelevant, unduly prejudicial FRE 401, 403, 701, 802 | Relevant to breach of contract and retaliation claims. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. The evidence is based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice. |
| 115. | April 7, 2013 external review letter for S. Byrne, Bruce Burningham to R. Adorno | BYRNE3573-3576 | Irrelevant Undue Prejudice Opinion Hearsay FRE 401, 403, 701, 802 | Relevant to breach of contract claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 116. | December 15, 2015 external review letter for S. Byrne , Bruce Burningham to N. Valis | BYRNE3629-3633 | | |
| 117. | Notes from tenure deliberations and vote | BYRNE9059-9061 | | |

| | | | |
|---|---|---|---|
| | meeting: Susan Byrne February 9, 2016 | | | |
| 118. | February 28. 2013 external review letter for S. Byrne, Frederick A. de Armas to R. Adorno | BYRNE3568-3572 | Irrelevant Undue Prejudice, Hearsay, Opinion FRE 401, 403, 701, 802 | Relevant to breach of contract claim. There is no danger of unfair prejudice. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 119. | August 28, 2015 external review letter for S. Byrne, Frederick A. de Armas to N. Valis | BYRNE3621-3628 | | |
| 120. | Page 23 of Faculty Handbook – III Faculty Ranks, Appointments, and Policies: University – Wide | BYRNE217 | | |
| 121. | April 14, 2016 Letters to R. Adorno, R. Gonzalez Echevarria, T. Gendler, N. Valis from C. Smith | BYRNE9674-9677 | | |

| | | | | |
|---|---|---|---|---|
| | re: B. Polak decision appoint Review Committee review S. Byrne complaint | | | |
| 122. | N. Valis Notes on May 24, 2016 Meeting with SB Tenure Review Panel | BYRNE483-487 | Irrelevant Hearsay Opinion Undue Prejudice FRE 401, 403, 701, 802 | Relevant to retaliation and breach of contract claims. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. There is no danger of unfair prejudice. |
| 123. | July 25, 2016 letter to B. Polak from members of the Review Committee attach report | BYRNE446-451 | | |
| 124. | July 25, 2016 letter to B. Polak from members of the Review Committee attach report | P633-638 | | |
| 125. | August 23, 2016 letter to S. Byrne from B. Polak re: decision of | P709 | | |

| | | | |
|---|---|---|---|
| | complaint and report of Review Committee | | | |
| 126. | July 29, 2016 email A. Menon to R. Gonzalez Echevarria cc: T. Gendler, B. Polak, D. Post, S. Spangler, K. Stith, M. Addington, M. Della Rocca, J. Resnik, M. Solomon, A. Swersey re: Confidential UWC attach Notice of Decision – Echevarria | BYRNE18153-18157 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 127. | August 2, 2016 email R. Gonzalez Echevarria to A. Menon, cc: K. Stith re: Appeal | BYRNE18174 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 128. | August 24, 2016 email A. Menon to K. Stith, cc: R. Gonzalez Echevarria, D. Post re: FW: Confidential and Personal Communication attach Echevarria | BYRNE18214-18217 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |

| | | | |
|---|---|---|---|
| | Gonzalez 08.22.16 | | | |
| 129. | August 30, 2016 letter to R. Gonzalez Echevarria from B. Polak re: decision suspend | BYRNE18461 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 130. | January 4, 2017 letter to R. Gonzalez Echevarria from B. Polak re: met training requirements | BYRNE18382 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 131. | September 14, 2016 email A. Hungerford to Department Community re: Important department update: Spanish and Portuguese | P5886-5887 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 132. | February 19, 2016 email D. Post to M. Berkman cc: I. Danilowitz, A. Menon re: UWC Fact Finder | BYRNE17481 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 133. | August 26, 2010 letter R. Adorno to S. Byrne re: third year review | P2729 | Irrelevant (remote in time), undue prejudice FRE 401, 403 | Relevant to breach of contract and negligent misrepresentation claims. There is no |

| | | | | danger of unfair prejudice. |
|---|---|---|---|---|
| 134. | September 12, 2013 email R. Adorno to E. Bakemeier, M. Miller re: A crunch in Span/Port 2014-15 | BYRNE10717 | | |
| 135. | October 22, 2014 email J. Mangan to M. Miller re: FW: Associate Professor Leave of Absence for Sue Byrne, AY 2014 | BYRNE16845 | | |
| 136. | September 30, 2013 email R. Adorno to M. Miller re: Resending report on BYRNE APL proposal | BYRNE12860-12861 | | |
| 137. | Draft letter K. Stith to Alex re: ongoing violation of rights | BYRNE17072-76 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |
| 138. | March 9, 2016 emails S. Byrne, M. Berkman re: Confidential UWC investigation | P5776-5777 | Objection: See Defendant's Motion in Limine | See Plaintiff's Objection to Defendant's Motion in Limine |

| | | | | |
|---|---|---|---|---|
| 139. | June 1, 2015 Memo R. Adorno to B. Goren, J. Thomas re: Byrne accusation of Adorno RE source of anonymous letter | BYRNE15789-15794 | Irrelevant Hearsay Opinion Best Evidence FRE 401, 701, 802, 1002 | Relevant to breach of contract and retaliation claims. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. The evidence is based on witness perception and aids in the determination of a fact in dispute. Document was produced by Yale in discovery. |
| 140. | December 18, 2015 emails K. Stith, N. Valis re: Phone call? | BYRNE12703 | Irrelevant FRE 401 | Relevant to retaliation claim and retaliatory animus. |
| 141. | S. Byrne Non-Tenure Department Case Summary | BYRNE3397-3417 | | |
| 142. | May 2015 emails R. Adorno, R. Harrison re: Monday | BYRNE6829-6830 | Irrelevant Hearsay FRE 401, 802 | Relevant to retaliation claims. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 143. | April 2, 2015 email J. Mangan to S. Byrne cc: T. Gendler re: In response to | P1173 | | |

| | | | |
|---|---|---|---|
| | your recent letter | | | |
| 144. | July 24, 2015 emails S. Byrne, T. Gendler, J. Davidio, J. Mangan, A. Hungerford, re: response to your letter | P1367-1368 | | |
| 145. | July 17, 2016 email M. Della Rocca to Panel Members | BYRNE18525-18526 | **Objection: See Defendant's Motion in Limine** | **See Plaintiff's Objection to Defendant's Motion in Limine** |
| 146. | Draft 12/14/15 Outline Ladder Faculty | BYRNE18948-18951 | **Objection: See Defendant's Motion in Limine Also: Irrelevant Hearsay FRE 401, 403** | **Relevant to breach of contract and negligent misrepresentation claims. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. There is no danger of unfair prejudice.** |
| 147. | April 15, 2015 letter to S. Byrne from R. Adorno re: request materials | BYRNE6209 | | |
| 148. | March 4, 2016 email from J. Dovidioto S. Byrne | BYRNE013105-BYRNE013107 | | |
| 149. | March 24, 2015 email from B. | BYRNE006881 | | |

