# Exhibit P-4

| | : | |
|---|---|---|
| **SUSAN BYRNE,** | : | C.A. NO. 3:17-CV-01104 (VLB) |
| Plaintiff | : | |
| v. | : | |
| | : | |
| **YALE UNIVERSITY,** | : | |
| Defendant | : | DECEMBER 30, 2019 |
| | : | |

## Plaintiff's Proposed Voir Dire Questions

Plaintiff submits the following proposed voir dire questions at this time. Plaintiff anticipates supplementing this list with additional questions in advance of jury selection as permitted by the Court's Joint Trial Memorandum instructions.

## Knowledge of the Parties

1. Do you know the Plaintiff, Susan Byrne? If so, how do you know her?

2. I'm going to read a list of names of people who may be called as witnesses in this case. While we expect that not all of these potential witnesses will testify in this trial, we need to learn from you if you know any of them. Do you think you know anyone on this list? How do you know that person?

3. The defendant is Yale University. Have you, your spouse, or any members of your immediate family or anyone you know ever been employed by Yale?

4. If the answer is Yes, what kind of work did/does that person do? Where?

5. Has that person ever expressed any opinion or otherwise said anything about that employment? If so, what did he/she say?

6. Claire Howard, Jacques Parenteau and Magdalena Wiktor of the law firm of Madsen, Prestley & Parenteau, LLC represent the plaintiff in this case. Is anyone here related to or acquainted with these attorneys or this firm, or does anyone have a family member or close friend employed by this law firm?

7. Have you ever been represented by Ms. Howard, Mr. Parenteau, or Ms. Wiktor or by Madsen, Prestley & Parenteau, LLC?

8. Victoria Chavey and David Salazar-Austin of the firm Jackson Lewis represent the defendant in this case. Are you related to or acquainted with them or does anyone have a family member or close friend employed by Jackson Lewis?

## General Questions

9. Where do you currently work?

10. What position do you currently hold?

11. Have you ever been fired from a job?

12. What obligation does an employer owe to an employee when making a decision to terminate employment?

13. Is it permissible to question an employer's decision to terminate an employee?

14. Have you personally ever experienced unfairness or retaliation in the workplace?

15. Have you ever made a complaint alleging wrongdoing by your employer, either formal or informal? If yes, what was the complaint?

16. Have you ever been sued in court in any case? Have you ever been involved in a case in any way?

17. If yes, what type of case as it? Were you the plaintiff or the defendant? Who was the other party in the lawsuit?

18. How was the case resolved?

19. Do you have any opinion about people who bring lawsuits to challenge what they believe is a wrongful termination? If yes, what is your opinion?

20. Do you have any opinions about the lawyers who represent people who bring lawsuits to challenge what they believe is a wrongful termination? If yes, what is your opinion?

## Jury Service

21. Do you want to serve on this jury? Why?

22. Have you ever served on a jury before?

23. When?

24. What type of case?

25. Have you deliberated and reached a verdict?

26. Have you ever been a witness in any lawsuit or other proceeding? If yes, explain

## Ability to Sit As a Fair and Impartial Juror in this Case

27. Do any of you have a physical condition that would make it difficult for you to sit as a juror in this case, such as a hearing loss or a need to take medication?

28. Do any of you have difficulty understanding or reading the English language such that it would be difficult for you to sit on this case?

29. Is there a reason that would prevent you from serving as a fair and impartial juror in this case?

Respectfully submitted,

By:_____*/s/ Claire M. Howard*_____
Claire M. Howard (ct29654)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06105
Tel. (860) 246-2466
Fax (860) 246-1794
Email: choward@mppjustice.com
