UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>    Plaintiff<br><br>v.<br><br>YALE UNIVERSITY,<br>    Defendant | CIVIL CASE NO.:<br>3:17-cv-01104 (VLB)<br><br><br>APRIL 10, 2020 |

## JOINT MOTION FOR CONTINUANCE OF JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Plaintiff Susan Byrne and Defendant Yale University, by and through their attorneys, hereby respectfully request a five-month continuance of the May 19, 2020 jury trial of this matter, up to and including October 19, 2020.

In support of this motion, Defendant states as follows:

    1.    Jury Selection is currently scheduled for May 19, 2020.

    2.    The continued spread of COVID-19 and the measures implemented by state and local governments to try to control it have created conditions that make it difficult to proceed with trial preparation.

    3.    In addition to calls for social distancing, on March 20, 2020, Connecticut Governor Ned Lamont issued orders requiring the closure of all non-essential businesses in the State of Connecticut by March 23, 2020, where the Defendant, the parties counsel and the witnesses in this case live and work. Plaintiff lives in Las Vegas, Nevada and on March 17, 2020 Nevada Governor Steve Sisolak issued a similar order requiring the closure of all non-essential businesses in the State of Nevada.

4.      Additionally, Defendant is an educational institution currently implementing a significant change to its teaching model.  Defendant's witnesses who are employed by Defendant are presently involved in effectuating the sudden changes in Yale University's curriculum caused by the COVID-19 crisis.

5.      The inability to have in-person preparation meetings with witnesses will impair both parties' ability to prepare for the trial of this matter. Given the volume of exhibits – several hundred exhibits identified by both parties— remote preparation is not feasible.

6.      Further, Plaintiff lives and resides in Las Vegas, Nevada, and proceeding with the trial as scheduled would require her to fly across the country, in airports, during a time when doing so exponentially increases the possibility of contracting COVID-19.

7.      Finally, although plans remain in flux because of the virus's impact, several of Defendant's key witnesses are unavailable in the weeks following the May 19, 2020 jury selection date.  For example:

   a. Professor Adorno is unavailable the first week of June;
   b. Professor Bloch is available only until May 23, and then is unavailable until early August;
   c. Professor Dovidio will be unavailable from May 21 - 24.
   d. Professor Stith will be unavailable on May 22, and from June 4 - June 15.

8. The parties anticipate that the proposed continuance will allow time for the impact of COVID-19 to diminish, and because the new trial date would be in the middle of the semester, Defendant anticipates fewer potential conflicts than if the trial were to commence as scheduled, at the end of Yale's school year.

9. The parties further intend to use the additional time for purposes of scheduling a mediation with an agreed-upon private mediator. The parties have made progress towards reaching agreement on the terms and conditions of this mediation and anticipate that it will be complete well in advanced of the new proposed trial date.

10. This is the parties' first motion for continuance filed in connection with the May 19th trial date.

11. As set forth above, there is ample good cause for the requested continuance.

12. Both parties consent to the filing of this Motion. Based on this mutual consent, the scheduling conflicts for several of Defendant's witnesses, the planned mediation, and most significantly, the unforeseen circumstances and concerns posed by COVID-19, the parties seek to continue the jury trial until October 19, 2020. This will facilitate the parties' ability to monitor the fast-changing conditions related to the COVID-19 outbreak and to give both parties more time to develop a safe and effective strategy for preparing its witnesses for trial.

WHEREFORE, Plaintiff Susan Byrne and Defendant Yale University respectfully request a continuance of five months, up to and including October 19, 2020, to commence jury selection in the above matter.

          **DEFENDANT,**
          **YALE UNIVERSITY**

By:   */s/ David C. Salazar-Austin*
       **David C. Salazar-Austin (ct25546)**
       **Victoria Woodin Chavey (ct14242)**
       **Jackson Lewis PC**
       **90 State House Square, 8th Floor**
       **Hartford, CT 06103**
       david.salazar-austin@jacksonlewis.com
       victoria.chavey@jacksonlewis.com
       **Tel.: (860) 522-0404**
       **Fax: (860) 247-1330**

          **PLAINTIFF,**
          **SUSAN BYRNE**

By:   */s/ Claire M. Howard*
       **Claire M. Howard (ct29654)**
       **Madsen, Prestley & Parenteau, LLC**
       **402 Asylum Street**
       **Hartford, CT 06103**
       **Tel: (860) 246-2466**
       **Fax: (860) 246-1794**
       choward@mppjustice.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David C. Salazar-Austin*
David C. Salazar-Austin