| | |
|---|---|
| **From:** | Miriam Berkman <mberkman900@gmail.com> |
| **Sent:** | Monday, April 11, 2016 6:46 PM |
| **To:** | David Post; Menon, Alice; Sawyer, Susan |
| **Subject:** | Confidential re: current investigation |
| **Attachments:** | UWC Complaint -- summary allegations.docx |

Dear David, Aley and Susan,

I am attaching a list summarizing the allegations I have heard so far from witnesses who have given me permission to use their names.

Thanks for your help and support.

Miriam

CONFIDENTIAL

BYRNE017577

UWC Complaint Against Prof. Roberto Gonzalez Echevarria

Specific Incidents With Direct Testimony by the Person Harmed or by a Corroborating Witness

1. Susan Byrne reported that at a party at the Divinity School for the retirement of Mary Miller as Dean of Yale College in the spring of 2014, RGE approached her and kissed her on the lips without warning or permission. She did not say anything to RGE but pulled away from him and tried to talk about something inconsequential, such as gardening. This was a public event. Many other people were present but Byrne was unable to recall who might have witnessed it other than RGE's wife and Prof. Rolena Adorno. I have not yet interviewed Prof. Adorno.

2. Susan Byrne reported that at a Spanish Department party sometime during her first year at Yale, 2008-09. She felt someone behind her playing with her hair. When she turned to see who it was she saw RGE with a "lecherous" smile on his face. She has also seen him playing with the hair of REDACTED REDACTED and commenting to others, "Isn't she beautiful?" Byrne gave no specific date for this but said it was in 2013-14, when she was DUS for the Spanish Dept. I could not reach REDACTED for corroboration.

3. Susan Byrne went to see RGE to talk about a proposed project for a sabbatical. He asked her to sit down on the small sofa/love seat across from his desk. As he came around from behind the desk Byrne put a pillow from the sofa next to her so that it would be between her and RGE. She had heard about him sitting too close to women on the sofa and didn't want this to happen.

4. Susan Byrne reported that she went to a meeting of the American Society in NYC in 2011. Byrne's husband and Kevin Poole and REDACTED (a grad student) were also there. RGE was giving a talk. After the talk he introduced them all to a colleague from Colombia. When he introduced REDACTED, he commented to his colleague, "Isn't she beautiful. It's hard to teach when you have someone so beautiful in front of you." RGE made no comment about REDACTED academic or intellectual ability.

5. Susan Byrne reported that at some point a few years ago RGE had hip surgery. Byrne saw him limping in the parking lot and asked him how he was doing, to make small talk. He commented to her that he was going to physical therapy and needed to get back to his favorite sexual activity, which was intercourse standing up. She was not terribly offended but thought the comment was gross and unnecessary.

6. Susan Byrne reported that when she was being interviewed for her junior faculty position at Yale RGE asked her in front of R. Adorno and N. Valis whether she would really move to New Haven from NY if offered the job, since her husband was in NY. He then said I know I am not supposed to ask you that and if you quote me I will deny it and so will everyone else. Byrne took this as a comment that RGE believes he can get away with not telling the truth.

# REDACTED

# REDACTED

CONFIDENTIAL

BYRNE017580

# REDACTED

CONFIDENTIAL

BYRNE017581