CONFIDENTIAL

UWC Panel Report to Provost Benjamin Polak          June 20, 2016
Complainant: Title IX Coordinator Carl Hashimoto
Respondent: Professor Roberto González Echevarría

**Introduction**

On June 13, 2016, the UWC held a hearing to address the complaint brought to the UWC by Carl Hashimoto against Professor González Echevarría. The complaint alleges that Professor González Echevarría engaged in a pattern of behaviors that has created a hostile environment for women in the Department of Spanish and Portuguese and in the Department of Comparative Literature.

Professor González Echevarría participated in the hearing and was accompanied by his adviser, Professor Kate Stith of Yale Law School. The UWC thanks the respondent and his adviser for their participation at the hearing.

In its deliberations, the Panel was guided by the initial Fact-finder's report and exhibits and by a supplemental Fact-finder's report. Both reports were produced by Miriam Berkman.

**Relevant Yale Policy**

The relevant part of the University's definition of sexual misconduct reads:

> *Sexual misconduct incorporates a range of behaviors including...sexual harassment...and any other conduct of a sexual nature that is nonconsensual, or has the purpose or effect of threatening, intimidating, or coercing a person.*

The University's definition of sexual harassment in relevant part reads:

> *Sexual harassment consists of nonconsensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment.*

1

The Panel was instructed to assess whether Professor González Echevarría's conduct constituted sexual harassment that created a hostile environment, by determining whether it was sufficiently severe, pervasive, or persistent; the panel was also asked to consider the conduct from a subjective perspective and from an objective perspective. That is, the Panel was asked to consider both whether individuals experienced harm as a result of Professor González Echevarría's conduct and whether a reasonable person would experience harm.

**Summary of Findings**

The Panel finds by a preponderance of the evidence that, Professor González Echevarría violated Yale's sexual harassment policy by creating a hostile environment for women in the departments of Comparative Literature and of Spanish and Portuguese through his unwelcome, persistent, and pervasive actions of touching the hair and bodies of women, of approaching women's bodies in ways that made them uncomfortable, and of commenting about women's bodies. This conduct was made more severe by the fact that it was carried out by an individual whose status as a Sterling Professor and as a long-time departmental chair endowed him with the authority to set standards of behavior for the entire community in his departments.[1]

**Undisputed Facts**

As the Fact-finder notes, there are no significant undisputed facts in this case.

**Disputed Matters**

The Panel recognizes and appreciates Professor González Echevarría's great achievements as a scholar and as a teacher, in particular his long and successful track record of supervising doctoral students. Moreover, the composition of the departments of which he is a member has changed over the years that Professor González Echevarría has been among the leaders of these departments; a substantial number of women have become professors at the junior and senior levels. Further, Professor González Echevarría has helped many of his graduate students launch their careers. That Professor González Echevarría has helped women advance does not, however, by itself settle the issue of whether he has created a hostile environment for women, as defined by Yale's policy, in these departments.

The Panel bases its findings on its assessment of incidents of several different types.

   (1) *Unwanted Touching or Approaching of Female Students or Colleagues*

      (A) *Touching the hair of female students or colleauges*

---

[1] The Panel's findings of fact are underlined
[2] Hereafter all page references are to the Fact-finder Report.

2

CONFIDENTIAL

BYRNE017320

# REDACTED

CONFIDENTIAL  BYRNE017321

# REDACTED

CONFIDENTIAL  BYRNE017322

# REDACTED

CONFIDENTIAL

BYRNE017323

# REDACTED

CONFIDENTIAL

BYRNE017324

# REDACTED

CONFIDENTIAL

BYRNE017325

REDACTED   felt this joke was inappropriate especially in front of a new, young female faculty member. At the hearing, Professor Echeverria claimed the comment attributed to him was actually made by Professor Duran. The Fact-finder contacted Professor Harkema who said she did not recall the incident.

The panel did not reach a firm conclusion regarding these matters; the Panel did not therefore reach its finding about a hostile environment on the basis of these reports about jokes or gestures.

Professor Byrne reported being made uncomfortable by the unwanted closeness of meeting with Professor González Echevarría on the couch in his office. The panel asked the Fact-Finder to determine the dimensions of the couch in Professor González Echevarría's office and whether two persons could sit on it comfortably without touching. The Fact-Finder visited his office and photographs of the couch were submitted with two persons seated on it (Supplemental Fact-finder's Report, pp. 3-5). Although the Panel does not make any finding that this incident constituted sexual harassment, nonetheless basic professional standards call for seating arrangements that do not create the possibility of physical contact even if accidental.

\*\*\*\*\*

In sum, the Panel reiterates what it reported at the outset: that it finds by a preponderance of the evidence that Professor González Echevarría violated Yale's sexual harassment policy by creating a hostile environment for women in the departments of Comparative Literature and of Spanish and Portuguese through his unwelcome, persistent, and pervasive actions of touching the hair and bodies of women, of approaching women's bodies in ways that made them uncomfortable, and of commenting about women's bodies. This conduct was made more severe by the fact that it was carried out by an individual whose status as a Sterling Professor and as a long-time departmental chair endowed him with the authority to set standards of behavior for the entire community in his departments.

**The Panel's Recommendations**

(1) The Panel recommends that a letter of reprimand be given to Professor González Echevarría and placed in his file.
(2) The Panel recommends that Professor González Echevarría be suspended for one semester without pay. This suspension will remove Professor González Echevarría for that period from the teaching and departmental functions that were the venue for many of his problematic actions.
(3) The Panel recommends that Professor González Echevarría be precluded for a period of five years from holding any leadership position in his departments (such as departmental chair, DGS, DUS, chair of search or admissions committees) or in the University. Further, if the departments are reconfigured, Professor González Echevarría should not be permitted leadership roles in the successor

CONFIDENTIAL                                                                                       BYRNE017326

iterations of these departments. Such leadership positions are part of the source of Professor González Echevarría's power and influence that made possible the harmful effects of the problematic behavior described in this report.
(4) The Panel recommends that for a period of five years Professor González Echevarría be precluded from participating in hiring, promotion, or reappointment decisions at Yale. Input on such decisions is also a source of Professor González Echevarría's power and influence that made possible the harmful effects of the problematic behavior described in this report.
(5) The Panel recommends that Professor González Echevarría participate in a series of sessions to help him understand the concerns that are the bases for the findings that his actions produced a sexualized, hostile environment. These sessions would also focus on how professors and students can work together in an environment without such sexually freighted exchanges.

Respectfully submitted,

Michelle Addington
Michael Della Rocca (chair)
Judith Resnik
Mark Solomon
Arthur Swersey

CONFIDENTIAL

BYRNE017327