UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>　　　Plaintiff<br><br>v.<br><br>YALE UNIVERSITY,<br>　　　Defendant | :<br>:<br>:<br>:    CIVIL CASE NO.:<br>:    3:17-cv-01104 (VLB)<br>:<br>:<br>:    NOVEMBER 3, 2020<br>: |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), I, Victoria Woodin Chavey, hereby move this Court for an order granting permission to withdraw my appearance as counsel for Defendant, as I am no longer associated with the law firm of Jackson Lewis P.C. and should be removed from the Court's service list with respect to the above-captioned action. Attorney David Salazar-Austin has an appearance on behalf of the above-referenced defendant, and is familiar with this matter, the posture of the case, and its current status on the calendar.

By way of this filing, the undersigned respectfully requests the Court issue an order granting this motion to withdraw appearance.

　　　　　　　　　　　　　　　　DEFENDANT,
　　　　　　　　　　　　　　　　YALE UNIVERSITY


　　　　　　　　　　By:　/s/ Victoria Woodin Chavey
　　　　　　　　　　　　　Victoria Woodin Chavey (ct14242)
　　　　　　　　　　　　　Jackson Lewis PC
　　　　　　　　　　　　　90 State House Square, 8th Floor
　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　victoria.chavey@jacksonlewis.com
　　　　　　　　　　　　　Tel.: (860) 522-0404
　　　　　　　　　　　　　Fax: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on November 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Victoria Woodin Chavey*
Victoria Woodin Chavey