UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>    Plaintiff<br><br>v.<br><br>YALE UNIVERSITY,<br>    Defendant | CIVIL CASE NO.: 3:17-cv-01104-VLB<br><br><br><br><br>NOVEMBER 3, 2020 |

### APPEARANCE

Please enter the appearance of the undersigned counsel in the above-captioned matter on behalf of the Defendant, Yale University.

                        DEFENDANT,
                        YALE UNIVERSITY

     By:   */s/ Beverly W. Garofalo*
               **Beverly W. Garofalo (ct 11439)**
               Beverly.Garofalo@jacksonlewis.com
               **Jackson Lewis P.C.**
               90 State House Square, 8th Floor
               Hartford, CT 06103
               Tel.: (860) 522-0404
               Fax: (860) 247-1330

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on this 3rd day of November, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Beverly W. Garofalo
Beverly W. Garofalo