UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BYRNE,<br>    Plaintiff<br><br>v.<br><br>YALE UNIVERSITY,<br>    Defendant | CIVIL CASE NO.: 3:17-cv-01104-VLB<br><br><br><br><br>APRIL 7, 2021 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, Plaintiff, Susan Byrne, by and through her attorneys, hereby moves for an extension of time to submit the Joint Trial Memorandum. Plaintiff is seeking an extension of time of fourteen (14) days up to and including April 27, 2021 to submit the Joint Trial Memorandum.

In support of this Motion, Plaintiff states the following:

1. On December 27, 2020 this Court issued an order (Doc. 142) setting forth a deadline of April 13, 2021 to file the parties' supplemental joint trial memorandum.
2. The parties have made good progress with settlement negotiations and hope to be able to resolve the remaining issues prior to April 27, 2021.
3. Defendant's counsel, David Salazar-Austin, consents to this motion.
4. This is Plaintiff's first Motion for Extension of these deadlines.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that this Motion for Extension of Time be granted.

>PLAINTIFF,
>SUSAN BYRNE
>
>By:   */s/ Claire M. Howard*
>       Claire M. Howard (ct29654)
>       Madsen, Prestley & Parenteau, LLC
>       402 Asylum Street
>       Hartford, CT  06103
>       Tel:   (860) 246-2466
>       Fax:  (860) 246-1794
>       choward@mppjustice.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of April, 2021, a copy of the foregoing Motion for Extension of Time, was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].   Parties may access this filing through the Court's system.

>    */s/ Claire M. Howard*
>    Claire M. Howard