**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SUSAN BYRNE,**<br>　　**Plaintiff** | : | **CIVIL CASE NO.: 3:17-cv-01104-VLB** |
| **v.** | : | |
| **YALE UNIVERSITY,**<br>　　**Defendant** | : | **MAY 10, 2021** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 41(b), Plaintiff Susan Byrne, together with Defendant Yale University, upon agreement, hereby jointly stipulate to the dismissal with prejudice of this action. All parties shall bear their own costs, expenses, and attorneys' fees, except as may expressly and specifically be agreed to by the parties.

　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　SUSAN BYRNE


　　　　　　　　By:　　*/s/ Jacques J. Parenteau*
　　　　　　　　　　　Jacques J. Parenteau (ct09771)
　　　　　　　　　　　Madsen, Prestley & Parenteau, LLC
　　　　　　　　　　　105 Huntington Street
　　　　　　　　　　　New London, CT 06320
　　　　　　　　　　　Tele: (860) 442-2466
　　　　　　　　　　　Fax:  (860) 4447-9206
　　　　　　　　　　　jparenteau@mppjustice.com
　　　　　　　　　　　Attorneys for the Plaintiff

```
                              DEFENDANT
                              YALE UNIVERSITY


                      By:     /s/ David Salazar Austin
                              David Salazar Austin (ct25564)
                              Jackson Lewis P.C.
                              90 State House Square, 8th Floor
                              Hartford CT 06103
                              Tele: (860) 522-0404
                              Fax: (860) 247-1330
                              Email: David.Salazar-Auston@jacksonlewis.com
                              Its attorneys
```

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, a copy of the foregoing Stipulation of Dismissal was filed electronically [and served by mail on any one unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                    /s/ Jacques J. Parenteau
                 Jacques J. Parenteau