| | | | |
|---|---|---|---|
| | Polak to Spanish & Portuguese Department Faculty re: review of climate | | | |
| 150. | March 24, 2015 email from R. Adorno to B. Polak attaching memo re: climate review | BYRNE003856-BYRNE003859 | | |
| 151. | April 8, 2015 email from R. Adorno to K. Stith, J. Cabranes, R. Echevarria, N. Valis | BYRNE003788-BYRNE003790 | Objection: See Defendant's Motion in Limine Also: Irrelevant FRE 401 | Relevant to retaliation claim and retaliatory animus, |
| 152. | March 4, 2016 letter from J. Parenteau to B. Polak re: S. Byrne representation | BYRNE14347-BYRNE14349 | Irrelevant Hearsay Undue Prejudice FRE 401, 403, 802 | Relevant to breach of contract and retaliation claim. There is no danger of unfair prejudice. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 153. | August 2, 2016 letter from J. Getman to R. Echevarria re: opinion letter sexual misconduct | BYRNE018258-BYRNE018262 | Objection: See Defendant's Motion in Limine | |
| 154. | October 17, 2014 letter from R. Echevarria to R. | BYRNE005111-BYRNE005112 | | |

| | | | |
|---|---|---|---|
| | Adorno re: meeting with S. Byrne | | | |
| 155. | March 25, 2015 Email from N. Valis to R. Adorno re: newspaper article | BYRNE004667 | | |
| 156. | April 12, 2015 Email from K. Stith to R. Adorno re: draft reply to recusal request | BYRNE004422 | Objection: See Defendant's Motion in Limine Also: Irrelevant Opinion FRE 401, 701 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 157. | April 19, 2015 Email from K. Stith to R. Adorno re: topics to discuss | BYRNE004520 | Objection: See Defendant's Motion in Limine Also: Irrelevant Opinion FRE 401, 701 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 158. | Wikipedia – Roberto Echevarria – January 20, 2016 | BYRNE0017439 - BYRNE0017440 | Objection: See Defendant's Motion in Limine Also: Irrelevant Hearsay FRE 401, 802 | Relevant to retaliation claim – causation and retaliatory animus. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 159. | Wikipedia – Roberto | BYRNE017441- BYRNE017442 | Objection: See Defendant's Motion in Limine | Relevant to retaliation claim – causation and retaliatory animus. |

| | | | Also:<br>Irrelevant<br>Hearsay FRE<br>401, 802 | This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
|---|---|---|---|---|
| 160. | Wikipedia –<br>Roberto<br>Echevarria –<br>February 3, 2016 | BYRNE017443-<br>BYRNE017444 | Objection: See Defendant's Motion in Limine<br>Also:<br>Irrelevant Hearsay FRE 401, 802 | Relevant to retaliation claim – causation and retaliatory animus. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 161. | August 21, 2015 email from A. Hungerford to R. Adorno re: meeting to discuss S. Byrne case | BYRNE006107-<br>BYRNE006108 | Irrelevant FRE 401 | Relevant to breach of contract and retaliation claim. |
| 162. | July 6, 2015 Email from A. Hungerford to J. Dovidiore: S. Byrne committee | BYRNE006113-<br>BYRNE006114 | | |
| 163. | July 27, 2015 Email from N. Valis to A. Hungerford re: recusal request | BYRNE004435-<br>BYRNE004438 | | |
| 164. | November 10, 2015 letter from K. Stith to A. Dreier re: S. | BYRNE017072-<br>BYRNE017076 | Irrelevant Undue Prejudice FRE 401, 403 | Relevant to retaliation claim. There is no danger of unfair prejudice. |

| | Byrne recusal request | | | |
|---|---|---|---|---|
| 165. | Timeline | BYRNE014488-BYRNE014496 | Irrelevant Undue Prejudice FRE 401, 403, 1002 | Relevant to retaliation claim. There is no danger of unfair prejudice. Document was produced by Yale in discovery. |
| 166. | April 27, 2015 Emails between K. Stith and R. Adorno re: S. Byrne preliminary materials | BYRNE012625-BYRNE012634 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 167. | May 1, 2015 Emails between K. Stith and R. Adorno re: climate review | BYRNE006006 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 168. | July 15, 2015 Email from R. Adorno to K. Stith re: anonymous letter | BYRNE004847 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |

| | | | | |
|---|---|---|---|---|
| 169. | July 23, 2015 Email from K. Stith to R. Adorno re: Jose suggestions | BYRNE012667 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 170. | March 1, 2016 Email from S. Byrne to S. Spangler re: meeting | BYRNE018752-BYRNE018759 | Objection: See Defendant's Motion in Limine | |
| 171. | February 12, 2016 Email from C. Jacobs to S. Spangler, et al re: Roberto | BYRNE018775-BYRNE018778 | Objection: See Defendant's Motion in Limine | |
| 172. | Dept. of Spanish and Portuguese Action Plan Review of Departmental Climate | BYRNE018845 | Irrelevant Undue Prejudice FRE 401 403 | Relevant to retaliation claim. There is no danger of unfair prejudice. |
| 173. | March 8, 2016 Email from L. Guarino to S. Spangler re: S. Byrne grievance | BYRNE009151-BYRNE009165 | Objection: See Defendant's Motion in Limine Also: Irrelevant FRE 401 | Relevant to breach of contract and retaliation claims. |
| 174. | December 3, 2015 Note re: Call with K. Poole | BYRNE018767-BYRNE018772 | Objection: See Defendant's Motion in Limine Also: Hearsay FRE 802 | This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |

| 175. | March 9, 2016 Email from L. Guarino to S. Spangler fwd: J. Parenteau letter | BYRNE009166-BYRNE009170 | Irrelevant Hearsay Undue Prejudice FRE 401, 403, 802 | Relevant to breach of contract and retaliation claims. There is no danger of unfair prejudice. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
|---|---|---|---|---|
| 176. | March 16, 2016 Email from S. Spangler to REDACTED re: confidentiality agreement | BYRNE018255-BYRNE018257 | Objection: See Defendant's Motion in Limine Also: Hearsay, Irrelevant, Undue Prejudice FRE 401, 403, 802 | This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. Relevant to breach of contract and retaliation claims. There is no danger of unfair prejudice. |
| 177. | Chart re: Tenure Appointments Promotions Committee 2012-13 | BYRNE017239 | Irrelevant 401 | Relevant to breach of contract and negligent misrepresentation claims. |
| 178. | July 28, 2015 Email forwarded by N. Valis re: G. Mazzotta | BYRNE011167-BYRNE011168 | | |
| 179. | February 9, 2016 Notes by N. Valis re: Senior Faculty meeting for S. Byrne tenure case | BYRNE009051-BYRNE009057 | | |
| 180. | October 9, 2015 Earique Garcia | BYRNE003640-BYRNE03641 | | |

| | | | |
|---|---|---|---|
| | Santo-Tomas review letter re: S. Byrne | | | |
| 181. | December 15, 2015 A. Weber review letter re: S. Byrne | BYRNE003650-BYRNE003653 | | |
| 182. | December 15, 2015 A. Cascardi review letter re: S. Byrne | BYRNE003618-BYRNE003620 | | |
| 183. | December 18, 2015 Mary Malcolm Gaylord review letter re: S. Byrne | BYRNE003642-BYRNE003643 | | |
| 184. | December 26, 2015 R. Folger review letter re: S. Byrne | BYRNE003634-BYRNE003639 | | |
| 185. | January 1, 2016 P. Grieve review letter re: S. Byrne | BYRNE00644-00649 | | |
| 186. | D. Jackson handwritten notes | BYRNE017252 | | |
| 187. | May 10, 2016 Email from K. Zarra to S. Wilkinson, et al re: review committee interview update | BYRNE009261-BYRNE009262 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation and retaliation claims. |
| 188. | November 19, 2015 Email from K. Trumpener to | BYRNE018797-BYRNE018798 | Irrelevant Undue Prejudice | Relevant to retaliation claim. There is no danger |

| | | | |
|---|---|---|---|
| | S. Spangler re: Recap | | Opinion Hearsay FRE 401, 403, 701, 802 | of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 189. | March 7, 2016 handwritten notes | BYRNE017240-BYRNE017241 | Objection: See Defendant's Motion in Limine | |
| 190. | Handwritten notes | BYRNE017247-BYRNE017254 | | |
| 191. | March 15, 2016 Email from REDACTED to M. Berkman, et al re: clarification of confidentiality agreement | BYRNE018801-BYRNE018802 | Objection: See Defendant's Motion in Limine | |
| 192. | Notes re: S. Byrne promoted to AP on term in May 2013 | BYRNE018933-BYRNE018946 | Irrelevant Hearsay FRE 401, 802 | Relevant to breach of contract and negligent misrepresentation claim. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |

| 193. | February 11, 2015 Confidential Memo from R. Adorno to T. Gendler | BYRNE016530-BYRNE16538 | Irrelevant Best Evidence Hearsay FRE 401, 802, 1002 | Relevant to retaliation and breach of contract. |
|---|---|---|---|---|
| 194. | April 20, 2015 Email from S. Byrne to J. Dovidiore: recusal and climate review | BYRNE008422-BYRNE008423 | | |
| 195. | July 2, 2015 Email from T. Gendler to A. Hungerford, et al re: S. Byrne case | BYRNE007977 | | |
| 196. | November 6, 2015 Email from S. Byrne to T. Gendler, et al re: status of recusal request | BYRNE008432-BYRNE008433 | | |
| 197. | August 23, 2016 Email from B. Polak to T. Gendler re: grievance response | BYRNE009243-BYRNE009245 | Objection to last page as irrelevant, Opinion, undue prejudice FRE 401, 403, 701 | Document is Exhibit VG on Defendant's Exhibit List. Relevant to retaliation and breach of contract claims. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |

| 198. | December 10, 2015 Email exchange between R. Adorno and N. Valis | BYRNE012184-BYRNE012196 | Irrelevant Opinion Hearsay Undue Prejudice Best Evidence FRE 401, 403, 701, 802, 1002 | Relevant to retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. This is a complete document produced by Yale in discovery. |
|---|---|---|---|---|
| 199. | April 26, 2016 Email from R. Adorno to K. Stith, et al re: S. Byrne preliminary materials | BYRNE012654 | Irrelevant Opinion Undue Prejudice FRE 401, 403, 701 | Relevant to retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 200. | May 6, 2015 email from R. Adorno to R. Harrison re: Monday | BYRNE006829 | Irrelevant Opinion Undue Prejudice Hearsay FRE 401, 403, 701, 802 | |
| 201. | Notes from R. Adorno's meeting with Tenure Appeals Review | BYRNE000480-BYRNE000482 | | |

| | | | | |
|---|---|---|---|---|
| | Committee July 7, 2016 | | | |
| 202. | November 15, 2014 Email from N. Valis to R. Adorno re: S. Byrne APL proposal | BYRNE007283-BYRNE007285 | Irrelevant FRE 401 | Relevant to breach of contract claim. |
| 203. | July 23, 2015 Email from R. Adorno to K. Stith re: notice to appear in court | BYRNE012594-BYRNE012596 | Irrelevant FRE 401 | Relevant to retaliation claim. |
| 204. | April 14, 2015 Email from R. Adorno to K. Stith, et al re: departmental review for S. Byrne tenure review | BYRNE012507-BYRNE012510 | Objection to most recent email (on 5097) as Irrelevant FRE 401 | Relevant to retaliation claim. |
| 205. | N. Valis Comments & Corrections to S. Byrne March 8, 2016 letter to B. Polak | BYRNE000436-BYRNE000445 | | |
| 206. | April 6, 2015 Email from N. Valis to R. Echevarria re: anonymous letter commentary | BYRNE003958-BYRNE003961 | Irrelevant Undue Prejudice FRE 401, 403 | Relevant to retaliation claim. There is no danger of unfair prejudice. |
| 207. | December 11, 2015 Email from J. Cabranes to | BYRNE003811-BYRNE003812 | Hearsay Irrelevant Opinion | Relevant to retaliation claim. There is no danger |

| | | | |
|---|---|---|---|
| | R. Adorno, et al re: suggestions | | **Undue Prejudice FRE 401, 403, 701, 802** | of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 208. | July 26, 2014 Email from R. Adorno to T. Gendler re: Tenure Review | BYRNE004812 | | |
| 209. | April 29, 2014 Email from A. Gonzalez to Mary re: Chair of Spanish and Portuguese | BYRNE003146 | **Irrelevant Undue Prejudice FRE 401, 403** | **Relevant to retaliation claim. There is no danger of unfair prejudice.** |
| 210. | UWC Case Checklist | BYRNE019286 | **Objection: See Defendant's Motion in Limine** | |
| 211. | November 18-12, 2, 2015 email exchange Schirmeister, Adorno, Valis Rose, Allegra, Byrne re: follow-up on Mondays meeting - polices and procedures of graduate students on | Byrne004670 – Byrne004675 | **Irrelevant FRE 401** | **Relevant to retaliation and breach of contract claims.** |

| | | | |
|---|---|---|---|
| | **Graduate Studies Committee allowed vote on curriculum** | | | |
| 212. | **Memo to FAS Department and Programs Chairs re: details on procedures for leaves for non-tenured faculty** | **Byrne004815 – Byrne004816** | **Irrelevant FRE 401** | **Relevant to retaliation claim.** |
| 213. | **October 29, 2014 email/memo to FAS chairs from Gendler and Vanderlick re: Reminder: Procedures for tenure-track faculty leaves 2015-2016** | **Byrne005099 – Byrne005100** | | |
| 214. | **December 17, 2014 email exchange between Byrne and ADorno re: Procedures for tenure-track faculty leave 2015-16** | **Byrne005083 – Byrne005085** | | |
| 215. | **October 29, 2014 email to Recipient list re: Request for leave of absence 2015-16** | **Byrne005101** | **Irrelevant FRE 401** | **Relevant to retaliation claim** |

| | | | |
|---|---|---|---|
| 216. | July 24, 2015 email Dovidio to Gendler re: list of things go over finalize | Byrne010386 | | |
| 217. | August 13, 2015 email Dovidio to Byrne re: response to your questions about tenure procedures-climate review ongoing | Byrne005657 | | |
| 218. | March 30, 2015 letter Adorno to Byrne re: penultimate year, tenure review | Byrne005367 – Byrne005370 | | |
| 219. | Intentionally Omitted | | | |
| 220. | February 11, 2016 email exchange between Valis and Dovidio re: vote form for Byrne loaded on Interfolio | Byrne05654 | | |
| 221. | July 26 & 27, 2015  email exchange between Valis and Hungerford re requests for committee; | Byrne005813 – Byrne005816 | | |

| | | | |
|---|---|---|---|
| | **Adorno recusal reference** | | |
| 222. | **July 26 & 27, 2015 email exchange between Valis and Hungerford re requests for committee; Adorno recusal reference** | **Byrne005817 – Byrne005820** | |
| 223. | **March 23, 2015 Hungerford email to Bosward and Dovidio email re: urgent: handout materials needed for 9am meeting** | **Byrne014366 – Byrne014393** | |
| 224. | **February 15, 2016 letter Valis to Byrne vote unfavorable, scholarship concerns** | **Byrne005939** | |
| 225. | **December 24, 2015 Dovidio to Byrne re: voting policies** | **Byrne010351 – Byrne010352** | |
| 226. | **July 27, 2015 email Dovidio to Hungerford, Gendler fwd Byrne preliminary** | **Byrne014291** | |

| | | | |
|---|---|---|---|
| | materials and deadlines | | | |
| 227. | Notes on Adorno May 31, 2016 meeting w/tenure appeals review committee | Byrne000468 – Byrne000475 | Irrelevant Best Evidence Opinion Undue Prejudice Hearsay FRE 401, 403, 701, 802, 1002 | Relevant to retaliation claim. This is a complete document produced by Yale in discovery. There is no danger of unfair prejudice. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 228. | February 8, 2015 email exchange between Adorno and Valis re: calendar of events 2013-2015 | Byrne004535 | Best Evidence Irrelevant FRE 401 1002 | Relevant to retaliation and breach of contract claims. This is a complete document produced by Yale in discovery. |
| 229. | August 10, 2016 Byne letter to Polak re: committees findings | Byrne006068 – Byrne006070 | | |
| 230. | August 5, 2016 Adorno letter to Polak re: report of review committee | Byrne006073 – Byrne006075 | | |
| 231. | December 15, 2015 Bakemeier to Dovidio re 45 day clock | Byrne010689 – Byrne010690 | | |

| | | | | |
|---|---|---|---|---|
| 232. | July 25, 2016 email re: Report of FRC to Wilkinson to Smith attach final report | Byrne013054 - Byrne013061 | | |
| 233. | April 20, 2016 letter to Dorsey from Smith thank you for agreeing serve FRC, enclose policies | Byrne13000-37 | | |
| 234. | March 8, 2016 – Byrne tenure appeal | Byrne013001 – Byrne013030 | | |
| 235. | Byrne Documents and witnesses for Appeal 1, filed March 2, 106 | Byrne014138 – Byrne014140 | Irrelevant Best Evidence FRE 401, 1002 | Relevant to retaliation and breach of contract claims. This is a complete document produced by Yale in discovery. |
| 236. | Byrne Documents and Witnesses for Appeal 2 filed March 8, 2016 | Byrne013223 – Byrne013224 | Irrelevant Best Evidence FRE 401, 1002 | Relevant to retaliation and breach of contract claims. This is a complete document produced by Yale in discovery. |
| 237. | Byrne APL index | Byrne002950 – Byrne002952 | Best Evidence FRE 1002 | This is a complete document produced by Yale in discovery. |
| 238. | January 8, 2015 email exchange | Byrne005068 – Byrne005073 | | |

| | | | |
|---|---|---|---|
| | Dovidio, Byrne and Adorno re: Wednesday's meeting-summary of meeting | | | |
| 239. | January 8, 2015 email exchange Dovidio, Byrne and Adorno re: Wednesday's meeting | Byrne005074 – Byrne005079 | | |
| 240. | February 6, 2015 Minutes of departmental committee meeting to evaluate Byrne 4th and final APL research proposal | Byrne016492 – Byrne016497 | | |
| 241. | January 7, 2015 meeting summary provided by Dovidio accepted by Byrne and Adorno | Byrne016488 – Byrne016489 | | |
| 242. | November 3, 2014 Byrne APL proposal | Byrne016465 – Byrne016487 | | |
| 243. | November 6, 2014 letter to Gendler from Adorno forward | Byrne016458 – Byrne016459 | | |

| | | | |
|---|---|---|---|
| | APL research proposal | | |
| 244. | November 6, 2014 email Adorno to Gendler re: Byrne APL leave proposal and related docs | Byrne005108 – Byrne005110 | |
| 245. | January 9, 2015 email exchange Davidio, Adorno and Byrne re: meeting of 1_7_15- version summary | Byrne005986 – Byrne005987 | |
| 246. | Byrne APL Request | Byrne005392 - Byrne005401 | |
| 247. | December 12, 2014 email exchange between Byrne and Mangan re: interview | Byrne006025 – Byrne006027 | |
| 248. | November 17, 25, 26, 2014 email exchange between Byrne, Dovidio and Mangan Re: APL research proposal | Byrne006030 – Byrne006032 | |
| 249. | October 21 & 22, 2014 email exchange between | Byrne006009 – Byrne006010 | Irrelevant Opinion FRE 401, 701 | Relevant to breach of contract and retaliation claims. The evidence is |

| | | | | |
|---|---|---|---|---|
| | Davidio, Mangan, Bakemeier re: Leave proposal issues | | | based on witness perception and aids in the determination of a fact in dispute. |
| 250. | January 24, 2015 email Byrne to Adorno re: my new APL leave proposal | Byrne005997 | | |
| 251. | November 17, 2014 Adorno email to Byrne re: APL research proposal | Byrne006014 – Byrne006015 | | |
| 252. | December 3, 2014 Dovidio and Adorno emails re: Byrne leave proposal | Byrne006033 – Byrne006034 | | |
| 253. | October 30, 2014 emails Mangan to Byrne re: Quick follow up-any new developments APL | Byrne006046 – Byrne006047 | | |
| 254. | February 4 & 5, 2015 emails Adorno, RGE, and Valis re: Committee meeting | Byrne007328 – Byrne007329 | Irrelevant Undue Prejudice FRE 401, 403 | Relevant to breach of contract and retaliation claims. There is no danger of unfair prejudice. |
| 255. | December 29, 2014 Dovidio to Adorno re: | Byrne012761 | | |

| | | | |
|---|---|---|---|
| | **Byrne APL another chance** | | |
| 256. | **October 18, 2014 Byrne response to Adorno recent memo** | **Byrne015904 – Byrne015906** | |
| 257. | **January 24, 2015 email Byrne to Adorno re: my new APL leave proposal** | **Byrne005994 – Byrne005996** | |
| 258. | **November 24, 2014 Adorno and Dovidio email exchange** | **Byrne005098** | |
| 259. | **November 23, 2014 Dovidio email to Gendler re: Byrne APL extension** | **Byrne009522** | |
| 260. | **October 16 & 17, 2014 Adorno and Byrne email exchange re: committee meeting re: Byrne APL** | **Byrne013361 – Byrne013362** | |
| 261. | **April 1, 2015 letter Byrne to Adorno recusal request** | **Byrne005224 – Byrne005226** | |
| 262. | **April 2, 2015 email exchange Gendler, Mangan, Dovidio, Byrne** | **Byrne008417** | |

| | | | |
|---|---|---|---|
| | re: in response to your recent letter | | | |
| 263. | April 13, 2015 Adorno to Byrne re: Reply to S Byrne letter of 04 01 15 | Byrne014298 – Byrne014299 | | |
| 264. | August 12, 2015 email exchange between Hungerford, Valis and Dovidio re: fw: tenure dossier and re: External referees | Byrne006125 – Byrne006128 | | |
| 265. | April 30, 2015 Adorno email to Stith re: Progress report | Byrne012526 – Byrne012527 | Irrelevant Best Evidence FRE 401, 1002 | Relevant to retaliation claim. This is a complete document produced by Yale in discovery. |
| 266. | Adorno submission to committee – Other version | Byrne014501 – Byrne014904 | Irrelevant Hearsay Best Evidence Undue Prejudice FRE 401, 403, 802, 1002 | Relevant to retaliation claim and retaliatory animus. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. There is no danger of unfair prejudice. |

| 267. | Adorno submission to committee – other version | Byrne014905 – Byrne015339 | Irrelevant Hearsay Best Evidence Undue Prejudice FRE 401, 403, 802, 1002 | Relevant to retaliation claim and retaliatory animus. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. There is no danger of unfair prejudice. |
|------|------|------|------|------|
| 268. | Adorno submission to committee – Final | Byrne015340 – Byrne15774 | Irrelevant Hearsay Best Evidence Undue Prejudice FRE 401, 403, 802, 1002 | Relevant to retaliation claim and retaliatory animus. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. There is no danger of unfair prejudice. |
| 269. | Adorno submission to committee – Other version | Byrne016050 – Byrne016451 | Irrelevant Hearsay Best Evidence Undue Prejudice FRE 401, 403, 802, 1002 | Relevant to retaliation claim and retaliatory animus. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception |

| | | | to the hearsay rule. There is no danger of unfair prejudice. |
|---|---|---|---|
| 270. | Adorno submission to committee – Other version | Byrne016452 – Byrne016453 | Irrelevant Hearsay Best Evidence Undue Prejudice FRE 401, 403, 802, 1002 | Relevant to retaliation claim and retaliatory animus. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. There is no danger of unfair prejudice. |
| 271. | July 12, 2015 draft memo Adorno to Goren/Thomas re: Climate Review – Summary of the facts | Byrne016556 – Byrne016566 | Objection: See Defendant's Motion in Limine | |
| 272. | May 12, 2015 memo Adorno to Goren/Thomas re: Sue Byrne's November 7, 2014, APL Research Proposal | Byrne016518 – Byrne016529 | Objection – cover memo is irrelevant, best evidence, FRE 401, 1002; reminder is cumulative, duplicative | Relevant to retaliation claim. This is a complete document produced by Yale in discovery. |
| 273. | May 12, 2015 Memorandum of pertinent departmental | Byrne016498 – Byrne016517 | Hearsay Irrelevant Best Evidence Undue | Relevant to breach of contract and retaliation claims. This evidence is not |

| | | | |
|---|---|---|---|
| | events for the years 2013, 2014, and 2015 | | Prejudice FRE 401, 402 802, 1002 | inadmissible hearsay, or falls within an exception to the hearsay rule. This is a complete document produced by Yale in discovery – to avoid objections based on incomplete exhibits, Plaintiff is producing the entire memo as drafted and produced. There is no danger of unfair prejudice. |
| 274. | May 12, 2015 Memo to Goren/Thomas from RA re: Sue Byrne Request for Recusal of Adorno and RGE from tenure consideration | Byrne015923 – Byrne015930 | Objection – cover memo is irrelevant, best evidence FRE 401, 1002; remainder is cumulative, duplicative | Relevant to breach of contract and retaliation claims. This is a complete document produced by Yale in discovery – to avoid objections based on incomplete exhibits, Plaintiff is producing the entire memo as drafted and produced. |
| 275. | May 12, 2015 Memo Adorno to Goren/Thomas re: Sue Byrne's November 7, 2014 APL | Byrne015911 – Byrne015922 | Objection – cover memo is irrelevant, best evidence FRE 401, 1002; | Relevant to breach of contract and retaliation claims. This is a complete document produced by Yale in |

| | | | |
|---|---|---|---|
| | research proposal | | remainder is cumulative, duplicative | discovery – to avoid objections based on incomplete exhibits, Plaintiff is producing the entire memo as drafted and produced. |
| 276. | May 12, 2015 Memo Adorno to Goren/Thomas re: "Climate" | Byrne15907 – Byrne15910 | Objection – cover memo is irrelevant, best evidence FRE 401, 1002; remainder is cumulative, duplicative | Relevant to breach of contract and retaliation claims. This is a complete document produced by Yale in discovery – to avoid objections based on incomplete exhibits, Plaintiff is producing the entire memo as drafted and produced. |
| 277. | July 6, 2015 Adorno memo to Goren/Thomas re: Administrative actions | Bryne016046 – Bryne016049 | Irrelevant Best Evidence Hearsay FRE 401, 802, 1002 | Relevant to retaliation claims. This is a complete document produced by Yale in discovery. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 278. | March 27, 2015 email from Office of Provost | Byrne008404 | | |

| | | | |
|---|---|---|---|
| | to Members of Ladder Faculty in Dept. re: Department Climate Review | | | |
| 279. | Intentionally Omitted | | | |
| 280. | April 12, 2015 emails re: Adorno draft reply of 04 12 15 to Byrne recusal request of 04 01 15 | Byrne012978 – Byrne012979 | Hearsay Irrelevant Opinion Undue Prejudice FRE 401, 403, 701, 802 | This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. Relevant to retaliation and breach of contract claims. The evidence is based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice. |
| 281. | July 6, 2015 email Dovidioto Hungerford re: SPORT review status and Byrne case | Byrne012105 | | |
| 282. | December 14, 2014 Dovidio email to Mangan | Byrne012866 – Byrne012867 | Irrelevant FRE 401 | Relevant to breach of contract claim. |
| 283. | January 6, 2016 email from Pamela Bosward | Byrne012941 – Byrne012946 | Irrelevant Undue Prejudice Hearsay FRE 401, 403, 802 | Relevant to retaliation claim. There is no danger of unfair prejudice. This evidence is not |

| | | | |
|---|---|---|---|
| | re: FAS steering attach agenda | | | inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 284. | Meeting of the Senior Faculty of the Department of Spanish and Portuguese Byrne Tenure Promotion Case February 9, 2016 Notes by Valis | BYRNE399-BYRNE405 | | |
| 285. | December 17, 2015 emails re: Additional Document has been added to Byrne Interfolio | BYRNE003689 | | |
| 286. | January 8, 2016 email from Valis to Jackson, Mazzotta and Bloch re: Interfolio | BYRNE003734-BYRNE003735 | | |
| 287. | July 30, 2015 emails from Hungerford to Valis re: Byrne review committee | BYRNE007735-BYRNE007736 | | |
| 288. | July 29, 2015 email from Hungerford to Bloch re: Request | BYRNE006139-BYRNE006153 | | |

| | | | |
|---|---|---|---|
| | **regarding tenure review in Spanish and Portuguese** | | | |
| 289. | **February 10 & 11, 2016 emails from Valis to Bloch re: Meeting** | **BYRNE006351** | | |
| 290. | **July 29, 2015 email re: Request regarding tenure review in Spanish and Portuguese** | **BYRNE007759-BYRNE007760** | | |
| 291. | **August 28, 2015 email re: book delivery?** | **BYRNE007693-BYRNE007694** | | |
| 292. | **July 29, 2015 email re: Notification** | **BYRNE007752-BYRNE007753** | | |
| 293. | **August 14 & 15, 2015 emails re: thanks** | **BYRNE007997-BYRNE007998** | | |
| 294. | **March 4, 2016 Email from Dovidio to Byrne responding to request re statistics** | **BYRNE9733-9735** | | |
| 295. | **Summary Internal Review Committee for Byrne Tenure** | **BYRNE009023-BYRNE009024** | | |

| | | | |
|---|---|---|---|
| | Case (Feb. 9, 2016) | | | |
| 296. | Notes from tenure deliberation and vote meeting: Byrne Tuesday, February 9, 2016 | BYRNE009059-BYRNE009061 | | |
| 297. | August 23, 2016 letter to Gendler from Polak re: convey decision recommendations | BYRNE009244-BYRNE009245 | | |
| 298. | July 6, 2016 emails Wilkinson re: request | BYRNE009306-BYRNE009308 | | |
| 299. | May 9 & 10, 2016 emails Wilkinson re: schedule this Thursday-Fri | BYRNE009309-BYRNE009310 | | |
| 300. | June 2, 2016 emails | BYRNE010776-BYRNE010777 | | |
| 301. | The Report of the Faculty of Arts and Sciences Tenure and Appointments Policy Committee | BYRNE017291-BYRNE017313 | | |

| | | | |
|---|---|---|---|
| 302. | May 2015, May 2016 Salary letters | BYRNE000008 – BYRNE000009 | |
| 303. | Intentionally Omitted | | |
| 304. | January 12 & 19, 2016 email exchange re: update to recusal request | BYRNE000466 – BYRNE000467 | |
| 305. | April 2, 2015 email exchange between Mangan and Byrne re: In response to your recent letter | BYRNE006210 – BYRNE006211 | |
| 306. | April 2, 2015 email Mangan to Byrne cc: Gendler re: in response to your recent letter | BYRNE008414 | |
| 307. | April 13, 2015 email Byrne to Mangan | BYRNE008418 – BYRNE008419 | |
| 308. | July 16, 2015 letter Byrne to Gendler tenure package due 1 month, any progress | BYRNE008425 | |
| 309. | April 13, 2015 email exchange re: Reply to S | BYRNE007757 – BYRNE007758 | |

| | | | |
|---|---|---|---|
| | Byrne letter of 04 01 15 | | | |
| 310. | January 12, 2015 email exchange re: update to recusal request | BYRNE008446 – BYRNE008447 | | |
| 311. | July 16, 2015 letter Byrne to Gendler 1 month turning in materials | BYRNE006012 | | |
| 312. | July 27, 2015 email Hungerford to Gendler | BYRNE011039 – BYRNE011040 | | |
| 313. | July 27, 2015 Hungerford to Gendler forward email exchange re Request: tenure review in Spanish and Portuguese | BYRNE011042 – BYRNE011044 | | |
| 314. | July 27, 2015 Hungerford to Gendler forward email exchange | BYRNE011226 – BYRNE01129 | | |
| 315. | February 15, 29016 email Valis to Dovidio and Gendler re: delivered outcome to Byrne | BYRNE003688 | | |
| 316. | November 11, 2015 email | BYRNE008434 | | |

| | | | |
|---|---|---|---|
| | **Gendler to Byrne re: update- know anxiously awaiting decision** | | | |
| 317. | **January 19, 2016 email exchange re: review procedures** | **BYRNE004319 – BYRNE004321** | | |
| 318. | **January 19, 2016 Gendler email re: review procedures** | **BYRNE0004411** | | |
| 319. | **April 13, 2015 Email exchange between Adorno and FAS Deans deans** | **BYRNE005239 – BYRNE005242** | | |
| 320. | **July 24, 2015 email Gendler to Valis, Byrne, Hungerford, Dovidio and Adorno re: Byrne Review** | **BYRNE005519** | | |
| 321. | **February 11, 2016 Valis to Gendler re: Form in Interfolio** | **BYRNE006279** | | |
| 322. | **July 24, 2015 email from Gendler to Valis and Byrne re: Byrne Review** | **BYRNE006482** | | |

| 323. | July 24, 2015 email from Gendler to Byrne re: response to your letters | BYRNE007632 | | |
|---|---|---|---|---|
| 324. | July 24, 2015 email exchange re: response to your letters | BYRNE007648 – BYRNE007649 | | |
| 325. | August 16, 2016 Smith to Gendler re: Byrne – technical question | BYRNE014172 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation and retaliation claims. |
| 326. | February 11, 2016 meeting request Dovidio and Gendler re: Byrne case | BYRNE010712 | | |
| 327. | Intentionally Omitted | | | |
| 328. | February 18, 2015 email from Gendler & Dovidio to FAS Chairs re: Tenure and Promotion Procedures | BYRNE006999 | | |
| 329. | July 24, 2015 Gendler and Byrne email exchange re: | BYRNE007765 – BYRNE007766 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation |

| | response to your letters | | | and retaliation claims. |
|---|---|---|---|---|
| 330. | August 16, 2016 email Smith to Gendler | BYRNE017155 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation and retaliation claims. |
| 331. | Fall Term 2014 letter to colleagues from Gendler | BYRNE014352 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation and retaliation claims. |
| 332. | July 22, 2015 email exchange- Gendler to Hungerford re: Sport update | BYRNE016864 – BYRNE016865 | | |
| 333. | July 27, 2015 email exchange – Dovidio fwd May 6, 2015 email from Dovidio to Adorno | BYRNE007652 – BYRNE007653 | | |
| 334. | Hungerford email exchange | BYRNE017139 – BYRNE017141 | | |
| 335. | March 31, 2015 and April 11 & 13, 2015 emails re: Departmental committee for Byrne tenure review | BYRNE014767 – BYRNE014768 | | |

| 336. | Intentionally Omitted | | | |
|---|---|---|---|---|
| 337. | March 3, 2016 email exchange re: Confidential Review Committee Interview Confirmed | BYRNE006064 – BYRNE006065 | | |
| 338. | July 29, 2016 email from Zarra to Gendler re: Confidential on behalf of Associate Provost Cynthia Smith | BYRNE014151 – BYRNE014152 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation and retaliation claim. |
| 339. | July 29, 2016 letter Smith to Gendler attach copy of report of findings of fact and conclusion opportunity submit written comments | BYRNE009139 | | |
| 340. | April 21, 2016 letter Smith to Gendler re: provost selected committee review Byrne complaint | BYRNE009269 | | |
| 341. | July 29, 2016 email to Gendler | BYRNE009133 – BYRNE009138 | | |

| | | | |
|---|---|---|---|
| | from Zarra re: Final Byrne FRC Committee Report of Findings of Fact and Conclusion | | | |
| 342. | April 26, 2015 Memo Adorno to Polak, Cooley, Gendler re: Dean Cooley's Friday, April 24, 2015 | BYRNE014661 – BYRNE014665 | Irrelevant Best Evidence Opinion FRE 401, 701, 1002 | Relevant to breach of contract and retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. This is a complete document produced by Yale in discovery. |
| 343. | February 11, 2015 Confidential Memo Adorno to Gendler re: Documentation | BYRNE014734 – BYRNE014759 | Irrelevant Best Evidence Opinion FRE 401, 701, 1002 | Relevant to breach of contract and retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. This is a complete document produced by Yale in discovery. |
| 344. | April 29, 2016 email from Zarra to Gendler and Dovidio re: CONFIDENTIAL REVIEW COMMITTEE REQUEST | BYRNE012980 – BYRNE012982 | Irrelevant FRE 401 | Relevant to breach of contract, negligent misrepresentation and retaliation claims. Deviation from decisionmaking |

| | | | | policies and procedures thereof can suggest pretext in the decision and appeal of the decisionmaking process. |
|---|---|---|---|---|
| 345. | April 24, 2015 email from Cooley to Adorno re: request | BYRNE015062 – BYRNE015064 | Irrelevant FRE 401 | Relevant to retaliation and breach of contract claims. |
| 346. | March 24, 2015 Memo Adorno to Polak, Cooley, Gendler re: requests and questions | BYRNE015483 – BYRNE015484 | | |
| 347. | November 6, 2014 letter to Gendler from Adorno re: Byrne APL proposal | BYRNE004864 – BYRNE004893 | | |
| 348. | February 9, 2015 email Adorno to Davidio, Gendler and Hendel re: Reasons | BYRNE009005 | | |
| 349. | February 23, 2015 emails Byrne to Dovidio re: APL news? | BYRNE009433 | | |
| 350. | November 10, 2015 Byrne emails Gendler | BYRNE012439 | | |

| | | | |
|---|---|---|---|
| | to Hungerford, Dovidio and Bakemeier re: Sue Bryne | | | |
| 351. | November 8, 2014 email Gendler to FAS Chairs re: Procedures for tenure-track faculty leaves 2015-16, memo re: details on procedures for leave applications | BYRNE009408 – BYRNE009409 | | |
| 352. | April 13, 2015 fwd Bakemeier to Hungerford re: FW: External Review Request Span-Port | BYRNE007659 – BYRNE007660 | | |
| 353. | March 23, 2015 Memo Adorno to Polak, Cooley, Gendler re: Department Discussion w/attachments | BYRNE018900 – BYRNE018932 | Irrelevant Undue Prejudice Opinion Hearsay FRE 401, 403, 701, 802 | Relevant to retaliation claim and retaliatory animus. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. |

| | | | |
|---|---|---|---|
| 354. | March 27, 2015 Cooley to Gendler re: FW: external Review Request Span-Port | BYRNE008308 – BYRNE008310 | | |
| 355. | Intentionally Omitted | | | |
| 356. | Intentionally Omitted | | | |
| 357. | July 21, 2015 emails between Gendler and Mary Miller re: quick confidential call | BYRNE016852 | | |
| 358. | April 15, 2015 email from Adorno to Polak, Cooley, Gendler re: Targeted vandalism | BYRNE015055 – BYRNE015056 | Irrelevant Undue Prejudice Best Evidence FRE 401, 403, 1002 | Relevant to retaliatory animus. There is no danger of unfair prejudice. This is a complete document produced by Yale in discovery. |
| 359. | April 16 & 23, 2015 email exchange re: A Prophecy Self-Fulfilled: Graduate Admissions Spanish 2015 | BYRNE015493 – BYRNE015494 | Irrelevant Undue Prejudice Opinion Hearsay Best Evidence FRE 401, 403, 701, 802, 1002 | Relevant to retaliatory animus and retaliation claim. There is no danger of unfair prejudice. The evidence is based on witness perception and aids in the determination of a fact in dispute. This is a complete document |

| | | | | produced by Yale in discovery. |
|---|---|---|---|---|
| 360. | April 14, 2015 email from Dovidio to Gendler, Mangan, Bakemeier, and Hunderford re: Confidential: In response to your recent letter- | BYRNE012908 – BYRNE012909 | Irrelevant FRE 401 | Relevant to retaliation claims and retaliatory animus. |
| 361. | February 18, 2016 email Menon to Polak, Gendler re: UWC procedures & formal complaint of sexual harassment | BYRNE017480 | Objection: See Defendant's Motion in Limine | |
| 362. | August 30, 2016 email Menon to RGE re: Confidential: UWC attach decision – August 30, 2016- | BYRNE018218 – BYRNE018219 | Objection: See Defendant's Motion in Limine | |
| 363. | August 10, 2016 Byrne letter to Polak re: July 25 report of Faculty Review Committee | BYRNE000458 – BYRNE000462 | | |
| 364. | February 14, 2016 email from Valis to Adorno | BYRNE003701 | Objection: See Defendant's | |

| | | | |
|---|---|---|---|
| | and Stith re: Fwd: article-found out own IP address | | Motion in Limine | |
| 365. | December 18, 2015 email from Valis to Stith re technical question? – forward chain of emails | BYRNE003709 – BYRNE003712 | Irrelevant FRE 401 | Relevant to retaliation claim |
| 366. | April 12, 2015 email from Adorno to Stith, Cabranes, RGE, Valis re: Adorno draft reply of 04 12 15 to Byrne recusal request | BYRNE003774-BYRNE003781 | Irrelevant FRE 401 | Relevant to retaliation claim and retaliatory animus. |
| 367. | April 1, 2015 email from Adorno to Stith, Cabranes, RGE, Valis re: Fwd: Review of academic and employment decisions | BYRNE003782 – BYRNE003787 | Irrelevant FRE 401 | Relevant to retaliation claim and retaliatory animus. |
| 368. | December 13, 2015 email exchange Adorno to Stith, Cabranes, Valis re: grad students complaints | BYRNE003872 – BYRNE003873 | Irrelevant FRE 401 | Relevant to retaliation claim and retaliatory animus. |

| | | | |
|---|---|---|---|
| | about sexual misconduct | | | |
| 369. | April 1, 7 & 8, 2015 emails from Adorno to Polak re: Review of academic and employment decision | BYRNE003890 – BYRNE003892 | Irrelevant Opinion FRE 401, 701 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 370. | December 13, 2015 email exchange re: preparing for Tuesday's (December 15, 2015) meeting | BYRNE003918 – BYRNE003922 | Opinion Hearsay Irrelevant Undue Prejudice FRE 401, 403, 701, 802 | Relevant to retaliation claim and retaliatory animus. This evidence is not inadmissible hearsay, or falls within an exception to the hearsay rule. The evidence is based on witness perception and aids in the determination of a fact in dispute. There is no danger of unfair prejudice. |
| 371. | April 1, 2015 email exchange re: reconsideration of Paulo Moreira | BYRNE003926 – BYRNE003932 | Opinion Irrelevant FRE 401, 701 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 372. | April 8, 2015 email from Adorno to Stith, Cabranes, RGE, and Valis re: Review of | BYRNE003933 – BYRNE003934 | Irrelevant FRE 401 | Relevant to retaliation claim and retaliatory animus. |

| | academic and employment decisions | | | |
|---|---|---|---|---|
| 373. | April 1, 2015 email from Adorno to Stith, Cabranes, & RGE re: Byrne demand for Adorno & RGE recusals on tenure consideration | BYRNE004144 - BYRNE004146 | Irrelevant Opinion FRE 401, 701 | Relevant to retaliation claim. The evidence is based on witness perception and aids in the determination of a fact in dispute. |
| 374. | December 11, 2015 email from Adorno to Valis and Stith re: Notes taken yesterday afternoon /evening | BYRNE004147 – BYRNE004150 | Emails are irrelevant (FRE 401), attachment is duplicative of 68 (see objection as irrelevant FRE 401) | Relevant to retaliation claim and retaliatory animus. Exhibit 374's attachment is an updated version of the attachment to Exhibit 68. |
| 375. | February 13, 2016 Adorno, Stith and Cabranes emails re: Tracking something of interest (IP addresses) | BYRNE004404 | Objection: See Defendant's Motion in Limine | |
| 376. | February 13, 2016 Adorno, Stith and Cabranes emails re: Tracking something of | BYRNE004405 | Objection: See Defendant's Motion in Limine | |

| | | | | |
|---|---|---|---|---|
| | interest (IP Addresses) | | | |
| 377. | February 13 & 14, 2016 Adorno fwd Byrne email to Stith, Valis and Byrne re: evaluations of writing samples | BYRNE004409 – BYRNE004410 | Objection: See Defendant's Motion in Limine | |
| 378. | February 11, 2016 Adorno email to Stith, Cabranes re: Today's assault on RGE (YDN) | BYRNE004415 – BYRNE004421 | Cover email is irrelevant, opinion (FRE 401, 701); news articles are hearsay (FRE 802) | Cover email is relevant to retaliation claim. The cover email is based on witness perception and aids in the determination of a fact in dispute. The news article is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 379. | April 12, 2015 Adorno draft reply of 04 12 15 to Byrne recusal request of 04 01 15 | BYRNE004424 – BYRNE004426 | Irrelevant FRE 401 | Relevant to retaliatory animus and retaliation claim. |
| 380. | March 31, 2013 evaluation letter of Byrne from A. Cruz | BYRNE003584- BYRNE003587 | Irrelevant Undue Prejudice Opinion Hearsay FRE 401, 403, 701, 802 | Relevant to retaliation claim and pretext – specifically the weaknesses, implausibilities, inconsistencies or contradictions offered by Defendant for its |

| | | | | |
|---|---|---|---|---|
| | | | | actions. There is no danger of unfair prejudice in this external evaluator letter.<br><br>The document/letter is based on witness perception and aids in the determination of a fact in dispute. This document/letter is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 381. | April 5, 2013 evaluation letter of Byrne from C. Ganelin | BYRNE003591-BYRNE003596 | Irrelevant<br>Undue<br>Prejudice<br>Opinion<br>Hearsay<br>FRE 401, 403, 701, 802 | Relevant to retaliation claim and pretext – specifically the weaknesses, implausibilities, inconsistencies or contradictions offered by Defendant for its actions. There is no danger of unfair prejudice in this external evaluator letter.<br><br>The document/letter is based on witness perception and aids in the determination of a fact in dispute. This |

| | | | | |
|---|---|---|---|---|
| | | | | document/letter is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 382. | March 28, 2013 evaluation letter of Byrne from E. Friedman | BYRNE003588-BYRNE003590 | Irrelevant Undue Prejudice Opinion Hearsay FRE 401, 403, 701, 802 | Relevant to retaliation claim and pretext – specifically the weaknesses, implausibilities, inconsistencies or contradictions offered by Defendant for its actions. There is no danger of unfair prejudice in this external evaluator letter. The document/letter is based on witness perception and aids in the determination of a fact in dispute. This document/letter is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 383. | Evaluation letter of Byrne from E. Rivers | BYRNE003602-BYRNE003603 | Irrelevant Undue Prejudice Opinion | Relevant to retaliation claim and pretext – specifically the |

| | | | Hearsay<br>FRE 401, 403,<br>701, 802 | weaknesses,<br>implausibilities,<br>inconsistencies or<br>contradictions<br>offered by<br>Defendant for its<br>actions. There is<br>no danger of unfair<br>prejudice in this<br>external evaluator<br>letter.<br><br>The document/letter<br>is based on witness<br>perception and aids<br>in the determination<br>of a fact in dispute.<br>This<br>document/letter is<br>not inadmissible<br>hearsay, or falls<br>within an exception<br>to the hearsay rule. |
|---|---|---|---|---|
| 384. | April 8, 2013<br>evaluation letter<br>of Byrne from M.<br>Collins | BYRNE003577-<br>BYRNE003583 | Irrelevant<br>Undue<br>Prejudice<br>Opinion<br>Hearsay<br>FRE 401, 403,<br>701, 802 | Relevant to<br>retaliation claim<br>and pretext –<br>specifically the<br>weaknesses,<br>implausibilities,<br>inconsistencies or<br>contradictions<br>offered by<br>Defendant for its<br>actions. There is<br>no danger of unfair<br>prejudice in this<br>external evaluator<br>letter. |

| | | | | |
|---|---|---|---|---|
| | | | | The document/letter is based on witness perception and aids in the determination of a fact in dispute. This document/letter is not inadmissible hearsay, or falls within an exception to the hearsay rule. |
| 385. | April 10, 2013 evaluation letter of Byrne from M. Greer | BYRNE003597-BYRNE003601 | Irrelevant Undue Prejudice Opinion Hearsay FRE 401, 403, 701, 802 | Relevant to retaliation claim and pretext – specifically the weaknesses, implausibilities, inconsistencies or contradictions offered by Defendant for its actions. There is no danger of unfair prejudice in this external evaluator letter.<br><br>The document/letter is based on witness perception and aids in the determination of a fact in dispute. This document/letter is not inadmissible hearsay, or falls within an exception to the hearsay rule. |

| | | | | |
|---|---|---|---|---|
| 386. | Byrne 2014 W-2 from Yale | P5888 | Objection: See Defendant's Motion in Limine | |
| 387. | Byrne 2014 Form 1040 | P5889-P5893 | Objection: See Defendant's Motion in Limine | |
| 388. | Byrne 2015 Form 1040 | P5894-P5896 | Objection: See Defendant's Motion in Limine | |
| 389. | Byrne 2016 W-2 from Yale | P5897 | Objection: See Defendant's Motion in Limine | |
| 390. | Byrne 2016 W-2 from the University of Las Vegas | P5898-P5899 | Objection: See Defendant's Motion in Limine | |
| 391. | Byrne 2016 Form 1040 | P5900-P5902 | Objection: See Defendant's Motion in Limine | |
| 392. | Byrne 2017 W-2 from the University of Las Vegas | P5903-04 | Objection: See Defendant's Motion in Limine | |
| 393. | Byrne 2017 Form 1040 | P5905-5907 | Objection: See Defendant's Motion in Limine | |
| 394. | Byrne 2018 W-2 from the University of Las Vegas | P5908 | Objection: See Defendant's Motion in Limine | |

| 395. | Byrne 2018 Form 1040 | P5910-5912 | Objection: See Defendant's Motion in Limine | |
|------|----------------------|------------|--------------------------------------------|--|
| 396. | Appalachian State University Job Search and Application | P5913-5938 | Objection: See Defendant's Motion in Limine | |
| 397. | Carnegie Mellon University Job Search and Application | P5939-5967 | Objection: See Defendant's Motion in Limine | |
| 398. | UNLV Correspondence Regarding Second Term as Chair | P5968 | Objection: See Defendant's Motion in Limine | |
| 399. | University of Alabama Job Search and Application | P5969-5991 | Objection: See Defendant's Motion in Limine | |
| 400. | University of California, Irvine | P5992-6013 | Objection: See Defendant's Motion in Limine | |
| 401. | March 7, 2016 letter from UNLV re: Job Offer | P6014-6016 | Objection: See Defendant's Motion in Limine | |
| 402. | UNLV Endowed Chair Position and Application | P6017-6101 | Objection: See Defendant's Motion in Limine | |
| 403. | Wake Forest University Job Search and Application | P6102-6124 | Objection: See Defendant's Motion in Limine | |

| | | | | |
|---|---|---|---|---|
| 404. | Byrne request for faculty leave for 2010-2011 with Ficino "From Literature to Law" Proposal | BYRNE13349 – 13358 | | |
| 405. | October 17, 2014 email from S. Byrne to R. Adorno | BYRNE13363 - 13364 | | |